IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA RESEARCH FOUNDATION, INC., and UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,<br><br>Plaintiffs,<br><br>v.<br><br>HOLOGIC, INC.,<br><br>Defendant. | C.A. No. 20-352-CFC |

## **STIPULATION TO STAY**

University of South Florida Research Foundation, Inc., and University of South Florida Board of Trustees (collectively "Plaintiffs") along with Hologic, Inc. ("Defendant") by and through their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree that:

1. The above-captioned action, C.A. No. 20-352-CFC is hereby stayed pending the resolution of the *Inter Partes* review, Case IPR2021-00656 before the PTAB.

2. The Parties shall submit a Joint Status Report within two weeks of the entry of the Final Written Decision in the *Inter Partes* review. The Joint Status Report shall address whether the stay should be lifted or whether it should be continued through any appeal(s).

3. Notwithstanding any stay, the Parties will jointly reach out to Chief Magistrate Judge Thynge to request that the October 14, 2021 mediation remain on Her Honor's schedule.

Dated: May 14, 2021

| | |
|---|---|
| BUCHANAN INGERSOLL & ROONEY PC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Geoffrey G. Grivner* <br> Geoffrey G. Grivner (No. 4711) <br> 919 North Market Street <br> Suite 990 <br> Wilmington, DE 19801 <br> (302) 552-4207 <br> geoffrey.grivner@bipc.com <br><br> *Attorney for Plaintiffs* | */s/ Pilar G. Kraman* <br> Karen L. Pascale (No. 2903) <br> Pilar G. Kraman (No. 5199) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> kpascale@ycst.com <br> pkraman@ycst.com <br><br> *Attorney for Defendant* |

IT IS SO ORDERED this \_\_\_\_ day of May, 2021

_____
United States District Court Judge