IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA RESEARCH FOUNDATION, INC. and UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,<br><br>Plaintiffs,<br><br>v.<br><br>HOLOGIC, INC.,<br><br>Defendant. | Civ. No. 20-352-CFC |

**ORDER**

At Wilmington this 26th day of July, 2021, the above-captioned case having been stayed pending resolution of *Inter Partes* review before the PTAB;

IT IS ORDERED that the above-captioned case is **stayed** and **administratively closed** until further order of the court. The parties shall promptly notify the court when the IPR proceedings have been resolved so that the cases may be reopened and other appropriate action may be taken.

_____
Chief Judge