# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNIVERSITY OF SOUTH FLORIDA**
**RESEARCH FOUNDATION, INC.**

    **Plaintiff/Counterclaim**
    **Defendant,**

**vs.**          **Case No. 8:16-cv-01194-MSS-TGW**

**BRIT SYSTEMS.**

    **Defendant/Counterclaimant.**
_____/

**DECLARATION OF DR. EHSAN SAMEI**
**RELATIVE TO CLAIM CONSTRUCTION**

**I.**  **Background**

1.  My name is Ehsan Samei, and I live in Chapel Hill, North Carolina. I am a Professor at the Duke University Medical Center in Durham, North Carolina, the Director of the Medical Physics Graduate Program, and the Chief Physicist at the Duke Clinical Imaging Physics Group. I am a Professor at Duke in the fields of Radiology, Medical Physics, Physics, Biomedical Engineering, and Electric and Computer Engineering.

2.  A copy of my Curriculum Vitae is attached as Exhibit A.

3.  I have a B.S. degree in Physics, and a master's degree in Medical Physics from Georgia Institute of Technology, as well as a master's degree in Radiological Health Engineering from the University of Michigan. I also have a Ph.D. degree in Nuclear Science and Radiation Measurement and Imaging from the University of Michigan. In addition, I have completed a post-doctoral residency training at Henry Ford Hospital in Detroit, Michigan, and am certified as a Radiological Physics diplomate by the American Board of Radiology (ABR).

4.      I have been involved in the fields of radiology, physics, medical imaging and biomedical engineering at Duke University and Duke Medical Center since 2000.  I have authored or co-authored over 240 peer-reviewed publications in various technical journals, and further written numerous books, reports, chapters in books, and conference proceedings in my fields of expertise.  I have also given lectures in my fields of expertise over 200 times.

5.      I have received numerous professional awards and special recognitions.  These include being recognized as a Fellow of the American Association of Physicists in Medicine (AAPM), a Fellow of International Society for Optical Engineering (SPIE), a Fellow of American Institute for Medical and Biological Engineering (AIMBE), a Distinguished Investigator for Academy of Radiology Research, and a Councilor of the National Council of Radiation Protection and Measurements (NCRP).

6.      I am a member of leading Scholarly Societies in radiology and imaging including the Radiological Society of North America (RSNA), American College of Radiology (ACR), American Association of Physicists in Medicine (AAPM), American Institute of Physics (AIP), and Society of Directors of Academic Medical Physics Programs (SDAMPP).

7.      I am the co-editor of the Handbook of Medical Image Perception and Techniques, (Cambridge University Press, Cambridge, UK, 2010), still the authoritative text on medical image perception, display, and interpretation.

## II.      <u>Assignment</u>

8.      I have been asked by the University of South Florida and its Research Foundation to provide opinions on issues involving United States Patent No. 6,630,937 ("the '937 Patent"). For this Declaration, I have been asked to review the '937 Patent and provide opinions on a number of its terms as construed in the parties Joint Claim Construction Chart.  (Doc. 123.)  For this

purpose, I have read and analyzed the '937 Patent, its file history, its parent patent (United States Patent No. 5,987,094 - "the '094 Patent"), as well as several of the references listed in the '937 Patent.  I also have reviewed and analyzed the proposed constructions of the terms in the Joint Claim Construction Chart, as well as the support and evidence cited by the parties to each term.

9.      As to the limitations of the '937 Patent claims that contain a "means for . . . " phrase, I have been asked in particular to find the corresponding "structure, material or acts" in the '937 Patent which perform the function of such phrases.  I understand that this phrase and its elements are found in Section 112, ¶6 of the U.S. Patent Act (Title 35), which relates to "means plus function" limitations in patent claims.

## III.   Persons of Ordinary Skill in the Art ("POSA")

10.     I also have been asked to provide an opinion on the education and qualifications for persons who have ordinary skill in the field of the '937 Patent.  I understand that the terms of a patent are to be construed from the perspective of such persons ("POSA").

11.     The '937 Patent is entitled "Workstation Interface for Use in Digital Mammography and Associated Methods."  In my opinion, the technical field of or "art" of the '937 Patent is digital imaging, and more particularly digitized medical imagery including digitized medical imagery for clinical diagnostics.

12.     Due to my education, experience and expertise in this field, I believe that I know and can testify about what POSAs know or knew in the digitized medical imagery field.  In this regard, I teach and train persons in digital imaging fields.

13.     In my opinion, a POSA in the digitized medical imagery field would have at least a college degree in one of the following fields or equivalents: Biomedical Engineering, Computer Science, Electrical Engineering, or Applied Physics.  This POSA also would have two years of

experience working or researching in the field of digital imaging or studying towards an advanced degree related to digital imaging technology.

14. I believe a POSA in the digitized medical imagery field would understand the terms and concepts that I describe below. What I describe reflects a review from the standing of a POSA. I make my assertions specific to a POSA in the digitized medical imagery field at the time of the conception and disclosure of the inventions of the '937 Patent in mid to late 1990s.

## IV.   Current Technology of Digital Medical Imaging

15.   Prior to discussing individual terms and phrases in the claims of the '937 Patent, I believe that comments on the current technology in the field of digitized medical imagery would be helpful.

16.   A digital image is represented by a multiplicity of pixels arranged in a matrix. Each pixel has a finite dimension and a specific intensity value. The relationship of a pixel to digital image is analogous to that of a molecule to matter; a pixel is the smallest unit of the digital image that contains a single intensity value. Pixels in digital mammography usually have a square form with a side dimension of 0.05 to 0.1 millimeters (mm). Compared to other medical images, digitized mammographic images typically have smaller pixel sizes with corresponding finer spatial resolution and a larger number of pixels.

17.   Digitized mammograms with small pixels may be reformatted to images with larger and fewer pixels, creating a coarser depiction of the mammographic spatial details, but enabling the image or image section to "fit" within the matrix size of a designated area of monitors of a display workstation. Note that a monitor as built is capable of displaying a specific maximum number of pixels. For example, a monitor having a pixel matrix size of 1024 by 720 pixels may display at most 737,280 pixels at a time while a full-size, full-resolution digital mammographic

image may comprise 15 million pixels.

18.     Each pixel has a unique intensity value from a range of possible intensity levels. The intensity levels of a digitized medical image often cover a range of 256 to 65,536 levels. Described in the binary form, these levels can be represented as corresponding to 8-bit to 16-bit images (e.g., with each bit having a binary 0 or 1 value, a 16-bit image can represent 65,536 intensity levels).  A larger number of intensity levels offers a potentially finer degree of contrast representation and, correspondingly, potentially better discrimination of subtle intensity differences among different areas of an image.  (Contrast refers to the differences between the lightest and darkest parts of an image.  Increasing image contrast darkens shadows and lightens highlights.  Increasing image contrast generally makes areas or objects in the image more distinguishable to the human eye.)  Just as in the case of pixel size, mammogram images with a larger number of intensity levels (e.g., 16-bit or 65,536 levels) can be reformatted into mammogram images with a smaller number of intensity levels (e.g., 8-bit or 256 levels), creating an intensity-wise coarser depiction of the mammographic contrast details, but enabling the image to be more efficiently viewed and processed.

19.     For pixel intensity levels of the images to be displayed on a monitor, a processor executes instructions to map pixel intensity values into luminance.  Luminance is a physical quantity that is closely related to an image's brightness.  Brightness is the visual perception of luminance by the human eye.  Increased luminance of an image implies its increased brightness.

20.     The illumination state of a range of displayed pixel intensity values often is referred to as grayscale or greyscale.

21.     Mammographic examinations typically consist of four images each of which can be presented in multiplicity of views using a display workstation as detailed below.

22.     The four images of a mammographic examination typically consist of images of the right and the left breast, each imaged twice in two specific geometries or orientations: Cranial-Caudal (CC) and Mediolateral-Oblique (MLO or ML).  CC refers to a geometry in which the breast is compressed and imaged in a top-down orientation.  MLO refers to a geometry in which the breast is compressed and imaged in an oblique orientation.  See figure below:



A dual-monitor display mode for mammography

23.     In the current practice of digital mammography, these images typically are presented simultaneously on a dual-monitor system; two images on the left monitor and two images on the right monitor.  The exact geometrical arrangement of the images and the number of images per monitor are generally set based on the preference of the user. A radiologist or other medical professional then interacts with the images through the functionality of the display workstation, where each image can be displayed in a magnified mode occupying the full "real estate" of a monitor, or displayed in a multiplicity of ways envisioned in the patent (see Fig. 4 of the '937 Patent).

24.     Mapping pixel intensity into luminance is an aspect or step of grayscale processing (sometimes referred to simply as grayscaling), which is executed by a processor.  In this grayscale process, each available pixel intensity value is mapped into a corresponding unique luminance

value of the display. This process may take three forms: display function processing, H&D-emulation processing, and window-level processing. The combination of these three processes creates the final illumination state of an image and the displayed image contrast.

25.    Display function refers to the illumination capability of a monitor. Display function processing, sometimes referred to as grayscale rendition, is the processing that an electronic display monitor applies to the images the monitor displays, and thus is an integral function of the display hardware-software (i.e., the monitor) used to display the digitized medical image.  Many digital medical image display monitors use a power-law (or gamma) functional relationship to display an image.  The figure below illustrates an example gamma curve used for display function processing executed for a specific display monitor.  In the figure, L is luminance, and the subscripts "max" and "min" refer to the maximum and minimum luminance, respectively.



The grayscale standard display function applied to many medical display devices
relating the input pixel intensity value to the display luminance output

26.    H&D-emulation processing involves a non-linear transformation of x-ray intensity to image luminance.  H&D-emulation processing may be integrated into many medical image

display workstations to (a) compress the wide range of pixel intensity values in digital images into a range of luminance values discernable by human eye and/or (b) adapt the appearance of the images to suit the preferences of the radiologist or other medical professional.  Most current medical displays offer options for this type of non-linear manipulation of image appearance according to the preferences of the user. H&D-emulation processing can be applied using the power-law (gamma) functionality described in paragraph 25. H&D-emulation processing may be applied independently to any single image displayed in the plurality of the images displayed at a workstation at a given time.

27.     Window-level (WL) processing is user interface processing applicable to nearly all current medical imaging display software solutions.  Window-level processing involves two adjustments, namely windowing and leveling.  The purpose of WL processing is to alter the image contrast and luminance per user preference for any H&D-emulation-processed and display-function-rendered image.  Window-level processing may be applied independently to any single image displayed in the plurality of the images displayed at a workstation at a given time.

28.     The level adjustment keeps contrast constant but largely shifts luminance values (grayscale values) up and down. At extreme settings, the level adjustment can lead to possible luminance saturation at highest settings or dark voids in the lowest settings.

29.     Window adjustment is the process of selecting some segment of the total pixel value range of the image and then displaying the pixel values within that segment over the full luminance (shades of gray) range from black to white.  Image details will be visible only for the pixel values that are within the selected window.  All pixel values that are either below or above the window will be all white or all black and display no contrast.  The user controlling the display can adjust both the center (through level adjustment) and the width of the window (through window

adjustment).  The combination of these two parameters determine the range of pixel values of the image that will be displayed with contrast.  The window adjustment keeps the level constant but as the window is narrowed, the contrast is raised.  Again, at extremes settings, the window adjustment can lead to truncation of data at the extremes of the pixel intensity range, where the highest and lowest pixel intensity levels are mapped to maximum or minimum luminance levels, respectively.

30.    In practice, often a combination of window and level processing is applied to optimally display an image with highest possible contrast while avoiding the truncation or saturation conditions.  The following figure illustrates WL processing:



Window-level processing demonstrating the adjustments in level (left) and window (or width)

(right) of the image.

31.     The grayscale adjustments noted above pertain to the grayscale (sometimes noted as greyscale) rendition of the image where pixel intensities are mapped into monitor luminance from black to white and all intermediary gray values in between according to capability of the display monitor.  Describing this rendition as "color" is a misnomer because "color" pertains particular changes in the frequency content of the illumination and not its magnitude, which is depicted in a grayscale.

32.     The above grayscaling renders pixel intensities into monitor luminance.  In film mammography, pixel intensities are in units of optical density, which is the degree of luminance on the film when the film is displayed on a viewbox.  Optical densities are digitized to enable the rendition of film mammograms on display monitors.  Optical density is essentially the signal strength in a film-type sensor, analogous to digital signal in a non-film sensor.  When applied to other forms of digital images, grayscaling applies the same functionality as it does to optical density.

## V.     Digitized Medical Imagery as Disclosed and Claimed in the '937 Patent

33.     The '937 Patent is directed to digitized medical imagery.  Specifically, the '937 Patent discloses and claims processing, display, and post-display manipulation of a digitized medical image.  The processing and display are performed by a processor (e.g., processor 10 of Fig. 1, an example of which may be a processor of the UltraSPARC 2200, a dual-processor 200-MHZ computer system as disclosed at column 3; lines 45 – 47) executing steps of example algorithm 30 represented in the flowchart of Fig. 3 and other algorithms disclosed in other Figures and in the written description of the '937 Patent. The post-display image manipulation is facilitated by processor 10, under direction of a radiologist or other medical professional, executing steps of

the algorithm 30 represented in the flowchart of Fig. 3 and other algorithms disclosed in other Figures and in the written description of the '937 Patent.

34.     Original images in the '937 Patent with a pixel size of 0.06 mm can be reformatted to images with larger and fewer pixels (e.g., decimated images in the '937 Patent with a pixel size of 0.18 mm), creating a coarser depiction of the mammographic spatial details, but enabling the image or image section to "fit" within the matrix size of a designated area of monitors of a display workstation.

35.     Just as in the case of pixel size, mammograms with larger number of intensity levels (16-bit or 65,536 levels of original images, 302, Fig. 3 algorithm in the '937 Patent) can be reformatted into smaller number of intensity levels (8-bit of 256 levels in the displayed preview, decimated, and even full resolution images, 302, 305, Fig. 3 algorithm in the '937 Patent), creating an (intensity-wise) coarser depiction of the mammographic contrast details, enabling the image to be more efficiently viewed and processed. Fig. 3 of the '937 Patent is an algorithm illustrated in the form of a flowchart.

36.     For pixel intensity levels of the images to be displayed, they need to be mapped into luminance with needed adjustment capability provided to the user. In another word, to be effective, as envisioned in the '937 Patent, the display must include "means for receiving from the user communication means," which refers to a control instruction from the user for changing an illumination state in a displayed form and for "implementing the control instruction upon the displayed form, thereby permitting the user to control the illumination state of each displayed form" (Claim 1 of the '937 Patent).

37.     In the '937 Patent, a medical display is a system "providing an interface between a digitized mammogram … having means for electronically communicating with a user;" and "a

monitor for displaying image data in a predetermined format and in varying greyscale" (Claim 1 of the '937 Patent).

38.     The flexibility of a digital display monitor, such as the dual monitor system comprising monitors 14 and 16 illustrated in Figs. 1 and 2, as disclosed in the '937 Patent, offers interaction devices and a graphical user interface to adjust the physical arrangement of image presentation as well as the appearance of the images, as described below.  The selection of a case enabling viewing of the four images, in the original or full resolution images, as well as preview images (i.e., images with lower spatial resolution and a reduced number of grayscale levels but capable of being displayed as an entire medical image such as shown in Fig. 13 of the '937 Patent), along with patient information and the possible output of Computer Aided Detection (CAD) system may be a first step of mammographic viewing (see step 301, "Select Case" of algorithm 30 represented in the flowchart of Fig. 3).

39.     As disclosed in the '937 Patent, the display workstation (e.g., the UltaSPARC 2200 system) presents the mammographic images in "a plurality of varying-resolution forms, each form having different greyscale values," and provides "means for communicating with a monitor to display the plurality of forms, each form within a different window on the monitor" (Claim 1 of the '937 Patent).  Each of  the four mammographic images may be presented in its original, full resolution mode (see step 304 of the algorithm 30 represented in the flowchart of Fig. 3).  In this mode, the number of pixels representing a mammogram may be larger than the number of pixels available on a display such as the monitors 14 and 16 of Figs. 1 and 2.  Thus a preview view (see steps 302 and 303 of the algorithm 30 represented in the flowchart of Fig. 3) is available for display (sometimes matching the physical size of the imaged breast when displayed) and may be displayed automatically while the processor 10 executes steps 304 – 307 of the algorithm 30 of the flowchart

of Fig. 3.  The preview images have a smaller number of pixels (but larger pixels) and thus can fit into the display area of the workstation monitors 14 and 16. See, for example, Fig. 13.  The preview image does not show the image detail in full resolution, which if it were to be displayed, would have required the display system to have a larger number of pixels available.

40.    To present an entire mammographic image on the display such that some of the real estate of the monitor can be used for other purposes (e.g., viewing magnified portions of the images as in 43 and 44, Fig. 4 of the '937 Patent), the image can be minified, i.e., reduced to even a smaller number of pixels than the preview image. In the context of the '937 Patent, these images are called "decimated" views (306, Fig. 3 of the '937 Patent). This enables the images to be viewed in a coarser perspective in a small portion of the display monitor (see windows 41 and 42 of Fig. 4 of the '937 Patent).  What distinguishes the full, preview, and decimated views from one another are differences in the displayed pixel size and possible pixel intensity.

41.    If the original image has more pixels than the monitor can display, the monitor can only display a small portion of the original image at a time.  This is the case depicted in windows 43 and 44 of Fig. 4 of the '937 Patent where only portions of the two CC mammograms are displayed.  In this mode, the user can pan around the image (i.e. move by use of a mouse) to interrogate different areas, while the decimated views (windows 41/42, Fig. 4) provide the depiction of the whole mammograms, albeit in minified form with lower or reduced resolution.

42.    Mapping pixel intensity into luminance is an action of the display workstation.  In that process, each intensity level is mapped into a corresponding unique luminance value of the display.  This process uses the grayscale processing of the display workstation. This grayscale processing, takes three forms: display function processing, H&D-emulation processing, and window-level processing.  The combination of these three processes creates the final illumination

App. 156

state of an image and the displayed image contrast, as disclosed in the '937 Patent.

43.    Display function refers to the "predetermined illumination capability" (Claim 1), also noted as grayscale rendition that an electronic display monitor applies to the images that it displays. This is a process that is often an integral function of the display hardware-software applicable to the entire content being displayed.  Many medical displays (particularly at the time the '937 Patent was issued) use a power-law (so called gamma) functional relationship to display an image.

44.    H&D-emulation processing reflects a non-linear transformation of x-ray intensity to image luminance.  This H&D-emulation processing is applied to (a) compress the wide range of pixel intensity values in digital images into a range of luminance values discernable by human eye and/or (b) adapt the appearance of the images to suit the preferences of individual users.  One aspect (real time grayscale adjustment) of H&D-emulation processing is provided through user-operation of the gamma value button 406, Fig. 4.  Thus, Fig. 4, gamma values button 406, and its accompanying description at column 5; lines 39 – 49 disclose an algorithm for real time grayscale adjustment (specifically H&D emulation processing) that corresponds to step 308 of algorithm 30 represented by the flowchart of Fig. 3.  Another aspect of H&D-emulation processing involves application of "preferred values [that] may be stored and applied to as many different images as desired."  See column 5; lines 49 – 51.  One example device for storing preferred or default values is a look up table (LUT).  Thus, the description of column 5; lines 49 – 51 discloses one example of the algorithm represented by step 308 of the algorithm 30 represented by the flowchart of Fig. 3.

45.    Window-level (WL) processing as disclosed in the '937 Patent, is used to alter the image contrast and luminance per user preference for any H&D-processed and display-function-

App. 157

rendered image.  The WL processing adjusts the contrast and luminance levels of an image per a user's preference.  Window-level processing may be applied independently to any single image displayed in the plurality of the images displayed at a workstation at a given time.  Real-time WL processing is implemented using the algorithms disclosed by the window and level adjustment buttons 404 and 405, and their accompanying description at column 5; lines 39 – 49.

46.    The level adjustment (level adjustment button 405) keeps the contrast constant but largely shifts the luminance values (grayscale values) up and down.  At extreme setting, the level adjustment can lead to possible luminance saturation at highest settings or dark voids in the lowest settings.  The window adjustment (window width adjustment button 404) keeps the level constant but as the window is narrowed, the contrast is raised.  Again, at extremes settings, the window adjustment can lead to truncation of data at the extremes of the pixel intensity range, where the highest and lowest pixel intensity levels are mapped to maximum or minimum luminance levels, respectively.  In practice, often a combination of window and level processing is applied to optimally display an image with highest possible contrast while avoiding the truncation or saturation conditions.  This window-level algorithm is explicitly disclosed in the '937 Patent as illustrated in Fig. 4, buttons 404 and 405, and their accompanying description at column 5; lines 39 – 49.  Execution of the algorithms enables the user to adjust the contrast and luminance of the images per individual preference (i.e., the algorithms of step 313 of Fig. 3) or by default (i.e., the default windowing algorithm of step 310 of Fig. 3).  Implementation of the algorithms of steps 313 occurs when slide-bars of buttons 404 and 405 activated by a mouse are used to change the grayscale values (in a manner analogous to a radio listener adjusting the volume). Implementation of the algorithm of step 310 may be implemented using stored, preferred values.

47.    The claims of the '937 Patent pertain to display and user interfaces of digitized

medical images in electronic form.  The source of the image is immaterial to the claims of the invention.  At the time of the issuing of this patent, most but not all digitized images were digitized from film.  A digital image from film is one that is obtained by digitizing the film subsequent to image acquisition.  Currently, most such images are based, not on film, but other analog image capture techniques followed by a subsequent digitization process.  The '937 Patent does not concern itself with the source of the digitized images, but rather the handling and display of the digitized images, regardless of how obtained.

48.    A digital image from most electronic imaging sensors, at the time of the invention and still now, is a digitized image of the data captured by the sensor, albeit more immediate than the one obtained from digitizing film. It is my opinion that the claims of the '937 Patent will be applicable to any form of digital image, regardless of whether it is originated from film (with subsequent digitization) or from a digital sensor (with a more immediate digitization), sometimes called "direct digital."

49.    Pertaining mammographic images, in mid 1990s, at the time of conception of the inventions of the '937 Patent, film was the only clinical means to obtain digital mammogram and thus the use of film as a source of data was exemplified for the invention (since this is what radiologists were familiar with).  But the invention does not exclude other means of obtaining digital mammograms beyond film. Furthermore, based on the explicit language of claims 1 – 17, the claimed systems and interfaces do not recite any structure capable of digitizing an analog mammogram image, and thus the claimed inventions do not apply to any digitization device or any digitization process regardless of the source of an original (i.e., analog) mammogram image.

50.    The term "digitized," in the '937 Patent is not limited to digitized film but is applicable to the whole array of the current digital technologies. This is based on the fact that

nearly all direct digital sensors first capture the images in a non-digital form (i.e., analogue, continuous, analogous to film). The images are then digitized into discrete pixel-by-pixel datapoints in the analog-to-digital conversion process to form the so-called digital image. As such, *digital* images can all be considered as *digitized* images.

51.     The '094 Patent, a patent related to the '937 Patent, clearly delineates that likewise, as intended and envisioned by the inventors, digital images can be either formed by digitizing films or by direct digital sensors (see '094 Patent, column 7, lines 6-9).

52.     While mammography is a focus of the '937 Patent, the patent has claims that extend well beyond mammography in all its forms.  The claims include non-mammographic images, and thus will be applicable to radiography, computed tomography, magnetic resonance imaging, and ultrasonography, commonly displayed on workstations nowadays.

## VI.     Opinions on "Disputed" Terms

### A.     In General

53.     As a general comment, I see that the Defendant BRIT Systems, Inc. ("BRIT") has indicated in the Amended Identification of Disputed Claim Terms that a number of the '937 Patent claim terms not subject to 35 U.S.C. §112(6) are allegedly "indefinite."  In my opinion, based on my education, experience, and review, I do not believe that any of the disputed terms in the claims of the '937 Patent are unsupported or would be considered indefinite by POSAs.  In my opinion, all of the disputed terms are definite and would be understood to be definite by POSAs in the digitized medical imagery field.  I also believe that there is sufficient structure and support in the '937 Patent for each of the means-plus-function terms.  I believe that persons of ordinary skill in the art can find support for each of the "means plus . . ." terms in the '937 Patent.

54.     In understanding the terms in the '937 Patent, I believe that context matters.  No term should be isolated on its own and each term should be considered in the context of the entire claim and the entire specification, with a view towards digital imaging processing, digital mammography, interfacing, and digital mammography technology.  I also understand that this is the manner that patent claims and terms in the claims need to be construed from a legal standpoint.

**B.     Specific "Disputed Terms"**

55.     As to all of the non-means plus function terms that are contained in the list of terms for construction, it is first hard for me to believe that Defendant disputes the meaning and definition of any of the non-means plus function terms.  All of these terms have clear and distinct meanings in the digitized medical imagery field.  Persons of ordinary skill in the digitized medical imagery field would know what these terms mean and how they are to be applied.  Many of the terms that Defendant claims are indefinite are so commonly used in the digital imaging field that calling them "indefinite" is not reasonable or valid.

56.     Not being a lawyer or patent attorney, I cannot comment on the situation relative to the means-plus-function terms from a legal significance.  However, from the standpoint of a person of ordinary skill in the digital imaging field, I believe that there is support in the '937 Patent for each of the terms from both a technical and functional point of view.

57.     In my opinion, all the terms specifically described below had the same definitive common meaning to POSAs in the mid-1990s when the subject matter of the '937 Patent was conceived and reduced to practice, as they now do.

58.     Many term definitions proposed by the Defendant, employ or incorporate "numerical values."  While these terms and associated quantities can be represented numerically, their numerical representation should not be a part of the definition, as would be understood by

POSAs at the time of the invention (mid-1990s) and at the present time. Defining these terms in using numerical values is erroneous. A good analogy would be audio devices where the volume or frequencies of sound can be set, preset, or adjusted up and down using controls without any numerical representation.

59.     The terms "system for providing an interface" and "system for interfacing" appear in claim preambles. As such, these terms require no interpretation or definition. However, if the terms were to be interpreted, they would have common and ordinary meanings. These terms have the same ordinary and common meaning at the time of the invention (mid-1990s) as those at the present time. As used in the '937 Patent, an ordinary and common meaning is that the terms refer to a computer system.

60.     The terms "digitized mammogram" and "digitized mammography images" as used in the '937 Patent and in the digitized medical imagery field have their common and ordinary meanings, namely digital image presentations of a human breast. These terms have the same common and ordinary meaning at the time of the invention (mid-1990s) as those at the present time. The definition is not limited to images produced by digitizing film. Defendant's definition is incorrect.

61.     The terms  "greyscale values" and "grayscale values" have common and ordinary meanings in the digitized medical imagery field and are used in that manner in the '937 Patent. These terms have the same common and ordinary meaning at the time of the invention (mid-1990s) as those at the present time. The terms all refer to digital image luminance values corresponding to shades of grey from black to white. In addition, sometimes the term "greyscale" is spelled with an "a" rather than an "e" (grayscale), and this does not change its meaning. Further, sometimes one sees the term "greyscale colors," which is a common misnomer and simply is another way of

referring to "grayscale values" and has the same meaning.  Contrary to the definition stated by the Defendant, these terms are not limited to numerical values, as many display systems at the time of the invention and at the present time are analog in nature and represent luminance values and ranges using nun-numerical circuitry and electronics.  Defining grayscale in terms of numerical values is not appropriate.  Radiologists select the grayscale values of images on a monitor to conform to their visual preference, similar to the way a radio listener would select a volume to fit his/her hearing (see also paragraph 58 above).

62.     The term "optical densities" as used in the '937 Patent and in the medical image field refers to the degree of luminance on the film when the film is displayed on a viewbox.  This term has the same common and ordinary  meaning at the time of the invention (mid-1990s) as that at the present time.  Optical densities are degrees of transparency of an analog image displayed on a viewbox or light box.  Being an analog quantity by nature, defining optical densities in terms of their numerical values is not common or appropriate in my opinion.

63.     The phrase "a plurality of varying-resolution forms, each form having [different/ a different set of] greyscale values" as used in the '937 Patent and in the digital image field refers to a condition in which multiple medical images or different formats of the same image are displayed currently on different windows on the display monitor, and that each of those displays having a different set of grayscale values and different resolution formats.  This phrase has the same common and ordinary meaning at the time of the invention (mid-1990s) as that at the present time, and contrary to the Defendant's assertion, certainly has a definite meaning as would be understood by a POSA at the time of the invention.  The Defendant's definition for greyscale in terms of numerical values is also erroneous, per paragraph 58 above.

64.     The term "predetermined illumination state" as used in the '937 Patent has its common and ordinary meaning and refers to the greyscale values of a medical image established in advance for a window on a monitor.  This is the manner and meaning of its use in the '937 Patent.  The phrase "pre-determined" implies that illumination condition is established in advance. This term has the same common and ordinary meaning at the time of the invention (mid-1990s) as that at the present time, and certainly has a definite meaning as would be understood by a POSA at the time of the invention.  Defining greyscale in terms of numerical values is also erroneous, per paragraph 58.

65.     The phrase "control the illumination state" as used in the '937 Patent and in the digitized medical imagery field refers to the ability of the operator to adjust the luminance of a displayed image on a monitor.  In a common and ordinary meaning, the phrase also can refer to the ability of the user to adjust the grayscale values (luminance) of a displayed image on a monitor. This phrase has the same common and ordinary meaning at the time of the invention (mid-1990s) as that at the present time, and contrary to the Defendant's assertion, certainly has a definite meaning as would be understood by a POSA at the time of the invention.  The Defendant's definition for greyscale in terms of numerical values is also erroneous, per paragraph 58 above.

66.     The phrase "to display a mammogram image in a different form in each window with grayscale values that, along with the illumination characteristics of said monitor, appears to a user as a mammogram in each window under a predetermined illumination state" as used in the '937 Patent and in the digitized medical imagery field refers to the capability to concurrently display on different windows of a display monitor (of specific characteristics of its own) different image versions of a single mammogram image, each image version having different greyscale values as dictated by the predetermined illumination state and the different displayed resolution

formats.  This phrase has the same common and ordinary meaning at the time of the invention (mid-1990s) as that at the present time, and contrary to the Defendant's assertion, certainly has a definite meaning as would be understood by a POSA at the time of the invention.  The Defendant's definition for grayscale in terms of numerical values is also erroneous, per paragraph 58 above.

67.     The term "digitized medical image" as used in the '937 Patent has the same meaning as its common and ordinary meaning in the digital imaging field, namely an image of a portion of a human body in a digital format.  This term has the same common meaning at the time of the invention (mid 1990s) as those at the present time. The definition is not limited to digitized medical images produced by digitizing film, rather to all digital or digitized images regardless of their origin.  Defendant's definition is incorrect.  I reiterate again that regardless of the source of the digital image, the '937 Patent pertains to display and user interfaces of the images in electronic form. The source of the image is immaterial to the claims of the invention.

68.     The term "system for analyzing" is recited in the preamble of claim 17, and as such does not require construction.  However, were the term to be construed, it would have a common and ordinary meaning as used in the digitized medical imagery field and as used in that manner in the '937 Patent.  This term has the same common and ordinary meaning at the time of the invention as that of the present time.  The term refers to a computer system that provides the capability to analyze digital mammogram images.  In my opinion, as a preamble to the claim, there is no need to limit this term's definition.  This term is not limited to facilitating a study or examination and is much broader.

69.     The phrase "the digitized mammogram data having greyscale values corresponding to optical densities of the film mammogram image" has common and ordinary meanings in the digital imaging field and is used in that manner in the '937 Patent.  This phrase has the same

22

common and ordinary meaning at the time of the invention as that of the present time. It means regardless of how the digital mammogram image is formed, i.e. from either direct digital or an x-ray film, the greyscale values of the image are substantially the same.  This can technically be made possible by digitizing a mammographic film and representing the resulting optical densities in greyscale values, or obtaining a digital mammogram by sensors other than film and then convey or relate those values to greyscale values as those of a mammographic film.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____September 17, 2018_____          _____
                                                                                          Ehsan Samei

**DUKE UNIVERSITY MEDICAL CENTER**
**CURRICULUM VITAE**
for
Permanent Record
and the
Appointments and Promotions Committee

**Name:**                                     Ehsan Samei, PhD

**Primary academic appointment:**    Radiology

**Present academic rank and title:**   Professor (with tenure)

**Secondary appointment:**               Physics (Professor)
                                                       Biomedical Engineering (Professor)
                                                       Electrical and Computer Engineering (Professor)
                                                       Medical Physics (Faculty)

**Date and rank of first Duke faculty appointment:** 2/2000, Assistant Professor (tenure-track)

**Medical licensure:**                    N/A

**Specialty certification and dates:**

American Board of Radiology (ABR), Diagnostic Radiological Physics, 2001
Registered Medical Physicist, State of SC, 1998 – 2002
American Board of Medical Physics (ABMP), Part I, 1995
American Board of Health Physics (ABHP), Part I, 1995

**Date of birth:**            January 26, 1967          **Place**:   Tehran, Iran

**Citizen of:**                U.S.A.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 26 of 127 PageID #: 1755
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 168 of 361   PageID 1329
E. Samei, 9/14/2018                                                                                    2

## TABLE OF CONTENTS
(Click on page number to advance to that section.)

**Education** .................................................................................................................................. **3**

**Scholarly Societies** ..................................................................................................................... **3**

**Professional training and academic career** .......................................................................... **3**

**Additional Training** .................................................................................................................... **4**

**Publications** ................................................................................................................................ **5**
   Publication summary: ................................................................................................................... 5
   Citation indices (Google Scholar): .............................................................................................. 5
   Refereed journal publications: .................................................................................................... 5
   Refereed full-length proceedings papers: ................................................................................ 23
   Books, patents, and major reports: ........................................................................................... 37
   Chapters in books: ..................................................................................................................... 39
   Conference abstracts: ................................................................................................................ 41
   Invited lectures: ......................................................................................................................... 61
   Theses: ...................................................................................................................................... 75
   Invited magazine articles and interviews: ................................................................................. 76

**Consultant Appointments** ........................................................................................................ **77**
   US Government: ......................................................................................................................... 77
   Non-US Governments: ............................................................................................................... 78
   Medical Industry: ........................................................................................................................ 78

**Editorial Boards and Editorships** ............................................................................................ **79**

**Journal Services** ....................................................................................................................... **79**

**Professional awards and special recognitions** ....................................................................... **80**

**Organizations and participation** ............................................................................................... **81**

**Teaching responsibilities** .......................................................................................................... **84**
   Trainee Mentorship Summary: .................................................................................................. 84
   Trainee Mentorship: ................................................................................................................... 85
   Teaching in Universities and Hospitals: ..................................................................................... 88
   Teaching through Professional Organizations: .......................................................................... 89
   Leadership Training: ................................................................................................................... 91

**Areas of research interest** ........................................................................................................ **92**

**External support** ....................................................................................................................... **92**
   Grant summary: ......................................................................................................................... 92
   Federal Grants with Ehsan Samei as Principal Investigator: ..................................................... 92
   Foundation and Industry Grants with Ehsan Samei as Principal Investigator: ........................... 95
   Federal Grants with Other Principal Investigators: .................................................................... 99
   Foundation and Industry Grants with Other Principal Investigators: ......................................... 100
   Grant Applications Pending: .......................................................... **Error! Bookmark not defined.**

**Medical Center Support Activities** .......................................................................................... **100**

**Clinical Activities** ..................................................................................................................... **101**

**Personal Information** ................................................................................................................ **103**

E. Samei, 9/14/2018                                                                                                    3

## EDUCATION

| | | | |
|---|---|---|---|
| High School | Sadr H.S.<br>Tehran, Iran | 1984 | Diploma<br>(Physics and Math) |
| College | Tehran University<br>Tehran, Iran | 1989 | B.S. (Applied Physics) |
| Graduate School | Georgia Institute of Technology<br>Atlanta, GA | 1993 | M.S. (Medical Physics) |
| Graduate School | The University of Michigan<br>Ann Arbor, MI | 1995 | M.Eng. (Radiological<br>Health Engineering) |
| Graduate School | The University of Michigan<br>Ann Arbor, MI | 1997 | Ph.D. (Nuclear Science,<br>Radiation Measurement<br>and Imaging) |

## SCHOLARLY SOCIETIES

| | |
|---|---|
| Physical Society of Iran | 1984 – 1994 |
| American Nuclear Society (ANS) | 1994 – 1997 |
| Iranian Association of Medical Physics (IAMP) | 1995 – 1998 |
| Health Physics Society (HPS) | 1992 – 2010 |
| American Academy of Health Physics (AAHP) | 1995 – 2010 |
| Society for Imaging Informatics in Medicine (SIIM) | 1999 – 2010 |
| American Association for the Advancement of Science (AAAS) | 2005 – 2010 |
| Fars Specialist Society | 2002 – 2010 |
| American Institute of Physics (AIP) | 1993 – |
| American Association of Physicists in Medicine (AAPM) | 1993 – |
| International Society for Optical Engineering (SPIE) | 1995 – |
| Medical Image Perception Society (MIPS) | 1998 – |
| American National Standards Institute (ANSI), US National IEC | 2002 – |
| Radiological Society of North America (RSNA) | 2003 – |
| American College of Radiology (ACR) | 2009 – |

## PROFESSIONAL TRAINING AND ACADEMIC CAREER

| | |
|---|---|
| The University of Michigan, Department of Nuclear Engineering and<br>    Radiological Sciences, Ann Arbor, MI<br>        Adjunct Research Investigator | 1997 – 1998 |
| Henry Ford Health System, Department of Diagnostic Radiology, Detroit, MI<br>    Medical Physics Fellow | 1997 – 1998 |
| Medical University of South Carolina, Department of Radiology, Charleston, SC<br>    Assistant Professor of Radiology (tenure-track)<br>    Technical Director, Radiology Informatics | 1998 – 2000 |
| Medical University of South Carolina, Department of Radiology, Charleston, SC<br>    Adjunct Assistant Professor of Radiology | 2000 – 2003 |
| Duke University, Department of Radiology, Durham, NC | 2000 – 2005 |

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 28 of 127 PageID #: 1757
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 170 of 361   PageID 1331
E. Samei, 9/14/2018                                                                                    4

       Assistant Professor (tenure-track)

| | |
|---|---|
| Duke University, Department of Biomedical Engineering, Durham, NC<br>    Assistant Professor (secondary) | 2000 – 2005 |
| Duke University, Department of Physics, Durham, NC<br>    Assistant Professor (secondary) | 2002 – 2005 |
| Duke University, Medical Physics Graduate Program, Durham, NC<br>    Director of Graduate Studies (DGS) | 2004 – 2011 |
| Duke University, Department of Radiology, Durham, NC<br>    Director, Carl E. Ravin Advanced Imaging Laboratories (RAI Labs) | 2004 – 2016 |
| Duke University, Medical Physics Graduate Program, Durham, NC<br>    Faculty | 2004 – |
| Duke University, Department of Radiology, Durham, NC<br>    Associate Professor (with tenure) | 2006 – 2008 |
| Duke University, Department of Biomedical Engineering, Durham, NC<br>Duke University, Department of Physics, Durham, NC<br>    Associate Professor (secondary) | 2006 – 2008 |
| Duke University, Department of Radiology, Durham, NC<br>    Professor (with tenure) | 2008 – |
| Duke University, Department of Biomedical Engineering, Durham, NC<br>Duke University, Department of Physics, Durham, NC<br>    Professor (secondary) | 2008 – |
| Duke University Medical Center, Durham, NC<br>    Chief, Clinical Imaging Physics Group (CIPG) | 2008 – |
| Duke University, Medical Physics Residency Program, Durham, NC<br>    Director | 2010 – |
| Duke University, Department of Electrical and Computer Engin., Durham, NC<br>    Professor (secondary) | 2011 – |
| Duke University, Medical Physics Graduate Program, Durham, NC<br>    Director | 2015 – |

## ADDITIONAL TRAINING

**Internships**

| | | |
|---|---|---|
| Society of Creative Thinking, Tehran, Iran | Photography and Cinematography | 1982 – 84 |
| Tehran Technical Institute, Tehran, Iran | Electronics | 1984 |
| Shiraz University, Bironi Observatory, Shiraz, Iran | Experimental Astronomy | 1986 |
| Radiation Care, Inc, Atlanta, GA | Clinical Therapeutic Physics | 1993 |
| University of Michigan, Department of Radiology | Clinical Diagnostic Physics | 1994 |

**Short courses**

| | | |
|---|---|---|
| HPS Summer School, Emory University | Hospital Health Physics | 1993 |

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 29 of 127 PageID #: 1758
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 171 of 361   PageID 1332
E. Samei, 9/14/2018                                                                        5

| | | |
|---|---|---|
| HPS Summer School, UC Davis | Internal Radiation Dosimetry | 1994 |
| AAPM Summer School, Georgetown University | Medical Physics in Radiology | 1997 |
| Agfa Corporation, Teterboro, NJ | PACS Administration | 1998 |
| Picker Corporation, Cleveland, OH | Nuclear Medicine Programming | 1999 |

## PUBLICATIONS
(students/trainees denoted with *)

### Publication summary:

| | |
|---|---|
| 245 | Refereed journal publications (19 with distinctions or awards) |
| 159 | Refereed full-length proceedings papers |
| 19 | Books, patents, and major reports |
| 21 | Chapters in books |
| 222 | Conference abstracts |
| 216 | Invited lectures |
| 3 | Theses |
| 24 | Invited magazine articles and interviews |
| 909 | Total |

### Pubication metrics:

| | All | Since 2013 |
|---|---|---|
| Citations | 11036 | 8266 |
| h-index (Google Scholar) | 54 | 40 |
| i10-index (Google Scholar) | 195 | 147 |
| Weighted RCR (NIH iCite): | 360.40 | |

### Refereed journal publications:

J1.   **Samei E**, Davidian Z, Ejtehadi R, Nahal A, Meshginfam P. A preliminary study on Halley's comet (in Persian). *Iranian Journal of Physics* 3(4): 390-394, 1986.

J2.   Poorang P, Davidian Z, **Samei E**, Shadanpour N, Nahal A, Hoda H. Halley: results of recent investigations (in Persian). *Iranian Journal of Physics* 4(3): 243-245, 1986.

J3.   **Samei E**, Kearfott KJ, Wang C-KC, Han S. Impact of variations in physical parameters on glow curves for planchet heating of TL dosimeters. *Nuclear Instruments and Methods in Physics Research A* 353: 415-419, 1994.

J4.   Kearfott KJ, Han S, McMahan KL, **Samei E**, Sensitivity of a mixed field dosimetry algorithm to uncertainties in thermoluminescent element readings. *Health Physics* 68(3): 340-349, 1995.

J5.   **Samei E**, Kearfott KJ, Wang C-KC. Numerical modeling of a new method for determination of shallow dose and deep dose in low-LET radiation fields. *Radiation Protection Dosimetry* 58(2): 103-114, 1995.

J6.   **Samei E**, Kearfott KJ. A limited bibliography of atomic energy commission-funded human radiation experiments. *Health Physics* 69(6): 885-891, 1995.

J7.   **Samei E**, Kearfott KJ, Gillespie TJ, Wang C-KC. An atlas of selected beta ray spectra and depth-dose distribution generated by a fast Monte Carlo-based sampling method. *Radiation Physics and Chemistry* 48(6): 719-725, 1996.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 30 of 127 PageID #: 1759
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 172 of 361   PageID 1333
E. Samei, 9/14/2018                                                                                      6

J8.   **Samei E**, Flynn, MJ, Eyler, WR. Simulation of subtle lung nodules in projection chest radiography. *Radiology* 202(1): 117-124, 1997.

J9.   Beute GH, Flynn MJ, Eyler WR, **Samei E**, Zylak CJ, Spizarny DL. Chest radiographic image quality: comparison of asymmetric film/screen, digital storage phosphor, and digital selenium drum systems - a preliminary study *(invited article)*. *Radiographics* 18: 745-754, 1998.

J10.  **Samei E**, Flynn MJ, Reimann DA. A method for measuring the presampled MTF of digital radiographic systems using an edge test device. *Medical Physics* 25: 102-113, 1998.

J11.  Flynn MJ, **Samei E**. Experimental comparison of noise and resolution for 2k and 4k storage phosphor radiography systems. *Medical Physics* 26: 1612-1623, 1999.

J12.  **Samei E**, Flynn MJ, Eyler WR. Detection of subtle lung nodules: relative influence of quantum and anatomical noise on chest radiographs. *Radiology* 213: 727-734, 1999.

J13.  Kearfott KJ, Han S, Wagner EC, **Samei E** Wang C-KC. Numerical simulation of a TLD pulsed laser-heating scheme for determination of shallow dose and deep dose in low-LET radiation fields. *Journal of Applied Radiation and Isotopes* 52(6): 1419-1429, 2000.

J14.  Ryan MT, Spicer KM, Frei-Lahr D, **Samei E,** Frey GD, Hargrove H, Bloodworth G. Health physics consequences of out-patient treatment of non-Hodgkin's lymphoma with [131]I-radiolabelled anti-B1 antibody. *Operational Health Physics* 79(5): S52-55, 2001.

J15.  Mah E*, **Samei E**, Peck D. Evaluation of a quality control phantom for digital chest radiography systems. *Journal of Applied Clinical Medical Physics* 2(2): 90-101, 2001. **This paper received the Award for Excellence for best diagnostic imaging paper published during 2001 in the** *Journal of Applied Clinical Medical Physics***.**

J16.  **Samei E**, Seibert JA, Willis CE, Flynn MJ, Mah E, Junck KL. Performance evaluation of computed radiography systems. *Medical Physics* 28(3): 361-371, 2001.

J17.  **Samei E**, Flynn MJ. An experimental comparison of detector performance for computed radiography systems. *Medical Physics* 29(4): 447-459, 2002.

J18.  Dobbins III JT, **Samei E**, Chotas HG, Warp RJ, Baydush AH, Floyd CE, Ravin CE. Optimization of x-ray spectra for chest radiography with a CsI/a:Si flat-panel detector. *Radiology* 226: 221-230, 2003.

J19.  **Samei E**, Hill J, Frey GD, Southgate W, Mah E, Delong D. Evaluation of a flat panel digital radiographic system for low-dose portable imaging of neonates. *Medical Physics* 30: 601-607, 2003.

J20.  **Samei E**, Flynn MJ, An experimental comparison of detector performance for direct and indirect digital radiography systems. *Medical Physics* 30: 608-622, 2003.

J21.  **Samei E**, Flynn MJ, Peterson E, Eyler WR. Subtle lung nodules: influence of local anatomical variations on detection. *Radiology* 228: 76–84, 2003.

J22.  **Samei E**. Image quality in two phosphor-based flat panel digital radiographic detectors. *Medical Physics* 30(7): 1747-1757, 2003.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 31 of 127 PageID #: 1760
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 173 of 361   PageID 1334
E. Samei, 9/14/2018                                                                                    7

J23.  Saunders RS*, **Samei E**. A method for modifying the image quality parameters of digital radiographic images. *Medical Physics* 30: 3006-3017, 2003.

J24.  Turner SR*, **Samei E**, Hertzberg BS, Delong DM, Vargas-Voracek R, Maynor CH, Singer A, Kliewer MA. Sonography of fetal choroid plexus cysts: detection depends on cyst size and gestational age. *Journal of Ultrasound in Medicine (JUM)* 22: 1219-1227, 2003.

J25.  **Samei E**, Seibert AJ, Anderiole K, Badano A, Crawford J, Reiner B, Flynn MJ, Chang P. General guidelines for purchasing and acceptance testing of PACS equipment **(invited article)**. *Radiographics* 24: 313-334, 2004.

J26.  McKinley RL*, Tornai MP, **Samei E**, Bradshaw ML. Simulation study of a quasi-monochromatic beam for x-ray computed mammotomography. *Medical Physics* 31(4): 800-813, 2004.

J27.  Saunders RS*, **Samei E**, Hoeschen C. Impact of resolution and noise characteristics of digital radiographic detectors on the detectability of lung nodules. *Medical Physics* 31: 1603-1613, 2004 (Cross-referenced in *Virtual Journal of Biological Physics Research,* June 2004, http://www.vjbio.org/).

J28.  McKinley RL*, Tornai MP, **Samei E**, Bradshaw ML. Development of an optimal x-ray beam for dual-mode emission and transmission mammotomography. *Nuclear Instruments and Methods in Physics Research A* 527: 102-109, 2004.

J29.  Jung H, Kim H-J, Kang W-S, Yoo SK, Fujioka K, Hasegawa M, **Samei E**. Assessment of flat panel LCD primary class display performance based on AAPM TG 18 acceptance protocol. *Medical Physics* 31(7): 2155-2164, 2004.

J30.  Neitzel U, Günther-Kohfahl S, Borasi G, **Samei E**. Determination of the detective quantum efficiency of a digital x-ray detector: comparison of three evaluations using a common image data set. *Medical Physics* 31(8): 2205-2211, 2004.

J31.  **Samei E**, Saunders RS, Lo JY, Dobbins III JT, Jesneck JL, Floyd Jr CE, Ravin CE. Fundamental imaging characteristics of a slot-scan digital chest radiographic system. *Medical Physics* 31(9): 2687-2698, 2004.

J32.  **Samei E**, Wright SL. Luminance and contrast performance of liquid crystal displays for mammographic applications **(invited article)**. *Technology in Cancer Research and Treatment* 3(5): 429-436, 2004.

J33.  **Samei E**, Rowberg A, Avraham E, Cornelius C. Towards clinically-relevant standardization of image quality **(invited article)**. *Journal of Digital Imaging* 17(4): 235-300, 2004.

J34.  Saunders RS*, **Samei E**, Jesneck JL, Lo JY. Physical characterization of a prototype selenium-based full field digital mammography detector. *Medical Physics* 32: 588-599, 2005.

J35.  **Samei E**. Technological and psychophysical considerations for digital mammography displays **(invited article)**. *Radiographics* 25(2): 491-501, 2005.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 32 of 127 PageID #: 1761
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 174 of 361   PageID 1335
E. Samei, 9/14/2018                                                                                          8

J36.   **Samei E**, Badano A, Chakraborty D, Compton K, Cornelius C, Corrigan K, Flynn MJ, Hemminger B, Hangiandreou N, Johnson J, Moxley-Stevens DM, Pavlicek W, Roehrig H, Rutz L, Shepard J, Uzenoff RA, Wang J, Willis CE. Assessment of display performance for medical imaging systems: Executive summary of AAPM TG18 report *(invited article)*. *Medical Physics* 32(4):1205-1225, 2005.

J37.   **Samei E**, Lo JY, Yoshizumi TT, Dobbins III JT, Jesneck JL, Floyd Jr CE, McAdams HP, Ravin CE. Comparative scatter and dose performance of slot-scan and full-field digital chest radiographic systems. *Radiology* 235(3): 940-949, 2005.

J38.   **Samei E,** Dobbins III JT, Lo, JY, McKinley RL, Tornai, M, A framework for optimizing the radiographic technique in digital x-ray imaging, *Radiation Protection Dosimetry* 117(1-2): 220-229, 2005.

J39.   Ranger NT, **Samei E**, Dobbins III JT, Ravin CE. Measurement of the detective quantum efficiency in digital detectors consistent with the IEC 62220-1 standard:   practical considerations regarding the choice of filter material. *Medical Physics* 37(7): 2305-2311, 2005.

J40.   **Samei E**, Buhr E, Granfors P, Vandenbroucke D, Wang X. Comparison of edge analysis techniques for the determination of the MTF of digital radiographic systems. *Physics in Medicine and Biology* 50: 3613-3625, 2005.

J41.   McKinley RL*, Tornai MP, **Samei E**, Bradshaw ML. Initial study of quasi-monochromatic x-ray beam performance for x-ray computed mammotomography, *IEEE Transactions on Nuclear Science* 52(5): 1243-1250, 2005.

J42.   McKinley RL*, Tornai MP, Brzymialkiewicz C, **Samei E,** Bowsher JE. Analysis of a novel offset cone-beam computed mammotomography imaging system for attenuation correction of SPECT in a proposed dual modality dedicated breast mammotomography system. *Physica Medica* XXII (Sup. I): 46-53, 2006.

J43.   Hoe CL*, **Samei E,** Frush DP, Delong DM. Simulation of liver lesions for pediatric CT. *Radiology* 238: 699-705, 2006.

J44.   Saunders RS*, **Samei E**. Resolution and noise measurements of selected commercial medical displays. *Medical Physics* 33(2): 308-319, 2006.

J45.   **Samei E**, Wright SL. Viewing angle performance of medical liquid crystal displays. *Medical Physics* 33(3): 645-654, 2006.

J46.   Boyce S*, **Samei E.** Imaging properties of digital magnification radiography. *Medical Physics* 33(4): 984-996, 2006.

J47.   **Samei E**, Ranger NT, Dobbins III JT, Chen Y. Inter-comparison of methods for image quality characterization: 1. Modulation transfer function. *Medical Physics* 33(5): 1454-1465, 2006.

J48.   Dobbins III JT, **Samei E**, Ranger NT, Chen Y. Inter-comparison of methods for image quality characterization: 2. Noise power spectrum. *Medical Physics* 33(5): 1466-1475, 2006.

J49.   Borasi G, **Samei E**, Bertolini M, Nitrosi A, Tassoni D. Contrast-detail analysis of two indirect flat panel detectors for digital radiography. *Medical Physics* 33(6): 1707-1719, 2006. [Errata in *Medical Physics* 33: 3580, 2006.]

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 33 of 127 PageID #: 1762
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 175 of 361   PageID 1336
E. Samei, 9/14/2018                                                                                    9

J50.  **Samei E**.  The role of image perception in radiology *(guest editorial)*. *Journal of American College of Radiology* 3(6): 400-401, 2006.

J51.  Saunders RS\*, **Samei E**, Baker JA. Simulation of mammographic lesions. *Academic Radiology* 13: 860-870, 2006.

J52.  Siegel E, Krupinski E, **Samei E**, Flynn MJ, Andriole K, Erickson B, Thomas J, Badano A, Seibert JA, Pisano E. Digital mammography image quality: image display. *Journal of American College of Radiology* 3(8): 615-627, 2006.

J53.  Fetterly KA, **Samei E.** A photographic technique for assessing the viewing angle performance of liquid crystal displays. *Journal of the Society for Information Display (JSID)* 14: 867-872, 2006.

J54.  **Samei E**, Cleland EW, Roehrig H. In-field assessment of display resolution and noise: performance evaluation of a commercial measurement system. *Journal of the Society for Information Display (JSID)* 14: 839-845, 2006.

J55.  Roehrig H, Gaskill J, Fan J, Martin C, Greivenkamp J, **Samei E.** In-field evaluation of the modulation transfer function and the signal-to-noise ratio of electronic-display devices. *Journal of the Society for Information Display (JSID)* 14: 847-860, 2006.

J56.  Badano A, Schncider S, **Samei E**.  Visual assessment of angular response in medical LCDs, *Journal of Digital Imaging* 19(3): 240-248, 2006.

J57.  Lin MD\*, **Samei E**, Badea CT, Johnson GA. Optimized radiographic spectra for small animal digital subtraction angiography. *Medical Physics* 33(11): 4249-4257, 2006.

J58.  Saunders RS\*, **Samei E**, Baker JA, Delong DM, Scott Soo M, Walsh R, Pisano E, Kuzmiak CM, Pavic D. Comparison of LCD and CRT displays based on utility for mammographic tasks. *Academic Radiology* 13: 1317-1326, 2006.

J59.  McAdams HP, **Samei E**, Dobbins III JT, Tourassi G, Ravin CE. Recent advances in chest radiography *(invited article)*. *Radiology* 241(3): 663-683, 2006.

J60.  Saunders RS\*, **Samei E**. Improving demographic decision accuracy by incorporating observer ratings with interpretation time *(invited article)*. *British Journal of Radiology* 79: 5117-5122, 2006.

J61.  Chawla A\*, **Samei E**. Ambient illumination revisited: A new adaptation-based approach for optimizing medical imaging reading environments. *Medical Physics* 34(1): 81-90, 2007.

J62.  Ruschin M\*, Timberg P, Båth M, Hemdal B, Svahn T, Saunders RS, **Samei E**, Andersson I, Mattsson S, Chakraborty D, Tingberg A. Dose dependence of mass and microcalcification detection in digital mammography: free response human observer studies. *Medical Physics* 34(2): 400-407, 2007.

J63.  Badea C, **Samei E**, Hedlund L, Johnson GA. Tomographic digital subtraction angiography for lung perfusion estimation in rodents. *Medical Physics* 34(5): 1546-1555, 2007.

J64.  **Samei E**, Saunders RS, Baker JA, Delong DM. Digital mammography: impact of reduced dose on diagnostic performance. *Radiology* 243: 396-404, 2007.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 34 of 127 PageID #: 1763
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 176 of 361   PageID 1337
E. Samei, 9/14/2018                                                                                          10

J65.  **Samei E**, Stebbins SA, Dobbins III JT, McAdams HP, Lo JY. Multiprojection correlation imaging for improved detection of pulmonary nodules. *AJR* 188: 1239-1245, 2007.

J66.  **Samei E**, Poolla A, Ulissey MJ, Lewin J. Digital mammography: comparative performance of LCD and CRT displays. *Academic Radiology* 14(5): 539-546, 2007.

J67.  Ranger NT, Dobbins III JT, **Samei E**, Ravin CE. Assessment of detective quantum efficiency: Inter-comparison of the recent international standard with prior methods. *Radiology* 243(3): 785-795, 2007.

J68.  Chawla A*, **Samei E**, Saunders RS, Abbey C, Delong D. Effect of dose reduction on the detection of mammographic lesions: a mathematical observer analysis. *Medical Physics* 34(8): 3385-3398, 2007.

J69.  Saunders RS*, Baker JA, Delong DM, Johnson JP, **Samei E**. Does image quality matter? Impact of resolution and noise on mammographic task performance. *Medical Physics* 34(10): 3971-3981, 2007.

J70.  Fetterly KA, Flynn MJ, Blume H, **Samei E**. Introduction to grayscale calibration and related aspects of medical imaging grade liquid crystal displays. *Journal of Digital Imaging* 21(2): 193-207, 2008.

J71.  Schindera ST*, Nelson RC, Paulson EK, Jaffe TA, Miller CM, DeLong DM, Kawaji K, Yoshizumi TT, Mukundan S, **Samei E**. Low tube voltage, high tube current multi-detector row CT for enhanced detection of hypervascular liver tumors: phantom study. *Radiology* 146(1): 125-132, 2008.

J72.  Chawla AS*, **Samei E**, Lo JY, Baker JA. A mathematical model platform for optimizing a multi-projection breast imaging system. *Medical Physics* 35(4): 1337-1345, 2008.

J73.  **Samei E**, Ranger NT, Delong DM. A comparative contrast-detail study of five medical displays. *Medical Physics* 35(4): 1358-1364. 2008.

J74.  Pollard BJ*, Chawla AS, Delong DM, Hashimoto N, **Samei E**. Object detectability at increased ambient lighting conditions. *Medical Physics* 35(6): 2204-2213, 2008.

J75.  Williams MB, Raghunathan P, More MJ, Seibert JA, Kwan A, Lo JY, **Samei E**, Ranger NT, Fajardo LL, McGruder A, McGruder SM, Maidment ADA, Yaffe MJ, Bloomquist A, Mawdsley G. Optimization of exposure parameters in full field digital mammography *Medical Physics* 35(6): 2414-2423, 2008.

J76.  Singh S*, Tourassi GD, Baker JA, **Samei E**, Lo JY. Automated breast mass detection in 3D reconstructed tomosynthesis volumes: a featureless approach. *Medical Physics* 35 (8): 3626-3636, 2008.

J77.  Li X*, **Samei E**, Segars WP, Sturgeon GM, Colsher JG, Frush DP. Patient-specific dose estimation for pediatric CT. *Medical Physics* 35(12) 5821-5828, 2008.

J78.  Saunders RS*, **Samei E**. The effect of breast compression on mass conspicuity in digital mammography. *Medical Physics* (35(10): 4464-4473, 2008.

J79.  **Samei E**, Ranger NT, Mackenzie A, Honey ID, Dobbins III JT, Ravin CE. Detector or system? Extending the concept of DQE to characterize the performance of digital radiographic systems. *Radiology* 249(3): 926-937, 2008.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 35 of 127 PageID #: 1764
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 177 of 361   PageID 1338
E. Samei, 9/14/2018                                                                    11

J80.  Pollard BJ*, **Samei E**, Chawla AS, Baker JA, Ghate S, Kim C, Soo MS, Hashimoto N. The influence of ambient lighting on mass detection in mammograms. *Academic Radiology* 16(3): 299-304, 2009.

J81.  Chawla AS*, Saunders RS, Singh S, Lo JY, **Samei E**. Towards optimized acquisition scheme for multiprojection correlation imaging of breast cancer. *Academic Radiology* 16(4): 456-463, 2009.

J82.  Castella C, Kinkel K, Eckstein MP, Abbey CK, Verdun FR, Saunders RS, **Samei E**, Bochud FO. Mass detection on mammograms: influence of signal shape uncertainty on human and model observers. *Journal of Optical Society of America* 26(2): 425-436, 2009.

J83.  Li X*, **Samei E**. Comparison of patient size-based methods for estimating quantum noise in CT images of the lung. *Medical Physics* 36(2), 541-546, 2009.

J84.  Saunders RS*, **Samei E**, Lo JY, Baker JA. Can breast compression be reduced for breast tomosynthesis? A Monte Carlo study on mass and microcalcification conspicuity in tomosynthesis. *Radiology* 251(3): 673-782, 2009.

J85.  Marin D*, Nelson R, **Samei E,** Paulson EK, et al. Hypervascular liver tumors: low tube voltage, high tube current multidetector CT during late hepatic arterial phase for detection—initial clinical experience. *Radiology* 251(3): 771-779, 2009.

J86.  Li X*, **Samei E**, Delong DM, Jones RP, Gaca AM, Hollingsworth CL, Maxfield CM, Carrico CW, Frush D. Three-dimensional simulation of small lung nodules for pediatric CT. *British Journal of Radiology* 82: 401-411, 2009.

J87.  Chawla AS*, Boyce S, Washington L, McAdams HP, Washington L, **Samei E**. Design and development of a new multi-projection x-ray system for chest imaging. *IEEE Transactions of Medical Imaging* 56(1): 36-45, 2009.

J88.  Shepard SJ, Wang J, Flynn M, Gingold E, Goldman L, Krugh K, Leong DL, Mah E, Ogden K, Peck D, **Samei E**, Wang J, Willis CE. An exposure indicator for digital radiography: AAPM Task Group 116 (executive summary). *Medical Physics* 36(7): 2898-2914, 2009.

J89.  Li X*, **Samei E**, Delong DM, Jones RP, Gaca AM, Hollingsworth CL, Maxfield CM, Colsher JG, Frush DP. Pediatric MDCT: towards assessing the diagnostic influence of dose reduction on the detection of small lung nodules. *Academic Radiology* 16(7): 872-880, 2009.

J90.  **Samei E**, Ranger NT, Mackenzie A, Honey ID, Dobbins III JT, Ravin CE. Effective DQE (eDQE) and speed of digital radiographic systems: an experimental methodology. *Medical Physics* 36(8): 3806–3817, 2009. **This article was one of the top 10 most downloaded articles in the journal Medical Physics, August 2009.**

J91.  Mahesh A, **Samei E**, Bisset III GS. Radiation dose in CT. RSNA/AAPM Educational module, RSNA Publications, 2009.

J92.  **Samei E**, Ranger NT, Bisset III GS, Maxfield C, Hollingsworth CL, Lo JY, Dobbins III JT, Wilson KL. Image quality and dose in digital radiography. RSNA/AAPM Educational module, RSNA Publications, 2009.

J93.   **Samei E**, Saunders RS, Badea CT, Ghaghada KB, Hedlund LW, Qi Y, Yuan H, Bentley RC, Mukundan, Jr S. Micro-CT imaging of breast tumors in rodents using a liposomal, nanoparticle contrast agent. *International Journal of Nanomedicine* 4: 277–282 2009.

J94.   Chawla AS*, Lo JY, Baker JA, **Samei E**. Optimized image acquisition for breast tomosynthesis in projection and reconstruction space. *Medical Physics* 36(11): 4859-4869, 2009.

J95.   Marin D*, Nelson R, Schindera ST, Richard S, Youngblood RS, Yoshizumi TT, **Samei E**. Low-tube-voltage, high--tube current multi-detector row CT of the abdomen: improved image quality and decreased radiation dose with an adaptive statistical iterative reconstruction algorithm – initial clinical experience. *Radiology* 254(1): 145-153, 2010.

J96.   Fleck MS*, **Samei E**, Mitroff SR. Generalized 'satisfaction of search': Adverse influences on dual-target search. *Journal of Experimental Psychology: Human Perception & Performance* 16(1): 60-71, 2010.

J97.   Ranger NT, Lo JY, **Samei E**. A technique optimization protocol and the potential for dose reduction in digital mammography. *Medical Physics* 37(3): 962-969, 2010.

J98.   Shafer C*, **Samei E**, Lo JY. The quantitative potential for breast tomosynthesis imaging. *Medical Physics* 37(3): 1004-1016, 2010.

J99.   Richard S*, **Samei E** Quantitative imaging in breast tomosynthesis and CT: comparison of detection and estimation task performance. *Medical Physics* 37(6): 2627-2637, 2010. **This article was selected as Editor's Pick as a top article in the journal issue**.

J100.  Marin D*, Nelson R, Barnhart H, Schindera ST, Ho LM, Jaffe TA, Yoshizumi TT, Youngblood R, **Samei E**. Effect of a low tube voltage, high tube current multi-detector row CT technique on the detection of pancreatic tumors, image quality and radiation dose during the pancreatic parenchymal phase. *Radiology* 256(2): 450-459, 2010.

J101.  Kim S*, Yoo S, Yin F-F, **Samei E**, Yoshizumi TT. Kilovoltage cone-beam CT: comparative dose and image quality evaluations in partial and full-angle scan protocol. *Medical Physics* 37:3648-3659, 2010.

J102.  Richard S*, **Samei E**. Quantitative breast tomosynthesis: from detectability to estimability. *Medical Physics* 37(12): 6157-6165, 2010.

J103.  Tourassi G, **Samei E**, Baker JA. Medical image perception, performance evaluation, and CAD. RSNA/AAPM Educational module, RSNA Publications, 2010.

J104.  **Samei E**, McAdams P. Foundations of medical image quality: contrast, sharpness, and noise. RSNA/AAPM Educational module, RSNA Publications, 2010.

J105.  **Samei E**, McAdams P. Evaluation and derivatives of medical image quality. RSNA/AAPM Educational module, RSNA Publications, 2010.

J106.  Peck D, **Samei E**. How to understand and communicate radiation risk. Image Wisely Alliance, ACR, 2010.

J107.  Li X*, **Samei E**, Segars W, Sturgeon G, Colsher J, Toncheva G, Yoshizumi TT, Frush DP. Monte Carlo method for estimating patient-specific radiation dose and cancer risk in CT: development and validation. *Medical Physics* 38(1): 397-407, 2011.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 37 of 127 PageID #: 1766
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 179 of 361   PageID 1340
E. Samei, 9/14/2018                                                                                          13

J108. Li X*, **Samei E**, Segars W, Sturgeon G, Colsher J, Toncheva G, Yoshizumi TT, Frush DP. Monte Carlo method for estimating patient-specific radiation dose and cancer risk in CT: application to patients. *Medical Physics* 38(1): 408-419, 2011. **This article was selected as Editor's Pick as a top article in the journal issue**.

J109. Chen B*, Shorey J, Nolte L, Saunders RS, Thompson J, Richard S, **Samei E**. An anthropomorphic breast model for breast imaging simulation and optimization. *Academic Radiology* 18: 536-546, 2011. **This article was selected as a featured paper as a top article in the journal issue**.

J110. Kim S*, Song H, **Samei E**, Yin F-F, Yoshizumi TT. Computed tomography dose index and dose length product for cone-beam CT: Monte Carlo simulations of a commercial system. *Journal of Digital Imaging* 12(2): 84-95, 2011.

J111. Webb L*, **Samei E**, Lo JY, Baker JA, Ghate S, Kim C, Soo MS, Walsh R. Comparative performance of multi-view stereoscopic and mammographic display modalities for breast lesion detection. *Medical Physics* 38(4): 1972-1980, 2011. **This article was selected as Editor's Pick as a top article in the journal issue**.

J112. Li X*, **Samei E**, Segars W, Sturgeon G, Colsher J, Frush DP. Patient-specific dose and risk estimation in pediatric chest CT. *Radiology* 259(3): 862-874, 2011.

J113. **Samei E**, Ranger NT, Dobbins III JT, Ravin CE. Effective Dose Efficiency (eDE): an application-specific metric of quality and dose for digital radiography. *Physics in Medicine and Biology* 56: 5099–5118, 2011. **This article was selected Featured Article as a top article in the journal issue**.

J114. **Samei E,** Saunders RS. Beam optimization of dual energy contrast enhanced breast tomosynthesis. *Physics in Medicine and Biology* 56: 6359-6378, 2011.

J115. D'Alessandro B, Madsen M, **Samei E**, Li X, Wooi–Tan J, Berbaum KS, Schartz K, Caldwell R, Zuckier. Synthetic PET and PET-CT images for use in perceptual studies *(invited article)*. *Seminars of Nuclear Medicine* 41:437-448, 2011.

J116. **Samei E**. Seibert AJ. The tenuous state of clinical medical physics in diagnostic imaging (editorial). *Medical Physics* 38(12): iii-iv, 2011.

J117. Wang CE*, Chea YW, Boll DT, **Samei E**, Neville AM, Dale BM, Merkle EM. Effect of Gadolinium chelate contrast agents on diffusion weighted MR imaging of the liver, spleen, pancreas and kidney at 3T. *European Journal of Radiology* 80: e1-e7, 2011.

J118. Chen B*, Richard S, Barnhart H, Colsher J, Amurao M, **Samei E**. Quantitative CT: technique dependency of volume assessment for pulmonary nodules. *Physics in Medicine and Biology* 57: 1335–1348, 2012.

J119. **Samei E**, Majdi-Nasab N, Dobbins III JT, McAdams HP. Biplane correlation imaging: Feasibility study based on phantom and human dataset. *Journal of Digital Imaging* 25: 137-147, 2012.

J120. Schnell EA, **Samei E**, Dobbins III JY. Plate-specific gain map correction for the improvement of detective quantum efficiency in computed radiography. *Medical Physics* 39(3): 1495-1504, 2012.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 38 of 127 PageID #: 1767
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 180 of 361   PageID 1341
E. Samei, 9/14/2018                                                                          14

J121.  **Samei E**, Button T, Orton C. The 2014 initiative can have potentially unintended negative consequences for medical physics in diagnostic imaging and nuclear medicine. Point-Counterpoint Debate. *Medical Physics* 39(3): 1167-1169, 2012.

J122.  Pollard BJ*, **Samei E**, Chawla AS, Heyneman L, Hurwitz LM, Martinez-Jimenez S, Washington L, McAdams HP, Hashimoto N. Can ambient lighting in chest radiology reading rooms be increased? *Journal of Digital Imaging* 25(4): 520-526, 2012.

J123.  Guo W*, Li Q, Boyce SJ, McAdams TP, Shiraishi J, Doi K, **Samei E**. A computerized scheme for lung nodule detection in multi-projection chest radiography. *Medical Physics* 39(4), 2001-2012, 2012.

J124.  Husarik DB*, Marin D, Richard S, **Samei E**, Chen B, Jaffe TA, Bashir MR, Nelson RC. Radiation dose reduction in abdominal CT using a model based iterative reconstruction algorithm: How low can we go? *Investigative Radiology* 47(2): 121-127, 2012.

J125.  McCollough CH, Chen GH, Kalender W, Leng S, Pelc N, **Samei E**, Taguchi K, Wang G, Yu L. Technical steps needed to achieve routine sub-mSv CT scanning: report from the summit on management of radiation dose in CT *(invited article)*. *Radiology* 264(2): 567-580, 2012.

J126.  Zhang Y*, Li X, Segars WP, **Samei E**. Organ dose, effective dose, and risk index in adult CT: comparison of four types of reference phantoms across different protocols. *Medical Physics* 39(6), 3404-3423, 2012.

J127.  Richard S*, Yadava G, Murphy S, **Samei E**. Towards task-based assessment of CT performance: system and object MTF across different reconstruction algorithms. *Medical Physics* 39(7), 4115-4121, 2012. **This article was selected as Editor's Pick as a top article in the journal issue**.

J128.  Solomon J*, Christianson O, **Samei E**. Quantitative comparison of noise texture across CT scanners from different manufacturers. *Medical Physics* 39(10): 6050-6055, 2012.

J129.  Li X*, **Samei E**, Williams CH, Segars WP, Tward D, Miller MI, Ratnanather JT. Effects of protocol and obesity on dose conversion factors in adult body CT. *Medical Physics* 39(11): 6550-6571, 2012. **This article received the Farrington Daniels Award for the best paper published in Medical Physics in 2012.**

J130.  Lungren MP*, **Samei E**, Barnhardt H, McAdams HP, Heyneman LE, Leder RA, Christensen JD, Christianson KL, Wylie JD, Tan JW, Li X, Hurwitz LM. Gray-scale inversion radiographic display in the detection of pulmonary nodules on chest radiographs. *Clinical Imaging* 36(5): 515-21, 2012.

J131.  MacCabe K*, Krishnamurthy K, Chawla A, Marks D, **Samei E**, Brady D. Pencil beam coded aperture x-ray scatter imaging. *Optics Express* 20(15): 16310-16320, 2012.

J132.  Christianson O*, Li X, Frush DP, **Samei E**. Automated patient-specific CT dose monitoring system: assessing variability in CT dose. *Medical Physics* 39(11): 7131-7139. 2012.

J133.  Lin Y*, **Samei E**, Luo H, Dobbins III JT, McAdams HP, Wang X, Sehnert WJ, Barski L, Foos DH. A patient image-based technique to assess the image quality of clinical chest radiographs. *Medical Physics* 39(11): 7019-7031, 2012.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 39 of 127 PageID #: 1768
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 181 of 361   PageID 1342
E. Samei, 9/14/2018                                                                                    15

J134.   **Samei E**, Li X, Chen B, Reiman R. The effect of dose heterogeneity on risk estimation in x-ray imaging. *Radiation Protection Dosimetry* 155(1): 42-58, 2013.

J135.   Boyce SJ*, McAdams HP, Ravin CE, Patz Jr EF, Washington L, Martinez S, Koweek L, **Samei E**. Preliminary evaluation of bi-plane correlation (BCI) stereographic imaging for lung nodule detection. *Journal of Digital Imaging* 26(1): 109-14, 2013.

J136.   Copple C*, Robertson ID, Thrall DE, **Samei E**. Evaluation of two objective methods to optimize kVp and personnel exposure using a digital indirect flat panel detector and simulated veterinary patients. *Veterinary Radiology & Ultrasound* 54(1): 9-16, 2013.

J137.   **Samei E**, Murphy S, Richard S, Christianson O. Assessment of multi-directional MTF for breast tomosynthesis. *Physics in Medicine and Biology* 58: 1649–1661, 2013.

J138.   Wilson JM*, Christianson OI, Richard S, **Samei E**. A methodology for image quality evaluation of advanced CT systems. *Medical Physics* 40(3): 031908-01-09, 2013.

J139.   Solomon JB*, Li X, **Samei E**. Relating noise to image quality indicators in CT examinations with tube current modulation. *AJR* 200: 592–600, 2013.

J140.   Segars WP, Bond J, Frush J, Hon S, Eckersley C, Williams CH, Feng J, Tward DJ, Ratnanather TJT, Miller MI, Frush D, **Samei E**. Population of anatomically variable 4D XCAT adult phantoms for imaging research and optimization. *Medical Physics* 40(4): 043701-1-11, 2013.

J141.   Chen B*, Marin D, Richard S, Husarik D, Nelson R, **Samei E**. Precision of iodine quantification in hepatic CT: effects of reconstruction (FBP, ASIR, and MBIR) and imaging parameters. *AJR* 200(5): W475-82, 2013.

J142.   **Samei E**, Murphy S, Christianson O. DQE of wireless digital detectors: Comparative performance with differing filtration schemes. *Medical Physics* 40(8): 081910-1-9, 2013.

J143.   Chen B*, Barnhart H, Richard S, Robins M, Colsher J, **Samei E**. Volumetric quantification of lung nodules in CT with iterative reconstruction (ASiR and MBIR) *Medical Physics* 40(11): 111902 - 111202-10, 2013. **This article was selected as a featured paper as a top article in the journal issue**.

J144.   Boyce SJ*, Choudhury KR, **Samei E**. Effective DQE (eDQE) for monoscopic and stereoscopic chest radiography imaging systems with the incorporation of anatomical noise. *Medical Physics* 40: 091916, 2013.

J145.   Kiarashi N*, **Samei E**. Digital breast tomosynthesis: a concise overview *(invited article)*. *Imaging Med*. 5(5): 467-476, 2013.

J146.   Swanick CW*, Gaca AM, Hollingsworth CL, Maxfield CM, Li X, **Samei E**, Paulson EK, McCarthy M, Frush DP. Comparison of conventional and simulated reduced-mA MDCT for evaluation of suspected appendicitis in the pediatric population. *AJR* 201(3): 651-8, 2013.

J147.   Hoang JK, Wang C, Frush D, Enterline D, **Samei E**, Toncheva G, Lowry C, Yoshizumi T. Estimation of radiation exposure for brain perfusion CT: standard protocol compared to deviations in protocol, *AJR* 201:W1-W5, 2013.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 40 of 127 PageID #: 1769
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 182 of 361   PageID 1343
E. Samei, 9/14/2018                                                                                        16

J148. Tian X*, Li X, Segars WP, Frush D, Paulson E, **Samei E**. Dose coefficients in pediatric and adult abdominopelvic CT based on 100 patient models. *Physics in Medicine and Biology* 58(24): 8755-6, 2013.

J149. Mileto A, Nelson RC, **Samei E**, Jaffe TA, Paulson EK, Barina A, Choudhury KR, Wilson JM, Marin D. Impact of dual-energy multi-detector row CT with virtual monochromatic imaging on renal cyst pseudoenhancement: in vitro and in vivo study. *Radiology* May 15:132856, 2014.

J150. Norris H*, Zhang Y, Bond J, Sturgeon GM, Minhas A, Tward DJ, Ratnanather TJT, Miller MI, Frush D, **Samei E**, Segars WP. Set of 4D pediatric XCAT reference phantoms for multimodality research. *Medical Physics* 41(3): 033701, 2014.

J151. Zhang Y*, Li X, Segars WP, **Samei E**. Comparison of patient specific dose metrics between chest radiography, tomosynthesis, and CT for adult patients of wide ranging body habitus. *Medical Physics* 41(2): 023901, 2014.

J152. Ikejimba LC*, Kiarashi N, Ghate SV, **Samei E**, Lo JY. Task-based strategy for optimized contrast enhanced breast imaging: Analysis of six imaging techniques for mammography and tomosynthesis. *Medical Physics* 41(6): 061908-1-14, 2014.

J153. Kiarashi N*, Lo JY, Lin Y, Ikejimba LC, Ghate SV, Nolte LW, Dobbins III JT, Segars WP, **Samei E**. Development and application of a suite of 4D virtual breast phantoms for optimization and evaluation of breast imaging systems. *IEEE Transactions on Medical Imaging* PP (99), 2014.

J154. Lin Y*, Ramirez-Giraldo JC Gauthier DJ, Stierstorfer K, **Samei E**. An angle-dependent estimation of CT x-ray spectrum from rotational transmission measurements. *Medical Physics* 41(6): 062104-1-12, 2014. **This article was selected as a featured paper as a top article in the journal issue**.

J155. Lin Y*, **Samei E**. A fast poly-energetic iterative FBP algorithm. *Physics in Medicine and Biology* 59(7): 1655-78, 2014.

J156. Lin Y*, **Samei E**. An efficient poly-energetic SART (pSART) reconstruction algorithm for quantitative myocardial CT perfusion, *Medical Physics* 41(6): 021911, 2014.

J157. Lakshmanan MN, Kapadia AJ, Sahbaee P, Wolter SD, Harrawood BP, Brady D, **Samei E**. An X-ray scatter system for material identification in cluttered objects: A Monte Carlo simulation study. *Nuclear Instruments and Methods in Physics Research Section B* 335: 31–38, 2014.

J158. Chen B*, Christianson O, Wilson J, **Samei E**. Assessment of volumetric noise and resolution performance for linear and nonlinear CT reconstruction methods. *Medical Physics* 41, 071909, 2014.

J159. Nelson J, Christianson O, Harkness B, Madsen M, Mah E, Thomas S, Zaidi H, **Samei E**. Nuclear medicine uniformity assessment using 2D noise power spectrum. *Journal of Nuclear Medicine* 55:169–174, 2014.

J160. Li X*, Segars WP, **Samei E**. The impact on CT dose of the variability in tube current modulation technology: a theoretical investigation. *Physics in Medicine and Biology* 59: 4525-4548, 2014.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 41 of 127 PageID #: 1770
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 183 of 361   PageID 1344
E. Samei, 9/14/2018                                                                                      17

J161.   Sahbaee P*, Segars WP, **Samei E**.  Patient-based estimation of organ dose for adult population across a wide range of protocols. *Medical Physics* 41: 072104, 2014.

J162.   **Samei E**, Christianson O. Dose index analytics - more than a low number ***(invited article)***. *Journal of American College of Radiology* 11(8): 832-4, 2014.

J163.   Tian X*, Li X, Segars WP, Frush D, Paulson EK, **Samei E.** Organ dose estimation in pediatric chest and abdominopelvic CT based on 42 patient models. *Radiology* 270(2): 535-47, 2014.

J164.   **Samei E,** Richard S, Hurwitz L. Model-based CT performance assessment and optimization for iodinated and non-iodinated imaging tasks as a function of kVp and body size. *Medical Physics* 41(8): 081910i, 2014.

J165.   Solomon J*, **Samei E**. Quantum noise properties of CT images with anatomical textured backgrounds across reconstruction algorithms: FBP and SAFIRE. *Medical Physics* 41(9): 091908, 2014.

J166.   **Samei E**, Tian X, Segars WP. Determining organ dose: the holy grail ***(invited article)***. *Pediatric Radiology* 44(3): 460-467, 2014.

J167.   **Samei E**. Pros and cons of organ shielding for CT imaging ***(invited article)***. *Pediatric Radiology* 44(3): 495-500, 2014.

J168.   Solomon J*, **Samei E**. A generic framework to simulate realistic lung, liver and renal pathologies in CT imaging. *Physics in Medicine and Biology* 59: 6637-6657, 2014.

J169.   **Samei E**, Lin Y, Choudhury KR, McAdams HP. Automated characterization of perceptual quality of clinical chest radiographs: Validation and calibration to observer preference. *Medical Physics* 41: 111918, 2014.

J170.   Segars WP, Norris H, Rybicki K, Frush D, **Samei E.** Organ localization: toward prospective patient-specific organ dosimetry in computed tomography. *Medical Physics* 41: 121908, 2014.

J171.   Chen B*, Ramirez Giraldo JC, **Samei E**. Evaluating iterative reconstruction performance in computed radiography. *Medical Physics* 41: 121913, 2014.

J172.   **Samei E**, Richard S. Assessment of the dose reduction potential of a model-based iterative reconstruction algorithm (MBIR) using a task-based performance metrology. *Medical Physics* 42(1): 314, 2015.

J173.   Christianson O, Chen J, Yang Z, Saiprasad G, Dima A, Filliben J, Peskin A, Trimble C, Siegel E, **Samei E**. An improved index of image quality for task-based performance of CT iterative reconstruction across three commercial implementations. *Radiology* 275(3): 725-734, 2015.

J174.   Frush DP, **Samei E**. CT Radiation dose monitoring: current state and new prospects ***(invited article)***. *Medscape Radiology*, March 2015.
        (http://www.staging.medscape.org/viewarticle/839485)

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 42 of 127 PageID #: 1771
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 184 of 361   PageID 1345
E. Samei, 9/14/2018                                                                                        18

J175.   Solomon J*, Mileto A, Ramirez Giraldo JC, **Samei E**. Diagnostic performance of an advanced modeled iterative reconstruction algorithm for low-contrast detectability on a third-generation dual-source MDCT scanner: potential for radiation dose reduction in a multireader study. *Radiology* 275(3): 735-745, 2015. **Featured as an article of the month in the journal issue**.

J176.   Wilson J, **Samei E**. Implementation of ACR dose index registry *(invited article)*. *Journal of American College of Radiology* 12(3): 312-313, 2015.

J177.   **Samei E**, Saunders RS, Singh S, Lo JY. Effect of angular separation and correlation rule on breast tri-plane correlation imaging. *International Journal of Diagnostic Imaging* 2(2): 29-38, 2015.

J178.   Tian X*, Li X, Segars WP, Frush DP, **Samei E.** Prospective optimization of organ dose in CT under tube current modulation. *Medical Physics* 42 (4): 1575-1585, 2015.

J179.   **Samei E**, Thompson J, Richard S, Chen B, Bowsher J. A case for wide-angle breast tomosynthesis. *Academic Radiology* 22(7):860-869, 2015.

J180.   **Samei E**. Christianson O, Zhang Y. Comment on "Comparison of patient specific dose metrics between chest radiography, tomosynthesis, and CT for adult patients of wide ranging body habitus" *Medical Physics* 42(4): 02094-2095, 2015.

J181.   Kiarashi N*, Nolte AC, Sturgeon GM, Segars WP, Ghate SV, Nolte LW, **Samei E**, Lo JY, Development of realistic physical breast phantoms matched to virtual breast phantoms based on human subject data. *Medical Physics* 42: 4116, 2015. **This article was selected as a featured paper as a top article in the journal issue**.

J182.   Christianson O, Winslow J, Frush DP, **Samei E**. Automated technique to measure noise in clinical CT examinations. *AJR* 205: W93-W99, 2015.

J183.   Lakshmanan MN*, Harrawood BP, **Samei E**, Kapadia AJ. Volumetric X-ray coherent scatter imaging of cancer in resected breast tissue: a Monte Carlo study using virtual anthropomorphic phantoms. *Physics in Medicine and Biology* 60(16): 6355–6370, 2015.

J184.   Segars WP, Norris H, Sturgeon GM, Zhang Y, Bond J, Minhas A, Tward DJ, Ratnanather TJT, Miller MI, Frush DP, **Samei E**. The development of a population of 4D pediatric XCAT phantoms for imaging research and optimization. *Medical Physics* 42(8): 4719-4726, 2015.

J185.   Sechopoulos I, Ali ESM, Badal A, Badano A, Boone JM, Kyprianou IS, Mainegra-Hing, E, McMillan KL, McNitt-Gray MF, Rogers DWO, **Samei E**, Turner AC. Monte Carlo reference data sets for imaging research: Executive Summary of the Report of AAPM Research Committee Task Group 195.  *Medical Physics* 42(10): 5679, 2015.

J186.   Zhang Y*, Solomon J, **Samei E**. Size dependence of inherent image quality of a 2nd generation dual source CT scanner. *International Journal of Diagnostic Imaging* 3(1): 40-48, 2016.

J187.   Brinkley M, Frush D, Wilson JM, Christianson O, Ramirez Giraldo JC, Frush J, Choudhury KR, **Samei E**. Effects of automatic tube potential selection on radiation dose index, image quality and lesion detectability in pediatric abdominopelvic CT and CTA: a phantom study. *European Radiology* 26(1):157-66, 2016.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 43 of 127 PageID #: 1772
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 185 of 361   PageID 1346
E. Samei, 9/14/2018                                                                                    19

J188. Tian X*, **Samei E.** Accurate assessment and prediction of noise in clinical CT images. *Medical Physics* 43(1): 475-482, 2016. **This article was selected as a featured paper as a top article in the journal issue**.

J189. Erickson DW*, Wells JR, Sturgeon GM, **Samei E**, Dobbins JT III, Segars WP, Lo JY. Population of 224 realistic human subject-based computational breast phantoms. *Medical Physics* 43(1): 23-32, 2016.

J190. Solomon J*, Mileto A, Nelson R, Choudhury KR, **Samei E**. Quantitative features of liver lesions, lung nodules, and renal stones in multidetector-row CT examinations: Dependency on radiation dose and reconstruction algorithm. *Radiology* 150892, 2016. **Recognized as a notable article reflected in the journal editorial and featured in the April 2016 webcast of Radiology.**

J191. **Samei E**. Cutting to the chase: with so much physics "stuff," what do radiologists really need to know? (invited article) *AJR* 206 (1): W9, 2016.

J192. Lakshmanan MN*, Greenberg JA, **Samei E**, Kapadia AJ. Design and implementation of coded aperture coherent scatter spectral imaging of cancerous and healthy breast tissue samples. *Journal of Medical Imaging* 3(1): 013505, 2016.

J193. Ikejimba L*, Lo JY, Chen Y, Oberhofer N, Kiarashi N, **Samei E**. A quantitative metrology for performance characterization of five breast tomosynthesis systems based on an anthropomorphic phantom. *Medical Physics* 43(4): 1627-1638, 2016.

J194. Tian X*, Yin Z, De Man B, **Samei E**. Estimation of radiation dose in CT based on projection data. *Journal of Digital Imaging* 1-7, 2016.

J195. Sahbaee P*, Segars WP, Marin D, Nelson R, **Samei E**. Determination of contrast media administration to achieve a targeted contrast enhancement in computed tomography. *Journal of Medical Imaging* 3(1): 013501-013501, 2016.

J196. Nelson JS, Wells JR, Baker JA, **Samei E**. How does c-view image quality compare with conventional 2D FFDM? *Medical Physics* 43(5): 2538-2547, 2016. **This article was selected as a featured paper as a top article in the journal issue**.

J197. Sturgeon GM, Kiarashi N, Lo JY, **Samei E**, Segars WP. Finite-element modeling of compression and gravity on a population of breast phantoms for multi-modality imaging simulation. *Medical Physics* 43 (5): 2207-2217, 2016.

J198. Marin D, Gupta S, Fu W, Stinnett SS, Mileto A, Bellini D, Patel B, **Samei E**, Nelson RC. Effect of a noise-optimized second-generation monoenergetic algorithm on image noise and conspicuity of hypervascular liver tumors: an in vitro and in vivo study. *AJR* 206(6): 1222-1232, 2016.

J199. Tian X*, Segars WP, Dixon RL, **Samei E**. Convolution-based estimation of organ dose in tube current modulated CT. *Physics in Medicine and Biology* 61(10): 3935-3954, 2016.

J200. Badano A, Wang J, Boynton P, Le Callet P, Cheng WC, Deroo D, Flynn MJ, Matsui T, Penczek J, Revie C, **Samei E**, Steven PM, Swiderski S, Van Hoey G, Yamaguchi M, Hasegawa M, Nagy BV. Gray tracking in medical color displays—A report of Task Group 196, *Medical Physics* 43(7): 4017-4022, 2016.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 44 of 127 PageID #: 1773
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 186 of 361   PageID 1347
E. Samei, 9/14/2018                                                                                    20

J201. Lin Y*, **Samei E**. Development and evaluation of a segmentation-free polyenergetic algorithm for dynamic perfusion computed tomography. *Journal of Medical Imaging* 3(3): 033503, 2016.

J202. Sanders J*, Hurwitz L, **Samei E**. Patient-specific quantification of image quality: An automated method for measuring spatial resolution in clinical CT images. *Medical Physics* 43(10): 5330-5338, 2016.

J203. Kiarashi N*, Nolte LW, Lo JY, Segars WP, Ghate SV, Solomon J, **Samei E**. Impact of breast structure on lesion detection in breast tomosynthesis, a simulation study. *Journal of Medical Imaging* 3(3): 035504, 2016.

J204. Ikejimba LC*, Glick SJ, Choudhury KR, **Samei E**, Lo JY. Assessing task performance in FFDM, DBT and synthetic mammography using uniform and anthropomorphic physical phantoms. *Medical Physics* 43 (10): 5593-5602, 2016.

J205. Solomon J*, **Samei E**. Correlation between human detection accuracy and observer model-based image quality metrics in CT. *Journal of Medical Imaging* 3(3): 035506, 2016.

J206. Solomon J*, Ba A, Bochud F, **Samei E**. Comparison of low-contrast detectability between two CT reconstruction algorithms using voxel-based 3D printed textured phantoms. *Medical Physics* 43 (12): 6497-6506, 2016. **This article was selected as a featured paper as a top article in the journal issue**.

J207. Bellini D, Ramirez Giraldo JC, Bibbey A, Solomon J, Koweek L, Farjat A, Mileto A, **Samei E**, Marin D. Dual-source single-energy MDCT to obtain multiple radiation exposure levels within the same patient: phantom development and clinical validation. *Radiology* 161233, 2016.

J208. Fu W*, Tian X, Sturgeon G, Agasthya G, Segars WP, Goodsitt MM, Kazerooni EA, **Samei E**. CT breast dose reduction with the use of breast positioning and organ-based tube current modulation. *Medical Physics* 44(2), 665-678, 2017.

J209. Mileto A*, **Samei E**. Hallway conversations in physics: Ten frequently asked questions about dual-energy CT. *AJR* 208:W24-27, 2017.

J210. Solomon J*, Marin D, Choudhury KR, Patel B, **Samei E**. Effect of radiation dose reduction and reconstruction algorithm on image noise, contrast, resolution, and detectability of subtle hypo-attenuating liver lesions multidetector CT: Filtered Back Projection versus a commercial model–based iterative reconstruction algorithm. *Radiology* 284(3): 777-787, 2017.

J211. Lakshmanan MN*, Greenberg JA, **Samei E**, Kapadia AJ. Accuracy assessment and characterization of x-ray coded aperture coherent scatter spectral imaging for breast cancer classification. *Journal of Medical Imaging* 4 (1): 013505-013505, 2017.

J212. Sanders J*, Tian X, Segars WP, Boone J, **Samei E**. Automated, patient-specific estimation of regional imparted energy and dose from TCM CT exams across 13 protocols. *Journal of Medical Imaging* 4(1): 013503-013503, 2017.

J213. Ria F*, Wilson J, Zhang Y, **Samei E**. Image noise and dose performance across a clinical population: patient size adaptation as a metric of CT performance. *Medical Physics* 44(6): 2141-2147, 2017.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 45 of 127 PageID #: 1774
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 187 of 361   PageID 1348
E. Samei, 9/14/2018                                                                          21

J214. Sahbaee P*, Segars WP, Marin D, Nelson R, **Samei E**. The impact of contrast material on radiation dose in CT: Part I. Incorporation of contrast medium dynamics in anthropomorphic phantoms. *Radiology* 283 (3), 739-748, 2017. **Recognized as a notable article reflected in the journal editorial and featured in the May 2017 webcast of Radiology.**

J215. Sahbaee P*, Abadi E, Segars WP, Marin D, Nelson R, **Samei E**. The impact of contrast medium on radiation dose in CT: Part II. A systematic evaluation across 58 patient models. *Radiology* 152852, 2017. **Recognized as a notable article reflected in the journal editorial and featured in the May 2017 webcast of Radiology.**

J216. Mileto A, Nelson RC, Larson DG, **Samei E**, Wilson JM, Christianson O, Marin D, Boll DT. Variability in radiation dose from repeat identical CT examinations: longitudinal analysis of 2851 patients undergoing 12,635 thoracoabdominal CT scans in an academic health system. *AJR* 28:1-12. 2017.

J217. Zhang Y, Smitherman C, **Samei E**. Size specific optimization of CT protocols based on minimum detectability. *Medical Physics* 44 (4): 1301-1311, 2017.

J218. Pawlicki T, Ayers RG, Brock KK, Clements JB, Curran BH, Dobbins JT, **Samei E**, Martin MC, Schober L. Proposed changes to the American Association of Physicists in Medicine governance (Editorial). *Journal of Applical Clinical Medical Physics* 18 (4): 4-6, 2017.

J219. Hoye J*, Zhang Y, Agasthya G, Sturgeon G, Kapadia A, Segars WP, **Samei E**. Organ dose variability and trends in tomosynthesis and radiography. *Journal of Medical Imaging* 4(3): 031207-031207, 2017.

J220. Robins M*, Solomon JB, Sahbaee P, Sedlmair M, Choudhury KR, Pezeshk A, Sahiner B, **Samei E**. Techniques for virtual lung nodule insertion: volumetric and morphometric comparison of projection-based and image-based methods for quantitative CT. *Physics in Medicine and Biology*, 62 (18), 7280-7299, 2017.

J221. Fu W*, Marin D, Ramirez-Giraldo JC, Choudhury KR, Solomon JB, Schabel C, Patel BN, **Samei E**. Optimizing window settings for improved presentation of virtual monoenergetic images in dual-energy computed tomography. *Medical Physics* 44(11): 5686-5696, 2017.

J222. Fu W*, Sturgeon GM, Agasthya G, Segars WP, Kapadia AJ, **Samei E**. Breast dose reduction with organ-based, wide-angle tube current modulated CT. *Journal of Medical Imaging* 4(3): 031208-031208. 2017.

J223. Abadi E*, Sanders J, **Samei E**. Patient-specific quantification of image quality: an automated technique for measuring the distribution of organ Hounsfield units in clinical chest CT images. *Medical Physics* 44(9): 4736-4746, 2017.

J224. **Samei E**, Li X, Frush DP. Size-based quality-informed framework for quantitative optimization of pediatric CT. *Journal of Medical Imaging* 4(3): 031209, 2017.

J225. **Samei E**, Tian X, Segars WP, Frush DP. Radiation risk index for pediatric CT: A patient-derived metric. *Peditaric Radiology* 47(13): 1737-1744, 2017.

J226. Winslow J, Zhang Y, **Samei E**. A method for characterizing and matching CT image quality across CT scanners from different manufacturers. *Medical Physics* 44(11): 5705-5717, 2017.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 46 of 127 PageID #: 1775
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 188 of 361   PageID 1349
E. Samei, 9/14/2018                                                                                      22

J227. Järvinen H, Vassileva J, **Samei E**, Wallace A, Vano E, Rehani M. Patient dose monitoring and the use of diagnostic reference levels for the optimization of protection in medical imaging: current status and challenges worldwide. *Journal of Medical Imaging* 4 (3), 031214, 2017

J228. **Samei E**, Hoeschen C. Visions of safety: Perspectives on radiation exposure and risk in medical imaging (Special Section Guest Editorial). *Journal of Medical Imaging* 4(3), 031201. 2017.

J229. Ria F*, Bergantin A, Vai A, Bonfanti P, Martinotti AS, Redaelli I, Invernizzi M, Pedrinelli G, Bernini G, Papa S, **Samei E**. Awareness of medical radiation exposure among patients: A patient survey as a first step for effective communication of ionizing radiation risks. *Physica Medica* 43, 57-62, 2017.

J230. Abadi E*, Sahbaee P, **Samei E**. Effect of iodine-based contrast material on radiation dose at CT. *Radiology* 285 (3), 1053-1054, 2017.

J231. **Samei E**, Robins M, Chen B, Agasthya G. Estimability index for volume quantification of homogeneous spherical lesions in computed tomography. *Journal of Medical Imaging* 5 (3), 031404, 2017.

J232. Smith TB*, Solomon J, **Samei E**. Estimating detectability index in vivo: development and validation of an automated methodology. *Journal of Medical Imaging* 5 (3), 031403, 2017.

J233. Jaffe TA, Tian X, Bashir MR, Marin D, Patel BN, Ho LM, **Samei E**. Clinically acceptable optimized dose reduction in computed tomographic imaging of necrotizing pancreatitis using a noise addition software tool. *Journal of Computer Assisted Tomography*, 2017.

J234. Richards*, Sturgeon GM, Ramirez-Giraldo JC, Rubin GD, Koweek LH, Segars WP, **Samei E**. Quantification of uncertainty in the assessment of coronary plaque in CCTA through a dynamic cardiac phantom and 3D-printed plaque model. *Journal of Medical Imaging* 5 (1), 013501, 2018.

J235. **Samei E**, Ikejimba LC, Harrawood BP, Rong J, Cunningham IA, Flynn MJ. Report of AAPM Task Group 162: Software for planar image quality metrology. *Medical Physics*, 45(2), 2018.

J236. Abadi E*, Segars WP, Sturgeon GM, Roos JE, Ravin CE, **Samei E**. Modeling lung architecture in the XCAT series of phantoms: physiologically based airways, arteries and veins. *IEEE Transactions on Medical Imaging*, 37(3): 693-702, 2018.

J237. Segars WP, Tsui BMW, Cai J, Yin FF, Fung GSK, **Samei E**. Application of the 4-D XCAT phantoms in biomedical imaging and beyond. *IEEE Transactions on Medical Imaging* 37(3), 680-692, 2018.

J238. Segars WP, Veress AI, Sturgeon GM, **Samei E**. Incorporation of the Living Heart Model into the 4D XCAT Phantom for Cardiac Imaging Research *IEEE Transactions on Medical Imaging* 37(3), 680-692, 2018.

J239. Euler A*, Solomon J, Marin D, Nelson RC, **Samei E**. A third-generation adaptive statistical iterative reconstruction technique: phantom study of image noise, spatial resolution, lesion Detectability, and dose reduction potential. *American Journal of Roentgenology*, 1-8, 2018.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 47 of 127 PageID #: 1776
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 189 of 361   PageID 1350
E. Samei, 9/14/2018                                                                                    23

J240. Ba A, Abbey C, Baek J, Han M, Bouwman RW, Balta C, Brankov J, Massanes F, Gifford HC, Hernandez-Giron I, Veldkamp WJH, Petrov D, Marshall N, Samuelson FW, Zeng R, Solomon JB, **Samei E**, Timberg P, Förnvik H, Reiser I, Yu L, Gong H, Bochud FO. Inter-laboratory comparison of Channelized Hotelling Observer computation. *Medical Physics* (online release 4/28/18, in print 2018).

J241. **Samei E**, Jarvinen H, Kortesniemi M, Simantirakis G, Goh C, Wallace A, Vano E, Bejan A, Rehani MM, Vassileva J. Medical imaging dose optimization from ground up: expert opinion of an international summit. *Journal of Radiological Protection* 38(3): 967-989, 2018.

J242. **Samei E**, Grist TM. Why physics in medicine? *Journal of American College of Radiology* (online release 5/18/18, in print 2018).

J243. Jaffe TA, Wilson J, Zhang Y, Allen BC, Choudhury KR, **Samei E**. Automated early identification of an excessive air-in-oil x-ray tube artifact that mimics acute cerebral infarct. *Journal of Computer Assisted Tomography* (online release 7/14/18, in print 2018).

J244. Willis CE, Nishino TK, Wells JR,  Ai HA, Wilson JM, **Samei E**. Automated quality control assessment of clinical chest images. *Medical Physics* (online release 7/27/18, in print 2018).

J245. **Samei E**, Pawlicki T, Bourland D, Chin E, Das S, Fox M, Freedman DJ, Hangiandreou N, Martin M, Miller R, Pavlicek W, Pavord D, Schober L, Thomadsen B, Whelan B. Redefining and reinvigorating the role of physics in clinical medicine: A Report from the AAPM Medical Physics 3.0 Ad Hoc Committee. *Medical Physics* (online release 7/10/18, in print 2018).

**Refereed full-length proceedings papers:**

P1. **Samei E**, Flynn MJ, Beute GH, Peterson E. Comparison of observer performance of real and simulated nodules in chest radiography. *Proc*. *SPIE Medical Imaging* 2712:60-70, 1996.

P2. Badano A, Flynn MJ, **Samei E,** Kearfott KJ. Performance of low voltage phosphors in emissive flat panel displays for radiologic applications. *Proc*. *SPIE Medical Imaging* 2707:312-321, 1996.

P3. **Samei E**, Flynn MJ. Physical measures of image quality in photostimulable phosphor radiographic systems. *Proc*. *SPIE Medical Imaging* 3032: 328-338, 1997.

P4. **Samei E**, Flynn MJ, Eyler WR, Peterson E. The effect of local background anatomical patterns on the detection of subtle lung nodules in chest radiographs. *Proc*. *SPIE Medical Imaging* 3040: 44-54, 1998.

P5. Reimann DA, Jacobs HA, **Samei E**. Use Weiner filtering to measurement of the two-dimensional modulation transfer function. *Proc*. *SPIE Medical Imaging* 3977: 670-680, 2000.

P6. **Samei E**. Acceptance testing of PACS *(invited article)*. *SCAR University Course Syllabus*, BI Reiner, E Siegel (eds). Society for Computer Applications in Radiology, Great Falls, VA, 2000, pp. 91-96.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 48 of 127 PageID #: 1777
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 190 of 361   PageID 1351
E. Samei, 9/14/2018                                                                                    24

P7.   **Samei E**. Objective performance evaluation of medical image displays: a preliminary report of the AAPM TG18. *Proc. SPIE Medical Imaging* 4295: 159-163, 2001.

P8.   Flynn MJ, Couwenhoven M, Eyler WR, Whiting BR, **Samei E**, Foss DH, Slone R, Marom E. Optimal image processing for digital radiography. *Proc. SPIE Medical Imaging* 4319: 298-305, 2001.

P9.   **Samei E**, Flynn MJ. A method for in-field evaluation of the modulation transfer function of electronic display devices. *Proc. SPIE Medical Imaging* 4319: 599-607, 2001.

P10.  **Samei E**, Flynn MJ, Chotas HG, Dobbins III JT. DQE of direct and indirect digital radiographic systems. *Proc. SPIE Medical Imaging* 4320: 189-197, 2001. **This paper received an Honorable Mention at the SPIE Medical Imaging Symposium.**

P11.  **Samei E**. Acceptance testing of PACS *(invited article)*. *SCAR University Course Syllabus*, BI Reiner, E Siegel (eds). Society for Computer Applications in Radiology, Great Falls, VA, 2001, pp. 109-114.

P12.  **Samei E**. Assessment of display performance for medical imaging *(invited article)*. *SCAR University Course Syllabus*, BI Reiner, E Siegel (eds). Society for Computer Applications in Radiology, Great Falls, VA, 2002, pp. 71-82.

P13.  Vargas-Voracek R, Tourassi GD, **Samei E**, Floyd Jr CE. Fast search and localization algorithm based on human visual perception modeling: an application for fast localization of structures in mammograms. *Proc. SPIE Medical Imaging* 5034: 270-279, 2003.

P14.  Saunders RS*, **Samei E**, Hoeschen C. Impact of resolution and noise characteristics of digital radiographic systems on the detectability of lung nodules. *Proc. SPIE Medical Imaging* 5030: 16-25, 2003.

P15.  McKinley RL*, Tornai M, **Samei E**, Bradshaw ML. Optimizing beam quality for x-ray computed mammotomography. *Proc. SPIE Medical Imaging* 5030: 575-584, 2003.

P16.  **Samei E**, Shepard J, Fetterly KA, Roehrig H, Kim HJ, Flynn MJ. Clinical verification of TG18 methodology for display quality evaluation. *Proc. SPIE Medical Imaging* 5029: 484-492, 2003.

P17.  **Samei E**, Catarious DM, Baydush AH, Floyd Jr CE, Vargas-Voracek R. Bi-place correlation imaging for improved detection of lung nodules. *Proc. SPIE Medical Imaging* 5030: 284-297, 2003.

P18.  Bradshaw ML*, McKinley RL, Tornai M, **Samei E**. Evaluation of x-ray design parameters for a dedicated x-ray mammotomograph given various breast compositions and lesion sizes. *Proc. IEEE Nuclear Science Symposium – Medical Imaging Conference (NSS MIC)*, 2003.

P19.  McKinley RL*, Tornai M, **Samei E**, Bradshaw ML. Simulation study of a quasi-monochromatic beam for x-ray computed mammotomography. *Proc. IEEE Nuclear Science Symposium – Medical Imaging Conference (NSS MIC)*, 2003.

P20.  **Samei E**, Maidmant A. Display performance evaluation according to TG18 *(invited article)*. *SCAR University Course Syllabus*, BI Reiner, E Siegel (eds). Society for Computer Applications in Radiology, Great Falls, VA 2003, pp. 64-70.

E. Samei, 9/14/2018                                                                                         25

P21.  Saunders RS\*, **Samei E**. Characterization of breast masses for simulation purposes. *Proc*. *SPIE Medical Imaging* 5372: 242-250, 2004.

P22.  McKinley RL\*, **Samei E**, Tornai M, Floyd Jr CE. Measurements of a quasi-monochromatic beam for x-ray computed mammotomography. *Proc*. *SPIE Medical Imaging* 5368: 311-319, 2004.

P23.  Wright SL, **Samei E**. Liquid crystal displays for medical imaging: a discussion of color versus monochrome. *Proc*. *SPIE Medical Imaging* 5367: 444-455, 2004.

P24.  **Samei E**, Wright SL. The effect of viewing angle response on DICOM compliance of LCD displays. *Proc*. *SPIE Medical Imaging* 5371: 170-177, 2004.

P25.  Poolla A, Suri JS, **Samei E**, Pisano ED, Minyard T, Woodward R, Schleupen KR, Wright S, Coley S, Janer R. MTF and NPS study of high-resolution LCDs and CRTs for mammography. Society for Information Display (SID) International Symposium, Boston, MA, May 2005, *SID 05 Digest*, Volume XXXVI: 196-199, 2005.

P26.  Poolla A, Suri JS, SunY, Guo Y, **Samei E**, Pisano ED, Woodward R, Minyard T, Schleupen KR, Wright S, Coley S, Janer R. A study of CRT vs. LCD displays for breast lesion detection in full filed digital mammography and ultrasound (FFDMUS) data sets via image-enhancement algorithms. Society for Information Display (SID) International Symposium, Boston, MA, May 2005, *SID 05 Digest*, Volume XXXVI: 368-371, 2005.

P27.  Saunders RS\*, **Samei E,** Johnson J, Baker JA. Effect of display resolution on the detection of mammographic lesions, SPIE International Symposium on Medical Imaging, San Diego, CA, February 2005, *Proc*. *SPIE Medical Imaging* 5749: 243-250, 2005.

P28.  Fetterly KA, **Samei E,** Photographic measurement of the angular response performance of clinical liquid crystal displays, SPIE International Symposium on Medical Imaging, San Diego, CA, February 2005, *Proc*. *SPIE Medical Imaging* 5744: 263-270, 2005.

P29.  Boyce S\*, Chawla A\*, **Samei E**. Physical Evaluation of a high frame rate, extended dynamic range flat panel imager for real-time cone beam computed tomography applications, SPIE International Symposium on Medical Imaging, San Diego, CA, February 2005, *Proc*. *SPIE Medical Imaging* 5745: 591-599, 2005.

P30.  Jesneck JL\*, Saunders RS, **Samei E,** Xia Q, Lo JY. Evaluation of a prototype amorphous selenium-based full field digital mammography detector, SPIE International Symposium on Medical Imaging, San Diego, CA, February 2005, *Proc*. *SPIE Medical Imaging* 5745: 478-485, 2005.

P31.  Tornai MP, McKinley RL, Brzymialkiewicz, C.N, Madhav P, Cutler SJ, Crotty DJ, Bowsher JE, **Samei E,** Floyd Jr CE. Design and development of a fully-3D dedicated x-ray computed mammotomography (CmT) system, SPIE International Symposium on Medical Imaging, San Diego, CA, February 2005, *Proc*. *SPIE Medical Imaging* 5745: 189-197, 2005.

P32.  Saunders RS\*, **Samei E,** Lo JY, Jesneck JL. The DQE performance of a selenium-based full-field digital mammography system. *Proc*. *7ᵗʰ International Workshop on Digital Mammography*, UNC Biomedical Research Imaging Center, Chapel Hill, NC, 2005, pp. 3-10.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 50 of 127 PageID #: 1779
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 192 of 361   PageID 1353
E. Samei, 9/14/2018                                                                                              26

P33.  Lo JY, **Samei E,** Jesneck JL, Dobbins III JT, Baker JA, Singh S, Saunders RS, Floyd Jr CE. Radiographic technique optimization for an amorphous selenium FFDM system: phantom measurements and initial patient results. *Proc. 7th International Workshop on Digital Mammography*, UNC Biomedical Research Imaging Center, Chapel Hill, NC, 2005, pp. 31-36.

P34.  Tornai MP, McKinley RL, **Samei E,** Floyd CE, Bradshaw ML. Effects of uncompressed breast composition and thickness on image quality using a quasi-monochromatic beam for computed mammotomography. *Proc. 7th International Workshop on Digital Mammography*, UNC Biomedical Research Imaging Center, Chapel Hill, NC, 2005, pp. 46-55.

P35.  McKinley RL*, Tornai MP, Archer CN, **Samei E,** Bowsher JE. Quasi-monochromatic beam measurements for dedicated cone-beam mammotomography of an uncompressed breast. *Proc. 7th International Workshop on Digital Mammography*, UNC Biomedical Research Imaging Center, Chapel Hill, NC, 2005, pp. 56-63.

P36.  Saunders RS*, **Samei E,** Baker JA. Simulation of the appearance of breast masses for digital mammography systems. *Proc. 7th International Workshop on Digital Mammography*, UNC Biomedical Research Imaging Center, Chapel Hill, NC, 2005, pp. 162-169.

P37.  Boyce S*, **Samei E.** Geometry optimization considerations for digital mammography. *Proc. 7th International Workshop on Digital Mammography*, UNC Biomedical Research Imaging Center, Chapel Hill, NC, 2005, pp. 352-358.

P38.  Huda W, Ogden KM, Scalzetti EM, Lavallee RL, **Samei E**. X-ray tube voltage (kV) and image quality in adult and pediatric CT. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2006, *Proc. SPIE Medical Imaging* 6142: 900-910, 2006.

P39.  Madhav P*, McKinley RL, **Samei E**, Bowsher JE, Tornai MP. A novel method to characterize the MTF in 3D for computed mammotomography. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2006, *Proc. SPIE Medical Imaging* 6142: 697-706, 2006.

P40.  Timberg P, Ruschin M, Båth M, Hemdal B, Andersson I, Mattsson S, Chakraborty D, Saunders R, **Samei E**, Tingberg A. Potential for lower absorbed dose in digital mammography: A JAFROC experiment using clinical hybrid images with simulated dose reduction. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2006, *Proc. SPIE Medical Imaging* 6146: 341-350, 2006.

P41.  Majdi Nasab N*, **Samei E**, Dobbins JT. Biplane correlation imaging for lung nodule detection: initial human subject results. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2006, *Proc. SPIE Medical Imaging* 6144: 646-653, 2006.

P42.  Majdi Nasab N*, **Samei E**. The impact of angular separation on the performance of biplane correlation imaging for lung nodule detection. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2006, *Proc. SPIE Medical Imaging* 6142: 445-453, 2006.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 51 of 127 PageID #: 1780
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 193 of 361   PageID 1354
E. Samei, 9/14/2018                                                                                    27

P43. Chawla AS*, Pollard B, **Samei E**, Hashimoto N. A method for reduction of eye fatigue by optimizing the ambient light conditions in medical imaging reading rooms. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2006, *Proc. SPIE Medical Imaging* 6145: 10-21, 2006.

P44. Cleland EW*, **Samei E**. Performance evaluation of a commercial system for quantitative measurement of display resolution and noise. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2006, *Proc. SPIE Medical Imaging* 6141: 256-262, 2006.

P45. Chawla AS*, Saunders RS, **Samei E**. Effect of dose reduction on the detection of mammographic lesions based on mathematical observer models. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2006, *Proc. SPIE Medical Imaging* 6146: 141-152, 2006.

P46. Saunders RS*, **Samei E**. A Monte Carlo investigation on the impact of scattered radiation on image resolution and noise. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2006, *Proc. SPIE Medical Imaging* 6142: 1121-1127, 2006.

P47. Chawla A*, **Samei E**. Geometrical repeatability and motion blur analysis of a new multi-projection x-ray imaging system. *Proc. IEEE Nuclear Science Symposium – Medical Imaging Conference (NSS MIC)*, M14-234: 3170-3173, 2006.

P48. Chen Y*, Lo JY, Ranger NT, **Samei E,** Dobbins III JT. Methodology of NEQ (f) analysis for optimization and comparison of digital breast tomosynthesis reconstruction algorithms. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2007, *Proc. SPIE Medical Imaging* 6510: 65101I1-9, 2007.

P49. Chawla AS*, Pollard B, Hashimoto N, **Samei E**. Effect of increased ambient lighting on detectability - a psychophysical study. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2007, *Proc. SPIE Medical Imaging* 6516: 6516171-12, 2007.

P50. Peppler WW, Hong W, Whiting BR, Flynn MJ, **Samei E.** Validation of software for QC assessment of MTF and NPS. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2007, *Proc. SPIE Medical Imaging* 6510: 65104F1-7, 2007.

P51. McKinley RL*, Tornai MP, Floyd CE, **Samei E**. Contrast-detail comparison of computed mammotomography and digital mammography. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2007, *Proc. SPIE Medical Imaging* 6510: 65101D1-10, 2007.

P52. Johnson JP, Lo JY, Mertelmeier T, Nafziger JS, Timberg P, **Samei E.** Visual image quality metrics for breast tomosynthesis. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2007, *Proc. SPIE Medical Imaging* 6515: 65150P1-10, 2007.

P53. Chawla AS*, **Samei E.** Mathematical model approaches towards combining information from multiple image projections of the same patient. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2007, *Proc. SPIE Medical Imaging* 6510: 65101K1-11, 2007.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 52 of 127 PageID #: 1781
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 194 of 361   PageID 1355
E. Samei, 9/14/2018
28

P54.  Saunders RS*, **Samei E,** Majdi-Nasab N, Lo JY. Initial human subject results for breast bi-plane correlation imaging technique. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2007, *Proc. SPIE Medical Imaging* 6514: 6514231-7, 2007.

P55.  Li X*, **Samei E,** Yoshizumi TT, Nguyen G, Daigle L, Colsher JG, Frush DP. Experimental benchmarking of a Monte Carlo dose simulation code for pediatric CT. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2007, *Proc. SPIE Medical Imaging* 6510: 65102A1-10, 2007. **This paper received a Cum Laude at the SPIE Medical Imaging Symposium.**

P56.  Chawla A*, Boyce S, **Samei E**. Design of a new multi-projection imaging system for chest radiography. *Proc. IEEE Nuclear Science Symposium – Medical Imaging Conference (NSS MIC)*, M13-205: 2996-2999, 2007.

P57.  Singh S*, Tourassi GD, Chawla AS, Saunders RS, **Samei E**, Lo JY. Computer aided detection of breast masses in tomosynthesis reconstructed volumes using information-theoretic principles. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2008, *Proc. SPIE Medical Imaging* 6915: 6915051-8, 2008.

P58.  Saunders RS*, **Samei E**, Badea C, Yuan H, Ghaghada K, Qi Y, Hedlund LW, Mukundan S. Optimization of dual energy contrast enhanced breast tomosynthesis for improved mammographic lesion detection and diagnosis. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2008, *Proc. SPIE Medical Imaging* 6913: 69130Y1-11, 2008.

P59.  Li X*, **Samei E**, Jones RP, Colsher JG, Frush DP. Towards assessing the diagnostic influence of dose reduction in pediatric CT: a study based of simulated lung nodules. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2008, *Proc. SPIE Medical Imaging* 6913: 69131L1-12, 2008.

P60.  Chawla AS*, **Samei E**, Saunders RS, Jo JY. Optimized acquisition scheme for multi-projection correlation imaging of breast cancer. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2008, *Proc. SPIE Medical Imaging* 6915: 6915281-8, 2008.

P61.  Badea C, **Samei E**, Ghaghada K, Saunders RS, Yuan H, Qi Y, Hedlund LW, Johnson GA, Mukundan S. Utility of a prototype liposomal contrast agent for x-ray imaging of breast cancer: a proof of concept micro-CT study in small animals. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2008, *Proc. SPIE Medical Imaging* 6913: 6913031-9, 2008.

P62.  Castella C, Kinkel K, Eckstein MP, Abbey CK, Verdun FR, Saunders RS, **Samei E**, Bochud FO. Mass detection on mammograms: signal variations and performance changes for human and model observers. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2008, *Proc. SPIE Medical Imaging* 6917: 69170k1-11, 2008.

P63.  Huda W, Ogden KM, Scalzetti EM, Lavallee RL, Roskopf ML, Groat GE, **Samei E**. Reconstruction filters and contrast detail curves in CT. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2008, *Proc. SPIE Medical Imaging* 6917: 6917101-12, 2008.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 53 of 127 PageID #: 1782
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 195 of 361   PageID 1356
E. Samei, 9/14/2018                                                                                          29

P64.   Huda W, Ogden KM, Scalzetti EM, Lavallee RL, Roskopf ML, **Samei E**. Inter-reader variability in Alternate Forced Choice studies. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2008, *Proc*. *SPIE Medical Imaging* 6917: 6917111-11, 2008.

P65.   Pollard B*, Chawla AS, **Samei E**. The effect of increased ambient lighting on the detection accuracy in uniform and anatomical backgrounds. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2008, *Proc*. *SPIE Medical Imaging* 6919: 69190R1-12, 2008.

P66.   Shafer CM*, **Samei E**, Saunders RS, Zerhouni M, Lo JY. Toward quantification of breast tomosynthesis imaging. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2008, *Proc*. *SPIE Medical Imaging* 6913: 69134N1-8, 2008.

P67.   **Samei E**. Acquisition of digital chest images for pneumoconiosis classification: methods, procedures, and hardware. *Proc*. *NIOSH/ILO Scientific Workshop on Pneumoconioses*, Washington, DC, March 2008 (http://www.cdc.gov/niosh/docs/2008-139/default.html).

P68.   **Samei E**, Ravin CE. Assuring image quality for classification of digital chest radiographs. *Proc*. *NIOSH/ILO Scientific Workshop on Pneumoconioses*, Washington, DC, March 2008  (http://www.cdc.gov/niosh/docs/2008-139/default.html).

P69.   Chawla AS*, **Samei E**, Lo JY, Mertelmeier T. Multi-projection correlation imaging as a new diagnostic tool for improved breast cancer detection. *Proc*. *International Workshop on Digital Mammography*, Tucson, AZ, Springer-Verlag, Berlin, 2008, pp. 635-642.

P70.   Pollard BJ*, Chawla AS, Hashimoto N, **Samei E**. Breast mass detection under increased ambient lighting. *Proc*. *International Workshop on Digital Mammography*, Tucson, AZ, Springer-Verlag, Berlin, 2008, pp. 243-248.

P71.   Shafer C*, **Samei E**, Mertelmeier T, Saunders RS, Zerhouni M, Lo JY. Assessment of low energies and slice depth in the quantification of breast tomosynthesis. *Proc*. *International Workshop on Digital Mammography*, Tucson, AZ, Springer-Verlag, Berlin, 2008, pp. 530-536.

P72.   Tourassi GD, Sharma AC, Singh S, Saunders RS, Lo JY, **Samei E**, Harrawood BP. Knowledge transfer across breast cancer screening modalities: A pilot study using an information-theoretic CADe system for mass detection. *Proc*. *International Workshop on Digital Mammography*, Tucson, AZ, Springer-Verlag, Berlin, 2008, pp. 292-298.

P73.   Elojeimy S, Huda W, Ogden KM, Owen R, **Samei E**, Rumboldt Z. Contrast detail curves in head CT examinations. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2009, *Proc*. *SPIE Medical Imaging* 7263: 726313, 2009.

P74.   Elojeimy S, Huda W, Ogden KM, Owen R, **Samei E**, Rumboldt Z. The effect of dose reductions on lesion detection in head CT. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2009, *Proc*. *SPIE Medical Imaging* 7258: 72584Q, 2009.

P75.   Li X*, **Samei E**, Segars WP, Sturgeon GM, Colsher JG, Frush DP. Patient-specific dose estimation for pediatric abdomen-pelvis CT. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2009, *Proc*. *SPIE Medical Imaging* 7258: 725804, 2009.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 54 of 127 PageID #: 1783
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 196 of 361   PageID 1357
E. Samei, 9/14/2018                                                                          30

P76.   Ranger NT, Mackenzie A, Honey ID, Dobbins JT III, Ravin CE, **Samei E**. Extension of DQE to include scatter, grid, magnification, and focal spot blur: a new experimental technique and metric. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2009, *Proc. SPIE Medical Imaging* 7258: 72581A, 2009.

P77.   Chawla AS*, **Samei E**, Lo JY. Optimized lesion detection in digital breast tomosynthesis. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2009, *Proc. SPIE Medical Imaging* 7258: 72580P, 2009.

P78.   Segars WP, Sturgeon G, Li X, Cheng L, Ceritoglu C, Ratnanather JT, Miller MI, Tsuih BMW, Frush D, **Samei E**. Patient specific computerized phantoms to estimate dose in pediatric CT. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2009, *Proc. SPIE Medical Imaging* 7258: 72580H, 2009.

P79.   Ertan F, Mackenzie A, Urbanczyk HJ, Ranger NT, **Samei E**. Use of effective detective quantum efficiency to optimise radiographic exposures for chest imaging with computed radiography. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2009, *Proc. SPIE Medical Imaging* 7258: 72585O, 2009.

P80.   **Samei E**, Li X, Chen B, Reiman R. The myth of mean dose as a surrogate for radiation risk? SPIE International Symposium on Medical Imaging, San Diego, CA, February 2010, *Proc. SPIE Medical Imaging* 7622: 76220T, 2010.

P81.   Chen B*, Richard S, Colsher J, Amuaro M, **Samei E**. Quantitative CT: technique dependency of volume assessment for pulmonary nodules. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2010, *Proc. SPIE Medical Imaging* 7622: 76222W, 2010.

P82.   Richard S*, Chen B, **Samei E**. Extending the detectability index to quantitative imaging performance: applications in tomosynthesis and CT. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2010, *Proc. SPIE Medical Imaging* 7622: 76220Z, 2010.

P83.   Thompson J*, Chen B, Richard S, Bowsher J, **Samei E**.  Wide-angle breast tomosynthesis: initial comparative evaluation. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2010, *Proc. SPIE Medical Imaging* 7622: 76220C, 2010.

P84.   Jacobs J, Marshall N, Bouwman R, van Engen R, Young K, Bosmans H, Thijssen M, **Samei E**. Towards an international consensus strategy for periodic quality control of digital breast tomosynthesis systems. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2010, *Proc. SPIE Medical Imaging* 7622: 76220G, 2010.

P85.   Li X*, **Samei E**, Segars WP, Sturgeon GM, Colsher JG, Frush DP. Patient-specific dose and risk estimation in pediatric chest CT: a study in 28 patients. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2010, *Proc. SPIE Medical Imaging* 7622: 76221J, 2010.

P86.   Lin Y*, Wang X, Sehnert WJ, Foos DH, Barski L, **Samei E**. Quantification of radiographic image quality based on patient anatomical contrast-to-noise ratio – a preliminary study with chest images. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2010, *Proc. SPIE Medical Imaging* 7627: 76271F, 2010.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 55 of 127 PageID #: 1784
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 197 of 361   PageID 1358
E. Samei, 9/14/2018                                                                                                31

P87.  Chen B*, **Samei E**, Barnhart H, Marin D, Colsher J, Nelson R. Precision of Hepatic CT Image Quantifications: A Comparative Study of Conventional (FBP) and Iterative Reconstruction Algorithms (ASiR and MBiR). SPIE International Symposium on Medical Imaging, Orlando, FL, February 2011, *Proc. SPIE Medical Imaging* 7961: 79610L, 2011.

P88.  Richard S*, Li X, Yadava G, **Samei E**. Predictive models for observer performance in CT: Applications in protocol optimization. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2011, *Proc. SPIE Medical Imaging* 7961: 79610H, 2011.

P89.  Richard S*, **Samei E**. 3D task-based performance assessment metrics for optimization of performance and dose in breast tomosynthesis. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2011, *Proc. SPIE Medical Imaging* 7961: 79611A, 2011.

P90.  Li X*, **Samei E**, Segars WP, Paulson EK, Frush DP. The feasibility of universal DLP-to-risk conversion coefficients for body CT protocols. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2011, *Proc. SPIE Medical Imaging* 7961: 79612A, 2011.

P91.  Chen B*, Marin D, **Samei E.** A new iodinated liver phantom for the quantitative evaluation of advanced CT acquisition and reconstruction techniques. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2011, *Proc. SPIE Medical Imaging* 7961: 796161, 2011.

P92.  Lin Y*, **Samei E**, Wang X, Sehnert JW, Dobbins JT III, Foos DH, Barski LL. Assessment of image quality from patient anatomical images. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2011, *Proc. SPIE Medical Imaging* 7961: 796160, 2011.

P93.  Guo W*, Li Q, Boyce SJ, McAdams HP, Shiraishi J, Doi K, Samei E. Computerized scheme for lung nodule detection in multi-projection chest radiography, SPIE International Symposium on Medical Imaging, San Diego, CA, February 2011, *Proc. SPIE Medical Imaging* 8315: 83150T, 2012.

P94.  Li X*, Segars WP, Frush DP, **Samei E**.  Estimation of patient size-related, scanner-independent dose and risk conversion coefficients for abdominopelvic CT: a study based on 92 patients. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2012, *Proc. SPIE Medical Imaging* 8313: 83131R, 2012.

P95.  Chen B*, Richard S, **Samei E**. Relevance of MTF and NPS in quantitative CT: towards developing a predictable model of quantitative performance. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2012, *Proc. SPIE Medical Imaging* 8313: 83132O, 2012.

P96.  Kiarashi N*, Lin Y, Segars WP, Ghate SV, Ikejimba L, Lo JY, Nolte LW, **Samei E**. Development of a dynamic 4D anthropomorphic breast phantom for contrast-based breast imaging. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2012, *Proc. SPIE Medical Imaging* 8313: 83130C, 2012.

P97.  Lin Y*, Ghate SV, Lo JY, **Samei E**. 3D Biopsy for tomosynthesis: simulation of prior information reconstruction for dose and artifact reduction. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2012, *Proc. SPIE Medical Imaging* 8313: 83131Y, 2012.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 56 of 127 PageID #: 1785
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 198 of 361   PageID 1359
E. Samei, 9/14/2018                                                                                32

P98.  Chen B*, Richard S, Christianson O, Zhou X, **Samei E**. CT Performance as a variable function of resolution, noise, and task property for iterative reconstructions. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2012, *Proc. SPIE Medical Imaging* 8313: 83131K, 2012.

P99.  Ikejimba L*, Kiarashi N, Lin Y, Chen B, Ghate SV, Zerhouni M, Lo JY, **Samei E**. Development of a task-based strategy for optimized contrast enhanced breast imaging: Analysis of six imaging techniques for mammography and tomosynthesis. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2012, *Proc. SPIE Medical Imaging* 8313: 831309, 2012.

P100. Bond J*, Frush J, Williams C, Ward DJ, Ratnanather JT, Miller MI, **Samei E**, Segars WP. Series of adult phantoms for imaging research and dosimetry. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2012, *Proc. SPIE Medical Imaging* 8313: 83130P, 2012.

P101. Kiarashi N*, Lin Y, Segars WP, Ghate SV, Ikejimba L, Chen B, Lo JY, Nolte LW, **Samei E**. Application of a dynamic 4D anthropomorphic breast phantom in system optimization: dual-energy or temporal subtraction? Proceedings of the International Workshop on Breast Imaging, Philadelphia, PA, July 2012.

P102. Li X*, Segars WP, **Samei E**. Organ dose in chest CT: effect of modulation scheme on estimation accuracy. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2013, *Proc. SPIE Medical Imaging* 8668: 86682A, 2013.

P103. Zhang Y*, Li X, Segars WP, **Samei E**. Comparative dosimetry of radiography, tomosynthesis, and CT for chest imaging across 59 adult patients. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2013, *Proc. SPIE Medical Imaging* 8668: 866844, 2013.

P104. Solomon J*, **Samei E**. Are uniform phantoms sufficient to characterize the performance of iterative reconstruction in CT? SPIE International Symposium on Medical Imaging, Orlando, FA, February 2013, *Proc. SPIE Medical Imaging* 8668: 86684M, 2013.

P105. Kiarashi N*, Sturgeon GM, Nolte LW, Lo JY, Dobbins III JT, Segars WP, **Samei E**. Development of matched virtual and physical breast phantoms based on patient data. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2013, *Proc. SPIE Medical Imaging* 8668: 866805, 2013.

P106. Tian X*, Yin Z, DeMann B, **Samei E**. Projection-based dose metric: accuracy testing and applications for CT design. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2013, *Proc. SPIE Medical Imaging* 8668: 866829, 2013.

P107. Kapadia AJ, Lakshmanan MN, Krishnamurthy K, Sahbaee P, Chawla A, Wolter S, Maccabe K, Brady D, **Samei E**. Monte-Carlo simulations of a coded-aperture x-ray scatter imaging system for molecular imaging. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2013, *Proc. SPIE Medical Imaging* 8668: 86680B, 2013.

P108. Chen B*, **Samei E**. Development of a phantom-based methodology for the assessment of quantification performance in CT. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2013, *Proc. SPIE Medical Imaging* 8668: 86681E, 2013.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 57 of 127 PageID #: 1786
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 199 of 361   PageID 1360
E. Samei, 9/14/2018                                                                                    33

P109. Bond J*, Frush D, **Samei E**, Segars WP. Simulation of anatomical texture in voxelized XCAT phantoms. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2013, *Proc. SPIE Medical Imaging* 8668: 86680N, 2013.

P110. Lin Y*, Choudhury KR, McAdams HP, Foos DH, **Samei E**. Validation of an image-based technique to assess the perceptual quality of clinical chest radiographs with an observer study. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2014, *Proc. SPIE Medical Imaging* 9033, 2014.

P111. Tian X*, Wilson J, Frush D, **Samei E**. Prospective optimization of CT under tube current modulation: II. Image quality. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2014, *Proc. SPIE Medical Imaging* 9033, 2014.

P112. Tian X*, Li X, Segars WP, Frush D, **Samei E**. Prospective optimization of CT under tube current modulation: II. Organ dose. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2014, *Proc. SPIE Medical Imaging* 9033, 2014.

P113. Chen B*, Wilson J, **Samei E**. A refined methodology for modeling volume quantification performance in CT. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2014, *Proc. SPIE Medical Imaging* 9033: 903325, 2014.

P114. Lakshmanan MN*, Kapadia AJ, Harrawood BP, Brady D, **Samei E**. X-ray coherent scatter imaging for surgical margin detection: a Monte Carlo study. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2014, *Proc. SPIE Medical Imaging* 9033: 903361, 2014.

P115. Segars WP, Veress AI, Wells JR, Sturgeon JM, Kiarashi N, Lo JY, **Samei E**, Dobbins III JT. Population of 100 realistic, patient-based computerized breast phantoms for multi-modality imaging research. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2014, *Proc. SPIE Medical Imaging* 9033, 2014.

P116. Norris H, Zhang Y, Frush J, Sturgeon GM, Minhas A, Tward DJ, Ratnanather JT, Miller MI, Frush D, **Samei E**, Segars WP. The development of a population of 4D pediatric XCAT phantoms for CT imaging research and optimization. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2014, *Proc. SPIE Medical Imaging* 9033: 90331V, 2014.

P117. Solomon J*, Bochud F, **Samei E**. Design of anthropomorphic textured phantoms for CT performance evaluation. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2014, *Proc. SPIE Medical Imaging* 9033, 2014.

P118. Kiarashi N*, Nolte LW, Lo JY, Segars WP, Ghate SV, **Samei E**. The impact of breast structure on lesion detection in breast tomosynthesis. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2015, *Proc. SPIE Medical Imaging* 9412, 2015.

P119. Sahbaee P*, Lin Y, Segars WP, Marin D, Nelson R, **Samei E**. Determination of contrast media administration to achieve a targeted contrast enhancement in CT. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2015, *Proc. SPIE Medical Imaging* 9412, 2015.

P120. Tian X*, Segars WP, Dixon RL, **Samei E**. Convolution-based estimation of organ dose in tube current modulated CT using patient-specific models. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2015, *Proc. SPIE Medical Imaging* 9412, 2015. **This paper received a Cum Laude at the SPIE Medical Imaging Symposium.**

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 58 of 127 PageID #: 1787
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 200 of 361   PageID 1361
E. Samei, 9/14/2018                                                                                    34

P121. Ikejimba L*, Chen Y, Oberhofer N, Kiarashi N, Lo JY, **Samei E**. A quantitative metrology for performance characterization of breast tomosynthesis systems based on an anthropomorphic phantom. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2015, *Proc. SPIE Medical Imaging* 9412, 2015. **This paper received best paper award for the Physics of Medical Imaging Conference, and the Second Place for the SPIE Medical Imaging Symposium.**

P122. Lakshmanan MN*, Greenberg JA, **Samei E**, Kapadia AJ. Experimental implementation of coded aperture coherent scatter spectral imaging of cancerous and healthy breast tissue samples. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2015, *Proc. SPIE Medical Imaging* 9412, 2015.

P123. Solomon J*, Mileto A, Giraldo JCR, **Samei E**. A multireader diagnostic performance study of low-contrast detectability on a third-generation dual-source CT scanner: filtered back projection versus advanced modeled iterative reconstruction. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2015, *Proc. SPIE Medical Imaging* 9416, 2015.

P124. Solomon J*, **Samei E**. What observer models best reflect low-contrast detectability in CT? SPIE International Symposium on Medical Imaging, Orlando, FL, February 2015, *Proc. SPIE Medical Imaging* 9416, 2015.

P125. Solomon J*, Ba A, Diao A, Lo JY, Bier E, Bochud F, Gehm M, **Samei E**. Design, fabrication, and implementation of voxel-based 3D printed textured phantoms for task-based image quality assessment in CT. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P126. Lakshmanan MN*, Greenberg JA, **Samei E**, Kapadia AJ.  Coded aperture coherent scatter imaging for breast cancer detection: a Monte Carlo evaluation. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P127. Fu W*, Tian X, Segars WP, Goodsitt M, Kazerooni E, **Samei E**.  Evaluation of the dose reduction potential using a breast positioning technique for organ-based tube current modulated CT examinations. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P128. Sahbaee P*, Abadi E, Agasthya G, Zhang Y, Becchetti, M, SegarsWP, **Samei E**. A technique for multi-dimensional optimization of radiation dose, contrast dose, and image quality in CT imaging. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P129. Sahbaee P*, Robins M, Solomon J, **Samei E**.  Development of a Hausdorff distance based 3D quantification technique to evaluate the CT imaging system impact on depiction of lesion morphology. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P130. Kapadia AJ, Morris RE, Lakshmanan MN, Albanese K, **Samei E**, Greenberg JA. Coded aperture x-ray diffraction imaging for lung cancer detection. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P131. Fu W*, Tian X, Sahbaee P,  Zhang Y,  Segars WP, **Samei E**.  Estimation of organ dose under tube current modulated CT for 58 patients across diverse protocols. SPIE

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 59 of 127 PageID #: 1788
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 201 of 361   PageID 1362
E. Samei, 9/14/2018                                                                      35

International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P132. Zheng Y*, Solomon J, Marin D, **Samei E**. Synthesis of realistic lung nodule texture using a clustered lumpy background. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P133. Ikejimba L*, Glick SJ, **Samei E,** Lo JY. Comparison of model and human observer performance in FFDM, DBT, and synthetic mammography. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P134. Sanders J*, Tian X, Segars WP, Boone JM, **Samei E**. An automated technique for estimating patient-specific regional imparted energy in TCM CT exams. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P135. Becchetti M*, Justin Solomon J, Segars WP, **Samei E**. Synthesized interstitial lung texture for use in anthropomorphic computational phantoms. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P136. Sikaria D, Musinsky S, Sturgeon GM, Solomon J, Diao A, Gehm ME, **Samei E**, Glick SJ, Lo JY. Second generation anthropomorphic physical phantom for mammography and DBT: Incorporating voxelized 3D printing and inkjet printing of iodinated lesion inserts. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P137. Robins M*, Solomon J, Kalpathy-Cramer J, Sahbaee P, **Samei E**. Development and comparison of projection and image space 3D nodule insertion techniques. SPIE International Symposium on Medical Imaging, San Diego, CA, February-March 2016, *Proc. SPIE Medical Imaging* 9783, 2016.

P138. Ria F*, Wilson JM, Zhang Y, Samei E. Adaptability index: quantifying CT tube current modulation performance from dose and quality informatics. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc. SPIE Medical Imaging* 10132: 101322N, 2017.

P139. Zhao A, Santana M, **Samei E**, Lo JY. Comparison of effects of dose on image quality in digital breast tomosynthesis across multiple vendors. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc. SPIE Medical Imaging* 10132: 101324E, 2017.

P140. Smith TB*, Solomon JB, **Samei E**. In vivo detectability index: development and validation of an automated methodology. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc. SPIE Medical Imaging* 10132: 1013255, 2017.

P141. Sturgeon GM, Richards TW, **Samei E**, Segars WP. Improved virtual cardiac phantom with variable diastolic filling rates and coronary artery velocities. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc. SPIE Medical Imaging* 10132: 101325D, 2017.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 60 of 127 PageID #: 1789
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 202 of 361   PageID 1363
E. Samei, 9/14/2018                                                                                      36

P142. Zhao C, Solomon JB, Sturgeon GM, Gehm ME, Catenacci M, Wiley BJ, **Samei E**, Lo JY. Third generation anthropomorphic physical phantom for mammography and DBT: Incorporating voxelized 3D printing and uniform chest wall QC region. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc*. *SPIE Medical Imaging* 10132: 101321Y, 2017.

P143. Solomon JB*, Rubin GD, Smith TB, Harrawood B, Choudhury KR, **Samei E**. Development of local complexity metrics to quantify the effect of anatomical noise on detectability of lung nodules in chest CT imaging. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc*. *SPIE Medical Imaging*, 10136: 101360X, 2017.

P144. Richards TW*, Sturgeon GM, Ramirez-Giraldo JC, Rubin GD, Segars WP, **Samei E**. Quantification of the uncertainty in coronary CTA plaque measurements using dynamic cardiac phantom and 3D-printed plaque models. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc*. *SPIE Medical Imaging* 10132: 101325E, 2017.

P145. Abadi E*, Sturgeon GM, Agasthya G, Harrawood B, Kapadia A, Segars WP, **Samei E**. Airways, vasculature, and interstitial tissue: anatomically-informed computational modeling of human lungs for virtual clinical trials. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc*. *SPIE Medical Imaging* 10132: 101321Q, 2017.

P146. Zheng Y*, Solomon JB, Marin D, **Samei E**. Accuracy and variability of texture-based radiomics features of lung lesions across CT imaging conditions. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc*. *SPIE Medical Imaging* 10132: 101325F, 2017.

P147. Fu W*, Sturgeon GM, Agasthya G, Segars WP, **Samei E**. Estimation of breast dose reduction potential for organ-based tube current modulated CT with wide dose reduction arc. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc*. *SPIE Medical Imaging* 10132: 1013246, 2017.

P148. Hoye J*, Zhang Y, Agasthya G, Sturgeon GM, Segars EP, **Samei E**. An atlas-based organ dose estimator for tomosynthesis and radiography. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc*. *SPIE Medical Imaging* 10132: 1013204, 2017.

P149. Robins M*, Solomon J, Hoye J, Smith TB, Ebner L, **Samei E**. Inter-algorithm tumor volumetry comparison of real and 3D simulated lesions in CT. SPIE International Symposium on Medical Imaging, Orlando, FA, February 2017, *Proc*. *SPIE Medical Imaging* 10132: 101321S, 2017.

P150. Robins M*, Solomon J, Hoye J, Abadi E, Marin E, **Samei E**. How reliable are texture measurements? SPIE International Symposium on Medical Imaging, Houston, TX, February 2018, *Proc*. *SPIE Medical Imaging* 10573: 105733W, 2018.

P151. Hoye J*, Solomon JB, Sauer T, Robins M, **Samei E**. Bias and variability in morphology features of lung lesions across CT imaging conditions. SPIE International Symposium on Medical Imaging, Houston, TX, February 2018, *Proc*. *SPIE Medical Imaging* 10573: 105731Z, 2018.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 61 of 127 PageID #: 1790
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 203 of 361   PageID 1364
E. Samei, 9/14/2018                                                                                    37

P152. Richards TW*, Segars WP, **Samei E**. Variability of stenosis characterization: impact of coronary vessel motion in cardiac CT. SPIE International Symposium on Medical Imaging, Houston, TX, February 2018, *Proc*. *SPIE Medical Imaging* 10573: 105733Z, 2018.

P153. Abadi E*, Segars WP, Harrawood B, Kapadia A, **Samei E**. Virtual clinical trial in action: textured XCAT phantoms and scanner-specific CT simulator to characterize noise across CT reconstruction algorithms. SPIE International Symposium on Medical Imaging, Houston, TX, February 2018, *Proc*. *SPIE Medical Imaging* 10573: 1057317, 2018.

P154. Rossman A, Catenacci M, Li AM, Sauer TJ, Solomon JB, Gehm ME, Wiley BJ, **Samei E**, Lo JY. 3D printed anthropomorphic physical phantom for mammography and DBT with high contrast custom materials, lesions and uniform chest wall region. SPIE International Symposium on Medical Imaging, Houston, TX, February 2018, *Proc*. *SPIE Medical Imaging* 10573: 105730C, 2018.

P155. Sharma S*, Kapadia A, Abadi E, Fu W, Segars WP, **Samei E**. A rapid GPU-based Monte-Carlo simulation tool for individualized dose estimations in CT. SPIE International Symposium on Medical Imaging, Houston, TX, February 2018, *Proc*. *SPIE Medical Imaging* 10573: 105733V, 2018.

P156. Abadi E*, Harrawood B, Kapadia A, Segars WP, **Samei E**. Development of a fast, voxel-based, and scanner-specific CT simulator for image-quality-based virtual clinical trials. SPIE International Symposium on Medical Imaging, Houston, TX, February 2018, *Proc*. *SPIE Medical Imaging* 10573: 105733U, 2018.

P157. Robins M*, Solomon JB, **Samei E**. Can a 3D task transfer function accurately represent the signal transfer properties of low-contrast lesions in non-linear CT systems? SPIE International Symposium on Medical Imaging, Houston, TX, February 2018, *Proc*. *SPIE Medical Imaging* 10573: 1057343, 2018.

P158. Sauer TJ*, Abadi E, Solomon J, Hoye JM, **Samei E**. Realistic lesion simulation: application of hyperelastic deformation to lesion-local environment in lung CT. SPIE International Symposium on Medical Imaging, Houston, TX, February 2018, *Proc*. *SPIE Medical Imaging* 10573: 105731U, 2018.

P159. Fu W*, Segars WP, Abadi E, Sharma S, Kapadia AJ, **Samei E**. From patient-informed to patient-specific organ dose estimation in clinical computed tomography. SPIE International Symposium on Medical Imaging, Houston, TX, February 2018, *Proc*. *SPIE Medical Imaging* 10573: 1057315, 2018.

**Books, patents, and major reports:**

B1. **Samei E** (editor). Advances in Digital Radiography. Radiological Society of North America (RSNA) Publication, Categorical Course Syllabus, Oak Brook, IL, 2003.

B2. **Samei E**, Badano A, Chakraborty D, Compton K, Cornelius C, Corrigan K, Flynn MJ, Hemminger B, Hangiandreou N, Johnson J, Moxley M, Pavlicek W, Roehrig H, Rutz L, Shepard SJ, Uzenoff R, Wang J, Willis C. Assessment of Display Performance for Medical Imaging Systems, Report of the American Association of Physicists in Medicine (AAPM) Task Group 18, AAPM On-Line Report No. 03, *American Association of Physicists in Medicine*, College Park, MD, 2005.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 62 of 127 PageID #: 1791
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 204 of 361   PageID 1365
E. Samei, 9/14/2018                                                                                      38

B3.    Seibert JA, Bogucki TM, Ciona T, Huda W, Karellas A, Mercier JR, **Samei E**, Shepard SJ, Stewart BK, Strauss KJ, Suleiman OH, Tucker D, Uzenoff RA, Weiser JC, Willis CE. Acceptance Testing and Quality Control of Photostimulable Storage Phosphor Imaging Systems, Report of the American Association of Physicists in Medicine (AAPM) Task Group 10, AAPM Report No. 83, *American Association of Physicists in Medicine*, College Park, MD, 2006.

B4.    Hsieh J **Samei E** (editors). Medical Imaging 2008: Physics of Medical Imaging (Proceedings of SPIE), SPIE Publications, Bellingham, WA, 2008.

B5.    Shepard SJ, Wang J, Flynn MJ, Gingold E, Goldman L, Krugh K, Leong DL, Mah E, Ogden K, Peck D, **Samei E**, Willis C. An Exposure Indicator for Digital Radiography, Report of the American Association of Physicists in Medicine (AAPM) Task Group 116, AAPM Report No. 116, *American Association of Physicists in Medicine*, College Park, MD, 2009. https://www.aapm.org/pubs/reports/RPT_116.pdf

B6.    **Samei E**, Hsieh J (editors). Medical Imaging 2009: Physics of Medical Imaging (Proceedings of SPIE), SPIE Publications, Bellingham, WA, 2009.

B7.    **Samei E**, Krupinski E (editors). The Handbook of Medical Image Perception and Techniques. Cambridge University Press, Cambridge, UK, 2010.

B8.    **Samei E**, Pelc N (editors). Medical Imaging 2010: Physics of Medical Imaging (Proceedings of SPIE), SPIE Publications, Bellingham, WA, 2010.

B9.    Pelc N, **Samei E**, Nishikawa R (editors). Medical Imaging 2011: Physics of Medical Imaging (Proceedings of SPIE), SPIE Publications, Bellingham, WA, 2011.

B10.   **Samei E**, Lin Y (inventors). US Provisional Patent Application No. 62/020,461. Systems and Methods for Quantitative Poly-Energetic Reconstruction Schemes for Single Spectrum CT Scanners. Filed July 3, 2014.

B11.   Sechopoulos I, Ali ESM, Badal A, Badano A, Boone JM, Kyprianou IS, Mainegra-Hing E, McNitt-Gray MF, McMillan KL, Rogers DWO, **Samei E**, Turner AC. Monte Carlo Reference Data Sets for Imaging Research, Report of the American Association of Physicists in Medicine (AAPM) Task Group 195, *American Association of Physicists in Medicine*, College Park, MD, 2015.

B12.   Hagga J, Boll D (editors), **Samei E** (associate editor). Haaga's CT and MRI of the Whole Body. 6th edition, Elsevier Mosby Publishers, 2016.

B13.   **Samei E**, Sahbaee P (inventors). US Patent Application. Systems and Methods for Determining Image Quality and Models based Contrast Injection Protocols. Filed August 22, 2016.

B14.   **Samei E**, Segars WP, Tian X (inventors). US Patent. Systems and Methods for Estimating Irradiation Dose for Patient Application based on a Radiation Field Model and a Patient Anatomy Model. US Patent 20,170,095,223, Filed October 3, 2016.

B15.   **Samei E**, Lin Y (inventors). US Patent Application. Spectral Estimation and Poly-energetic Reconstruction Methods and X-ray Systems. Filed Nov. 20, 2016.

B16.   **Samei E**, Krupinski E (editors). The Handbook of Medical Image Perception and Techniques. 2nd Edition, Cambridge University Press, Cambridge, UK, (in press, 2019).

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 63 of 127 PageID #: 1792
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 205 of 361   PageID 1366
E. Samei, 9/14/2018                                                                          39

B17.   **Samei E**, Peck D. Hendee's Medical Imaging Physics, 5th edition, John Wiley & Sons (in press, 2019).

B18.   **Samei E**, Pfeiffer D (editors). Clinical Medical Imaging Physics, John Wiley & Sons (under contract, 2019).

B19.   **Samei E**, Pelc N (editors). Advances in CT: Technologies, Applications, Operation. Springer International Publishing AG, Cham, Switzerland, (under contract, 2019).

**Chapters in books:**

C1.   Spicer KM, **Samei E**. The Radiologist's Workbench - Critical Features for Image Review and Reporting. In: Practical Digital Imaging and PACS, JA Seibert, LJ Filipow, and KP Andriole (eds). Medical Physics Publishing, Madison, WI, 1999.

C2.   **Samei E**, Eyler WR, Baron LF. Effects of Anatomical Structure on Signal Detection. In: Handbook of Medical Imaging, Vol. 1, Physics and Psychophysics, J Beutel, R Van Metter, and H Kundel (eds). SPIE Press, Bellingham, WA, 2000, pp. 655-682.

C3.   **Samei E**. New Developments in Display Quality Control. In: Quality Assurance - Meeting the Challenge in the Digital Medical Enterprise, E Siegel, B Reiner, J Carrino (eds). SCAR University Premier 3, SCAR Premier Series, Society for Computer Applications in Radiology, Great Falls, VA, 2002, pp. 71-82.

C4.   **Samei E**. Assessment of Display Quality. In: Advances in Digital Radiography, E Samei (ed). Radiological Society of North America (RSNA) Publication, Categorical Course Syllabus, Oak Brook, IL, 2003, pp. 109-121.

C5.   **Samei E**. Performance of Digital Radiography Detectors: Quantification and Assessment Methodologies. In: Advances in Digital Radiography, E Samei (ed). Radiological Society of North America (RSNA) Publication, Categorical Course Syllabus, Oak Brook, IL, 2003, 37-47.

C6.   **Samei E**. Performance of Digital Radiography Detectors: Factors Affecting Sharpness and Noise. In: Advances in Digital Radiography, E Samei (ed). Radiological Society of North America (RSNA) Publication, Categorical Course Syllabus, Oak Brook, IL, 2003, pp. 49-61.

C7.   **Samei E,** Saunders RS. The Nature of the Digital Image. In: Specifications, Performance Evaluation and Quality Assurance of Radiographic and Fluoroscopic Systems in the Digital Era, L Goldman and M Yester (eds). Medical Physics Publishing, Madison, WI, 2004, pp. 103-123.

C8.   **Samei E**. Digital Mammography Displays. In: Advances in Breast Imaging: Physics, Technology, and Clinical Applications, A Karellas and ML Giger (eds). Radiological Society of North America (RSNA) Publication, Categorical Course Syllabus, Oak Brook, IL, 2004, pp. 135-143.

C9.   Zhao W, Andriole K, **Samei E**. Digital Radiography and Fluoroscopy. In: Advances in Medical Physics 2006, AB Wolbarst, RG Zamenhof, and WR Hendee (eds). Medical Physics Publishing, Madison, WI, 2006, pp. 1-23.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 64 of 127 PageID #: 1793
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 206 of 361   PageID 1367
E. Samei, 9/14/2018                                                                    40

C10.   **Samei E**, Badano A. Image Display Systems. In: Advances in Medical Physics 2008, AB Wolbarst, RG Zamenhof, and WR Hendee (eds). Medical Physics Publishing, Madison, WI 2008, pp. 19-30.

C11.   **Samei E**, Krupinski E. The Prominence of Medical Image Perception in Medicine.  In: The Handbook of Medical Image Perception and Techniques. **Samei E**, Krupinski E (editors). Cambridge Press, Cambridge, UK, 2010.

C12.   Saunders RS, **Samei E**. Image Quality and its Clinical Relevance. In: The Handbook of Medical Image Perception and Techniques. **Samei E**, Krupinski E (editors). Cambridge Press, Cambridge, UK, 2010.

C13.   **Samei E**, Li X. Logistical Issues in Designing a Perception Experiment. In: The Handbook of Medical Image Perception and Techniques. **Samei E**, Krupinski E (editors). Cambridge Press, Cambridge, UK, 2010.

C14.   Krupinski E, **Samei E**. Future Prospects of Medical Image Perception. In: The Handbook of Medical Image Perception and Techniques. **Samei E**, Krupinski E (editors). Cambridge Press, Cambridge, UK, 2010.

C15.   Roehrig H, **Samei E**. Control de calidad en sistemas de visualización. In: Digital Radiology. Miquelez Alonso S (editor). Spanish Society of Medical Physics (SEFM), Spain, 2011.

C16.   **Samei E**. Fluoroscopy physics: from 1.0 to 2.0. In: Clinical Medical Imaging Physics. **Samei E**, Pfeiffer D (editors), John Wiley & Sons (under contract, 2018).

C17.   **Samei E**. Seven reasons why 1.0 approach in radiography physics in not enough. In: Clinical Medical Imaging Physics. **Samei E**, Pfeiffer D (editors), John Wiley & Sons (under contract, 2018).

C18.   **Samei E**. Physics meets informatics: the new needs and opportunities of integration. In: Clinical Medical Imaging Physics. **Samei E**, Pfeiffer D (editors), John Wiley & Sons (under contract, 2018).

C19.   **Samei E**. Emerging practice of medical physics in CT. In: Clinical Medical Imaging Physics. **Samei E**, Pfeiffer D (editors), John Wiley & Sons (under contract, 2018).

C20.   Zhnag Y, **Samei E**. Clinical CT performance evaluation. In: Advances in CT: Technologies, Applications, Operation. **Samei E**, Pelc N (editors), Springer (under contract, 2019).

C21.   Wilson J, **Samei E**. CT practice monitoring. In: Advances in CT: Technologies, Applications, Operation. **Samei E**, Pelc N (editors), Springer (under contract, 2019).

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 65 of 127 PageID #: 1794
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 207 of 361   PageID 1368
E. Samei, 9/14/2018                                                                        41

**Conference abstracts:**

A1.  **Samei E**, Gillespie TJ, Han S, Kearfott KJ, Wang C-KC. A computer code for studying positional production of signal in thermoluminescent materials. Proceedings of the Health Physics Society Annual Meeting, Atlanta, GA, June 1993, *Health Physics* 64(6S): 39-40, 1993.

A2.  **Samei E**, Fischer K, Miyamoto J, Leonard C, Rojeski R, Park J, Kitley A, Harris H, Kearfott KJ. An overview of federally assisted human radiation experiments of the 1940's, 50's, and 60's. Spring Symposium of the Great Lakes Chapter Health Physics Society, Ypsilanti, MI, April 1994.

A3.  **Samei E**, Kearfott KJ, Wang C-KC, Han S. Impact of variations in physical parameters on glow curves for planchet heating of TL dosimeters. Proceedings of the Symposium on Radiation Measurements and Applications, Ann Arbor, MI, May 1994.

A4.  **Samei E**, Kearfott KJ, Fischer K, Kitley A, Miyamoto J, Leonard C, Rojeski R, Park J. An overview of human radiation experiments funded by the atomic energy commission before 1970. Current Events/Works in Progress, Proceedings of the Annual Meeting of the Health Physics Society, San Francisco, CA, June 1994. **This presentation was awarded the Best Student Presentation at the HPS annual meeting.**

A5.  **Samei E**, Kearfott KJ, Wang C-KC. Dual integral glow analysis - a new method for beta and beta-gamma mixed field dosimetry. Proceedings of the Health Physics Society Annual Meeting, San Francisco, CA, June 1994, *Health Physics* 66(6S): 88-89, 1994.

A6.  **Samei E**, Kearfott KJ. Computer simulation and characterization of glow curve in contact heating of thermoluminescent detectors. Iranian Conference of Physics, Sanandadj, Iran, August - September 1994.

A7.  **Samei E**, Kearfott KJ. Introducing a new method for determination of shallow dose and deep dose in low-LET radiation fields using thermoluminescent dosimeters. Spring Symposium of the Health Physics Society Great Lakes Chapter, Ypsilanti, MI, March 1995. **This presentation was awarded the Best Student Presentation at the HPS Great Lakes Chapter meeting.**

A8.  Gillespie TJ, **Samei E**, Kearfott KJ, Wang C-KC. A model for depth-dose distribution in beta dosimetry. Proceedings of the Health Physics Society Annual Meeting, Boston, MA, July 1995, *Health Physics* 68(6S): 37, 1995.

A9.  **Samei E**, Flynn MJ, Eyler WR. Simulation of radiologic characteristics of subtle lung nodules. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, November - December 1995, *Radiology* 197(P): 293, 1995.

A10. **Samei E**, Flynn MJ, Kearfott KJ. Development of externally-placed phantoms for accurately simulating subtle lung nodules. Young Investigators Spring Symposium of the Great Lakes Chapter American Association of Physicists in Medicine, Ann Arbor, MI, March 1996.

A11. Lemaster JB\*, Kearfott KJ, **Samei E**. A mathematical description for depth-dose distribution due to monoenergetic electrons in lithium fluoride and soft tissue. Proceedings of the Health Physics Society Annual Meeting, Seattle, WA, July 1996, *Health Physics* 70(6S): 15, 1996.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 66 of 127 PageID #: 1795
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 208 of 361   PageID 1369
E. Samei, 9/14/2018                                                                                          42

A12. **Samei E**, Kearfott KJ, Wagner EC. Dual integral glow analysis - evaluation of the method in determination of shallow dose and deep dose in selected beta radiation fields. Proceedings of the Health Physics Society Annual Meeting, Seattle, WA, July 1996, *Health Physics* 70(6S): 16, 1996.

A13. **Samei E**, Flynn MJ, Reimann DA, Hames SM. Field measurement of the presampled modulation transfer function for digital radiographic systems using an edge phantom. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Philadelphia, PA, July 1996, *Medical Physics* 23(6): 1076, 1996.

A14. Flynn MJ, **Samei E**, Reimann DA. Experimental comparison of noise and resolution for 2k and 4k storage phosphor systems. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, December 1996, *Radiology* 201(p): 328, 1996.

A15. Beute GH, Flynn MJ, Eyler WR, **Samei E**, Zylak CJ, Spizarny DL. Chest radiographic image quality: a comparison of asymmetric film/screen, storage phosphor, and selenium drum systems. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, December 1996, *Radiology* 201(p): 480, 1996.

A16. **Samei E**, Flynn MJ. Assessment of image quality for digital radiography systems. Young Investigators Spring Symposium of the Great Lakes Chapter American Association of Physicists in Medicine, Dearborn, MI, April 1997. **This presentation was awarded the 1st place, Siemens/Norman Horowitz Award for best paper at the Young Investigator competition of AAPM Great Lakes Chapter meeting.**

A17. Busby BA*, Kearfott KJ, **Samei E**, Hamby DM. Simulation of factors affecting performance of a novel model for depth dose determination using pulsed laser heating of thermoluminescent dosimeters. Proceedings of the Health Physics Society Annual Meeting, San Antonio, TX, July 1997, *Health Physics* 72(6S), 1997.

A18. **Samei E**, Flynn MJ, Kearfott KJ. Patient dose and detectability of subtle lung nodules in digital chest radiographs. Proceedings of the Health Physics Society Annual Meeting, San Antonio, TX, July 1997, *Health Physics* 72(6S), 1997.

A19. **Samei E**, Flynn MJ. Comparative effects of quantum and anatomical noise on observer detection of subtle lung nodules in digital chest radiographs. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Young Investigator's Symposium, Milwaukee, WI, June 1997, *Medical Physics* 24(6): 969, 1997. **This presentation received the third prize at the Young Investigator competition of AAPM annual meeting.**

A20. **Samei E**, Flynn MJ. The influence of anatomical noise in detection of lung nodules in chest radiography. Far West Image Perception Conference, Tucson, AZ, October 1997.

A21. **Samei E**, Flynn MJ. Measurement of MTF and Wiener spectrum for digital radiographic systems. Proceedings of the Iranian Conference of Electrical Engineering, Tehran, Iran, May 1998, *ICEE Proceedings*, 1998.

A22. **Samei E**, Karvelis KC, Smith LT, Porter W, Pantelic MV. A PC-based patient-specific external dose calculation method for outpatient I-131 therapy. Proceedings of the Annual Meeting of the Society of Nuclear Medicine, Toronto, Canada, June 1998, *Journal of Nuclear Medicine* 39(5): 277p, 1998. **This poster presentation received an Honorable Mention at the SNM conference.**

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 67 of 127 PageID #: 1796
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 209 of 361   PageID 1370
E. Samei, 9/14/2018                                                                                    43

A23.  **Samei E**, Peck DJ, Rauch PL, Mah E, Flynn MJ. Exposure calibration of computed radiography imaging systems. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, San Antonio, TX, August 1998, *Medical Physics* 25(7): A155, 1998.

A24.  **Samei E**, Willis CE, Seibert JA, Flynn MJ. Acceptance testing of computed radiography imaging systems: an update. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, December 1998, *Radiology* 209(p): 584, 1998.

A25.  **Samei E**, Roehrig H, Hangiandreou N. American initiatives for standardization of acceptance testing and quality control procedures for display monitors used in medical imaging. Proceedings of the International Conference on Medical Physics, Patras, Greece, September 1999, *Physica Medica* 15(3), 1999.

A26.  Flynn MJ, **Samei E**, Muka E, Eyler WR. Display processing for digital radiographs. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, December 1999, *Radiology* 213(p): 504, 1999.

A27.  **Samei E**, Flynn MJ. Comparison of image quality characteristics in three storage phosphor radiography systems. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, December 1999, *Radiology* 213(p): 235, 1999.

A28.  **Samei E**, Frey GD, Hill J, Southgate W, Bloodworth G. Evaluation of a solid-state digital radiographic system for neonatal applications. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, December 2000, *Radiology* 217(p): 518, 2000.  **This scientific exhibit received a Cum Laude at the RSNA meeting.**

A29.  Hill J, **Samei E**, Southgate W, Heaton C, Frey GD, Bloodworth G. Clinical evaluation of a solid-state radiographic system for neonatal applications: preliminary results. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, December 2000, *Radiology* 217(p): 640, 2000.

A30.  Frey GD, **Samei E,** Hill J, Southgate W, Mah E, Delong D. Evaluation of a solid-state radiographic system for neonatal imaging. European Congress of Radiology, Vienna, Austria, March 2001, *European Radiology* 11(2): 447, 2001.

A31.  Reimann DA, **Samei E**, Jacobs HA. Evaluation of a new technique for the measurement of the two dimensional MTF of digital radiographic systems. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Salt Lake City, UT, July 2001, *Medical Physics* 28(6): 1187, 2001.

A32.  **Samei E,** Morse SE. Ocular accommodation in viewing radiological images. Medical Image Perception Conference IX, Warrenton, VA, September 2001.

A33.  **Samei E**, Flynn MJ, Dobbins III JT, Chotas HG. Comparative assessment of image quality in three flat-panel digital radiographic systems. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2001, *Radiology* 221(p): 462-463, 2001.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 68 of 127 PageID #: 1797
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 210 of 361   PageID 1371
E. Samei, 9/14/2018                                                                                                    44

A34.   Flynn MJ, Kohm K, Pantelic M, Cornelius CW, **Samei E.** Achieving equivalent appearance with diverse display systems. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2001, *Radiology* 221(p): 740, 2001.

A35.   Flynn MJ, Eyler WR, Couwenhoven M, Slone R, **Samei E**, Whiting BR, Marom E, Foss DH. Equalization processing for digital chest radiographs. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2001, *Radiology* 221(p): 688, 2001.

A36.   Reimann DA, **Samei E**, Sikma TG, Vargas-Voracek R. Perceptual assessment of soft-copy display quality. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Montreal, Canada, July 2002, *Medical Physics* 29(6): 1219, 2002.

A37.   **Samei E**, Dobbins III JT, Chotas HG, Baydush AH, Floyd Jr CE, Ravin CE, Warp R. Optimum radiographic technique for chest radiography using a flat-panel digital detector. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2002, *Radiology* 225(p): 642-643, 2002.

A38.   Turner SR*, **Samei E**, Delong DM, Vargas-Voracek R, Hertzberg BS, Kliewer MA. Fetal choroid plexus cysts on ultrasound images: detection thresholds and the effect of gestational age. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2002, *Radiology* 225(p): 491, 2002.

A39.   Bradshaw ML*, McKinley RL*, **Samei E**, Archer CN, Tornai MP. Initial x-ray design considerations for application specific emission and transmission tomography (ASETT) of the breast. Proceedings of the Annual Meeting of the Society of Nuclear Medicine, New Orleans, Louisiana, June 2003, *Journal of Nuclear Medicine* 44(5): 287p, 2003.

A40.   **Samei E**, Maidment A. Display performance evaluation according to TG18. Symposium of Computer Applications in Radiology, Boston, MA, June 2003.

A41.   **Samei E**, Saunders RS. Observer-dependent differences in the CsI- and Se-based flat panel detectors in the detectability of subtle lung nodules. Medical Image Perception Conference X, Durham, NC, September 2003.

A42.   **Samei E**, Rowberg A, Avraham E, Cornelius C. Towards clinically-relevant standardization of image quality. DICOM 20th Anniversary Conference and Workshop, Baltimore, MD, September 2003.

A43.   Besson GM, Wright SL, Schleupen KR, Coley S, Minyard T, **Samei E**. Evaluation of a new FFDM review workstation based in nine-mega pixel flat-panel displays. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2003, *Radiology* 229(p): 606, 2003.

A44.   Avraham E, **Samei E**, Cornelius C, Lindquist T, Rowberg A. International standardization of image quality. European Congress of Radiology, Vienna, Austria, March 2004, *European Radiology* 14(2): 418, 2004.

A45.   Yoshizumi T, **Samei E,** Toncheva G, Nguyen G, Barnes L, Sarder M, Ravin CE. Organ dose assessment in the slot-scan and wide-beam digital chest radiographic systems. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Pittsburgh, PA, July 2004, *Medical Physics* 31(6): 1849, 2004.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 69 of 127 PageID #: 1798
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 211 of 361   PageID 1372
E. Samei, 9/14/2018                                                                          45

A46.  Toncheva G, Nguyen G, Barnes L, Frush D, **Samei E,** Yoshizumi T. Physics characterization of micro-MOSFET detectors for use in CT dosimetry. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Pittsburgh, PA, July 2004, *Medical Physics* 31(6): 1850, 2004.

A47.  Yoshizumi T, Frush D, **Samei E,** Goodman P, Simoni P, Toncheva G, Nguyen G, Barnes L, Lowry C. Multi-detector CT dose index assessment with MOSFET technology. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Pittsburgh, PA, July 2004, *Medical Physics* 31(6): 1841, 2004.

A48.  Borasi G, **Samei E,** Bertolini M, Nitrosi A, Tassoni D. Contrast-detail analysis of two flat panel detectors for general radiography: comparison with a theoretical model. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2004, *RSNA'04 Proc.*, 2004, pp. 295.

A49.  **Samei E,** Lo JY, Saunders RS, Jesneck JL, Dobbins III JT, Ravin CE. Comparative scatter, DQE, and effective DQE performance of slot-scan and wide-beam digital chest radiographic systems. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2004, *RSNA'04 Proc.*, 2004, pp. 296.

A50.  Hoe CL*, **Samei E,** Li J, Franklin K, Frush DP. Computer simulation of neither deals for pediatric CT: a new research tool. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2004, *RSNA'04 Proc.*, 2004, pp. 490. **This scientific presentation received a Resident/Graduate Student Research Trainee Prize at the RSNA meeting.**

A51.  Lo JY, **Samei E,** Jesneck JL, Dobbins III JT, Baker JA, Saunders RS, et al. Radiographic technique optimization for amorphous selenium FFDM system: phantom and patient results. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2004, *RSNA'04 Proc.*, 2004, pp. 689-670.

A52.  Saunders RS*, **Samei E,** Farshchi A. Measurement of display resolution for commercial medical displays. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2004, *RSNA'04 Proc.*, 2004, pp. 182.

A53.  Saunders RS*, **Samei E,** Baker JA. Simulation of mammographic lesions. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2004, *RSNA'04 Proc.*, 2004, pp. 567.

A54.  Ranger NT, **Samei E,** Dobbins III JT, Ravin CE. DQE measurements according to the new international standard (IEC 62220-1): problems with the required aluminum filtration. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2004, *RSNA'04 Proc.*, 2004, Hot Topic abstract.

A55.  Suri JS, Poolla A, **Samei E**. A novel algorithm for MTF/NPS measurement for LCD/CRT characterization and its evaluation: a directional-based approach. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Seattle, WA, July 2005, *Medical Physics* 32(6): 1906, 2005.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 70 of 127 PageID #: 1799
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 212 of 361   PageID 1373
E. Samei, 9/14/2018                                                                          46

A56.   Suri JS, Poolla A, Ye Z, Bilhanan A, **Samei E**.  Boundary based vs. region-based segmentation techniques for breast lesion phantoms produced by Fischer's full field digital mammography ultrasound system (FFDMUS): a novel tool for performance evaluation of LCD's and CRT's. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Seattle, WA, July 2005, *Medical Physics* 32(6): 1906, 2005.

A57.   Poolla A, Suri JS, **Samei E**. A novel algorithm for spatial noise compensation in IBM's 9.2-MP LCD: a fuzzy classification approach. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Seattle, WA, July 2005, *Medical Physics* 32(6): 1906, 2005.

A58.   Saunders RS*, **Samei E,** Johnson J, Baker JA. Impact of display resolution on detection of breast lesions by human observers. Medical Image Perception Conference XI, Windermere, England, October 2005.

A59.   **Samei E**, Poolla A. Comparative evaluation of LCD and CRT displays for digital mammography. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2005, *RSNA'05 Proc*., 2005, pp. 288.

A60.   Hoe C*, **Samei E**, Frush DP, Li J, Delong D. Simulated metastatic pulmonary nodules in pediatric chest CT: A versatile research tool. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2005, *RSNA'05 Proc*., 2005, pp. 349.

A61.   Chawla A*, **Samei E**. A new adaptation-based approach for optimizing the ambient light conditions in radiology reading rooms. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2005, *RSNA'05 Proc*., 2005, pp. 306-307.

A62.   Borasi G, Bertolini M, **Samei E**, Nitrosi A, Tassoni D, Botti A. New techniques for phantoms image quality evaluation. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2005, *RSNA'05 Proc*., 2005, pp. 703.

A63.   Ranger NT, **Samei E**, Dobbins III JT, Chen Y, Ravin CE. Assessment of detective quantum efficiency: Inter-comparison of IEC 62220-1 with representative prior methods. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Orlando, FL, July 2006, *Medical Physics* 33(6): 2007, 2006.

A64.   Bowsher JE, Yin FF, Greer KL, Jaszczak RJ, **Samei E**, Willett CG. Preliminary investigations into combined CT/SPECT imaging onboard therapy machines. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Orlando, FL, July 2006, *Medical Physics* 33(6): 2221, 2006.

A65.   Saunders RS*, **Samei E**. Does image quality impact mammographic accuracy? Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Orlando, FL, July 2006, *Medical Physics* 33(6): 2265-2266, 2006.

A66.   Tourassi GT, Saunders RS, **Samei E**. Mass detection in full field digital mammograms: validation of an information-theoretic knowledge-based system. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2006, *RSNA'06 Proc*., 2006, pp. 566.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 71 of 127 PageID #: 1800
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 213 of 361   PageID 1374
E. Samei, 9/14/2018                                                                                    47

A67.  Bowsher JE, Yin FF, Chawla AS, Greer KL, Jaszczak RJ, **Samei E**, Willett CG. Combined SPECT/CT imaging onboard radiation-therapy machines: a comparison of flat-panel and anger-camera systems. Annual Meeting of the American Society of Therapeutic Radiology and Oncology, November 2006, Philadelphia, PA, *International Journal of Radiation Oncology Biology Physics* 66 (3): S147-S148 1032, 2006.

A68.  Williams MW, Raghunathan P, Seibert JA, Kwan A, Lo JY, **Samei E**, et al. Optimizing mammography image quality and dose: x-ray spectrum and exposure parameter selection. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Minneapolis, MN, July 2007, *Medical Physics* 34(6): 2540-2541, 2007.

A69.  Li X*, **Samei E**, Thomas A, Colsher JG, Toth T, Frush DP. Evaluation of a noise addition software for simulating low dose MDCT images. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Minneapolis, MN, July 2007, *Medical Physics* 34(6): 2344, 2007.

A70.  Ranger NT, Mackenzie A, Honey ID, Dobbins III JT, Ravin CE, **Samei E**. Experimental evaluation of effective detective quantum efficiency for digital radiographic imaging systems. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Minneapolis, MN, July 2007, *Medical Physics* 34(6): 2564, 2007.

A71.  Bowsher J, Yin F-F, Chawla A, Greer KL, Song H, **Samei E**, Willett C. An evaluation of noise in radiotracer emission imaging using flat-panel detectors. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Minneapolis, MN, July 2007, *Medical Physics* 34(6): 2636, 2007.

A72.  Segars EP, Sandberg J, Li X, **Samei E**, Jones R, Frush DP, et al. Transformable digital phantom for modeling patient populations in pediatric CT research. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2007, *RSNA'07 Proc*. 2007, pp. 589-590.

A73.  Jones R, Frush DP, Li X, **Samei E**, Gaca AM, Hollingsworth CL, et al. Radiation dose reduction for pediatric chest MDCT via nodule and noise simulations. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2007, *RSNA'07 Proc*. 2007, pp. 591.

A74.  Segars WP, Li X, Sturgeon G, **Samei E**. Series of anatomically detailed computerized phantoms for pediatric CT research. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2008, *RSNA'08 Proc*. 2008.

A75.  Li X*, **Samei E**, Segars WP, Sturgeon G, Colsher JG, Frush DP. Pediatric chest MDCT: unique method for patient-specific organ and effective dose estimation. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2008, *RSNA'08 Proc*. 2008.

A76.  Chawla AS*, **Samei E**, Lo JY, Baker JA. Optimized data acquisition scheme of breast tomosynthesis. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2008, *RSNA'08 Proc*. 2008.

A77.  Marin D*, Nelson R, **Samei E,** et al. Low tube voltage, high tube current multi-detector row CT during the late hepatic arterial phase for detection of hypervascular liver tumors: initial clinical experience. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2008, *RSNA'08 Proc*. 2008.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 72 of 127 PageID #: 1801
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 214 of 361   PageID 1375
E. Samei, 9/14/2018                                                                        48

A78.   **Samei E**, Saunders RS, Lo JY, Baker JA. To compress or not to compress? That is the question: Revisiting the need for breast compression in FFDM and DBT. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2009, *Proc. SPIE Medical Imaging* 7258, 2009.

A79.   McCarthy MB*, Li X, **Samei E**, Jones RP, Colsher J, Frush DP. Computer-aided detection of simulated lung nodules in pediatric MDCT: a pilot study.   Society of Pediatric Radiology, 2009.

A80.   Thompson J*, Chen B, Richard S, Bowsher J, **Samei E**. From 2D to 3D: breast lesion detectability under equal patient dose. Tomosynthesis Imaging Symposium 2009: Frontiers in Research and Clinical Applications, April 2009.

A81.   Shafer C*, Lo JY, **Samei E**. Evaluation of background trend correction technique in breast tomosynthesis quantitation. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Houston, TX, July 2009, *Medical Physics* 36: 2713, 2009.

A82.   Richard S*, **Samei E**. Quantitative breast tomosynthesis: development of an estimation performance metric and optimization framework. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Houston, TX, July 2009, *Medical Physics* 36: 2459, 2009.

A83.   Li X*, **Samei E**, DeLong D, Jones RP, Gaca AM, Hollingsworth CL, Maxfield CM, Carrico C, Frush DP. Three-dimensional simulation of lung nodules for pediatric CT, Medical Image Perception Conference XIII, Santa Barbara, CA, October 2009.

A84.   Li X*, **Samei E**, Beam CA, Jones R, Gaca AM, Hollingsworth CL, Maxfield CM, Carrico C, Frush DP. Noise-based radiation dose reduction paradigm for lung nodule detection in pediatric chest MDCT. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2009, *RSNA'09 Proc*. 2009.

A85.   Marin D*, Nelson RC, Schindera ST, Guerrisi AG, Paulson EK, Boll DT, Yoshizumi TT, **Samei E**. Effect of an adaptive statistical iterative reconstruction algorithm on image noise and detection of hypervascular liver tumors using a low tube voltage, high tube current MDCT technique. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2009, *RSNA'09 Proc*. 2009.

A86.   Brady SL*, Yoshizumi TT, **Samei E**, Gunasingha R, Frush D, Reiman R. Development of radiochromic film for spatially quantitative dosimetric analysis of indirect ionizing radiation fields. NIH training grant presentation, NIH, June 2010.

A87.   Kim S*, Yoo S, Yin F-F, **Samei E**, Yoshizumi TT. Dose and image quality evaluation for partial and full-angle kilovoltage cone-beam CT protocols. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Philadelphia, PA, July 2010, *Medical Physics* 37: 3114, 2010.

A88.   Kim S*, Song H, **Samei E**, Yin F-F, Yoshizumi TT. A method to estimate cone-beam CT dose index and cone-beam dose length product. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Philadelphia, PA, July 2010, *Medical Physics* 37:3104, 2010.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 73 of 127 PageID #: 1802
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 215 of 361   PageID 1376
E. Samei, 9/14/2018                                                                                    49

A89. Li X*, **Samei E**, Segars WP, Sturgeon G, Colsher J, Frush D. Patient-specific radiation dose and cancer risk in pediatric chest CT: a systematic evaluation of the effects of patient size and scan parameters. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, 2010.

A90. Li X*, **Samei E**, Barnhart H, Gaca A, Hollingsworth C, Maxfield C, Carrico C, Colsher J, Frush D. Lung nodule detection in pediatric CT: quantitative relationship between image quality and radiologist performance. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, 2010.

A91. Li X*, **Samei E**, Frush D. The tradeoff between nodule detection accuracy and radiation dose or cancer risk in pediatric CT. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, 2010.

A92. Murphy S*, Christianson O, Amurao M, Ranger N, **Samei E**. Digital receptor image quality evaluation: effect of different filtration schemes. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, 2010.

A93. Husarik D*, Nelson R, Marin D, Richard S, Schindera S, **Samei E**, Colsher J, Yoshizumi T, Paulson E. Radiation dose reduction in abdominal CT using two new iterative reconstruction algorithms: how low can we go? Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, 2010.

A94. Marin D*, Nelson R, Husarik D, Richard S, Colsher J, **Samei E**, Schindera S, Yoshizumi T, Paulson E. Detection of hypervascular liver tumors at MDCT: optimization of tube potential for radiation dose reduction and image quality improvement using a model based iterative reconstruction (MBiR) algorithm. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, 2010.

A95. Amurao M, Ike R, Li X, Murphy S, Christianson O, **Samei E**, MacFall J. Evaluation of a semi-automated quality control program for CT and MRI. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, 2010.

A96. Everton K*, Frush D, Yoshizumi T, Brady S, Toncheva G, Zhou X, Hurwitz L, **Samei E**. Investigation of angular dose modulation during pediatric chest MDCT using novel multi-dimensional radiochromic film dosimetry. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, 2010.

A97. Richard S*, Husarik D, **Samei E**, Marin D, Yadava G, Nelson R, Amurao M, Chen B. Task-based comparative performance evaluation of filtered backprojection and model-based iterative CT reconstruction: Dose reduction and image quality implications. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, *RSNA'10 Proc*, 2010.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 74 of 127 PageID #: 1803
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 216 of 361   PageID 1377
E. Samei, 9/14/2018                                                                        50

A98. Chen B\*, Richard S, Barnhart H, Colsher J, Amurao M, **Samei E**. Volumetric quantification of lung nodule in CT: effects of reconstruction algorithm (FBP, ASiR, and MBiR), dose and slice thickness. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, 2010.

A99. Chen B\*, **Samei E**, Richard S, Husarik D, Marin D, Nelson R. Quantification of iodine concentration in abdominal CT: effects of reconstruction (FBP, ASiR, and MBiR) and dose. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, 2010.

A100. Enterline D, Yoshizumi T, Toncheva G, Lowry C, Frush D, **Samei E**. Brain CT perfusion: evaluation of effective dose and organ specific dose. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*, 2010.

A101. Enterline DS, Yoshizumi TT, Toncheva G, Lowry C, Frush DP, **Samei E**. Radiation dose of brain CT perfusion using standard and modified adult and pediatric protocols: measurement of absorbed organ dose and effective dose with MOSFET detectors. American Roentgen Ray Society meeting, May 2011.

A102. Berg E\*, Richard S, Thompson J, Baker J, **Samei E**. Impact of colorized mammograms on lesion detection - a phantom study. American Roentgen Ray Society meeting, May 2011.

A103. Richard S\*, **Samei E**. The impact of non-stationarity in breast tomosynthesis on task-based imaging performance. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Vancouver, BC, Canada, August 2011, *Medical Physics*, 2011.

A104. Richard S\*, **Samei E**. A novel phantom for CT performance assessment: towards a task-based measure of image quality. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Vancouver, BC, Canada, August 2011, *Medical Physics*, 2011.

A105. Christianson O\*, Li X, Frush DP, **Samei E**. Automated patient-specific CT dose monitoring system: assessing variability in CT dose. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Vancouver, BC, Canada, August 2011, *Medical Physics* 38(6): 3843, 2011.

A106. Zhang Y\*, Li X, **Samei E**. Organ dose, effective dose, and dose conversion coefficients in adult CT: comparison of mathematical, XCAT, and ICRP reference phantoms. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Vancouver, BC, Canada, August 2011, *Medical Physics* 38(6): 3842-3843, 2011.

A107. Murphy S\*, Richard S, **Samei E**. Directional MTF measurement of tomosynthesis images using a cone-based MTF technique. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Vancouver, BC, Canada, August 2011, *Medical Physics*, 2011.

A108. Murphy S\*, Christianson O, **Samei E** Comparative MTF and DQE performance of wireless digital image receptors. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Vancouver, BC, Canada, August 2011, *Medical Physics* 38(6): 3379, 2011.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 75 of 127 PageID #: 1804
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 217 of 361   PageID 1378
E. Samei, 9/14/2018                                                                               51

A109. Sechopoulos I, Abboud S, Ali E, Badal A, Badano A, Feng S, Kyprianou I, McNitt-Gray M, **Samei E**, Turner A. Introduction to the AAPM Task Group No. 195 - Monte Carlo reference data sets for imaging Research. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Vancouver, BC, Canada, August 2011, *Medical Physics*, 2011.

A110. Kiarashi N\*, Lin Y, Segars WP, Ghate SV, Ikejimba L, Chen B, Lo JY, Nolte LW, **Samei E**. Development of a dynamic 4D anthropomorphic breast phantom for contrast-based breast imaging. Memphis Bioimaging Symposium, Memphis, TN, November 2011.

A111. Husarik DB\*, Nelson RC, Marin D, Richard S, Bashir MR, Jaffe TA, **Samei E**, et al. Increasing low contrast detectability on abdominal low dose MDCT scans by using a new model-based iterative reconstruction algorithm. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2011, *RSNA'11 Proc*, 2011.

A112. Chen B\*, Richard S, Zhou X, **Samei E**, et al. Iodine quantification and image quality in liver CT: the impact of iterative reconstruction (IRIS and SAFIRE), dose, and slice thickness. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2011, *RSNA'11 Proc*, 2011.

A113. Li X\*, **Samei E**, Raupach R, Schmidt B, Zhou X, Williams CH, et al. The effect of tube current modulation on dose and risk conversion coefficients in CT. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2011, *RSNA'11 Proc*, 2011.

A114. Marin D, Wilson J, Neville A, Colsher JG, Schindera S, Husarik DB, et al. Effectiveness of synthesized monochromatic imaging generated with a fast kilovoltage switching dual-energy CT scanner for improving patient-to-patient uniformity of aortic enhancement during abdominal CT angiography. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2011, *RSNA'11 Proc*, 2011.

A115. Williams CH, Gaca M, Hollingsworth CL, Maxfield CM, Li X, **Samei E**, et al. Comparison of conventional and simulated reduced-mA MDCT for evaluation of appendicitis in the pediatric population. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2011, *RSNA'11 Proc*, 2011.

A116. Richard S\*, Chen B, **Samei E**, et al. A novel method for predicting the performance of lung nodule volume estimation in CT via ACR phantom measurements. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2011, *RSNA'11 Proc*, 2011.

A117. Richard S\*, Zhou X, Chen B, **Samei E**, et al. Performance evaluation and comparison of filtered back projection with clinical and investigational iterative algorithms (IRIS and SAFIRE). Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2011, *RSNA'11 Proc*, 2011.

A118. Solomon JB\*, Li X, **Samei E**, et al. Is noise index and quality reference effective mAs the same thing as image noise? Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2011, *RSNA'11 Proc*, 2011.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 76 of 127 PageID #: 1805
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 218 of 361   PageID 1379
E. Samei, 9/14/2018                                                                                          52

A119. Eads E*, Baker JA, Richard S, Barnhart H, **Samei E**, et al. Improved perception of a mammography contrast detail phantom with color display. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2011, *RSNA'11 Proc,* 2011.

A120. Christianson O*, **Samei E**. CT QA revisited in context of tube current modulation and iterative reconstruction. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Charlotte, NC, August 2012, *Medical Physics* 39: 3606, 2012.

A121. Wilson J*, Christianson O, Chen B, Winslow J, **Samei E**. mA modulation and iterative reconstruction: evaluation using a new CT phantom. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Charlotte, NC, August 2012, *Medical Physics* 39: 4015, 2012.

A122. Christianson O, Frush D, **Samei E**. Comparison of automated methods to measure patient size for dose-monitoring in computed tomography. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Charlotte, NC, August 2012, *Medical Physics* 39: 3940, 2012.

A123. Kapadia A, **Samei E**, Sahbaee P, Chawla A, Tan Z, Brady D. X-ray coherent scatter diffraction pattern modeling in GEANT4. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Charlotte, NC, August 2012, *Medical Physics* 39: 3642, 2012.

A124. Bower D, Johnson J, **Samei E**. The design of an institution – wide comprehensive technique chart for size- specific radiography from pediatrics to adults. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Charlotte, NC, August 2012, *Medical Physics* 39: 3608, 2012.

A125. **Samei E**, Christianson O, Chen J, Yang Z, Saiprasad G, Dima A, Filliben J, Peskin A, Siegel E. Task-based image quality of CT iterative reconstruction across three commercial implementations. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Charlotte, NC, August 2012, *Medical Physics*, 2012.

A126. Nelson J, Christianson O, Harkness B, Madsen M, Mah E, Thomas S, Zaidi H, Samei E. Nuclear Medicine Uniformity Assessment Using 2D Noise Power Spectrum. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Charlotte, NC, August 2012, Medical Physics 39: 3621, 2012.

A127. Li X*, Samei E, Solomon J, Frush D. Defining performance-based, size-specific, optimized protocols for pediatric CT. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Charlotte, NC, August 2012, Medical Physics 39: 4014, 2012.

A128. Johnson J*, **Samei E**, Christianson O, Bower D. An Effective Dose Monitoring Program for Computed Radiography. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Charlotte, NC, August 2012, *Medical Physics* 39: 3607, 2012.

A129. Solomon J*, Christianson O, **Samei E**. Quantitative comparison of noise texture across CT scanners from different vendors. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Charlotte, NC, August 2012, *Medical Physics* 39: 4016, 2012.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 77 of 127 PageID #: 1806
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 219 of 361   PageID 1380
E. Samei, 9/14/2018                                                                                          53

A130. Chen J, Yang Z, **Samei E**, Christianson O, Dima A, Filliben J, Peskin A, Saiprasad G, Siegel E. Evaluating the Impact of Iterative Reconstruction for Three Major CT Vendors. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Charlotte, NC, August 2012, *Medical Physics* 39: 3605, 2012.

A131. **Samei E**, Christianson O, Chen J, Yang Z, Saiprasad G, Dima A, Filliben J, Peskin A, Siegel E. Task-based image quality of CT iterative reconstruction across there commercial implementations. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Charlotte, NC, August 2012, *Medical Physics 39*: 4016, 2012.

A132. Li X*, **Samei E**, Segars WP, Frush DP. Pediatric chest radiography: dependence of organ dose and effective dose on body size. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2012, *RSNA'12 Proc*, 2012.

A133. Minhas AS*, Christianson O, Frush DP, **Samei E**. Radiation dose-monitoring for pediatric body CT comparing traditional CTDI and automated SSDE methodology. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2012, *RSNA'12 Proc,* 2012.

A134. Fenimore C, McNitt-Gray MF, Lu J, Kim G, Clunie DA, Gavrielides MA, **Samei E**. Clinician sizing of synthetic nodules to evaluate CT interscanner effects. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2012, *RSNA'12 Proc,* 2012.

A135. **Samei E**, Solomon J, Stevens GM, Colsher JG, Frush DP. Design and evaluation of a projection-based noise program for dose reduction studies for CT. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2012, *RSNA'12 Proc,* 2012.

A136. Trimble C, Saiprasad G, Filliben JJ, Dima AA, Peskin A, Siegel EL, **Samei E**. Multi-institutional quantitative evaluation of the impact of IR for three commercial CT vendors at three dose levels using forced choice reader study. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2012, *RSNA'12 Proc,* 2012.

A137. Solomon J, Nelson R, **Samei E**. A Framework for 3D modeling of anthropomorphic lesions in CT. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Indianapolis, IN, August 2013, *Medical Physics* 40: 436, 2013.

A138. Christianson O, Winslow J, **Samei E**. An automated technique to measure CT noise in patient images. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Indianapolis, IN, August 2013, *Medical Physics* 40: 438, 2013.

A139. Christianson O, Winslow J, Solomon J, **Samei E**. An automated CT quality control program. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Indianapolis, IN, August 2013, *Medical Physics* 40: 481, 2013.

A140. Tian X*, Smitherman C, Christianson O, Frush D, **Samei E**. Prospective estimation of diagnostic performance and radiation dose for individual CT scans. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Indianapolis, IN, August 2013, *Medical Physics* 40: 438, 2013.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 78 of 127 PageID #: 1807
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 220 of 361   PageID 1381
E. Samei, 9/14/2018                                                                                     54

A141. Norris H*, Bond J, Zhang Y, Sturgeon G, Tward D, Ratnanather T, Miller M, **Samei E**, Segars P. Development of 4D XCAT pediatric reference phantoms for multi-modality imaging research and optimization. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Indianapolis, IN, August 2013, *Medical Physics* 40: 401, 2013.

A142. Solomon J*, Ramirez J, Stierstofer K, Lin Y, **Samei E**. Towards virtual clinical trials: a framework for clinically relevant CT simulations. Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2013, *RSNA'13 Proc*. 2013.

A143. Marin D, Mileto A, Ho L, Allen B, Gupta R, **Samei E**, Nelson R. Effect of the learning curve on radiologist's diagnostic performance for hypervascular liver lesion detection and image quality perception using an adaptive statistical iterative reconstruction algorithm. Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2013, *RSNA'13 Proc*. 2013.

A144. Sechopoulos I, Abboud S, Ali E, Badal A, Badano A, Feng S, Kyprianou I, McNitt-Gray M, **Samei E**, Turner A. Monte Carlo reference data sets for imaging research: results of the American Association of Physicists in Medicine (AAPM) task group no. 195. Annual Meeting of the European Congress of Radiology (ECR), Vienna, Austria, March 2014. **This paper was the winner of the Best Scientific Paper Presentation Award.**

A145. **Samei E**, Wilson J, Solomon J, Chen B, Frush DP. Comprehensive image quality phantom for pediatric and adult CT imaging. 57th Annual Meeting of the Society for Pediatric Radiology, Washington, DC, May 2014.

A146. Nelson J, Christianson O, **Samei E**. Structured noise index as an automated quality control for nuclear medicine: a two year experience. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics* 41, 2014.

A147. Sahbaee P*, **Samei E**, Segars WP. The Impact of Contrast Medium On Radiation Dose in CT: A Systematic Evaluation Across 58 Patient Models. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics* 41, 2014.

A148. Winslow J, Hurwitz L, Christianson O, **Samei E**. Reproducibility in Prescribed Dose in AEC CT Scans Due to Table Height, Patient Size, and Localizer Acquisition Order. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics* 41, 2014.

A149. Wells J, Wilson J, Zhang Y, **Samei E**. Automated Image Quality Assessment of Radiographic Systems Using An Anthropomorphic Phantom. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics* 41, 2014.

A150. Smitherman C*, Chen B, **Samei E**. Minimum Detectability Analysis for Comprehensive Sized Based Optimization of Image Quality and Radiation Dose Across CT Protocols. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics* 41, 2014.

A151. Winslow J, Christianson O, **Samei E**. Automated CT QC Program with Analytics, Archival, and Notification Capabilities. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics* 41, 2014.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 79 of 127 PageID #: 1808
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 221 of 361   PageID 1382
E. Samei, 9/14/2018                                                                        55

A152. Sahbaee P*, **Samei E**, Segars WP. Incorporation of Contrast Medium Dynamics in Anthropomorphic Phantoms: The Advent of 5D XCAT Models. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics* 41, 2014.

A153. Winslow J, Wilson J, Christianson O, **Samei E**. Performance Evaluation of Automatic Exposure Control (AEC) Across 12 Clinical CT Systems. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics* 41, 2014.

A154. Christianson O*, Winslow J, **Samei E**. Combined CT Image Quality and Radiation Dose Monitoring Program Based On Patient Data to Assess Consistency of Clinical Imaging Across Scanner Models. Annual Meeting of the American Association of Medicine (AAPM), Austin, TX, August 2014, *Medical Physics* 41, 2014.

A155. Moore B*, Boll DT, Ramirez Giraldo JC, Wilson J, Samei E, Frush DP. Impact of Dual-Energy CT Techniques on Artifact Suppression Using a Pediatric Phantom. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2014, *RSNA'14 Proc*. 2014.

A156. Solomon JB*, Frush DJ, Chen B, Ramirez Giraldo JC, **Samei E**. Impact of Tube Current Modulation on Lesion Detectability as a Function of Patient Size. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2014, *RSNA'14 Proc*. 2014.

A157. Mileto A, Nelson RC, **Samei E**, Jaffe TA, Wilson J, Marin D. Dual Energy MDCT in Hypervascular Liver Tumors: Effect of Patient Body Size on Selection of the Optimal Monochromatic Energy Level. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2014, *RSNA'14 Proc*. 2014.

A158. Mileto A, Nelson RC, **Samei E**, Jaffe TA, Paulson EK, Marin D. Dual Energy MDCT in Renal Cysts: Effect of Virtual Monochromatic Imaging on Pseudoenhancement in an In-Vitro and In-Vivo Study. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2014, *RSNA'14 Proc*. 2014.

A159. Sahbaee P*, Segars WP, **Samei E**. Multi-phase CT: Impact of Contrast Medium Propagation on Radiation Dose across a Population of Patient Models. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2014, *RSNA'14 Proc*. 2014.

A160. Goldmacher G, Armato S, Athelogou M, Buckler A, Petrick N, Sahiner B, Samei E, Zhao B, Schwartz L. 2014 Report from the Volumetric CT Technical Committee of the Quantitative Imaging Biomarkers Alliance. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2014, *RSNA'14 Proc*. 2014.

A161. Zhang Y*, Solomon J, Jaffe T, **Samei E.** Comparative performance of second and third generation dual source MDCT systems. Annual Meeting of the America Roentgen Ray Society (ARRS), Toronto, Canada, April 2015.

A162. Tian X*, Jaffe T, **Samei E**. A Generic Noise Addition software for CT optimization studies. Annual Meeting of the America Roentgen Ray Society (ARRS), Toronto, Canada, April 2015.

A163. Zhang Y*, Solomon J, **Samei E**. Size dependence of inherent image quality of a second generation dual source CT scanner. Annual Meeting of the SoutheastChapter of the American Association of Physicists in Medicine (SEAAPM), Raleigh, NC, April 2015.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 80 of 127 PageID #: 1809
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 222 of 361   PageID 1383
E. Samei, 9/14/2018                                                                                    56

A164. Robins M*, Solomon J, Sahbaee P, **Samei E**. Methodologies for generic insertion of virtual lesions in CT datasets. Annual Meeting of the SoutheastChapter of the American Association of Physicists in Medicine (SEAAPM), Raleigh, NC, April 2015.

A165. Sahbaee P*, Segars WP, Marin D, **Samei E**. Evaluation of two methodologies for optimization of contrast-material administration in terms of targeted CT enhancement. Annual Meeting of the SoutheastChapter of the American Association of Physicists in Medicine (SEAAPM), Raleigh, NC, April 2015.

A166. Solomon J*, **Samei E**. Effect of dose and reconstruction algorithm on quantitative imaging features of liver lesions, lung nodules, and renal stones in clinical CT. Annual Meeting of the SoutheastChapter of the American Association of Physicists in Medicine (SEAAPM), Raleigh, NC, April 2015.

A167. Sanders J*, Tian X, Segars WP, **Samei E**. Automated assessment of patient-specific energy imparted from TCM CT exams. Annual Meeting of the SoutheastChapter of the American Association of Physicists in Medicine (SEAAPM), Raleigh, NC, April 2015.

A168. Willis CE, Nishino TK, Wells JR, Wilson JM, **Samei E**. Medical Physics 2.0 in Practice: automated QC assessment of clinical chest images. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Anaheim, CA, June 2015, *Medical Physics*, 2015.

A169. Wells JR, Zhang L, **Samei E**. Automated characterization of perceptual quality of clinical chest radiographs: Improvements in lung, spine, and hardware detection. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Anaheim, CA, June 2015, *Medical Physics*, 2015.

A170. Wells JR, Christensen JD, **Samei E**. A "Consumer Report" for mobile digital radiography: A holistic comparative evaluation across four systems. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Anaheim, CA, June 2015, *Medical Physics*, 2015.

A171. Tian X, Pavlicek W, Andersson J, Segars WP, **Samei E**. A reference organ dose database for body CT examination based for AAPM TG 246. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Anaheim, CA, June 2015, *Medical Physics,* 2015.

A172. Nelson JS, Wells JR, Baker JA, Samei E. Is C-View equivalent to conventional 2-D FFDM? Annual Meeting of the American Association of Physicists in Medicine (AAPM), Anaheim, CA, June 2015, *Medical Physics*, 2015.

A173. Sahbaee P*, Zhang Y, Solomon J, Becchetti M, Segars WP, **Samei E**. A unified strategy for bi-factorial optimization of radiation dose and contrast dose in CT imaging. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Anaheim, CA, June 2015, *Medical Physics*, 2015.

A174. Sanders J*, **Samei E**. Patient-specific quantification of image quality: An automated method for measuring resolution from patient CT images. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 81 of 127 PageID #: 1810
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 223 of 361   PageID 1384
E. Samei, 9/14/2018
57

A175. Khawaja RD*, Solomon JB, Zhang Y, Kalra MK, Frush DP, **Samei E**. Performance of a Novel Third Generation Adaptive Statistical Iterative Reconstruction-V (ASiR-V) for Dose Reduction in MDCT: Task-specific Quantitative and Qualitative Evaluation. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

A176. Marin D, Giraldo -Ramirez  JC, Gupta S, Stinnett S, Nelson RC, **Samei E,** Mileto A, Fu W.  Patient Size-independent Monoenergetic Imaging for Detection Hypervascular Liver Tumors: Impact of a Second-generation Monoenergetic Algorithm. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

A177. Marin D, Giraldo-Ramirez JC, Zhang Y, Grant K, Nelson RC, **Samei E**, Mileto A, Bibbey A. Dose-splitting to Obtain Repeat Datasets of Varying Radiation Dose Levels without Repeat Acquisition: Methodology and Verification.  Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

A178. Khawaja RD*, Solomon JB, Zhang Y, Kalra MK, Frush DP, **Samei E**. Low-contrast Detection in 80-, 100-, 120- and 140-kVp MDCT Protocols Using Adaptive Statistical Iterative Reconstruction-V technique: Diagnostic Accuracy, Image Quality, and Radiation Dose in a Phantom Study. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

A179. Zhang Y*, Winslow J, **Samei E.** Characterization of Tube Current Modulation in Terms of Transfer Functions with a Utilization for Performance Evaluation and Noise Prediction. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

A180. Richards T*, Mann S, **Samei E**. Quantitative Evaluation of the Temporal Performance of Clinical Fluoroscopic Imaging Systems: The Temporal Modulation Transfer Function (TMTF). Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

A181. Ria F*, Wilson J, Guntzer P, Zanca F, **Samei E**. Variability in CT Scanning Over-Range Across Clinical Operation. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

A182. Robins M*, Solomon J, **Samei E**. Is TTF a True Representation of the Sharpness Property of a Non-Linear CT System? Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

A183. Sanders J*, Ding A, **Samei E**. An Automated Technique to Measure Spatial Resolution in Clinical CT Images: Application to Patient Data. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

A184. Mann S, Nelson J, **Samei E**. An Automated Approach for Identifying Geometric Distortions in Gamma Cameras. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

A185. Solomon J*, Zhang Y, Marin D, **Samei E**. Validating Dose Split: A Method to Image the Same Patient at Multiple Doses with a Single CT Acquisition. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 82 of 127 PageID #: 1811
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 224 of 361   PageID 1385
E. Samei, 9/14/2018                                                                                                    58

A186. Sanders J*, Abadi E, Meng B, **Samei E**. An Automated Technique to Measure Image Contrast in Clinical CT Images. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

A187. Sanders J*, Tian X, Segars P, Boone J, **Samei E**. An Automated Technique for Estimating Patient-Specific Regional Imparted Energy and Dose From TCM CT Exams Across 13 Protocols. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

A188. Wilson J, **Samei E**. Designing Quality and Safety Informatics Through Implementation of a CT Radiation Dose Monitoring Program. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

A189. Carver D, Willis C, Staudhur P, Nishno T, Wells J, **Samei E**. Medical Physics 1.0 Versus Medical Physics 2.0: A Case Study. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

A190. Winslow J, Zhang Y, **Samei E**. Automated Early Identification of An Excessive Air-In-Oil X-Ray Tube Artifact That Mimics Acute Cerebral Infarct. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

A191. Abadi E*, Sanders J, Agasthya G, Segars P, **Samei E**. Contrast-Enhanced CT: Correlation of Radiation Dose and Biological Effect. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics*, 2016.

A192. Tian X, Wilson J, Segars WP, Zanca F, Guntzer P, Miller DE, **Samei E**. A framework for organ-based dose monitoring system for body CT examinations. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A193. Fu W, Marin D, Ramirez-Giraldo J, Bellini D, Bashir MR, **Samei E**. Improving readers' perception of image quality at low keV virtual monoenergetic images using patient-specific optimized display window settings. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A194. Guntzer P, Tian X, Wilson J, Miller DE, Frush DP, **Samei E**. Automatic anatomical landmarks recognition for organ dose estimation with a dose monitoring system. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A195. Szczykutowicz TP, Wilson J, Bour RK, Ranallo FN, Malkus A, Miller DE, **Samei E**. CT dose comparison between two academic institutions: complexities in achieving an apples to apples dose comparisons. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A196. Jaffe TA, Tian X, Bashir MR, MD, Marin D, Patel BN, Ho LM, **Samei E**. Clinically acceptable, optimized dose reduction in CT imaging of necrotizing pancreatitis. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A197. Solomon JB, Marin D, Mileto A, Patel BN, **Samei E**. Effect of radiation dose and reconstruction Algorithm on detectability of subtle hypo-attenuating liver lesions in CT.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 83 of 127 PageID #: 1812
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 225 of 361   PageID 1386
E. Samei, 9/14/2018                                                                                          59

Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A198. Marin D, Zheng Y, Solomon JB, Christensen JD, Lowry CR, **Samei E**. Measurement of variability in CT imaging-based quantification of tumor heterogeneity. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A199. Robins M, Solomon JB, Buckler AJ, **Samei E**. Building towards a QIBA challenge: establishing exchangeability between clinical and virtual databases for quantitative CT volumetry. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A200. Abadi E, Sturgeon GM, Segars WP, Roos JE, Ravin C E, **Samei E**. Modeling of human lungs: an anatomically based prototyping of airways, arteries, and veins from initially segmented branches to the terminal branches and interstitium. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A201. **Samei E**, Zhang Y, Nair S, Coombs LP, Jackson EF, Sullivan DC. Quantitative performance for ACR CT accreditation images across different vendors, protocols, and institutions: initial report of an ACR-RSNA collaboration. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A202. Zhang Y, Ehieli W L, Patel BN, Nelson RC, **Samei E**. Comparative performance of two generations of single-source, rapid kV-switching dual energy CT systems (GE 750HD and GE Revolution CT). Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A203. Ehieli WL, Patel BN, Zhang Y, **Samei E**, Nelson RC. Evaluation of two different single-source, rapid kV-switching dual energy MDCT platforms: are there differences in contrast sensitivity noise characteristics and accuracy of iodine quantitation. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

A204. Fenoli J, Hoye J, Sharma S, Spencer J, Harrawood B, Segars WP, **Samei E**, Kapadia A. Evaluation of Intra-Organ Dose Heterogeneity Using XCAT Phantoms. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A205. Hoye J*, Zhang Y, Fu W, Sahbaee P, Kapadia A, Segars WP, **Samei E**. A Smartphone Application for Organ Dose Estimation in CT, Tomosynthesis, and Radiography. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A206. Ding A, Smith T, Abadi E, Ria F, Wilson J, **Samei E**. Robustness and Accuracy of An Automated Solution for Measuring Image Noise, Spatial Resolution, Contrast, and Dose in Clinical CT Images: Efforts Towards Patient-Specific Quantifications of CT Image Quality and Radiation Dose. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A207. Wilson JM, Kapadia A, **Samei E**. Empowering Future Clinical Leaders: Professionalism in Medical Physics Graduate Education. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017. **Received AAPM Innovation in Medical Physics Education Award.**

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 84 of 127 PageID #: 1813
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 226 of 361   PageID 1387
E. Samei, 9/14/2018                                                                                    60

A208. Mann S, Joshi A, Elliott M, Hoye J, Wells J, Agasthya G, Reiman R, **Samei E**. Improved Patient Entrance DAP Estimates for Fluoroscopically-Guided Lumbosacral Epidural Injections. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A209. Wilson JM, Robertson S, **Samei E**. Platform for MRI Quality Control, Automated Image Analysis, and Monitoring. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A210. Smith T*, Abadi E, Ding A, Ria F, **Samei E**. Image Quality Monitoring: Variability in Contrast Enhancement Across a Clinical Population. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A211. Wells J, Mann S, **Samei E**. Advanced Methods for the Development of System-Specific and Size-Specific Radiographic Technique Charts Across the Radiology Enterprise. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A212. Wells J, **Samei E**. Initial Investigation of a Vendor-Neutral Approach to Objective Patient Chest Image Quality Assessment. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A213. Hoye J*, Zhang Y , Fu W, Abadi E, Ria F, Kapadia A, Segars P, **Samei E**. Organ Dose Estimation for CT Localizer Images. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A214. Fu W*, Choudhury K, Kapadia A, Segars P, **Samei E**. Uncertainties in Convolution-Based Organ Dose Estimation in Tube-Current Modulated CT. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A215. Fu W*, Segars P, Kapadia A, **Samei E**. CT Dose in Pregnancy: Organ Dose and Fetal Dose Under Various Gestational Ages and Maternal Sizes. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A216. Ria F*, Davis JT , JB Solomon, Wilson JM, Frush DP, **Samei E**. From DRL to NRL: A First Step Toward Quality-Based Reference Level. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Denver, CO, July 2017, *Medical Physics*, 2017.

A217. Khawaja RD, Wells JR, Ding A, Frush DP, **Samei E**, Schooler GR. Patient-based Image Quality Metrology Program for Pediatric Clinical Chest Projection Imaging. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2017, *RSNA'17 Proc*. 2017.

A218. Zhang ZM*, Robins M, Choudhury K, Peterson M, Calixte CD, Solomon JB, **Samei E**. Diagnostic Performance of Computer-Aided Detection (CAD) Systems for Lung Cancer Screening CT using Synthesized Pulmonary Nodules. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2017, *RSNA'17 Proc*. 2017.

A219. Robins M*, Kalpathy-Cramer J, Obuchowski NA, Buckler AJ, Solomon JB, Athelogou M, **Samei E**.  QIBA Challenge: Establishing Conformance of Segmentation Algorithms

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 85 of 127 PageID #: 1814
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 227 of 361   PageID 1388
E. Samei, 9/14/2018                                                                          61

for Quantitative CT Volumetry. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2017, *RSNA'17 Proc*. 2017.

A220. Zanca F, Lopez-Rendon X, Guntzer P, Bedez M, Ria F, Miller DE, **Samei E**. Organ Dose Estimation in CT through Voxelized Phantoms and Monte Carlo Methods: Impact of Wrong Patient-Phantom Matching. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2017, *RSNA'17 Proc*. 2017.

A221. Richards T*, Mann SD, **Samei E**. Human Observer Detection Performance of Moving Objects in Fluoroscopic Image Series. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2017, *RSNA'17 Proc*. 2017.

A222. Davis JT, Ria F, **Samei E**, Solomon JB, Frush DP. Quantifying Quality: Correlating Phantom and Clinical Scan CT Noise Levels to Construct a Quality Reference Level. Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2017, *RSNA'17 Proc*. 2017.

**Invited lectures:**

I1.   **Samei E**. Technological advances with CR: maintaining the cutting edge. Annual CR and PACS Educational Forum, San Antonio, TX, March 2000.

I2.   **Samei E.** Quality assurance of displays. Annual CR and PACS Educational Forum, San Antonio, TX, March 2000.

I3.   **Samei E.** Early radiologic detection of cancer: medical image perception and display. Radiology Grand Rounds, Duke University Medical Center, Durham, NC, May 2000.

I4.   **Samei E.** Acceptance testing of PACS. SCAR Symposium of Computer Applications in Radiology, Philadelphia, PA, June 2000.

I5.   **Samei E.** Detection of subtle lung nodules against anatomical noise. Biomedical Engineering Colloquium, Duke University, Durham, NC, February 2001.

I6.   **Samei E.** Performance evaluation of soft-copy displays. Annual CR and PACS Educational Forum, Savannah, GA, February 2001.

I7.   **Samei E.** CR and DR: comparisons and prospects. Annual CR and PACS Educational Forum, Savannah, GA, February 2001.

I8.   **Samei E.** Acceptance testing of PACS. Symposium of Computer Applications in Radiology, Salt Lake City, UT, May 2001.

I9.   **Samei E.** Frontiers of PACS: acceptance testing of PACS and display workstations. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Salt Lake City, UT, July 2001, *Medical Physics* 28(6): 1271-1272, 2001.

I10.  Flynn MJ, **Samei E.** Digital radiography performance evaluation. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Salt Lake City, UT, July 2001, *Medical Physics* 28(6): 1301, 2001.

I11.  **Samei E.** Workshop on evaluating the mutivariate display image quality: update on the TG18 display quality standardization effort. Medical Image Perception Conference IX, Warrenton, VA, September 2001.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 86 of 127 PageID #: 1815
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 228 of 361   PageID 1389
E. Samei, 9/14/2018                                                                    62

I12.   **Samei E.** Medical image display metrology. SPIE International Symposium on Medical Imaging, San Diego, CA, February 2002.

I13.   **Samei E.** Comparative assessment of image quality in three flat-panel digital radiographic systems. Radiology Grand Rounds, Duke University Medical Center, Durham, NC, February 2002.

I14.   **Samei E.** Assessment of display performance for medical imaging. Symposium of Computer Applications in Radiology, Cleveland, OH, May 2002.

I15.   **Samei E.** TG18: a new development in display quality and performance evaluation. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Montreal, Canada, July 2002, *Medical Physics*, 2002 [abstract published online at http://www.aapm.org/meetings/02AM/pdf/8460-59986.pdf].

I16.   Hefner L, Morin R, Niklason L, Willis C, Tucker D, Carrino J, **Samei E.** The role of medical physicists in PACS (panel discussion). Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Montreal, Canada, July 2002, *Medical Physics* 29(6): 1329, 2002.

I17.   **Samei E.** Optimum radiographic technique for chest radiography using a flat-panel digital detector. Radiology Grand Rounds, Duke University Medical Center, November 2002.

I18.   **Samei E,** Floyd Jr CE, Baydush AH. Computer aided detection and diagnosis of lung nodules and interstitial disease. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2002, *Radiology* 225(p): 84, 2002.

I19.   **Samei E.** Assessment of display quality. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2002, *Radiology* 225(p): 70, 2002.

I20.   **Samei E,** Borasi G. Resolution, noise, and contrast-detail evaluation of digital radiographic systems. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2002, *Radiology* 225(p): 64, 2002.

I21.   Flynn MJ, **Samei E.** Radiographic optimization of clinical image quality. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2002, *Radiology* 225(p): 64, 2002.

I22.   **Samei E.** PACS equipment overview. AAPM/RSNA Equipment Section Tutorial, Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2002, *Radiology* 225(p):20, 2002.

I23.   **Samei E.** Digital radiography: CR and DR. AAPM International Scientific Exchange Program, Regional Course on Advances in Diagnostic Radiology, Nuclear Medicine Physics, and Radiation Protection, Cairo, Egypt, February 2003.

I24.   **Samei E.** Computer in diagnostic radiology and picture archiving and communication systems (PACS). AAPM International Scientific Exchange Program, Regional Course on Advances in Diagnostic Radiology, Nuclear Medicine Physics, and Radiation Protection, Cairo, Egypt, February 2003.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 87 of 127 PageID #: 1816
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 229 of 361   PageID 1390
E. Samei, 9/14/2018                                                                                 63

I25.    **Samei E.** Digital image processing and display technologies. AAPM International Scientific Exchange Program, Regional Course on Advances in Diagnostic Radiology, Nuclear Medicine Physics, and Radiation Protection, Cairo, Egypt, February 2003.

I26.    **Samei E.** From analog to digital: transitioning from screen-film to digital radiography. AAPM International Scientific Exchange Program, Regional Course on Advances in Diagnostic Radiology, Nuclear Medicine Physics, and Radiation Protection, Cairo, Egypt, February 2003.

I27.    **Samei E.** Mammography soft copy viewing: problems and solutions. Spring Symposium of the Southeast Chapter American Association of Physicists in Medicine, Pine Mountain, GA, March 2003.

I28.    **Samei E.** Mammography soft copy viewing: QC considerations. Spring Symposium of the Southeast Chapter American Association of Physicists in Medicine, Pine Mountain, GA, March 2003.

I29.    **Samei E.** TG18 display evaluation workshop. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, San Diego, CA, August 2003, *Medical Physics* 30(6): 1392, 2003.

I30.    **Samei E.** MTF and ideal SNR: assessment methodologies and influencing roles. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, San Diego, CA, August 2003, *Medical Physics* 30(6): 1403, 2003.

I31.    **Samei E.** Digital mammography displays. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, San Diego, CA, August 2003, *Medical Physics* 30(6): 1441, 2003.

I32.    **Samei E.** Digital mammographic displays. RSNA Physics Tutorial, Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2003, *Radiology* 229(p): 36, 2003.

I33.    **Samei E.** Detector performance. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2003, *Radiology* 229(p): 87, 2003.

I34.    **Samei E.** Assessment of display quality. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2003, *Radiology* 229(p): 103, 2003.

I35.    **Samei E**, Rowberg A, Avraham E, Cornelius C. Clinically-relevant standardization of image quality. Integrated HealthCare Enterprise (IHE), Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2003.

I36.    **Samei E,** Dobbins III JT, Lo JY, McKinley RL. A framework for optimizing the radiographic technique in digital x-ray imaging. Second Malmö Conference on Medical X-ray Imaging, Malmö, Sweden, April 2004.

I37.    **Samei E.** Recent methodological developments for assessing the performance of medical displays. Second Malmö Conference on Medical X-ray Imaging, Malmö, Sweden, April 2004.

I38.    **Samei E.** Medical display technologies: an overview. Course on Monitors for Medical Images, Standards, Tests and Calibration, Malmö, Sweden, April 2004.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 88 of 127 PageID #: 1817
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 230 of 361   PageID 1391
E. Samei, 9/14/2018                                                                          64

I39.   **Samei E.** Assessment of display quality. Course on Monitors for Medical Images, Standards, Tests and Calibration, Malmö, Sweden, April 2004.

I40.   **Samei E.** New trends in mammography detectors, displays, and applications. Fischer Imaging Corporation, Denver, CO, June 2004.

I41.   **Samei E.** From physics to medicine. Scientific Symposium, Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Pittsburgh, PA, July 2004, *Medical Physics* 31(6): 1781, 2004.

I42.   **Samei E.** TG18 display evaluation demonstration workshop. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Pittsburgh, PA, July 2004, *Medical Physics* 31(6): 1754, 2004.

I43.   **Samei E.** Digital mammography display and visualization. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2004, *RSNA'04 Proc.*, 2004, pp. 101.

I44.   **Samei E.** Detector performance and optimization. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2004, *RSNA'04 Proc.*, 2004, pp. 87.

I45.   **Samei E.** Introduction to digital radiography and mammography. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2004, *RSNA'04 Proc.*, 2004, pp. 79.

I46.   **Samei E**, Krupinski E. Focus Session:  Image perception -- should we believe our eyes? Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2004, *RSNA'04 Proc.*, 2004, pp. 41.

I47.   **Samei E.** Interpretation of medical images: The art and science of medical image perception. Radiology Grand Rounds, Duke University Medical Center, Durham, NC, January 2005.

I48.   **Samei E.** Perceptual learning. Teaching and learning in Radiology Conference, Radiological Society of North America (RSNA), Chicago, IL, April 2005.

I49.   **Samei E.** Image quality and observer Performance. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Seattle, WA, July 2005, *Medical Physics* 32(6): 2142, 2005.

I50.   **Samei E.** Display evaluation demonstration workshop. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Seattle, WA, July 2005, *Medical Physics* 32(6): 2063, 2005.

I51.   **Samei E.** Advanced Imaging application, Eastman Kodak Company, Rochester, NY, September 2005.

I52.   **Samei E**. Introduction to digital radiography and mammography. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2005, *RSNA'05 Proc.*, 2005, pp. 132.

I53.   **Samei E**. Digital mammography display and visualization. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2005, *RSNA'05 Proc.*, 2005, pp. 140.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 89 of 127 PageID #: 1818
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 231 of 361   PageID 1392
E. Samei, 9/14/2018                                                                                          65

I54.   **Samei E**. Detector performance and optimization. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2005, *RSNA'05 Proc*., 2005, pp. 164.

I55.   **Samei E**. Practical issues in physical performance metrology, SPIE International Symposium on Medical Imaging, San Diego, CA, February 2006.

I56.   **Samei E**. Image quality in diagnostic radiology: detector and display considerations. European Congress of Radiology, Vienna, Austria, March 2006, *European Radiology* 16(S1): 58, 2006.

I57.   **Samei E.** Workstations. Spring Symposium of the Southeast Chapter American Association of Physicists in Medicine, Memphis, TN, March 2006.

I58.   **Samei E.** Display evaluation demonstration workshop. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Orlando, FL, July 2006, *Medical Physics* 33(6): 2169, 2176-2177, 2006.

I59.   **Samei E**. Talking about radiation dose. UN International Atomic Energy Agency (IAEA) Regional Course on Radiation Protection in Cardiology, Tehran, Iran, August 2006.

I60.   **Samei E**. Angiography equipment. UN International Atomic Energy Agency (IAEA) Regional Course on Radiation Protection in Cardiology, Tehran, Iran, August 2006.

I61.   **Samei E**. Occupational protection and protective devices. UN International Atomic Energy Agency (IAEA) Regional Course on Radiation Protection in Cardiology, Tehran, Iran, August 2006.

I62.   **Samei E**. Image quality in cardiac angiography. UN International Atomic Energy Agency (IAEA) Regional Course on Radiation Protection in Cardiology, Tehran, Iran, August 2006.

I63.   **Samei E**. Relevance of image quality to diagnostic performance. World Congress on Medical Physics and Biomedical Engineering 2006, Seoul, Korea, August 2006, *Proc. WC 2006*, pp. 23, 2006.

I64.   **Samei E**. Assessment of image quality in digital radiographic systems. World Congress on Medical Physics and Biomedical Engineering 2006, Seoul, Korea, August 2006, *Proc. WC 2006*, pp. 31, 2006.

I65.   Saunders RS, **Samei E**. Displaying your health: an overview of medical display research. Americas Display Engineering and Applications Conference (ADEAC) 2006. Atlanta, GA, October 2006.

I66.   **Samei E**. Digital mammography display and visualization. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2006, *RSNA'06 Proc*., 2006, pp. 155.

I67.   **Samei E**, Saunders RS. Image quality: clinical relevance of physical performance. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2006, *RSNA'06 Proc*. 2006, pp. 141.

I68.   **Samei E**. Image perception in modern medicine. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2006, *RSNA'06 Proc*. 2006, pp. 133.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 90 of 127 PageID #: 1819
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 232 of 361   PageID 1393
E. Samei, 9/14/2018                                                                              66

I69.    **Samei E**. Putting display QC into practice. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov.-Dec. 2006, *RSNA'06 Proc*., 2006, pp. 178.

I70.    **Samei E**. Display quality and diagnostic accuracy: characterization of reporting monitors. European Congress of Radiology, Vienna, Austria, March 2007, *European Radiology* 17(S1): 66, 2007.

I71.    **Samei E**. Physical optimization of projection radiography. Spring Symposium of the Southeast Chapter American Association of Physicists in Medicine, Atlanta, GA, April 2007.

I72.    Saunders RS, **Samei E**. Effects of digital displays. Spring Symposium of the Southeast Chapter American Association of Physicists in Medicine, Atlanta, GA, April 2007.

I73.    **Samei E**. Displaying your health: eight key issues pertaining medical displays, Karoinska Institute, Stockholm, Sweden, April 2007.

I74.    **Samei E**. X-ray physics, National Cancer Institute (NCI) Cancer Imaging Research Camp, Durham, NC, June 2007.

I75.    **Samei E.** Image Quality Measurement Workshop. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Minneapolis, MN, July 2007, *Medical Physics* 34(6): 2570-2571, 2007.

I76.    Lo JY, Singh S, Dobbins JT, **Samei E**. New developments in digital breast tomosynthesis. Proceedings of the Annual Meeting of the American Association of Physicists in Medicine, Minneapolis, MN, July 2007, *Medical Physics* 34(6): 2518, 2007.

I77.    **Samei E**. Ten movements in the modern practice of medical imaging, Duke University, Durham, NC, September 2007.

I78.    **Samei E**. From acquisition to decision: Ten movements in the modern practice of medical imaging, Emory University, Atlanta, GA, November 2007.

I79.    Saunders RS, **Samei E**. Image quality: clinical relevance of physical performance. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2007, *RSNA'07 Proc*. 2007, pp. 180.

I80.    **Samei E**. Image perception in modern medicine. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2007, *RSNA'07 Proc*. 2007, pp. 178.

I81.    **Samei E**. Putting display QC into practice. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2007, *RSNA'07 Proc*. 2007, pp. 190.

I82.    **Samei E**. Dose and quality optimization of imaging systems. Medical Physics Seminars, Duke University, February 2008.

I83.    **Samei E**. Acquisition of digital chest images for pneumoconiosis classification: methods, procedures, and hardware. A NIOSH and ILO Scientific Workshop: Application of the ILO International Classification of Radiographs of Pneumoconioses to Digital Chest Radiographic Images, Washington, DC, March 2008.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 91 of 127 PageID #: 1820
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 233 of 361   PageID 1394
E. Samei, 9/14/2018                                                                                    67

I84.    **Samei E**, Ravin CE. Assuring image quality for classification of digital chest radiographs. A NIOSH and ILO Scientific Workshop: Application of the ILO International Classification of Radiographs of Pneumoconioses to Digital Chest Radiographic Images, Washington, DC, March 2008.

I85.    **Samei E**. Education and research in medical physics. Faculty meeting of the Department of Physics, Duke University, April 2008.

I86.    **Samei E**. Challenges in founding and funding medical physics education. Annual Meeting of the Society of Directors of Academic Medical Physics Programs (SDAMPP), Annual Meeting of the American Association of Physicists in Medicine (AAPM), Houston, TX, July 2008.

I87.    **Samei E**, Dobbins III JT. Challenges and opportunities in the future of medical physics education. Medical Physics Seminars, Duke University, September 2008.

I88.    **Samei E**. Medical physics as a profession. Medical Physics Seminars, Duke University, October 2008.

I89.    **Samei E**. Ten movements of imaging in modern medicine (plenary conference lecture). Engineering and Physical Sciences in Medicine and the Australian Biomedical Engineering Conference, EPSM, Christchurch, New Zealand, November 2008.

I90.    **Samei E**. Optimization of dose and quality in x-ray imaging systems. Engineering and Physical Sciences in Medicine and the Australian Biomedical Engineering Conference, EPSM, Christchurch, New Zealand, November 2008.

I91.    Saunders RS, **Samei E**. Image quality: clinical relevance of physical performance. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2008, *RSNA'08 Proc*. 2008.

I92.    **Samei E**. Image perception in modern medicine. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2008, *RSNA'08 Proc*. 2008.

I93.    **Samei E**. Putting display QC into practice. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2008, *RSNA'08 Proc*. 2008.

I94.    **Samei E**. Ten movement informing and transforming medical imaging in the 21st century. Presentation at the Carestream Health Headquarters, Rochester, NY, May 2009.

I95.    **Samei E**. Quality management in diagnostic digital radiology. XVII Congreso Nacional de SEFM, XII Congreso nacional de SEPR, Fisica Medica y Protection Radiologica, Alicante, Spain, June 2009.

I96.    **Samei E**. Eight key quality criteria for medical displays. XVII Congreso Nacional de SEFM, XII Congreso nacional de SEPR, Fisica Medica y Protection Radiologica, Alicante, Spain, June 2009.

I97.    **Samei E**. National Survey on doctorate of medical physics: final report. Annual Meeting of the Society of Directors of Academic Medical Physics Programs (SDAMPP), Annual Meeting of the American Association of Physicists in Medicine (AAPM), Anaheim, CA, July 2009.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 92 of 127 PageID #: 1821
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 234 of 361   PageID 1395
E. Samei, 9/14/2018                                                                          68

I98.    **Samei E**, Amurao M, Ike R, Greene T. Clinical imaging physics: rationale, challenges, and opportunities. Medical Physics Seminars, Duke University, September 2009.

I99.    **Samei E**. Putting display QC into practice. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2009, *RSNA'09 Proc*. 2009.

I100.   **Samei E**. PACS and displays, University of North Carolina at Chapel Hill, Chapel Hill, NC, April 2010.

I101.   **Samei E**. CT image quality and dose, University of North Carolina at Chapel Hill, Chapel Hill, NC, April 2010.

I102.   **Samei E**. The new face of medical imaging. University of Kentucky Symposia on Advanced Medical Imaging, Lexington, KY, May 2010.

I103.   **Samei E**. Evidence-based optimization of CT protocols. Department of Radiology, University of Michigan, Ann Arbor, MI, September 2010.

I104.   **Samei E**. From Michigan to Duke: nuclear science for towards quality patient care. Department of Nuclear Engineering and Radiological Sciences, University of Michigan, Ann Arbor, MI, September 2010.

I105.   **Samei E**, Amurao M, Bower D, Li X, Christensen O, Murphy S. Clinical imaging physics. Medical Physics Seminars, Duke University, October 2010.

I106.   **Samei E**. Reconstructing CT protocol optimization. Memphis Biomedical Imaging Symposium, Memphis, TN, November 2010.

I107.   **Samei E**. Medical displays. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2010, *RSNA'10 Proc*. 2010.

I108.   **Samei E**. Evidence-based optimization of image quality/dose. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2011.

I109.   **Samei E**. Dose management in medical imaging. Annual Meeting of the North Carolina Chapter of Health Physics Society, Chapel Hill, NC, March 2011.

I110.   **Samei E**, Frush D, Li X, Richard S, Chen B, Christensen O. Image optimization: from aesthetics to performance and dose justification. Radiology Grand Rounds, Duke University, Durham, NC, March 2011.

I111.   **Samei E**. Quality management in medical imaging. 2011 Duke CT/ MR/ Interventional Radiology seminar, Chapel Hill, NC, March 2011.

I112.   **Samei E**. A universal strategy for the optimization of image quality and radiation risk in CT examination. 13th Annual International Symposium on Multidetector-Row CT, San Francisco, CA, June 2011.

I113.   **Samei E**. Patient-based dose monitoring. 13th Annual International Symposium on Multidetector-Row CT, San Francisco, CA, June 2011.

I114.   **Samei E**. Optimized implementation of iterative reconstructions. 13th Annual International Symposium on Multidetector-Row CT, San Francisco, CA, June 2011.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 93 of 127 PageID #: 1822
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 235 of 361   PageID 1396
E. Samei, 9/14/2018                                                                                        69

I115.  **Samei E**. Optimization of dose and image quality in pediatric CT examinations. 13th Annual International Symposium on Multidetector-Row CT, San Francisco, CA, June 2011.

I116.  **Samei E**, Richard S. Radiography: 2D and 3D Metrics of Performance Towards Quality Index. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Vancouver, BC, Canada, July 2011.

I117.  **Samei E**. Towards Patient-based risk estimation in CT, in M McNitt-Gray M, Xu G, **Samei E**. Patient Dose in CT: Calculating Patient Specific Doses in CT. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Vancouver, BC, Canada, July 2011. **Showcased as the AAPM Webcast of the month for June 2012.**

I118.  **Samei E**. Radiography: 2D and 3D Metrics of Performance Towards Quality Index. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Vancouver, BC, Canada, July 2011.

I119.  **Samei E**, Christianson O. Implementing displays in a quality control program. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2011, *RSNA'11 Proc*. 2011.

I120.  **Samei E**. Limits of Dose Reduction in CT: How Low is Too Low. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Charlotte, NC, August 2012, *Medical Physics* 39: 3868, 2012.

I121.  Cook T, Christianson O, **Samei E**. Dose Monitoring. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Charlotte, NC, August 2012, *Medical Physics* 39: 3917, 2012.

I122.  **Samei E**, Nelson R. Effective implementation of advanced CT reconstructions for improved patient care, Radiology Grand Rounds, Duke University, Durham, NC, September 2012.

I123.  **Samei E**. Quantitative CT: a mathematical framework to predict tumor volumetry, Duke Cancer Institute, Duke University, Durham, NC, April 2013.

I124.  **Samei E**, Christianson O, Nelson J, Wilson J, Winslow J. Duke Tracker and Dose Tracker: Issue Management Systems for Improved Patient Care, Radiology Grand Rounds, Duke University, Durham, NC, June 2013.

I125.  **Samei E**. Effect of patient size on diagnostic reference limits in CT. 15th Annual International Symposium on Multidetector-Row CT, Washington, DC, June 2013.

I126.  **Samei E**. Optimizing CT protocols: the science and the practice. 15th Annual International Symposium on Multidetector-Row CT, Washington, DC, June 2013.

I127.  **Samei E**. Matching image appearance across different CT systems and models. 15th Annual International Symposium on Multidetector-Row CT, Washington, DC, June 2013.

I128.  **Samei E**. Memorial to Fearghus O'tFoghludha - Memorial Lecture. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Indianapolis, IN, August 2013, *Medical Physics* 40: 390, 2013.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 94 of 127 PageID #: 1823
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 236 of 361   PageID 1397
E. Samei, 9/14/2018                                                                                      70

I129. **Samei E**. Medical Physics 2.0: CT2.0, Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2013, *RSNA'13 Proc*. 2013.

I130. **Samei E**. Medical Physics 2.0: Radiography Perspective, Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2013, *RSNA'13 Proc*. 2013.

I131. **Samei E**. Medical Physics 2.0: Fluoroscopy Perspective, Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2013, *RSNA'13 Proc*. 2013.

I132. **Samei E**. Medical Physics 2.0: Information Technology Perspective, Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Dec. 2013, *RSNA'13 Proc*. 2013.

I133. Segars WP, **Samei E**. Virtual population for imaging research and dosimetry. Radiology Grand Rounds, Duke University, Durham, NC, January 2014.

I134. **Samei E**. Organ dose determination – the holy grail. Image Gently/ ALARA CT Summit, Orlando, FL, February 2014.

I135. **Samei E**. Pros and cons of organ shielding during pediatric CT. Image Gently/ ALARA CT Summit, Orlando, FL, February 2014.

I136. **Samei E**, Segars WP.  Towards virtual clinical trials: new computational models for imaging research. Siemens CT Headquarter, Forccheim, Germany, February 2014.

I137. **Samei E**. New medical physics for the new era of advanced CT imaging. Siemens CT Headquarter, Forccheim, Germany, February 2014.

I138. **Samei E**. CT performance optimization and management. Nagoya University, Nagoya, Japan, April 2014.

I139. **Samei E**. New horizons in performance evaluation of breast imaging systems, Proceedings of Japan Radiology Congress, Yokohama, Japan, April 2014.

I140. **Samei E**. Why the radiologist needs a physicist? A vision for a synergistic, impactful, and essential collaboration, American Roentgen Ray Society, San Diego, California, May 2014.

I141. **Samei E**. Physics meets informatics: the new needs and opportunities for integration. Southeast Chapter of American association of Physicists in Medicine (SEAAPM) Symposium, Chattanooga, TN, May 2014.

I142. **Samei E.** Advanced dosimetry and image quality concepts in CT imaging. Massachusetts General Hospital. Boston, MA, June 2014.

I143. **Samei E.** From dose to risk: an uncertain predicament or an ethical mandate? Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics*, 2014.

I144. **Samei E.** What is Medical Physics 2.0? Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics*, 2014.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 95 of 127 PageID #: 1824
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 237 of 361   PageID 1398
E. Samei, 9/14/2018                                                                                          71

I145.   **Samei E.** CT 2.0. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics*, 2014.

I146.   **Samei E.** Model-Based 3D image reconstruction: image quality assessment and applications. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Austin, TX, August 2014, *Medical Physics*, 2014.

I147.   **Samei E.** The new paradigm of clinical medical physics: Medical Physics 2.0. Swedish National Medical Physics Meeting, Gothenburg, Sweden, November 2014.

I148.   **Samei E.** Information Management and Display Perspective. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2014, *RSNA'14 Proc*. 2014.

I149.   **Samei E**. Medical Physics 2.0: Fluoroscopy Perspective. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2014, *RSNA'14 Proc*. 2014.

I150.   Nelson J, **Samei E**. Medical Physics 2.0: Nuclear Imaging 2.0. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2014, *RSNA'14 Proc*. 2014.

I151.   **Samei E**. Medical Physics 2.0: Radiography Perspective. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2014, *RSNA'14 Proc*. 2014.

I152.   **Samei E**. Medical Physics 2.0: Computed Tomography 2.0. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2014, *RSNA'14 Proc*. 2014.

I153.   **Samei E**. The transformation of clinical imaging physics. Duke-Kunshan University, Medical Physics Program, Kunshan, China, 2014.

I154.   **Samei E**. Consistency as a metric of quality: Uncertainties associated with patient, image quality, dose, and operation in clinical imaging practice. SPIE International Symposium on Medical Imaging, Orlando, FL, February 2015.

I155.   **Samei E**. Medical Physics 2.0: a vision for effective, meaningful, and value-based imaging physics in the clinical environment. AAPM Clinical Spring Meeting, Saint Louis, MO, March 2015.

I156.   **Samei E**. The new role of clinical imaging physics in value-based precision medicine. Radiology Grand Rounds, University of North Carolina in Chapel Hill, Chapel Hill, NC, March 2015.

I157.   **Samei E**. Medical Physics 2.0: the emerging practice of clinical imaging physics. Mayo Clinic, Rochester, MN, March 2015.

I158.   **Samei E**, Segars WP.  Towards virtual clinical trials: new computational models for imaging research. Mayo Clinic, Rochester, MN, March 2015.

I159.   **Samei E.** Image optimization: from aesthetics to performance and dose justification. Mayo Clinic, Rochester, MN, March 2015.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 96 of 127 PageID #: 1825
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 238 of 361   PageID 1399
E. Samei, 9/14/2018                                                                                    72

I160.   **Samei E**. Medical Physics 2.0: the emerging responsibility of imaging physics in modern practice. University of Leuven, Leuven, Belgium, April 2015.

I161.   **Samei E**. Clinical Medical Physics 2.0: Redefining the role of imaging physics in modern medicine. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Anaheim, CA, June 2015, *Medical Physics* 2015.

I162.   **Samei E.** Physics meets informatics: the new needs and opportunities for integration. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

I163.   **Samei E**. Medical Physics 2.0: Fluoroscopy physics, from 1.0 to 2.0. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

I164.   Nelson J, **Samei E**. Medical Physics 2.0: Nuclear Imaging 2.0. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

I165.   **Samei E**. Medical Physics 2.0: Seven reasons why 1.0 approach to radiography physics in not enough. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

I166.   **Samei E**. Medical Physics 2.0: Computed Tomography 2.0. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

I167.   **Samei E**. Implementation of a dose-monitoring program in response to JC requirements. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2015, *RSNA'15 Proc*. 2015.

I168.   **Samei E**. Dose Optimization: Why and Towards What End? Landauer Clinical Dose Optimization Symposium, Chcago, IL, May 2016.

I169.   **Samei E**. Dose Optimization: Prescription, Monitoring and Metrology. International Atomic Energy Agency, Vienna, Austria, June 2016.

I170.   **Samei E**. Dose Optimization: Why and Towards What End? International Atomic Energy Agency, Vienna, Austria, June 2016.

I171.   **Samei E**. Excellence in communication: oral, written, presentational, electronic. American Association of Physicists in Medicine, Summer School, Washington DC, June 2016.

I172.   **Samei E**. Quantitative characterization of IR performance: baseline, relevance, and limitations - challenges met and challenges ahead. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics* 2016.

I173.   **Samei E**. TG-100 Symposium: Risk in the context of medical imaging. Annual Meeting of the American Association of Physicists in Medicine (AAPM), Washington, DC, August 2016, *Medical Physics* 2016.

I174.   **Samei E**. Dose optimization: why and towards what end? Clinical Dose Optimization Symposium, Chicago, IL, Landauer, April 2016.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 97 of 127 PageID #: 1826
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 239 of 361   PageID 1400
E. Samei, 9/14/2018                                                                          73

I175.   **Samei E**. CT Image quality and optimization: past, present, future. CT at Sea, Finish Medical Physics Conference, Turku, Finland, September 2016.

I176.   **Samei E**. Leadership 101. Duke University Medical Physics Graduate Program Retreat, Fuquay Varina, NC, September 2016.

I177.   **Samei E**. Excellence in communication. Duke University Medical Physics Graduate Program Retreat, Fuquay Varina, NC, September 2016.

I178.   **Samei E**. Optimization of imaging: what, why, and how. American Association of Physicists in Medicine, Northwest Chapter meeting, Seattle, WA, October 2016.

I179.   **Samei E**. Medical Physics 3.0: A renewed commitment to and definition of the role of physics in medicine. American Association of Physicists in Medicine, Northwest Chapter meeting, Seattle, WA, October 2016.

I180.   **Samei E**. Advances in CT Technologies, Applications, Operations: CT Performance – TG233. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

I181.   Wilson J, **Samei E**. Advances in CT Technologies, Applications, Operations: Dose Monitoring and Analytics. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

I182.   **Samei E**. The broad relevance of safety culture in medical imaging. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

I183.   **Samei E**, Pawlicki T. Medical Physics 3.0: Re-envisioning medical physics in the era of value-based and precision healthcare. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

I184.   Solomon J, **Samei E**. Role of image quality in image perception. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2016, *RSNA'16 Proc*. 2016.

I185.   **Samei E**. The evolving posture of MP as a profession: medical physics 3.0. International Conference on Medical Physics, Bangkok, Thailand, Dec. 2016.

I186.   **Samei E**. Precision medicine through dose optimization and monitoring of medical imaging. International Conference on Medical Physics, Bangkok, Thailand, Dec. 2016.

I187.   **Samei E**. Medical Physics 3.0. Proceedings of Japan Radiology Congress. Yokohama, Japan, April 2017.

I188.   **Samei E**. The broad relevance of safety culture in medical imaging. Proceedings of Japan Radiology Congress. Yokohama, Japan, April 2017.

I189.   **Samei E**. Dose optimization: why and towards what end? Clinical Dose Optimization Symposium, Chicago, IL, Landauer, June 2017.

I190. **Samei E**. Medical Physics 3.0. American Association of Physicists in Medicine, Rdaiological and Medical Physocs Socioty (RAMPS) Annual Meeting, New York, NY, June 2017.

I191. **Samei E**. Medical Physics 3.0 in design. American Association of Physicists in Medicine Annual Meeting, Denver, CO, August 2017.

I192. **Samei E**. New skills for medical physicists that transcent all work environments. Joint Concil Symposium. American Association of Physicists in Medicine Annual Meeting, Denver, CO, August 2017.

I193. **Samei E**. How do we do science at Duke? Radiolgy Grand Rounds, Duke University, Durham, NC, September 2017.

I194. **Samei E**. Medical Physics 3.0: Re-envisioning the role of imaging physics in modern medicine. MD Anderson Crncer Center, Houston, TX, September 2017.

I195. **Samei E**. Medical Physics 3.0 for imaging (A five-hour directed faculty retreat). MD Anderson Crncer Center, Houston, TX, September 2017.

I196. **Samei E**. Medical Physics 3.0. Annual Symosium of the AAPM Penn Ohio Chaper, Clevland, OH, October 2017.

I197. **Samei E**. Dose and Image Quality Monitoring. Annual Symosium of the AAPM Penn Ohio Chaper, Clevland, OH, October 2017.

I198. **Samei E**. Quantification of Value by Tracking Individualized Dose and Image Quality. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2017, *RSNA'17 Proc*. 2017.

I199. Wilson J, **Samei E**. Advances in CT Technologies, Applications, Operations: Dose Monitoring and Analytics. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2017, *RSNA'17 Proc*. 2017.

I200. **Samei E**. Advances in CT Technologies, Applications, Operations: CT Performance – TG233. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2017, *RSNA'17 Proc*. 2017.

I201. **Samei E**. Advances in CT Technologies, Applications, Operations: CT Performance - Organ Dose. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2017, *RSNA'17 Proc*. 2017.

I202. **Samei E**. Diagnostic information and dose: Creating a balance. International Conference on Radiation Protection in Medicine: Achieving Change in Practice. IAEA, Vienna, Austria, December 2017.

I203. **Samei E**. Medical Physics 3.0 to Ensure Quality and Safety in Radiation Medicine. Annual Meeting of the National Council of Radiation Protection and Measuremnets (NCRP), Beathesda, MD, March 2018.

I204. **Samei E**. Image quality assessment of iterative reconstruction: pitfalls and future directions. European Congress of Radiology, Vianna, Austria, March 2018.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 99 of 127 PageID #: 1828
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 241 of 361   PageID 1402
E. Samei, 9/14/2018                                                                                          75

I205. **Samei E**, Mahesh M. The ACR dose index registry (DIR): setting a bebchmark. European Congress of Radiology, Vianna, Austria, March 2018.

I206. **Samei E**. Constructal theory in medical imaging and beyond. Constructal Theory: 20 Years of Exploration and What the Future Holds, NSF Workshop, Villanova University, Villanova, PA, April 2018.

I207. **Samei E**. Furure opportunities in radiation dose monitoring. Society of Pediatric Radiology. Nashville, TN, May 2018.

I208. **Samei E**. Quality, safety, and precision in imaging practice. Radiology Grand Rounds, Sprawls Lecture, Emory University, Atlanta, GA, September 2018.

I209. **Samei E**. Towards virtual clinical trials: New human models for imaging research. Emory University, Atlanta, GA, September 2018.

I210. **Samei E**, Pawlicki T. Medical Physics 3.0. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2018, *RSNA'18 Proc*. 2018.

I211. Wilson J, **Samei E**. CT performance monitoring. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2018, *RSNA'18 Proc*. 2018.

I212. Zhang Y, **Samei E**. CT performance evaluation. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2018, *RSNA'18 Proc*. 2018.

I213. Solomon J, **Samei E**. CT performance optimization. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2018, *RSNA'18 Proc*. 2018.

I214. **Samei E**. Emerging concepts of integration of image quality, radiation dose, and artificial intelligence. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2018, *RSNA'18 Proc*. 2018.

I215. Solomon J, **Samei E**. Role of image quality in visual and computational perception. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2018, *RSNA'18 Proc*. 2018.

I216. **Samei E**. CT dose monitoring: designing the program of the future. Proceedings of the Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, Nov. 2018, *RSNA'18 Proc*. 2018.

**Theses:**

T1. **Samei E**. Physical Attributes of Musical Instruments. Bachelor's Thesis, Tehran University, Tehran, Iran, September 1989.

T2. **Samei E**. Theoretical Study of Various Thermoluminescent Dosimeter Heating Schemes. Master's Thesis, Georgia Institute of Technology, Atlanta, GA, August 1993.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 100 of 127 PageID #: 1829
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 242 of 361   PageID 1403
E. Samei, 9/14/2018                                                              76

T3.   **Samei E**. <u>The Performance of Digital X-ray Imaging Systems in Detection of Subtle Lung Nodules</u>. Doctoral Dissertation, The University of Michigan, Ann Arbor, MI, May 1997. [Published dissertation abstract: **Samei E**, *Medical Physics* 25(10): 2077, 1998.]

**Invited magazine articles and interviews:**

M1.   **Samei E**. Early diagnosis of lung cancer: a study of cancer nodule detection in projection chest radiography. The Alumni Newsletter, Department of Nuclear Engineering and Radiological Sciences, The University of Michigan, Ann Arbor, MI, August 1997.

M2.   **Samei E**. PACS acceptance testing. *Advance* 11(5): 38-43, May 2001.

M3.   **Samei E**. CR performance evaluation. *Advance* 12(1): 26-30, January 2002.

M4.   **Samei E** (interview by Douglas Page). New DICOM elements promise better image quality, *Diagnostic Imaging Online,* Dec. 30, 2004. <u>http://www.dimag.com/pacsweb/</u>

M5.   Chawla AS*, **Samei E**. Are we in the dark about reading medical images? *SPIE News*, 2006.

M6.   **Samei E** (an interview). Breast cancer: Rates take a tumble and hope rises, *Cancer Prevention Works* 4(3):1-2, Fall 2006.

M7.   **Samei E** (an interview). Medical physics standardizes clinical training, *Physics Today* pp. 30-32, May 2009.

M8.   **Samei E** (radio interview). The Story, *American Public Media*, October 2009. <u>http://www.thestory.org/tags/iran</u>

M9.   **Samei E**. Predictive metrics of quality for quantitative imaging *(invited article)*. *RSNA Quantitative Imaging Newsletter*, June 2011.

M10.  New metric for digital radiography systems (news article and interview). *Medicalphysicsweb.org*, July 29, 2011. <u>http://medicalphysicsweb.org/cws/article/research/46712</u>

M11.  Factoring in patient age, gender, size will make CT scans safer, research suggests (press release), *AAPM annual meeting*, August 4, 2011.

M12.  Brice J, QA software creates framework for assessing CT radiation risks (news article and interview). *Auntminnie*, August 4, 2011. <u>www.auntminnie.com</u>

M13.  Nafziger B, CT dose-tracking software could help hospitals benchmark imaging quality (news article and interview). *Dotmed News*, August 12, 2011. <u>http://www.dotmed.com/news/story/16698</u>

M14.  Langlois M, Can CT scans be made smarter to use safer amounts of radiation? (news article and interview). *NPR News*, August 12, 2011. <u>http://www.npr.org/sections/health-shots/2011/08/04/138984598/can-ct-scans-be-made-smarter-to-use-the-least-possible-radiation</u>

M15.  **Samei E**, Nelson R. Technical Innovation- Veo: Multi-Center trial aims to quantify the impact of radiation dose reduction (news article and interview). *CT Clarity*, Vol 6, Autumn 2011.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 101 of 127 PageID #: 1830
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 243 of 361   PageID 1404
E. Samei, 9/14/2018                                                                    77

M16.  Wang SS, Dialing back on radiation in CT scans to lower risk (an article highlighting research). *Wall Street Journal*, June 18, 2012. http://online.wsj.com/article/SB10001424052702303410404577468950681647544.html?mod=ITP_personaljournal_0

M17.  Twesten J, Researcher Q&A: Exploring a new imaging technique to detect breast cancer early (an interview), *Prevent Cancer Foundation Blog*, Sept. 26, 2013. http://blog.preventcancer.org/2013/researcher-q-exploring-new-imaging-technique-detect-breast-cancer-early/

M18.  Dixit A, Right Dose for Accurate Diagnosis: Track Radiation Dose to Patients and Use Diagnostic Reference Levels (an interview). *IAEA News release*, June 23, 2016. https://www.iaea.org/newscenter/news/right-dose-for-accurate-diagnosis-track-radiation-dose-to-patients-and-use-diagnostic-reference-levels

M19.  **Samei E**. Introducing Medical Physics 3.0: What is it, and why you should care? Redefining and reinvigorating the role of physics in modern medicine. *AAPM Newsletter* 41(5):38-39, October 2016.

M20.  New science to optimize radiation dosage in pediatric imaging (an interview). *SPIE Press Release*, August 22, 2017. https://spie.org/about-spie/press-room/press-releases/new-science-to-optimize-radiation-dosage-in-pediatric-imaging-22-aug-2017?SSO=1

M21.  New science to optimize radiation dosage in pediatric imaging. *Science Daily*, August 29, 2017. https://www.sciencedaily.com/releases/2017/08/170829124512.htm

M22.  **Samei E**. Stepping out from behind the machines. *Becker's Hospital Review*, September 29, 2017. https://www.beckershospitalreview.com/patient-engagement/stepping-out-from-behind-the-machines.html

M23.  **Samei E**. Medical physicists bring new value to patient-centered care. *Patinet Safety and Quality Haelthcare*, October 16, 2017. https://www.psqh.com/analysis/medical-physicists-bring-new-value-patient-centered-care/

M24.  Weaver J. Optimizing medical imaging for children of all sizes (an interview). *Bioengineerng Today*, October 2, 2017. https://bioengineeringtoday.org/imaging/optimizing-medical-imaging-children-all-sizes


**CONSULTANT APPOINTMENTS**

**US Government:**

**Department of Defense (DOD) Congressionally Directed Medical Research Programs**
Specified Appropriations Program on Diagnostic and Surgical Breast Imaging, *Peer review scientist*, 1999
Ovarian Cancer Research Program, *Peer review scientist*, 1999
Breast Cancer Research Program, *Peer review scientist*, 1999
Prostate Cancer Research Program, *Peer review scientist*, 2000 – 2001
Breast Cancer Research Program, *Peer review scientist*, 2002 – 2004
Breast Cancer Research Program, *Peer review scientist*, 2006
Lung Cancer Research Program Concepts, *Peer review panel chair*, 2009

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 102 of 127 PageID #: 1831
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 244 of 361   PageID 1405
E. Samei, 9/14/2018                                                                         78

**National Institutes of Health (NIH)**
NCI Cancer Imaging Camp, *Faculty*, 2007

**National Institutes of Health (NIH)**
P01 study section, *Member*, 2010
Adhoc study section, *Member*, 2013
MEDI study section, *Member*, 2016

**National Institutes of Occupational Safety and Health (NIOSH)**
Scientific Workshop on Application of the ILO International Classification of Radiographs of
    Pneumoconioses to Digital Chest Radiographic Images, *Expert*, 2008  –
COPDGene, Imaging Industry Advisory Committee on CT quantification of COPD, *Scientific
Advisor*, 2009
NIOSH Cole Workers' Health Surveillance Activity, *Reviewer*, 2009  –

**National Council of Radiation Protection and Measurements (NCRP)**
Program area committee of Radiation Protection in Medicine (PAC4), *Expert*, 2012  –
NCRP Council, *Council Member*, 2013  –

**Commonwealth of Pennsylvania, Department of Health**
PA Final Performance Review Panel, *Expert*, 2014

**Expert Witness Activity: Department of Justice vs Paulus,** *Expert witness for the
    Department of Justice*, 2016 – 2017

**Non-US Governments:**

**Technology Foundation STW, Netherlands,** Netherlands Organization for Scientific
Research and the Dutch Ministry of Economic Affairs**,** *Grant Reviewer***,** 2004

**Institute for the Promotion of Innovation by Science and Technology in Flanders (IWT),**
Flemish Government, Belgium, *Grant Reviewer***,** 2006

**Medical Industry:**

**Agfa Medical Systems**, PACS research, clinical evaluation of CR systems, 1998 – 2000
**Delft Diagnostic Imaging,** Evaluated the performance of ThoraScan™ direct digital chest
    imaging system, 2002 – 2004
**Eastman Kodak Company**, Image quality research on the CR-400 CR system, 1996 – 1997,
    Advisory panel on CR quality control, 2000
**EOS, Biospace Instruments,** Evaluation of low-dose, slot-scan imaging, 2008
**Fischer Imaging Corporation**, LCD display of digital mammograms, 2003 – 2006
**Fuji Medical Systems**, Image quality research on the FCR-9501/HQ CR system, 1994 – 1998
**GE Medical Systems**
    Image quality evaluation of the XQ/i digital radiographic system, 2000 – 2002
    Effective clinical utilization of CR and PACS equipment, 2002 – 2005
**IX Imaging**, Consultant for a patent application on digital imaging, 2002
**Lumysis Medical Systems**, Image quality research on the ACR-1000 CR system,1999
**National Display Systems,** Evaluation of 3- and 5-megapixel LCD displays, 2004 – 2006
**Philips Medical Systems**, Image quality research on digital radiographic systems, 2000 – 2002
**Siemens Medical Systems**, PACS implementation in ER, 1997 – 1998
**Swissray Medical Systems**, Image quality evaluation of digital radiographic systems, 2001
**Varian Medical Systems**, Neonatal application of flat panel detectors 1998 – 2000.
**XCounter**, Photon-counting Digital Mammography and Tomosynthesis, 2004 – 2006

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 103 of 127 PageID #: 1832
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 245 of 361   PageID 1406
E. Samei, 9/14/2018                                                                          79

**Carestream Health**
> Development of automated case-based image quality assessment methods, 2009 – 2013
> DQE Measurement of DRX-1C, 2009 – 2011
> Expert panel, 2010, 2012

**Eizo Nanao Inc.,** Optimization of ambient lighting for medical LCD displays, 2006 – 2012

**Planar Systems,** Medical use of stereo display systems, 2003 – 2011

**IBA, Scanditronix Wellhöfer GmbH,** Evaluation of a luminance-meter and an edge device for
> imaging applications, 2003 – 2010

**Varian Medical Systems**, Image quality and clinical evaluation of flat-panel digital detectors
> for rapid cone beam applications, 2004 – 2013

**Gerson Lehrman Group, Councils of Advisors**, Consultant on digital imaging technologies,
> 2002 –

**GE Medical Systems**
> Dose reduction in pediatric CT, 2003 – 2014
> Dose and risk estimation, 2009 – 2012
> Assessing the clinical utility of CT protocols, 2010 – 2015
> Dose monitoring, 2014 –

**Siemens Medical Systems**
> Digital Mammography and Tomosynthesis, 2003 – 2015
> Clinical evaluation of dose optimization schemes in pediatric and adult patients, 2010 –
> CT protocol optimization, 2014 –

**medInt Holdings, LLC**, Consultant on dose and quality informatics, 2016 –

## EDITORIAL BOARDS AND EDITORSHIPS

*Medical Physics*
> *Guest Associate Editor*, 1999 – 2004
> *Associate Editor*, 2005 – 2009, 2014 – 2016
> *Mmeber, Best paper award committee*, 2005 – 2007
> *Chair, Best paper award committee*, 2008 – 2009

*Journal of Medical Imaging*
> *Associate Editor*, 2013 –
> *Guest Co-Editor* for special issue on imaging risk, 2017

**RSNA Publishing**
> *Editor*, Categorical Course Syllabus, Advances in Digital Radiography, 2003

**Medical Physics Publishing**
> *Topical Editor*, Biennial book series on Advances in Medical Physics, 2004 – 2008

**AAPM/RSNA Physics Educational Modules**
> *Editor*, 2008 – 2012

**Cambridge University Press, UK**
> *Editor*, Handbook of Medical Image Perception, 2007 – 2010

**Elsevier Mosby Publishers**
> *Associate Editor*, Haaga's CT and MRI of the Whole Body. 6th edition, 2014 – 2015

**John Wiley & Sons**
> *Editor*, Clinical Medical Imaging Physics, 2013 – 2015

## JOURNAL SERVICES

*Health Physics*, *Referee*, 1994 –
*Medical Physics*, *Referee*, 1996 –
*Journal of Digital Imaging*, *Referee*, 1996 –
*Nuclear Instruments & Methods in Physics Research (A)*, *Referee*, 1998 –
*IEEE Transactions on Biomedical Engineering*, *Referee*, 2001 –
*Physics in Medicine and Biology*, *Referee*, 2002 –

Case 1:20-cv-00352-JLH  Document 69-3  Filed 06/15/23  Page 104 of 127 PageID #: 1833
Case 3:18-cv-00250-K  Document 137-1  Filed 09/17/18  Page 246 of 361  PageID 1407
E. Samei, 9/14/2018                                                                                   80

*American Journal of Roentgenology (AJR)*, *Referee*, 2002 –
*SPIE Publishing*, *Referee*, 2003
*Radiation Protection Dosimetry*, *Referee*, 2005 –
*New England Journal of Medicine*, *Referee*, 2007 –
*Journal of Medical Imaging*, *Referee*, 2013 –


## PROFESSIONAL AWARDS AND SPECIAL RECOGNITIONS

Gamma Beta Phi **National Honor Society**, Member since 1993
Alpha Nu Sigma **National Honor Society**, Member since 1995
Health Physics Society **Summer School Scholarships**, June 1994 and July 1993
Health Physics Society (HPS) **Graduate Fellowship**, 1993 – 1994
**Best Student Presentation**, Annual Meeting, Health Physics Society, San Francisco, CA, June 1994
Horace H. Rackham **Travel Grant Award**, July 1995 and June 1994
**Best Student Paper Award**, Spring Symposium, Health Physics Society Great Lakes Chapter, Ypsilanti, MI, March 1995
American Nuclear Society (ANS) **James F. Schumar Scholarship**, June 1996
Health Physics Society **Travel Grant Awards**, July 1995 and June 1997
American Association of Physicists in Medicine **Summer School Scholarship**, June 1997
**Graduate Distinguished Achievement Award**, College of Engineering, University of Michigan, March 1997
**Outstanding Graduate Student Award**, Department of Nuclear Engineering and Radiological Sciences, The University of Michigan, April 1997
**NIH Travel Grant**, The Far West Image Perception Conference, October 1997
**Siemens/Norman Horowitz Award** for best paper, Young Investigators Symposium, American Association of Physicists in Medicine Great Lakes Chapter, Dearborn, MI, April 1997
Third Prize for **Best Paper**, Young Investigators Symposium, 39th Annual Meeting of the American Association of Physicists in Medicine (AAPM), Milwaukee, WI, July 1997
**Honorable Mention** for exhibit presentation, Annual Meeting of the Society of Nuclear Medicine, Toronto, Canada, June 1998
**Cum Laude** for exhibit presentation, Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, December 1999
**Honorable Mention** poster award, SPIE (International Society of Optical Engineering) Physics of Medical Imaging Conference (4320), San Diego, CA, February 2001
**Award for Excellence for best diagnostic imaging paper** published in *JACMP*, 2001
**Appreciation Award** for the establishment of the Medical Physics Graduate Program at Duke University, Duke University, December 2004
**Director's Award for Exemplary Service,** Medical Physics Graduate Program, Duke University, May 2006
**Distinguished Service to Medical Physics,** American Association of Physicists in Medicine (AAPM), December 2007
**Excellence in Mentorship Award**, Medical Physics Graduate Program, Duke University, May 2008
**Fellow**, American Association of Physicists in Medicine (AAPM), July 2009
**Distinguished Service as Associate Editor of *Medical Physics***, *Medical Physics* Editorial Board, November 2009
**Fellow**, International Society for Optical Engineering (SPIE), February 2010
**Award for Exceptional Leadership,** Duke University Graduate School and Medical Physics Graduate Program, Duke University, May 2011
**Farrington Daniels Award for the best paper published in *Medical Physics*,** 2012
**Chapter Appreciation,** Southeast Chapter of the American Association of Physicists in Medicine (SEAAPM), Atlanta, GA, April 2012

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 105 of 127 PageID #: 1834
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 247 of 361   PageID 1408
E. Samei, 9/14/2018                                                                          81

**Distinguished Investigator,** Academy of Radiology Research, June 2013
**Certificate of Appreciation,** Quantitative Imaging Biomarker Alliance (QIBA), Radiological
Society of North America (RSNA), May 2015
**Decade of Excellence Award** in recognition of substantial and outstanding service provided to
the Duke University Medical Physics Graduate Program in the first decade, resulting in
the program becoming one of the best in the nation, Duke University, May 2015
**Distinguished Nominee** for the Research Mentoring Award for Translational Research, School
of Medicine, Duke University, May 2016
**Nominee** for the John Mallard Award, International Organization of Medical Physics (IOMP),
December 2016
**Director's Award for Dedication and Service**, Duke Kunshan University, December 2016
**Fellow**, American Institute for Medical and Biological Engineering (AIMBE), March 2017


## ORGANIZATIONS AND PARTICIPATION

**American Association of Physicists in Medicine (AAPM)**
AAPM 2003 International Scientific Exchange Program (ISEP) regional course on advances in
diagnostic radiology, nuclear medicine physics, and radiation protection, Cairo, Egypt,
February 2003, *Faculty*
AAPM 2003 Annual Meeting, San Diego, CA, August 2003
*Scientific Program Co-director*
TG18 Display Evaluation Workshop, *Director*
AAPM 2004 Annual Meeting, Pittsburgh, PA, July 2004
*Scientific Program Co-director*
From Physics to Medicine Symposium, *Director*
Young Physicist Forum – "A Survival Guide for Young Investigators," *Moderator*
Display Evaluation Workshop, *Director*
AAPM 2004 Summer School, Pittsburgh, PA, July 2004
*Program Committee Member and Faculty*
AAPM 2005 Annual Meeting, Seattle, WA, July 2005
*Member of Scientific Program Committee*
Display Evaluation Workshop, *Director*
Digital Imaging Systems Processing, Analysis and Displays Continuing Education
Course, *Director*
Medical Image Perception Symposium, *Participant*
Image Processing, Visualization, and Display Session, *Chair*
AAPM 2006 Annual Meeting, Orlando, FL, July 2006
*Member of Scientific Program Committee*
Display Evaluation Workshop, *Director*
AAPM 2007 Spring Symposium on Digital Imaging, Southeast Chapter, Atlanta, GA, March
2007, *Symposium Chair*
AAPM 2007 Annual Meeting, Minneapolis, MN, July 2007
Image Quality Measurement Workshop, *Director*
AAPM 2012 Spring Symposium on Quality, Safety and Compliance: How to address the Triple
Challenge of Modern Imaging and Therapy, Southeast Chapter, Atlanta, GA, March
2012, *Symposium co-Chair* (with Larry Marks, M.D.)
AAPM Committees (in chronological order):
Task Groups
TG 10, Computed Radiography (CR), *Member*, 1995 – 2006
TG 18, Electronic Displays, *Chair*, 1998 – 2005
TG 116, Exposure Index for Digital Radiography, *Member*, 2004 – 2008
TG 150, Digital Radiography Testing Methods, *Member*, 2007 –
TG 153, Digital Radiography Glossary, *Member*, 2007 –
TG 162, Image Quality Metrology, *Chair*, 2007 – 2016

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 106 of 127 PageID #: 1835
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 248 of 361   PageID 1409
E. Samei, 9/14/2018                                                                      82

TG 165, Physician Radiological Sciences Education Liaison, *Member*, 2007 –
TG 168, Formation of SDAMPP, *Co-chair*, 2007 – 2010
TG 171, Tomosynthesis, *Member*, 2008 –
TG 195, Monte Carlo Validation, *Member*, 2009 – 2015
TG 196, Color Displays, *Co-chair*, 2009 – 2016
TG 233, CT Performance Evaluation, *Chair*, 2012 –
Committees
RSNA Education Coordination Subcommittee, *RSNA Liaison and Member*, 2002 – 2007
Meeting Coordination Committee, *Member*, 2002 – 2004
Scientific Program Subcommittee, *Member*, 2002 – 2004
Educational Program Subcommittee, *Member*, 2002 – 2004
IPC, Imaging Physics Committee, *Vice-chair*, 2005 – 2007
SC, Science Council, *Member*, 2007 – 2009
RSRCH, Research Committee, *Member*, 2007 –
RSNA-AAPM Physics Education Task Force, *Member*, 2007 – 2012
Mammography Subcommittee, *Member*, 2009 –
Education and Training of Medical Physicists, *Member*, 2009 – 2012
Imaging Informatics Subcommittee, *Member*, 2009 –
WGPBI, International WG on Phantoms for Breast Imaging, *Co-chair*, 2009 –
Award Selection Subcommittee, *Member*, 2010 –
TAI, Committee on Technology Assessment Institute, *Member*, 2009 –
AHQI, Ad Hoc Committee on Quantitative Imaging, *Member*, 2009 –2012
Computed Tomography Subcommittee, *Member*, 2012 –
Working Group on Medical Displays, *Member*, 2012 –
WG on Optimization of Medical Imaging Systems and Techniques, *Chair*, 2014 –
Working Group on Medical Physics Leadership Academy, *member*, 2015 –

AAPM Board of Directors, *Board member at large*, 2015 –
AAPM 2016 Summer School on Medical Physics Leadership Academy, *Co-chair/Faculty*, 2016
AAPM Strategic Planning Committee, *Member*, 2016 –
AAPM Adhoc committee on Medical Physics 3.0, *Chair*, 2016 –

**American Association of Physicists in Medicine Southeast Chapter (SEAAPM)**
SEAAPM, *President-elect*, 2009 – 2010
SEAAPM, *President*, 2010 – 2011
SEAAPM, *Chairman of the Board*, 2011 – 2012

**Radiological Society of North America (RSNA)**
RSNA Program Committee, *Member*, 2002 – 2007
RSNA Refresher Course Committee, *AAPM Liaison and Member*, 2002 – 2007
RSNA 2002 annual meeting, Chicago, IL, November – December 2002
     AAPM/RSNA Equipment Selection Tutorial on PACS, *Director and Moderator*
     Special Course on Digital Radiography, *Co-director*
RSNA 2003 annual meeting, Chicago, IL, November – December 2003
     Categorical Course on Advances in Digital Radiography, *Co-director*
RSNA 2004 annual meeting, Chicago, IL, November – December 2004
     Update Course on Advances in Digital Radiography, *Co-director*
     Plenary Focus Session, Image Perception, *Moderator*
RSNA Leadership Conference, Chicago, IL, April 2005
     Teaching and learning in Radiology Leadership Conference, *Faculty*
RSNA 2005 annual meeting, Chicago, IL, November – December 2005
     Update Course on Advances in Digital Radiography, *Co-director*
RSNA 2006 annual meeting, Chicago, IL, November – December 2006
     Mini-course titled From Image to Decision: Science and Technology for Effective
     Interpretation of Medical Images, *Co-director*

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 107 of 127 PageID #: 1836
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 249 of 361   PageID 1410
E. Samei, 9/14/2018                                                                                            83

RSNA 2007 annual meeting, Chicago, IL, November – December 2007
>    Mini-course titled From Image to Decision: Science and Technology for Effective Interpretation of Medical Images, *Co-director*

RSNA 2008 annual meeting, Chicago, IL, November – December 2008
>    Mini-course titled From Image to Decision: Science and Technology for Effective Interpretation of Medical Images, *Co-director*

RSNA-AAPM Physics Education Task Force for the development of physics educational modules for radiologists and radiology residents, *Member*, 2007 – 2012

RSNA 2013 annual meeting, Chicago, IL, November – December 2013
>    Categorical Course. Medical Physics 2.0, *Co-director*

RSNA 2014 annual meeting, Chicago, IL, November – December 2014
>    Update Course. Medical Physics 2.0, *Co-director*

RSNA 2015 annual meeting, Chicago, IL, November – December 2015
>    Update Course. Medical Physics 2.0, *Co-director*

RSNA Refresher Course Committee, *Physics Section Chair*, 2014 – 2017

RSNA 2016 annual meeting, Chicago, IL, November – December 2016
>    Categorical Course. Advances in CT, *Co-director*
>    Mini Course. Medical Image Perception, *Co-director*

RSNA 2017 annual meeting, Chicago, IL, November – November 2017
>    Update Course. Advances in CT, *Co-director*
>    Course. Physics in Value-based Care, *Director*

**Society of Directors of Academic Medical Physics Programs (SDAMPP)**
*Co-founder*, 2007 – 2008
SDAMPP Steering Committee, *Member*, 2007 – 2008
SDAMPP Membership Committee, *Chair*, 2007 – 2010
SDAMPP Annual Meeting Committee, *Member*, 2007 – 2011
SDAMPP Education Committee, *Member*, 2007 – 2012
SDAMPP, National Survey on DMP Initiative, *Chair*, 2008 – 2009
SDAMPP, *Webmaster*, 2009 – 2012
SDAMPP, TG1 on impact of 2014 mandate on educational programs, *Chair*, 2009 – 2013
SDAMPP, *President-elect*, 2010
SDAMPP, *President*, 2011
SDAMPP, *Chairman of the Board*, 2012

**American College of Radiology (ACR)**
ACR Workgroup on Image Quality in Mammography
>    *Committee Member*, 2005 – 2007

ACR Workgroup on Electronic Practice in Medical Imaging Technical Standard
>    *Committee Member*, 2015 – 2016

ACR Dose Index Registry
>    Exclusive partner providing software for automated size estimation, 2012 – present

ACR CT Accreditation Program
>    Exclusive partner providing software for automated quality estimation, 2015 – present

**American Board of Radiology (ABR)**
ABR radiologists core exam, Thoracic, *Physics Liaison*, 2009 – 2013

**Medical Image Perception Society (MIPS)**
Medical Image Perception Conference X, Durham, NC, *Chair*, September 2003
Medical Image Perception Conference XI, Windermere, England, *Program Committee Member*, October 2005

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 108 of 127 PageID #: 1837
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 250 of 361   PageID 1411
E. Samei, 9/14/2018                                                                                            84

**International Electrotechnical Commission (IEC)**
Working Group on DQE determination (IEC 62220-1), *Collaborator*, 2001 – 2003
Working Group on display testing (IEC SC 62B), *US representative*, 2002 – 2015

**The International Society for Optical Engineering (SPIE)**
SPIE's International Symposium on Medical Imaging: Image Perception, Observer
   Performance, and Technology Assessment Conference, San Diego, CA, February 2002,
   Session on perception models, *Chair*
SPIE's International Symposium on Medical Imaging: Physics of Medical Imaging Conference,
   Program Committee, *Member*, 2005 – 2007
SPIE's International Symposium on Medical Imaging: Physics of Medical Imaging Conference,
   San Diego, CA, February 2006, Session on CT and DR performance, *Chair*
SPIE's International Symposium on Medical Imaging: Physics of Medical Imaging Conference,
   San Diego, CA, February 2006, Workshop on Measures of Physical Performance for X-
   ray Imaging Systems, *Chairman and Organizer*
SPIE's International Symposium on Medical Imaging: Physics of Medical Imaging Conference,
   Program Committee, *Chair*, 2008 – 2011
SPIE's International Symposium on Medical Imaging, Orlando, FA, February 2011, Workshop
   on Radiation Dose, *Organizer and co-Director*
SPIE's International Symposium on Medical Imaging, *Symposium Co-Chair*, 2013-2014

**UN International Atomic Energy Agency (IAEA)**
IAEA Regional course on radiation protection in cardiology, Tehran, Iran, 2006, *Faculty*
IAEA Regional course on digital technology and optimization, Tehran, Iran, 2011, *Director*
IAEA Technical Meeting on Tracking the Radiation Exposure for Patients, Vienna, Austria,
   2015, *US Representative*
IAEA Technical Meeting on Recording, Tracking, and Management of Patient Exposure in
   Diagnostic and Interventional Radiology, Vienna, Austria, 2016, *US Representative*
IAEA Technical Meeting on Patient Dose Monitoring and the Use of Diagnostic Reference
   Level for the Optimization of Protection in Medical Imaging, Vienna, Austria, 2016,
   *Chair and US Representative*
IAEA Technical Meeting on Recording, Tracking, and Management of Patient Exposure in
   Diagnostic and Interventional Radiology, Vienna, Austria, 2017, *US Representative*


## TEACHING RESPONSIBILITIES

**Trainee Mentorship Summary:**

| | |
|---|---|
| 21 | Direct PhD advisement |
| 22 | Direct MS advisement |
| 18 | PhD committee |
| 10 | MS committee |
| 6 | Post-doctoral mentorship |
| 5 | Medical physics resident mentorship |
| 16 | Faculty mentorship |
| 4 | Radiology resident mentorship |
| 5 | Medical and undergraduate mentorship |
| 107 | Total |

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 109 of 127 PageID #: 1838
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 251 of 361   PageID 1412
E. Samei, 9/14/2018                                                                                              85

**Trainee Mentorship:**

**Direct PhD dissertation advisement**
*University of North Carolina at Chapel Hill*
1. Sarah Boyce, BME Ph.D. student, 2003 – 2013

*North Carolina State University*
2. Pooyan Sahbaee, Physics Ph.D. student, 2011 – 2015

*Duke University*
3. Robert S. Saunders, Physics Ph.D. student, 2002 – 2006
4. Amarpreet Chawla, M.S., BME Ph.D. student, 2004 – 2008
5. Xiang Li, MS, Medical Physics Ph.D. student, 2005 – 2010
6. Baiyu Chen, B.E., Medical Physics Ph.D. student, 2009 – 2014
7. Yuan Lin, M.S., Physics Ph.D. student, 2009 – 2014
8. Lynda Ikejimba, Medical Physics Ph.D. student (co-advisor), 2010 – 2015
9. Nooshin Kiarashi, B.S., ECE Ph.D. student, 2011 – 2014
10. Xiaoyu Tian, B.S., BME Ph.D. student, 2012 – 2016
11. Justin Solomon, B.S., Medical Physics Ph.D. student, 2013 – 2016
12. Marthony Robins, B.S., Medical Physics Ph.D. student, 2014 – 2018
13. Ehsan Abadi, M.S., ECE Ph.D. student, 2015 –
14. Taylor Richards, B.S., Medical Physics Ph.D. student, 2015 –
15. Jocelyn Hoye, B.S., Medical Physics Ph.D. student, 2016 –
16. Wanyi Fu, M.S., ECE Ph.D. student, 2016 –
17. Taylor Smith, B.S., Medical Physics Ph.D. student, 2016 –
18. Thomas Sauer, M.S., Medical Physics Ph.D. student, 2017 –
19. Shohbit Sharma, B.S., Physics Ph.D. student, 2017 –
20. Hananiel Setiawan, B.S., Medical Physics Ph.D. student, 2017 –
21. Jayasai Rajagopal, M.S., Medical Physics Ph.D. student, 2018 –

**PhD dissertation committee**
*Universiti Putra Malaysia, Faculty of Engineering, Malaysia*
1. Amhmed Saffor, Computer/Communication Systems Ph.D. student, 2002 – 2003

*Royal Institute of Technology, KTH, Stockholm, Sweden*
2. Magnus Aslund, Physics Ph.D. student, 2007

*University of Toronto, Toronto, Canada*
3. Gang Wu, Medical Biophysics Ph.D. student, 2013

*University of Leuven, Leuven, Belgium*
4. Elena Salvagnini, Biomedical Sciences Ph.D. student, 2015

*Goteborg University, Goteborg, Sweden*
5. Patrick Sund, Medical Physics Ph.D. student, 2015

*Duke University*
6. Jamie Shorey, ECE Ph.D. student, 1999 – 2007
7. Devon J. Godfrey, BME Ph.D. student, 1999 – 2005
8. Ying (Ada) Chen, BME Ph.D. student, 2001 – 2007
9. Qing (Jessie) Xia, BME Ph.D. student, 2001 – 2007
10. Randell L. McKinley, BME Ph.D. student, 2002 – 2006
11. Ming De Lin, BME Ph.D. student, 2004 – 2008
12. Christina Li, BME Ph.D. student, 2004 – 2010

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 110 of 127 PageID #: 1839
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 252 of 361   PageID 1413
E. Samei, 9/14/2018                                                                                      86

13. Dominic Crotty, BME Ph.D. student, 2006 – 2010
14. Priti Madhav, BME Ph.D. student, 2006 – 2010
15. Sam Brady, Medical Physics Ph.D. student, 2006 – 2010
16. Sangroh Kim, Medical Physics Ph.D. student, 2006 – 2010
17. Jered Wells, Medical Physics Ph.D. student, 2008 – 2013
18. Manu Lakshmanan, BME Ph.D. student, 2011 – 2015

**Direct MS thesis advisement**
*Medical University of South Carolina*
1. Jay Crawford, Health Administration and Policy M.P.H. student, 2003

*Duke-Kunshan University*
2. Tian Li, B.S., Medical Physics M.S. student, 2014 – 2016

*Duke University*
3. Chee Liang Hoe, Physics M.A. student, 2004 – 2006
4. Benjamin Pollard, Medical Physics M.S. student, 2006 – 2008
5. Jin Wooi Tan, M.S., Medical Physics M.S. student, 2007 – 2010
6. Lincoln Webb, B.S., Medical Physics M.S. student, 2008 – 2010
7. Baiyu Chen, B.E., Medical Physics M.S. student, 2008 – 2009
8. Travis Greene, B.S., Medical Physics M.S. student, 2008 – 2010
9. Simon Murphy, B.S., Medical Physics M.S. student, 2009 – 2011
10. Olav Christensen, B.S., Medical Physics M.S. student, 2009 – 2011
11. Kevin Rybicki, B.S., Medical Physics M.S. student, 2010 – 2012
12. Justin Solomon, B.S., Medical Physics M.S. student, 2010 – 2012
13. Joshua Johnson, B.S., Medical Physics M.S. student, 2010 – 2012
14. Yakun Zhang, B.S., Medical Physics M.S. student, 2010 – 2012
15. Xiaoyu Tian, B.S., BME M.S. student, 2010 – 2012
16. Jason Bond, B.S., Medical Physics M.S. student, 2011 – 2013
17. Christopher Smitherman, B.S., Medical Physics M.S. student, 2012 – 2014
18. Jeremiah Sanders, B.S., Medical Physics M.S. student, 2014 – 2016
19. Wanyi Fu, B.S., ECE M.S. student, 2014 – 2016
20. Marc Becchetti, M.S., Medical Physics M.S. student, 2014 – 2016
21. Yuese Zheng, B.S., BME M.S. student, 2014 – 2016
22. Yuan Cheng, Ph.D., Medical Physics M.S. student, 2017 –

**MS thesis committee**
*Duke University*
1. Richard J. Warp, BME M.S. student, 1998 – 2001
2. Dominic Crotty, BME M.S. student, 2004 – 2006
3. Christopher Zatwarnicki, Medical Physics M.S. student, 2006 – 2008
4. Erich Schnell, B.S., Medical Physics M.S. student, 2008 – 2010
5. Kelly McGrady, B.S., Medical Physics M.S. student, 2008 – 2010
6. Deep Mehtaji, B.S., Medical Physics M.S. student, 2008 – 2010
7. David Erickson, B.S., Medical Physics M.S. student, 2013 – 2015
8. Thomas Sauer, B.S., Medical Physics M.S. student, 2015 – 2017
9. Jeff Fenoli, B.S., Medical Physics M.S. student, 2016 – 2018
10. Xiaoning Liu, B.S., Medical Physics M.S. student, 2016 – 2018

**Post-doctoral mentorship**
*Duke University*
1. Nariman Majdi-Nasab, Ph.D., (Chest CAD), 2004 – 2006
      Mentored to receive funding from Prevent Cancer Foundation
2. Robert S. Saunders, Ph.D., (Image Quality, CAD), 2006 – 2008

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 111 of 127 PageID #: 1840
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 253 of 361   PageID 1414
E. Samei, 9/14/2018                                                                                         87

Mentored to receive funding from DOD and Komen Foundation
3.  Sam Richard, Ph.D., (Imaging Science), 2008 – 2010
        Mentored to receive funding from DOD, NIH, and Komen Foundation
4.  Greeshma Aghasta, Ph.D., (Imaging Simulation), 2015 – 2016
5.  Franscisco Ria, D.M.P., (Imaging Informatics), 2015 – 2016
6.  Davood Karimi, Ph.D., Ph.D. (Image Processing), 2018 –

**Medical physics residents**
*Duke University*
1.  Xiang Li, Ph.D., 2010 – 2013
        Mentored to receive funding from RSNA (Pediatric Dose)
2.  Joshua Wilson, Ph.D., 2011 – 2013
        Mentored to receive funding from SIIM (QC informatics)
3.  Yakun Zhang, M.S., 2013 – 2016
4.  Tamar Chighvinadze, M.S., 2015 – 2016
5.  Franscisco Ria, D.M.P., 2016 –

**Faculty and junior colleagues**
*Duke University*
1.  Anuj Kapadia, PhD, Duke University (Scatter Imaging), 2005 –
2.  Paul Segars, PhD, Duke University (Scatter Imaging), 2007 –
3.  Daniele Marin, MD, Duke University (Image Quality), 2008 –
4.  Robert Ike, MS, Duke University (Clinical Physics), 2009 – 2010
5.  Max Amurao, PhD, Duke University (Clinical Physics), 2010 – 2012
6.  David Bower, MD, PhD, Duke University (Clinical Physics), 2010 – 2013
7.  Olav Christianson, MS, Duke University (Clinical Physics), 2011 – 2015
8.  James Winslow, PhD, Duke University (Clinical Physics), 2011 – 2016
9.  Jeff Nelson, MHP, Duke University (Clinical Physics), 2011 –
10.  Josh Wilson, PhD, Duke University (Clinical Physics), 2013 –
11.  Jered Wells, PhD, Duke University (Clinical Physics), 2013 –
12.  Steve Mann, PhD, Duke University (Clinical Physics), 2015 –
13.  Aiping Ding, MS, Duke University (Clinical Physics), 2015 –
14.  Jusin Solomon, PhD, Duke University (Clinical Physics), 2016 –
15.  Yakun Zhang, MS, Duke University (Clinical Physics), 2017 –
16.  Scott Roberston, PhD, Duke University (Clinical Physics), 2017 –

**Radiology residents**
*Duke University*
1.  Sharon Turner, MD, Duke University (Ultrasound Quality), 2001 – 2003
2.  Matthew Lungren, MD, Duke University (Chest Display), 2009 – 2011
3.  Erica Berg, MD, Duke University (Mammography Display), 2010 – 2011
4.  Emily Eads, MD, Duke University  (Mammography Display), 2010 – 2011

**Medical and undergraduate students**
*Smith College*
1.  Esi Cleland, Physics B.S. student, 2005 (independent study)

*Duke University*
2.  Annahita Farshchi, BME B.S. student, 2004 (independent study)
3.  Stanton Stebbins, 3rd year M.D. student, 2004 – 2005 (co-advisor)
        At completion of thesis received James Palmer/Glaxo Smith Kline Scholarship
4.  Robert Jones, 3rd year M.D. student, 2006 – 2007 (co-advisor)
5.  Brian Jiang, 3rd year M.D. student, 2015 – 2016 (co-advisor)

E. Samei, 9/14/2018

88

## Teaching in Universities and Hospitals:

**Antioch University, McGregor School of Experimental Studies, Yellow Springs, OH**
Taught a graduate course in environmental health by correspondence, 1996

**The University of Michigan, Department of Nuclear Engineering and Radiological Sciences, Ann Arbor, MI**
Served as teaching assistant (TA), 1994 – 1996
 Nuclear Measurements Laboratory (taught by Glenn Knoll),
 Radiological Health Engineering Fundamentals graduate course (taught by K. Kearfoot)
Gave lectures, graded papers and lab reports, and assisted with graduate courses, 1995 – 1996
 Engineering Aspects of Radiology and Nuclear Medicine (taught by M.J. Flynn)
 Medical Health Physics (taught by K. Kearfoot)

**Henry Ford Health System, Department of Diagnostic Radiology, Detroit, MI**
Taught radiologic physics to graduate students and radiology residents, 1997 – 1998

**Medical University of South Carolina, Department of Radiology, Charleston, SC**
Chaired the steering committee for Medical Imaging Informatics graduate program, 1999 – 2000
Taught a graduate–level nuclear medicine course, 1999
Taught radiologic physics to radiology residents, 1999 – 2000
Mentored graduate students and radiology residents on research projects, 1998 – 2003

**Duke University and Duke University Medical Center, Departments of Radiology, Biomedical Engineering, ECE, and Physics, and Medical Physics Program, Durham, NC**
Taught radiologic physics to radiology residents, 2002 –
Director of the Diagnostic Physics course for radiology residents, 2004 – 2008
Duke review course, Instructor, 2013 –
Assisted with digital imaging research projects of graduate students, 2000 –
Mentored graduate, undergraduate, and medical students, residents, and postdocs, 2000 –
*Medical Physics Graduate Program:*
 Chaired the Medical Physics Program feasibility assessment committee, 2001 – 2003
 Member of the Medical Physics Program finance committee, 2003 – 2004
 Member of the Medical Physics Program steering committee, 2004
 Chaired the Medical Physics Program curriculum committee, 2003 – 2008
 Chaired the Medical Physics Program admission committee, 2004 – 2008
 Chaired the Medical Physics Program qualifying exam committee, 2004 – 2006
 Member of the Medical Physics Program Administrative Council, 2004 – 2010
 Director of Graduate Studies, Medical Physics Graduate Program, 2004 – 1010
 Ex-officio of the Medical Physics Program qualifying exam committee, 2006 – 2010
 Ex-officio of the Medical Physics Student Advisory Board, 2007 – 2010
 Overseer of the Medical Physics Program curriculum committee, 2008 – 2010
 Overseer of the Medical Physics Program admission committee, 2008 – 2010
 Chaired the Doctorate of Medical Physics curriculum committee, 2009 – 2010
 Faculty member of the Medical Health Physics Section, 2009 –
*Medical Physics Residency Program:*
 Chaired the Medical Physics Residency Program, 2010 –
*University-wide course:*
 Initiated Medical Physics Seminar series, 2000
 Taught Medical Physics Seminars (MP 251, BME 251/265), 2000 – 2006
 Co-taught Radiology in Practice (MP 338), 2008
 Co-taught Practicum on Monte Carlo Simulations (MP 326), 2010
 Taught Diagnostic Imaging Practicum (MP 339), 2010 –

        

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 113 of 127 PageID #: 1842
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 255 of 361   PageID 1416
E. Samei, 9/14/2018
89

**Educational workshops on CR/DR and PACS at community hospitals**
AnMed Health System, Anderson, SC, October 2002
Waccamaw General Hospital, Murrells Inlet, SC, January 2003
The Medical Center of Central Georgia, Macon, GA, April 2003
Nash Hospitals, Rocky Mount, NC, October 2003
Conway Medical Center, Conway, SC, January 2004
Oconee Memorial Hospital, Seneca, SC, April 2004

**<u>Teaching through Professional Organizations:</u>**

**August A. Fink Memorial Education Division (Fuji-sponsored educational forum)**
Annual CR and PACS Educational Forum, San Antonio, TX, 2000
    Taught courses on CR, PACS, and displays
Annual CR and PACS Educational Forum, Savannah, GA, 2001
    Taught courses on CR, PACS, and displays

**Society for Imaging Informatics in Medicine (SIIM, formerly SCAR)**
SCAR University, SCAR Annual Meeting, Philadelphia, PA, 2000
    Taught a course on PACS
SCAR University, SCAR Annual Meeting, Salt Lake City, UT, 2001
    Taught a course on PACS
SCAR University, SCAR Annual Meeting, Cleveland, OH, 2002
    Taught a course on medical displays

**International Society for Optical Engineering (SPIE)**
International Symposium on Medical Imaging, San Diego, CA, 2002
    Co-taught a course on Medical Image Display Metrology
International Symposium on Medical Imaging, San Diego, CA, 2006
    Directed a workshop on Measures of Physical Performance for X-ray Imaging Systems
International Symposium on Medical Imaging, Orlando, FA, 2011
    Directed a workshop on Radiation Dose

**American Association of Physicists in Medicine (AAPM)**
AAPM Annual Meeting, Salt Lake City, UT, 2001
    Taught Refresher Courses on PACS and displays
AAPM Annual meeting, Montreal, Canada, 2002
    Taught Refresher Courses on PACS and displays
AAPM International Scientific Exchange Program (ISEP), Cairo, Egypt, February 2003
    Regional Course on Advances in Diagnostic Radiology, Nuclear Medicine Physics, and
    Radiation Protection: Served on the faculty teaching digital and computed radiography,
    image processing and display, Picture Archiving and Communication System (PACS),
    and analog-to-digital transition
AAPM Spring Symposium of the Southeast Chapter, Pine Mountain, GA, 2003
    Gave two lectures on mammography displays
AAPM Annual Meeting, San Diego, CA, 2003
    Organized and directed a workshop on medical display quality
    Taught Refresher Courses on mammography displays and image quality metrology
AAPM Annual Meeting, Pittsburgh, PA, 2004
    Organized and directed a workshop on medical display quality
    Organized and directed an educational forum on succeeding as a young investigator
AAPM Summer School, Pittsburgh, PA, 2004

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 114 of 127 PageID #: 1843
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 256 of 361   PageID 1417
E. Samei, 9/14/2018                                                                                    90

Specifications, Performance Evaluation and Quality Assurance of Radiographic and Fluoroscopic systems in the Digital Era: Served on the organizing committee and faculty teaching digital radiography

AAPM Annual Meeting, Seattle, WA, 2005
Organized and directed a workshop on medical display quality
Organized and directed a continuing education course on digital imaging

AAPM Annual Meeting, Orlando, FL, 2006
Organized and directed a workshop on medical display quality

AAPM Spring Symposium, Southeast Chapter, Atlanta, GA, 2007
Organized and directed a 2-day symposium on digital imaging

AAPM 2007 Annual Meeting, Minneapolis, MN, 2007
Organized and directed a workshop on image quality measurements

AAPM Spring Symposium, Southeast Chapter, Atlanta, GA, 2012
Organized and co-directed (with Larry Marks, MD, UNC) a 2-day symposium on Quality, Safety and Compliance: How to address the triple challenge of modern imaging and therapy

AAPM 2014 Annual Meeting, Austin, TX, 2014
Organized and directed a 4-session symposium on Medical Physics 2.0
Organized and directed a symposium on risk associated with imaging exposures

AAPM 2017 Annual Meeting, Austin, TX, 2017
Organized and directed a 2-session symposium on Medical Physics 3.0

AAPM 2018 Annual Meeting, Nashville, TN, 2018
Organized and directed a symposium on the role of physics in diagnostic imaging

**Radiological Society of North America (RSNA) Annual Meetings**
RSNA Annual Meeting, Chicago, IL, 2002
Co-directed an 8-seesion Special Course on Digital Radiography
Taught Refresher Courses on CAD, displays, image quality, and optimization
Directed and moderated the AAPM/RSNA Equipment Selection Tutorial on PACS

RSNA Annual Meeting, Chicago, IL, 2003
Co-directed an 8-seesion Categorical Course on Advances in Digital Radiography
Taught Refresher Courses on detector performance and display quality
Taught RSNA Physics Tutorial on digital mammographic displays
Taught an IHE educational lecture on clinical relevance of image quality

RSNA Annual Meeting, Chicago, IL, 2004
Co-directed an 8-session Update Course on Advances in Digital Radiography
Taught Refresher Courses on mammography displays, DR technology, and detectors

RSNA Teaching and learning in Radiology Leadership Conference, Chicago, IL, 2005
Served on the faculty teaching perceptual learning

RSNA Annual Meeting, Chicago, IL, 2005
Co-directed an 8-session Update Course on Advances in Digital Radiography
Taught Refresher Courses on mammography displays, DR technology, and detectors

RSNA Annual Meeting, Chicago, IL, 2006
Co-directed a 4-session Mini-course titled From Image to Decision: Science and Technology for Effective Interpretation of Medical Images
Taught a Refresher Course on mammography displays
Taught a Refresher Course on PACS display QC

RSNA Annual Meeting, Chicago, IL, 2007
Co-directed a 4-session Mini-course titled From Image to Decision: Science and Technology for Effective Interpretation of Medical Images
Taught a Refresher Course on PACS display QC

RSNA Annual Meeting, Chicago, IL, 2008
Co-directed a 4-session Mini-course titled From Image to Decision: Science and Technology for Effective Interpretation of Medical Images

RSNA Annual Meeting, Chicago, IL, 2013

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 115 of 127 PageID #: 1844
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 257 of 361   PageID 1418
E. Samei, 9/14/2018                                                                                    91

Co-directed and taught an 8-session Categorical-course titled Medical Physics 2.0
RSNA Annual Meeting, Chicago, IL, 2014
 Co-directed and taught an 8-session Update-course titled Medical Physics 2.0
RSNA Annual Meeting, Chicago, IL, 2015
 Co-directed and taught an 8-session Update-course titled Medical Physics 2.0
RSNA Annual Meeting, Chicago, IL, 2016
 Co-directed and taught an 7-session Categorical-course on Advances in CT:
 Technologies, Applications, Operation
 Co-directed and taught a 4-session course titled Image Interpretation Science:
 Understanding What & How Radiologists See & Think
RSNA Annual Meeting, Chicago, IL, 2017
 Co-directed and taught an 7-session Update-course on Advances in CT: Technologies,
 Applications, Operation
 Co-directed and taught a refresher course on value-based care
RSNA Annual Meeting, Chicago, IL, 2018
 Co-directed and taught a 4-session course titled Image Interpretation Science:
 Understanding What & How Radiologists See & Think
 Co-directed and taught an 7-session Update-course on Advances in CT: Technologies,
 Applications, Operation

**European Commission Radiation Protection Research Program**
**Malmö Conference on Medical X-Ray Imaging**
Course on Monitors for Medical Images, Malmö, Sweden, 2004
 Co-taught a course on medical displays, technology, and testing

**European Congress of Radiology**
ECR 2006 Annual Meeting, Vienna, Austria, 2006
 Taught a Refresher Course on image quality in detectors and displays
ECR 2007 Annual Meeting, Vienna, Austria, 2007
 Taught a Refresher Course on display quality
ECR 2018 Annual Meeting, Vienna, Austria, 2018
 Taught a Refresher Course on image quality in CT
 Taught a Refresher Course on ACR Dose Index Registry

**UN International Atomic Energy Agency (IAEA)**
Regional course on radiation protection in cardiology, *Speaker*, Tehran, Iran, 2006
Regional course on digital technology and optimization, *Director*, Tehran, Iran, 2011
Regional course on Strengthening Radiation Protection of Patients and Medical Exposure
Control, *Director*, Durham, NC, 2016

**Leadership Training:**

**American Association of Physicists in Medicine (AAPM)**
AAPM Medical Physics Ledaership Academy Summer School 2016
 Co-proposed and initial organizer of the Summer School
 Taught excellence in communication

**International Students Incorportae (ISI)**
TRUE Ledaeership Conference, NC 2014
 Retreat faculty providing training on leadership, trust and excellence
TRUE Ledaeership Conference, PA, 2015
 Retreat faculty providing training on leadership, trust and excellence
TRUE Ledaeership Conference, PA, 2018
 Retreat faculty providing training on leadership, trust and excellence

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 116 of 127 PageID #: 1845
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 258 of 361   PageID 1419
E. Samei, 9/14/2018                                                                                          92

**Duke University**
Medical Physics Graduate Program Fall retreat, September 2016
        Retreat faculty providing training on leadership and communication

**MD Anderson Cancer Center, Houston, TX**
Imaging Physics Department, Faculty retreat, September 2017
        Directing a retreat on medical physics leadership and 3.0 Medical Physics in Practice


## AREAS OF RESEARCH INTEREST

| | |
|---|---|
| Thermoluminescent dosimetry for mixed radiation fields | 1993 – 1996 |
| Computed radiography | 1994 – 2001 |
| Dosimetry for I-131 outpatient therapy | 1997 – 1998 |
| Picture Archiving and Communication Systems (PACS) | 1998 – 2001 |
| Image quality metrology and clinical relevance | 1994 – |
| Quality control in radiological imaging | 1997 – |
| Medical displays | 1998 – |
| Ultrasound diagnosis of choroid plexus cysts in fetal ultrasound exams | 2001 – 2003 |
| Correlation Imaging (CI) for improved diagnosis of cancer | 2000 – |
| Reduced dose in pediatric CT | 2003 – |
| 2.5-3D high-speed x-ray imaging with flat-panel detectors | 2004 – |
| Development of molecular, nanoscale, x-ray-based imaging techniques | 2007 – |
| Development of CT quantitative imaging techniques | 2010 – |
| Translational clinical imaging physics (Medical Physics 2.0) | 2010 – 2015 |
| Translational clinical medical physics (Medical Physics 3.0) | 2016 – |


## EXTERNAL SUPPORT

### Grant summary:

| | |
|---|---|
| 13 | Federal grants as PI or Co-PI |
| 22 | Foundation and industry grants as PI or Co-PI |
| 7 | Federal grants as co-investigator |
| 4 | Foundation and industry grants as co-investigator |
| 46 | Total |

**Total grant support as PI:  $13,344,321**


### Federal Grants with Ehsan Samei as Principal Investigator:

1.   Title:     "Early detection of lung cancer via bi-plane correlation chest imaging"
     PI:        Ehsan Samei, PhD
     Agency:   NIH/NCI (R21-CA-091806)
     Period:    7/1/01 to 6/30/05
     Funding:  $303,323
     Goal:      The objective of this project is to investigate the feasibility of bi-plane
                correlation chest imaging for improving the early detection of lung cancer.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 117 of 127 PageID #: 1846
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 259 of 361   PageID 1420
E. Samei, 9/14/2018                                                                                      93

2.  Title:    "Resolution requirements for mammographic displays"
    PI:       Ehsan Samei, PhD
    Agency:   NIH/NCI (R21-CA-95308)
    Period:   7/1/03 to 6/30/06
    Funding:  $385,000
    Goal:     The goal of this project is to assess the impact of display resolution on the
              accuracy of mammographic interpretation, and to optimize the display quality
              of digital mammograms, leading to improved early detection, diagnosis and
              treatment of breast cancer.

3.  Title:    "Task-specific optimization of mammographic systems"
    PI:       Ehsan Samei, PhD (Pre-doctoral fellow, Robert Saunders)
    Agency:   DOD (W81XWH-04-1-0323)
    Period:   2/15/04– 2/14/07
    Funding:  $90,000
    Goal:     The purpose of this study is to develop a model that relates physical image
              quality metrics (resolution and noise) to the clinical utility of an image for the
              detection of masses and calcifications.

4.  Title:    "Bi-plane correlation imaging for early detection of lung cancer"
    PI:       Ehsan Samei, PhD
    Agency:   NIH/NCI (R01-CA109074)
    Period:   9/24/04 to 6/30/10
    Funding:  $1,116,594
    Goal:     The objective of this project is to develop a bi-plane correlation chest imaging
              for improving the early detection of lung cancer.

5.  Title:    "Early detection of breast cancer via multi-plane correlation breast imaging"
    PI:       Ehsan Samei, PhD (Pre-doctoral fellow, Amar Chawla)
    Agency:   DOD (W81XWH-06-1-0449)
    Period:   7/1/06– 6/30/09
    Funding:  $90,000
    Goal:     The purpose of the proposed research is to investigate optimal acquisition
              parameters for a multi-plane breast imaging system.

6.  Title:    "Simulation tools for 3D and 4D CT and dosimetry"
    Co-PI:    Ehsan Samei, PhD (with Paul Segars, PhD)
    Agency:   NIH/NCI (R01-EB001838)
    Period:   8/1/10 to 5/31/14
    Funding:  $1,657,835
    Goal:     The objective of this project is to develop patient specific models of human
              anatomy and device methodologies for patient-specific retrospective and
              prospective CT dosimetry.

7.  Title:    "Development of assessment and predictive metrics for quantitative imaging in
              chest CT"
    PI:       Ehsan Samei, PhD
    Agency:   NIH/RSNA (NHLBI-PB-EB-2010-159-JKS)
    Period:   5/1/11 to 10/31/12
    Funding:  $75,000
    Goal:     The aim of this sub-contracted grant is to develop predictive models for
              quantitative CT imaging based on phantom and theoretical techniques, and use
              the outcome to develop a calibration and verification method for quantitative
              applications.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 118 of 127 PageID #: 1847
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 260 of 361   PageID 1421
E. Samei, 9/14/2018                                                                            94

8.  Title:   "Computational adaptive X-ray imaging for explosive detection"
    PI:      Ehsan Samei, PhD (PI, X-ray Core), David Brady, PhD (Program project PI)
    Agency:  DHS (BAA 10-01 F075)
    Period:  10/01/11–9/31/14
    Funding: $1,156,502 ($7,020,000 for program project)
    Goal:    The purpose of the grant is to devise a new physical imaging technique for
             explosive detection for homeland security applications.  The subcontract
             focuses on the physical modeling of the system and development of the first
             prototype.

9.  Title:   "Methodology and reference image set for volumetric characterization and
             compliance"
    PI:      Ehsan Samei, PhD
    Agency:  NIH/RSNA
    Period:  10/1/14 to 9/30/15
    Funding: $67,255
    Goal:    The purpose of this project is to conduct a rigorous comparison of different
             methods for inserting lesions into CT images, and to offer a comprehensive set
             of phantom images and a publically available software system for addition of
             realistic lesions into any CT dataset for evaluation and validation of
             quantitative performance.

10. Title:   "Reference image set for quantitation conformance of algorithmic lesion
             characterization"
    PI:      Ehsan Samei, PhD
    Agency:  NIH/RSNA
    Period:  10/1/15 to 9/30/16
    Funding: $70,652
    Goal:    The purpose of this project is to establish the statistical similarity of real and
             phantom datasets for quantitative CT volumetry and establish a database of 100
             hybrid cases with realistic lesions for conformance of volume estimation
             algorithms.

11. Title:   "Methodology and reference image set for lesion characterization in terms of
             texture and morphology"
    PI:      Ehsan Samei, PhD
    Agency:  NIH/RSNA
    Period:  10/1/16 to 9/30/17
    Funding: $68,743
    Goal:    The objective of the project is to develop hybrid clinical CT images containing
             virtual lesion models with known-exactly morphology and texture. This
             database will be used to investigate the accuracy of lesion quantification in
             terms of texture and morphology, thereby extending quantitative CT beyond
             lesion volumetry.

12. Title:   "Simulation tools for 3D and 4D CT and dosimetry"
    Co-PI:   Ehsan Samei, PhD (with Paul Segars, PhD)
    Agency:  NIH (2R01EB001838-09A1 competing renewal)
    Period:  4/1/15 to 3/31/19
    Funding: $2,760,389
    Goal:    The objective of this project is to develop patient specific models of human
             anatomy and device methodologies for patient-specific retrospective and
             prospective CT dose and quality estimation with particular focus on tissue
             texture and contrast dynamics.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 119 of 127 PageID #: 1848
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 261 of 361   PageID 1422
E. Samei, 9/14/2018                                                                                    95

13. Title:   "Precision cardiac CT: Development of a computational platform for optimizing imaging"
    PI:     Ehsan Samei, PhD (with Paul Segars, PhD)
    Agency:  NIH R01-HL131753
    Period:  1/1/17 to 9/30/20
    Funding:  $2,670,413
    Goal:   The goal of this project is to develop, validate, and distribute a suite of simulation tools to run virtual clinical trials in dynamic cardiac CT imaging, and to demonstrate its first application in the assessment of coronary stenosis.

### Foundation and Industry Grants with Ehsan Samei as Principal Investigator:

1. Title:   "Effect of the local background variation on the detection of subtle lung nodules in digital chest radiographs"
    PI:     Ehsan Samei, PhD
    Agency:  Henry Ford Health Sciences Center
    Period:  12/1/97 to 10/1/98
    Funding:  $9,000
    Goal:   The goal of this project was to assess the influence of anatomical variations on the detection of lung nodules in chest radiographs.

2. Title:   "Low-dose radiographic imaging for neonatal applications"
    PI:     Ehsan Samei, PhD
    Agency:  Varian Medical Systems
    Period:  10/1/99 to 1/1/01
    Funding:  $31,000
    Goal:   The goal of this project was to evaluate the performance of an "indirect" solid-state digital radiographic system for neonatal applications.

3. Title:   "Advanced x-ray imaging"
    PI:     Ehsan Samei, PhD
    Agency:  Varian Medical Systems
    Period:  8/1/04 -
    Funding:  $120,000 equivalent
    Goal:   This project involves assessing the utility of a high-speed flat-panel digital radiographic detector fro advanced imaging applications particularly Correlation Imaging.

4. Title:   "Neonatal chest phantom for computed radiography testing"
    PI:     Ehsan Samei, PhD
    Agency:  GAMMEX (Subcontract from a NIH STTR grant)
    Period:  1/10/05-12/31/06
    Funding:  $13,258
    Goal:   The long-term goal is to develop a new class of neonatal phantoms and objective system performance tools for use in digital radiographic systems.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 120 of 127 PageID #: 1849
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 262 of 361   PageID 1423
E. Samei, 9/14/2018                                                                          96

5.  Title:    "Biplane correlation imaging for early detection of breast cancer"
    PI:       Ehsan Samei, PhD (Post-doctoral fellows, Robert Saunders and Sam Richard)
    Agency:   Komen Foundation (PDF0600558)
    Period:   5/1/06-4/30/09
    Funding:  $135,000
    Goal:     The purpose of this study is to develop and evaluate a biplane computer-assisted detection (CAD) scheme for improving the early detection of breast cancer mammograms.

6.  Title:    "Medical displays"
    PI:       Ehsan Samei, PhD
    Agency:   Eizo Nanao Corporation
    Period:   7/1/06-6/30/08
    Funding:  $30,000
    Goal:     The research aims to optimize the ambient lighting conditions for medical displays based on the adaptations properties of the human visual system.

7.  Title:    "Stereo imaging as a new technique in early detection of breast cancer"
    PI:       Ehsan Samei, PhD
    Agency:   Cancer Research and Prevention Foundation
    Period:   7/15/06-7/14/08
    Funding:  $80,000
    Goal:     The study aims to develop a stereo imaging technique for improved diagnosis of breast cancer using display as well as computational techniques.

8.  Title:    "Stereoscopic medical display"
    PI:       Ehsan Samei, PhD
    Agency:   Planar Systems
    Period:   11/1/06-12/30/07
    Funding:  $50,000 equivalent
    Goal:     The study aims to assess the utility of stereoscopic display of breast and chest radiographic systems using a state-of-the-art planar stereoscopic display.

9.  Title:    "Image quality assurance in digital radiography"
    Co-PI:    Ehsan Samei, PhD (with James Dobbins. PhD)
    Agency:   Carestream Health, Inc
    Period:   7/1/09-6/30/11
    Funding:  $256,000
    Goal:     The study aims to evaluate and develop an automated quality assessment method for clinical digital chest radiographs.

10. Title:    "Assessing the clinical utility of CT protocols"
    PI:       Ehsan Samei, PhD
    Agency:   General Electric
    Period:   4/1/10-3/31/11
    Funding:  $82,160
    Goal:     The study aims to develop a methodology to optimize CT image acquisition and processing protocols.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 121 of 127 PageID #: 1850
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 263 of 361   PageID 1424
E. Samei, 9/14/2018                                                                                97

11.   Title:     "DQE Measurement of DRX-1C"
      Co-PI:     Ehsan Samei, PhD (with James Dobbins. PhD)
      Agency:    Carestream Health, Inc
      Period:    7/1/10-6/30/11
      Funding:   $15,000
      Goal:      The study aims to assess the DQE of a new portable DR system in comparison
                 to competing technologies.

12.   Title:     "Clinical evaluation of AutokV dose optimization scheme in pediatric and
                 adult patients"
      PI:        Ehsan Samei, PhD
      Agency:    Siemens Medical Solutions
      Period:    11/1/10-10/30/12
      Funding:   $80,000
      Goal:      The study aims to evaluate and optimize a new Auto-kV CT protocol technique
                 for improved image quality and reduction of patient dose.

13.   Title:     "Optimization of protocols employing advanced reconstruction algorithms"
      PI:        Ehsan Samei, PhD
      Agency:    General Electric
      Period:    10/21/11-10/21/12
      Funding:   $91,288
      Goal:      The grant aims to develop task specific metrics of image quality, calibrated
                 with clinical data, for optimization of CT protocols utilizing iterative
                 reconstructions.

14.   Title:     "Clinical residency education in imaging"
      PI:        Ehsan Samei, PhD
      Agency:    RSNA and AAPM
      Period:    7/1/11-6/30/13
      Funding:   $33,500
      Goal:      The training grant aims to support the establishment of a clinical residency
                 program in diagnostic imaging physics.

15.   Title:     "Image quality in digital radiography"
      PI:        Ehsan Samei, PhD
      Agency:    Carestream Health, Inc
      Period:    1/1/12-12/30/13
      Funding:   $150,000
      Goal:      The study aims to validate and implement an automated image quality
                 assessment method for clinical digital chest radiographs.

16.   Title:     "Evaluation and optimization of iterative reconstruction methods"
      PI:        Ehsan Samei, PhD
      Agency:    Siemens Medical Solutions
      Period:    5/1/12-4/30/14
      Funding:   $199,680
      Goal:      The study aims to evaluate and optimize the latest iterative reconstruction
                 techniques aimed to reduce radiation dose in CT.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 122 of 127 PageID #: 1851
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 264 of 361   PageID 1425
E. Samei, 9/14/2018                                                                                          98

17.  Title:     "Advancement and effective implementation of dose and risk monitoring systems"
     PI:        Ehsan Samei, PhD
     Agency:    General Electric
     Period:    1/1/14-3/30/17
     Funding:   $297,908
     Goal:      The study aims to establish the most effective implementation of dose monitoring in a clinical operation in terms of best metrics to monitor and how to use the gained knowledge towards quality improvement.

18.  Title:     "Imaging physics residency"
     PI:        Ehsan Samei, PhD
     Agency:    RSNA and AAPM
     Period:    7/1/14-6/30/17
     Funding:   $140,000
     Goal:      The training grant aims to support the continued support of the clinical residency program in diagnostic imaging physics at Duke University.

19.  Title:     "Hybrid methods for IR trials and optimization"
     PI:        Ehsan Samei, PhD
     Agency:    Siemens Medical Solutions
     Period:    5/1/14-4/30/17
     Funding:   $238,640
     Goal:      This project aims to develop a platform by which image quality can be quantified using hybrid images consisting of clinical cases with added realistic pathologies and added noise.

20.  Title:     "Effective utilization of advanced CT technologies"
     PI:        Ehsan Samei, PhD
     Agency:    Siemens Medical Solutions
     Period:    9/1/15-1/30/19
     Funding:   $396,181
     Goal:      This project involves the integration of three interrelated initiatives that define the quality and optimization of advanced CT systems pertaining effective use of contrast media, the temporal performance of CT in cardiac imaging, and the relevance of anatomical texture in CT metrology and performance.

21.  Title:     "Optimal design of CT protocols based on task-based image quality"
     PI:        Ehsan Samei, PhD
     Agency:    Siemens Medical Solutions
     Period:    10/1/17-9/30/20
     Funding:   $317,600
     Goal:      The goal of this project is to integrate an image quality metrology for optimum design of CT protocol.

22.  Title:     "Design for systematic consistency of quality and dose in contrast enhanced CT"
     PI:        Ehsan Samei, PhD
     Agency:    Bracco Imaging, SPA
     Period:    9/1/18-8/30/20
     Funding:   $238,400
     Goal:      The goal of this project is to perform a systematic characterization and optimization of contrast material administration on imaging metrics of dose and image quality in iodine-based contrast enhanced CT.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 123 of 127 PageID #: 1852
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 265 of 361   PageID 1426
E. Samei, 9/14/2018                                                                        99

**Federal Grants with Other Principal Investigators:**

1.  Title:      "Simultaneous emission and transmission mammotomography"
    PI:         Martin Tornai, PhD
    Agency:     NIH/NCI (R01 CA096821)
    Period:     7/1/02 – 6/30/07
    Funding:    $2,558,132
    Goal:       The goal of this proposal is to develop a hybrid, dual-modality x-ray computed tomography and single photon emission computed tomography (SPECT) scanner for dedicated breast and axillary imaging.

2.  Title:      "Mammography workstation (Phase I)"
    PI:         Guy Besson, PhD
    Agency:     Fischer Imaging Corporation (consultation on a NIH R44, Phase I grant)
    Period:     9/1/02 – 3/30/03
    Funding:    $99,623
    Goal:       The goal of this proposal is to assess the feasibility of the use of a 9-megapixel color LCD display for digital mammography.

3.  Title:      "Mammography workstation (Phase II)"
    PI:         Ananth Poolla, MS
    Agency:     Fischer Imaging Corporation (consultation on a NIH R44, Phase II grant)
    Period:     8/1/04 – 1/30/06
    Funding:    $1,224,749
    Goal:       The goal of this proposal is to develop a digital mammography display based on a 9-megapixel color LCD display for digital mammography.

4.  Title:      "Dose and image quality in adult and pediatric CT"
    PI:         Walter Huda, PhD
    Agency:     Research Foundation of SUNY (consultation on a NIH R01-EB000460 grant)
    Period:     8/1/04 – 7/31/07
    Funding:    $823,446
    Goal:       The goal of this proposal is to assess the relationship between radiation dose and image quality in CT examinations via observer studies and model calculations.

5.  Title:      "Information-theoretic based CAD in mammography"
    PI:         Georgia Tourassi, PhD
    Agency:     NIH/NCI (R01 CA101911)
    Period:     1/21/05-12/31/10
    Funding:    $1,226,600
    Goal:       The purpose of this study is to develop and evaluate a computer-assisted detection (CAD) scheme for improving the clinical detection of breast masses in screening mammograms.

6.  Title:      "Tomosynthesis for improved breast cancer detection"
    PI:         Joseph Lo, PhD
    Agency:     NIH/NCI (R01-CA112437)
    Period:     6/20/06–3/31/10
    Funding:    $1,323,573
    Goal:       The purpose is to develop digital tomosynthesis to improve the detection of breast cancers. The aims are optimizing digital mammography and tomosynthesis acquisition, creating visualization tools, prospective pilot studies to evaluate radiologist performance, and computer-aided detection.

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 124 of 127 PageID #: 1853
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 266 of 361   PageID 1427
E. Samei, 9/14/2018                                                                                    100

7.   Title:     "Cross-disciplinary training in medical physics"
     PI:        James Dobbins, PhD
     Agency:    NIH/NIBIB (T32 EB007185)
     Period:    7/01/07–6/31/12
     Funding:   $751,006
     Goal:      The purpose of the grant is to train doctoral students in cross disciplinary fields
                of medical physics.


**Foundation and Industry Grants with Other Principal Investigators:**

1.   Title:     "Pediatric CT"
     PI:        Donald Frush, MD
     Agency:    GE Medical Systems
     Period:    1/1/03  – 12/30/07
     Funding:   $240,000
     Goal:      This projects aims to develop a diagnostic basis for dose reduction in pediatric
                CT exams.  It involves assessing the utility of a high-speed flat-panel digital
                radiographic  detector  fro  advanced  imaging  applications  particularly
                Correlation Imaging.

2.   Title:     "Digital tomosynthesis mammography"
     PI:        Joseph Lo, PhD
     Agency:    Siemens Medical Systems
     Period:    10/1/03 - 9/30/06
     Funding:   $90,000
     Goal:      This project investigates the physical performance of the Siemens digital
                mammography system, optimize the radiographic technique, and investigate
                breast tomosynthesis.

3.   Title:     "Contrast enhanced dual energy breast tomosynthesis"
     PI:        Joseph Lo, PhD (Ehsan Samei, PhD, lead scientist)
     Agency:    Siemens Medical Systems
     Period:    1/1/11 - 12/30/12
     Funding:   $90,000
     Goal:      This project develops a dual energy breast tomosynthesis imaging system for
                improved detection of breast cancer.

4.   Title:     "Precision cardiac CT: Development of a computational platform for
                optimizing imaging"
     PI:        Paul Segars, PhD
     Agency:    Duke University Bridge Funding
     Period:    1/1/16 to 12/30/16
     Funding:   $100,000
     Goal:      The goal of this project is to take a first piolot step towards developing a suite
                of simulation tools to run virtual clinical trials in dynamic cardiac CT imaging,
                and to demonstrate its first application in the assessment of coronary stenosis.


## MEDICAL CENTER SUPPORT ACTIVITIES

*Prior Activities*
Physics QA committee, Department of Radiology, 2000 – 2006
Organizer of the Medical Physics Seminar series, 2000 – 2003

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 125 of 127 PageID #: 1854
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 267 of 361   PageID 1428
E. Samei, 9/14/2018                                                                      101

Developed the Medical Image Display and Perception Lab at Duke University, 2000 – 2004
Chaired the Medical Physics Program feasibility assessment committee, 2001 – 2003
Participated in the Diagnostic Physics course for radiology residents, 2002 – 2004
Member of the Medical Physics Program finance committee, 2003 – 2004
Member of the Medical Physics Program steering committee, 2004
Chaired the Medical Physics Program curriculum committee, 2003 – 2009
Co-organizer of the Medical Physics Seminar series offered as BME 265, 2003 – 2006
Director of the Diagnostic Physics course for radiology residents, 2004 – 2008
Developed the Advanced X-ray Imaging Laboratory at Duke University, 2004
Director of Graduate Studies, Medical Physics Graduate Program, 2004 – 2011
Member of the Medical Physics Program Administrative Council, 2004 – 2011
Member of the Executive Committee, Duke CT Institute, 2007 – 2011
Image Response Assessment Team, Duke Comprehensive Cancer Center, 2007 – 2011
Duke Breast SPORE Leadership Committee, 2010 – 2011
Duke Cancer Center Oncology/Imaging Steering Committee, 2011 – 2012
Duke Cancer Center and Duke Medical Pavilion Transition Team, 2011 – 2013
Duke Medical Pavilion CT Surgical Operation Committee, 2011 – 2013
Radiology Leadership Committee on Strategic Planning Review, 2012
Radiology Key Performance Indicators (KPI) Committee on Education, 2012 – 2014
Radiology Key Performance Indicators (KPI) Committee on Research, 2012 – 2014
Radiology Key Performance Indicators (KPI) Committee on Quality and Safety, 2012 – 2014
Radiology Clinical Management Committee (CMC), 2012 – 2014

*Current Activities*
Radiology Academic Tenure and Promotion Committee, 2009 –
Duke Primary Care Radiation Safety Committee, 2011 –
Radiology Quality and Safety Committee, 2011 –
Radiology Executive Committee (REC), 2013 –


## CLINICAL ACTIVITIES

**Henry Ford Health System, Department of Diagnostic Radiology, Detroit, MI**
Medical Physics Fellow, 1997 – 1998
- Provided mentored clinical medical physics support for CT, nuclear medicine, radiography, fluoroscopy, ultrasound, radiation protection, MR, and mammography

**Medical University of South Carolina, Department of Radiology, Charleston, SC**
Assistant Professor and Clinical Physicist, 1998 – 2000
- Lead clinical physicist for clinical operations in nuclear medicine, digital radiography, PACS, and display
- Technical Director of Radiology Informatics and PACS

E. Samei, 9/14/2018                                                                                    102

**Duke University Medical Center, Durham, NC**
**Clinical Imaging Physics Group (CIPG)**
Chief Physicist, 2008 –

- Founded CIPG as a pioneering enterprise towards high quality, low-dose, efficient, and compliant setup and clinical operation of medical imaging systems, techniques, and applications. The objective of the operation is to provide clinical physics support that is scientifically-informed, clinically-relevant, pragmatic in the meaningful and efficient use of resources, and integrated within the clinical operation.

- Supported activities include characterization of inherent properties of imaging equipment (acceptance testing, quality control, accreditation), trouble shooting, and purchase specification, but also significant focus on the new areas of protocol definition, operational optimization, quantitative imaging, and retrospective monitoring and evaluation of clinical performance (dose and clinical image quality).

- Areas supported include CT, nuclear medicine, radiography, fluoroscopy, ultrasound, radiation protection, IT, PACS, MR, and mammography.

- Developed and implemented a comprehensive issue reporting and tracking system for imaging operation (Duke Tracker)

- Developed and implemented a comprehensive in-house dose tracking system (Dose Monitor) – the patient size tracking of this initiative was implemented by the ACR Dose Index Registry

- Initiated a new program to monitor individual image quality of clinical images for radiography and CT

- Developed and implemented a comprehensive QC database system across imaging equipment at Duke University

- Developed and implemented automated QC image data analysis system with tracking and notification capabilities for physics operation at Duke University

- Spearheaded and achieved National Cancer Institute Center of Quantitative Imaging Excellence (NCI-CQIE) status for Duke University

- Facilitated the ACR accreditation for all major imaging operations at Duke

Case 1:20-cv-00352-JLH   Document 69-3   Filed 06/15/23   Page 127 of 127 PageID #: 1856
Case 3:18-cv-00250-K   Document 137-1   Filed 09/17/18   Page 269 of 361   PageID 1430
E. Samei, 9/14/2018                                                                                        103

**PERSONAL INFORMATION**

| | |
|---|---|
| **Home address:** | **Telephone number:** |
| 707 Greenwood Road | (919) 338-2033 |
| Chapel Hill, NC 27514 | |

**Marital status:**          Married

**Name of spouse:**          Maija Bell Samei**,** Ph.D. (Chinese Literature)

**Children:**                Mina Elisabet Samei; born 1999
                             Mateen Elliot Samei; born 2001
                             Mitra Elina Samei; born 2004
                             Maryam Edna Samei; born 2004

**Community activities:**    Numerous church and community volunteer activities:
                             leadership roles, and offices held (for example, member of
                             the Board of Directors of the Iranian Cultural Society of
                             North Carolina, Sunday School teacher, etc.)

**Hobbies:**                 Classical music, photography, running