# EXHIBIT E



**Applied Artificial Intelligence**

ISSN: 0883-9514 (Print) 1087-6545 (Online) Journal homepage: https://www.tandfonline.com/loi/uaai20

# Automated extraction of welds from digitized radiographic images based on mlp neural networks

T. Warren Liao & K. Tang

**To cite this article:** T. Warren Liao & K. Tang (1997) Automated extraction of welds from digitized radiographic images based on mlp neural networks, Applied Artificial Intelligence, 11:3, 197-218, DOI: 10.1080/088395197118226

**To link to this article:** https://doi.org/10.1080/088395197118226

Published online: 26 Nov 2010.

Submit your article to this journal

Article views: 108

View related articles

Citing articles: 1 View citing articles

# AUTOMATED EXTRACTION OF WELDS FROM DIGITIZED RADIOGRAPHIC IMAGES BASED ON MLP NEURAL NETWORKS

### T. WARREN LIAO
Department of Industrial and Manufacturing Systems Engineering, Louisiana State University, Baton Rouge, Louisiana, USA

### K. TANG
Department of Information Systems and Decision Sciences, Louisiana State University, Baton Rouge, Louisiana, USA

*It is desired to automate inspection of welding flaws. Automated extraction of welds forms the first step in developing an automated weld inspection system. This article presents a multi-layered perceptron (MLP) based procedure for extracting welds from digitized radiographic images. The procedure consists of three major components: feature extraction, MLP-based object classification, and postprocessing. For each object in the line image extracted from the whole image, four features are defined: the peak position ($x_1$), the width ($x_2$), the mean square error between the object and its Gaussian intensity plot ($x_3$), and the peak intensity ($x_4$). Fifty-one training samples were used to train MLP neural networks. The training of MLP classifiers is discussed. Trained MLP neural networks are subsequently used to test unlearned feature patterns and to identify whether the patterns are welds or not. Postprocessing is performed to remove noises (misclassified nonweld objects) and restore the continuity of weld line (discontinuity due to missed weld objects). Test results show that the procedure can successfully extract all welds (100%) from 25 radiographic images.*

Welded structures often must be tested nondestructively, particularly for critical applications where weld failure can be catastrophic, such as in pressure vessels, load-bearing structural members, and power plants. Radiographic testing (RT) is one of many nondestructive evaluation testing techniques (NDT) commonly used to inspect the quality of welded joints. Conventionally, a radiographic weld image is produced by permitting the X- or gamma-ray source to penetrate the welded

Received September 1995; revised 23 September 1996.

The authors acknowledge the supports of Lockheed Martin Manned Space Systems and the Board of Regents, State of Louisiana through grant LEQSF(1994–96) RD-B-06. The authors also thank the anonymous reviewers for their helpful comments.

Address correspondence to T. Warren Liao, Department of Industrial and Manufacturing Systems Engineering, Louisiana State University, Baton Rouge, LA 70803, USA.

Applied Artificial Intelligence, 11:197–218, 1997
Copyright © 1997 Taylor & Francis
0883-9514/97 $12.00 + .00

197

component and expose a photographic film. Film radiography produces "negative" images, which are usually viewed and inspected in "static" mode using a view box.

Today, real-time radiography (radioscopy) has established itself as a useful and reliable NDT (Chiotakis, 1987). Real-time radiography uses X- or gamma-radiation, as does conventional film radiography, to produce a visual volumetric image of an object. Unlike film radiography, real-time radiography normally presents a "positive" image. Real-time radiography allows the examination of welds in many different views, which is a major advantage over film radiography. Moreover, real-time radiography enables more efficient management of radiographic inspection data. Fortunately, digital radiography systems (digitizers) are currently available for digitizing radiographic film images without losing the useful information captured in the original radiograph (Graeme et al., 1990).

Human interpretation of weld quality based on film radiography or digitized radiographic weld images, obtained either by real-time radiography or digitizing film radiography, is a very subjective, inconsistent, labor intensive, and sometimes biased process. On the other hand, it is believed that automated weld inspection, if successfully developed, will be more objective, consistent, and productive. Gayer et al. (1990) described a two-step method for the automatic inspection of welding defects from real-time radiography. The first step is a fast search for defective regions. The second step is the fine identification and location of defects. The Advanced Quality Technology Group of Lockheed Martin Manned Space Systems has supported three research projects related to computer-aided or automated inspection of the Space Shuttle external tank welds. The first project (Yeh et al., 1988) proposed a computer-assisted X-ray film interpretation system, which consists of five major elements: the *knowledge base,* the *image processing* module, and the *flaw classifier,* the *image database management* module, and the *control* module. This project processed only small selected areas of welds of $128 \times 128$ pixels or $256 \times 256$ pixels per 2 in$^2$. Many details of the proposed system were not implemented. The second project (Basalt & Xu, 1991) developed an image processing package called Weld Flaw Detector. Based on a test of 24 images, the Detector could not find the weld areas in two of these images, and concluded "uncertainty" for 12 images (6 good and 6 flawed) and 1 false alarm. The weld area was located by using a 21-step procedure. The third project (Cloud et al., 1992) utilized Geometric Arithmetic Parallel Processor (GAPP) chips and an image processing operator, known as the Multielement Prescreener, to directly process 5,000 pixel by 6,000 line images. The detection algorithm was followed by a weld detector algorithm to mask out all detections outside the weld area. The weld detection algorithm was a weak gradient detector, which looks for very slow increases in intensity. The entire system was tested with 25 images and concluded to have an overall detection performance of 66.5% for flaws ranging from 0.01 to >2.5 inch. The false alarm rate was not analyzed, but a recommendation to improve the weld detector algorithm to eliminate out-of-weld detections was noted.

As a continuation of the above-mentioned research efforts, a project is currently being conducted at Louisiana State University for the development of an automated weld inspection system. The system under development consists of two major components: weld extraction and flaw detection. Since only the items within a weld are of interest, welds (four in total) are first automatically extracted from the image before applying flaw detection algorithms. This article presents a neural-network-based approach for extracting welds from digitized radiographic images, which forms the first part of the system.

The remainder of the article is organized as follows. The acquisition of radiographic images is explained in the next section. The procedure for weld extraction, including feature extraction, multilayered perceptron (MLP) neural-network-based classification, and postprocessing, is then described. This is followed by the discussion of test results. Finally, the conclusions are given.

## IMAGE ACQUISITION

X-ray film strips of about 3.5 inches wide by 17 inches long are digitized four at a time using the NDT SCAN II digitizer (Graeme et al., 1990). Four strips are laid on the digitizer with the scan direction orthogonal to the long axis of the strips. The strips are digitized at 70-$\mu$m resolution (about 7 line pair (1p)/mm) to produce 5,000 pixel by 6,000 line images. This results in large X-ray images (30 million pixels) that must be processed to find anomalies in welds. Along with each 5,000 pixel by 6,000 line image, a downsampled image 20 times smaller (250 pixels by 300 lines) is also produced. Each pixel has 12 bits. The digitized images are all stored in VICOM file format. The images contain reference objects to identify positions in the welds or to calibrate the X-rays. These objects include rulers, penatrometers, densitometers, identification letters, space between weld strips, etc. Only the items within a weld are of interest.

Twenty-five probability-of-detection (POD) tapes, originally prepared for the project conducted by Lockheed Martin Electronics, Information and Missiles Group for Lockheed Martin Manned Space Systems, are used in this study. Each POD tape consists of a full-size image and a downsampled image. Each POD tape is designated with a number. For instance, POD7 is the seventh tape of the POD data set. The POD test was designed to produce the data from which a POD curve as a function of the object's size can be produced. It is intended to give a first measure of the confidence that objects of a particular size have been found.

The 250 pixel by 300 line downsampled images are used for weld extraction to reduce the amount of data needed to be processed, thus shortening the processing time. The downsampled images of POD1, POD2, POD3, and POD4, called images 1, 2, 3, and 4, are shown in Figure 1 as examples. Each image contains exactly four welds. All welds provided are straight, with different widths. Some are intentionally



(*a*) Image No. 1

(*c*) Image No. 3

(*b*) Image No. 2

(*d*) Image No. 4

**Figure 1**.  Sample radiographic weld images.

curved and are used to develop and test the proposed procedure. Figure 2 shows the curved welds of POD1 and POD4.

## WELD EXTRACTION PROCEDURE

The extraction of welds from radiographic images is an image segmentation problem. There are at present a wide variety of image segmentation techniques available (Zenzo, 1983; Haralick & Shapiro, 1985; Pal & Pal, 1993). To examine the applicability of a simple thresholding technique, the histograms of the images in Figure 1 are prepared as shown in Figure 3. The histograms reveal that the gray levels of some welds overlap with the gray levels of gaps between two adjacent film strips. There are no threshold values that can be selected to extract welds cleanly. Figure 4 shows the segmented results after applying multilevel thresholding to image 2 in Figure 1.

Figure 4*a* was obtained by setting pixels with gray levels <25 and >50 to zeros. Note that these threshold values do not extract welds completely, especially the second weld from left. By increasing the upper threshold value from 50 to 110, almost all welds are extracted but not without other noises (i.e., gaps between films), as shown in Figure 4*b*. This implies that using gray level alone is not sufficient to extract welds.



(*a*)          (*b*)

**Figure 2**.  Images of curved welds from images (*a*) 1 and (*b*) 4 in Figure 1.



(*a*) Image No. 1

(*c*) Image No. 3

(*b*) Image No. 2

(*d*) Image No. 4

**Figure 3.** Histograms of sample images in Figure 1.

The MLP-based weld extraction strategy proposes that instead of the whole image, one line image is shown at a time with the consideration of not only gray level but also the shape and the location of objects. For each line image, features relevant to weld identification are first extracted and then recognized by a pretrained MLP-based pattern classifier. The objective of the classifier is to extract welds in such a way that most weld objects are correctly recognized and a minimum number



(a)                                              (b)

Figure 4. Resulting images after applying multilevel thresholding to image 2 at (a) 25 and 50 and (b) 50 and 110.

of nonweld objects are misclassified. Since it is nearly impossible to have a classifier that can recognize weld objects 100% correctly without any false alarms, a post-processing operation is needed to remove noise and restore the continuity of the weld line due to misclassification. The welds can then be extracted.

Details of feature extraction, MLP-based classification, and postprocessing are given below.

## Feature Extraction

In order to distinguish welds from nonwelds, features with discriminating capability must be identified. In this study, features are determined using the "eyeball" technique based on the observation of intensity plots of line images. Figure 5 shows a sample intensity plot of a line image at y = 299 taken from image 2 in Figure 1. Note that the intensity plot of a weld generally (but not always) is more Gaussian-like than the other objects. Four features are thus defined for each object in a line image: the peak position ($x_1$), the width ($x_2$), the mean square error (MSE) between the object and its Gaussian intensity plot ($x_3$), and the peak intensity ($x_4$).

The feature extraction program consists of three major steps. First, a peak detection algorithm is used to detect objects in a line image. For each detected object the peak intensity and the peak position are obtained. Second, a trough detection algorithm is applied to find the troughs associated with each of the objects previously

Intensity Plot at y=299
Gray Level
107
81
61
41
21
1
0
50
100
150
200
249

Figure 5. Intensity plot of the line image at $y = 299$ of image 2 in Figure 1.

detected. After finding the troughs, the width of the object is calculated. Third, the MSE between the intensity plot of each object and its Gaussian is computed. The feature extraction program is developed using the Khoros software package (Konstantinides & Rasure, 1994) installed on a SUN SPARC5 workstation. A data conversion from VICOM to VIF format was performed on all images to enable their processing in the Khoros environment. Details of the peak (trough) detection algorithm and the MSE calculation procedure are provided below.

*Peak (trough) detection*

Peaks (troughs) are detected by watching for sign changes in the slope of the line image: slope $= f(x) - f(x-1)$. The number of peaks (troughs) detected is affected by the window size used. Window size indicates the number of steps on both sides of a point that must be monotonically increasing or decreasing before the point will be counted as a peak or trough. The smallest window size is 1. Increasing the window size will tend to reduce the number of peaks (troughs) found. A larger window size is thus often used for "smoothing" the data. If a flat peak is encountered, the last point of the flat area will be assigned as the peak position.

Peak detection is applied to identify the objects in a line image. The window size is chosen to be 2, which is large enough to prevent identifying a local variation as a peak and small enough to identify every weld as a peak. This value is selected

on the basis of the observation that the smallest width of welds is at least 10 pixels wide.

Trough detection is applied to find all the troughs in a line image using the smallest window size, i.e., 1. For each peak identified in peak detection, a pair of troughs symmetric to the peak is found. This is achieved by first locating the closest trough to the peak, which is considered to be one of the troughs associated with the peak. Once one of the troughs has been located, the other trough can be easily determined. If the located trough is on the left-hand side (right-hand side) of the peak, the other trough is determined by adding (subtracting) the distance between the closest trough and the peak to (from) the peak position.

*Similarity between an object and its Gaussian*

The similarity between the intensity plot of each object and its Gaussian is defined in terms of MSE. The object with a smaller MSE is more Gaussian-like. Since the intensity plot of a weld generally looks more Gaussian-like than other objects, the object with the lowest MSE is tentatively identified as the weld. For comparing the MSEs of objects, a normalization operation is performed on each object by dividing the intensity of each pixel by the summation of the intensities of all the pixels belonging to the object (bounded by its left and right troughs).

The normalized Gaussian intensity plot of an object centered at $x = X$ has the following mathematical function:

$$f(x) = \frac{1}{\sigma \sqrt{2\pi}} \, e^{-(x - X)^2 / 2\sigma^2} \tag{1}$$

where $\sigma$ is the width parameter of the object. When $x = X$, the function is equal to $1/\sigma\sqrt{2\pi}$. The function is symmetric about $x = X$, since it has the same value for $(x - X)$ and $-(x - X)$. As $x$ moves away from $X$ in either direction, $x^2/2\sigma^2$ increases, quickly if $\sigma$ is small, more slowly if $\sigma$ is large. This results in a wide curve for large $\sigma$ and a narrow curve for small $\sigma$. The $\sigma$ value is determined by the relationship FWHM $= 2.35\sigma$, where FWHM is the full width at half maximum. The FWHM value is computed by first identifying the maximum intensity of the object, followed by finding the two $x$ positions of the intensity plot at half maximum. The maximum intensity of an object is the intensity of the peak of the object.

## MLP-Based Classification

MLP neural networks are utilized as the pattern classifier to distinguish welds from nonwelds on the basis of the features defined in the previous section. MLP is one of many commonly used neural networks. Figure 6 shows the structure of an MLP with one hidden layer. MLP neural networks are most commonly trained by the back propagation (BP) algorithm (Lippmann, 1987). It minimizes the total sum

:20-cv-00352-JLH   Document 69-5   Filed 06/15/23   Page 12 of 24 PageID



**Figure 6.** General structure of back propagation neural network with one hidden layer.

of square (TSS) error using the gradient descent method (Rumelhart et al., 1986). Suppose there are $n$ outputs in the network. For pattern $p$ $(1, \ldots, Q)$ from the training set, desired outputs are represented as vector $\mathbf{D} = (d_{p,0}, \ldots, d_{p,n-1})$, while the corresponding network actual outputs are represented as vector $\mathbf{O} = (O_{p,0}, \ldots, O_{p,n-1})$. We define the error function $E_p$ as

$$E_p = \frac{1}{2} \sum_{i=0}^{n-1} (d_{p,i} - o_{p,i})^2 \qquad (2)$$

$E_p$ approximates to zero as mapping between inputs and outputs for pattern $p$ is realized. The gradient descent method is applied to change the parameters of the network by an amount proportional to the partial derivatives of the error function $E_p$ with respect to the given parameters as shown in Eqs. (3) or (4) for pattern learning or batch learning:

$$\Delta R(T) = -\eta \frac{\partial E_p(T)}{\partial R(T)} \tag{3}$$

or

$$\Delta R(T) = -\eta \sum_{p=1}^{Q} \frac{\partial E_p(T)}{\partial R(T)} \tag{4}$$

where $T$ is the learning iteration, $R$ is the network parameter, and $\eta$ is the learning rate. Network parameter $R$ can be the connection weights $u_{i,j}$, $v_{ij}$, $w_{i,j}$ between neurons $i$ and $j$, the threshold $t_{kj}$ of neuron $j$ in layer $k$, maximum output $\theta_{kj}$ of neuron $j$ in layer $k$, or sigmoid slope $\beta_{kj}$ of neuron $j$ in layer $k$, as shown in Figure 6. It can be easily seen from Eqs. (3) and (4) that pattern learning updates the weights after every presentation of an individual pattern. In contrast, batch learning takes the whole set of training patterns before updating the weights.

A momentum factor has been recommended to increase the learning speed of BP. Accordingly, Eqs. (3) and (4) are changed to Eqs. (5) and (6), respectively:

$$\Delta R(T) = -\eta \frac{\partial E_p(T)}{\partial R(T)} + \gamma * \Delta R(T-1) \tag{5}$$

$$\Delta R(T) = -\eta \sum_{p=1}^{Q} \frac{\partial E_p(T)}{\partial R(T)} + \gamma * \Delta R(T-1) \tag{6}$$

where $\gamma$ is the momentum factor with value $0 \leq \gamma < 1$. Despite this momentum factor, the learning procedure is often hampered by the occurrence of local minima. Other approaches have been taken to improve the learning procedure. They can be generally divided into four categories:

1. optimal choice of starting points of the training process (determined by the weights of the net) to reduce the number of iterations of learning;
2. optimal choice of the neuron activation function, for example, the radial basis function;
3. optimal choice and adaption of MLP topology (number of hidden layers and number of hidden neurons within each hidden layer);
4. adaption of the training process using a traditional optimization technique such as the Fletcher-Reeves (FR) method.

This study uses the back propagation with momentum (BPM) algorithm as well as the FR method to train MLP neural networks for comparison of their perfor-

mances. Details of the FR method are referred to Chen (1993). Both BPM and FR are gradient based. One key issue of a gradient-based MLP learning algorithm is to find the partial derivatives of $E_p$ with respect to the network parameters. Given the mathematical function of each neuron and the connection between every two neurons in the adjacent layers, the partial derivatives of $E_p$ can be analytically obtained by the generalized chain rule. According to the network topology shown in Figure 6, the partial derivatives of $E_p$ with respect to $u_{i,j}$, $v_{i,j}$, $t_{k,j}$, $\theta_{k,j}$, and $\beta_{k,j}$ can be derived directly. Once obtained in this manner, the partial derivatives can be substituted into Eqs. (5) and (6) to find the training formulas for pattern learning and batch learning, respectively. Owing to space limitations, the partial derivatives of $E_p$ with respect to $u_{i,j}$, $v_{i,j}$, $t_{k,j}$, $\theta_{k,j}$, and $\beta_{k,j}$ and the training formulas for pattern learning and batch learning are not shown here. The details of these formulas can be found in the work by Liao and Chen (1994).

## Postprocessing

If the peak of each object classified as weld by the MLP classifier is assigned 255 gray levels with the remaining pixels assigned a zero-intensity level, a binary image is obtained in which the missed welds result in discontinuities in the weld lines, while the misclassified nonwelds become noise. The postprocessing operation scans the entire binary image from top to bottom and left to right to look for nonzero pixels. Each nonzero pixel is used as a seed to grow downward. Pixels within a specific width and separated from the last grown pixel within a specified distance are connected as one line; the gaps within the line are all filled with nonzero pixels. The line is rejected as weld if its length is smaller than a specified length. The C pseudocode of the postprocessing operation is given as follows:

**Program** *postprocessing*
```
    for (row = 0;row < image_height;row++)
    for (column = 0; column<image_width;column++){
        gap = 0; weld_length=0;
        if (image(row,column) is nonzero){
            i=row; j=column;
            while (i<image_height-1 && 0<j && j<image_width-1){
                if (any of image(i+1,k) is nonzero, -2 < = k < = 2){
                    mark image(i+1,k) visited;
                    save image(i+1,k) in weld_list;
                    weld_length = weld_length + 1;}
                else {
                    mark image(i+1,j) visited;
                    save image(i+1,j) in weld_list;
                    weld_length = weld_length + 1;
```

```
                        gap = gap + 1;
                        if (gap>GapThreshold){
                              if (weld_length >= WeldLength Threshold)
                                    one weld is found and plot the weld_list;
                              else the current weld is noise;}}
                  }/*while*/
            }/*if*/
      }
```

The program has two parameters that can be adjusted to control the size of a gap to be filled, called GapThreshold, and the length of a line segment to be considered as a weld line, called WeldLengthThreshold.


## RESULTS AND DISCUSSION

## MLP Neural Network Training and Testing

Applying the feature extraction program previously described to selected images that contain linear and nonlinear welds, 51 training data were selected and used to train the MLP neural networks. The training data are given in Table 1. The percentage of overlapping between classes for the peak location, width, MSE, and intensity features are 37.25%, 52.94%, 54.9%, and 45.1%, respectively. Similarly, a set of validation data were obtained and used to test the capability of trained neural networks as a way to find the right number of hidden neurons, the appropriate stopping criterion for training, and the best feature set. The validation data are given in Table 2.

To determine the appropriate criterion for stopping the learning process, three different allowable errors ($\varepsilon$) were used to train a $4 \times 9 \times 1$ MLP neural network using the BPM algorithm with $\eta = 0.4$, $\gamma = 0.8$ and use of batch learning). The initial weights of the network are assigned within range $(-1, 1)$ randomly. The training is called successful if, within 500 iterations, the average error attains $\leq\varepsilon$. The average error is calculated as $\sqrt{(2 * \sum_{p=1}^{Q} E_p) / (Q * n)}$, where $Q$ is the number of training patterns and $n$ is the number of output neurons. The most appropriate $\varepsilon$ is the one with the highest successful detection rate, the lowest false alarm rate, and the smallest maximum deviation of correct classifications. The value of 1.500 is used as the criterion to call the test result $y_1$ a weld if it is <1.500 or a nonweld if $\geq$1.500. The results, as shown in Table 3, indicate that 0.05 is the most appropriate stopping criterion.

Three feature sets, $\{x_1, x_4\}$, $\{x_2, x_3, x_4\}$, and $\{x_1, x_2, x_3, x_4\}$, were compared to determine which was the best. They were used to train the corresponding MLP neural networks, $2 \times 15 \times 1$, $3 \times 10 \times 1$, and $4 \times 9 \times 1$ using the FR algorithm. The training

**Table 1.** Training data

| No. | $x_1$ | $x_2$ | $x_3$ | $x_4$ | $y_1$ |
|-----|-------|-------|-------|-------|-------|
| 1 | 47 | 9 | .002134 | 11 | 2 |
| 2 | 17 | 11 | .003256 | 50 | 1 |
| 3 | 37 | 11 | .0033 | 52 | 1 |
| 4 | 37 | 15 | .005383 | 77 | 1 |
| 5 | 58 | 13 | .007743 | 52 | 2 |
| 6 | 38 | 13 | .004054 | 47 | 1 |
| 7 | 53 | 5 | .02064 | 22 | 2 |
| 8 | 19 | 13 | .00461 | 49 | 1 |
| 9 | 16 | 15 | .002704 | 78 | 1 |
| 10 | 21 | 13 | .007227 | 17 | 2 |
| 11 | 33 | 13 | .004809 | 41 | 1 |
| 12 | 50 | 5 | .193258 | 191 | 2 |
| 13 | 17 | 17 | .002681 | 149 | 2 |
| 14 | 30 | 11 | .003781 | 38 | 1 |
| 15 | 36 | 15 | .002029 | 78 | 1 |
| 16 | 34 | 15 | .004428 | 38 | 1 |
| 17 | 50 | 5 | .193258 | 191 | 2 |
| 18 | 54 | 5 | .107859 | 178 | 2 |
| 19 | 18 | 13 | .009209 | 162 | 2 |
| 20 | 30 | 13 | .002843 | 40 | 1 |
| 21 | 36 | 15 | .002138 | 75 | 1 |
| 22 | 33 | 13 | .003482 | 35 | 1 |
| 23 | 17 | 17 | .003028 | 162 | 2 |
| 24 | 30 | 11 | .003001 | 43 | 1 |
| 25 | 16 | 5 | .003365 | 6 | 2 |
| 26 | 33 | 17 | .004648 | 10 | 1 |
| 27 | 58 | 5 | .010411 | 4 | 2 |
| 28 | 15 | 5 | .008514 | 31 | 2 |
| 29 | 32 | 17 | .002351 | 79 | 1 |
| 30 | 16 | 9 | .003161 | 29 | 2 |
| 31 | 31 | 13 | .003283 | 77 | 1 |
| 32 | 57 | 7 | .00887 | 8 | 2 |
| 33 | 19 | 9 | .012787 | 31 | 2 |
| 34 | 31 | 17 | .002575 | 59 | 1 |
| 35 | 58 | 5 | .009038 | 8 | 2 |
| 36 | 14 | 5 | .072779 | 255 | 2 |
| 37 | 31 | 13 | .002601 | 81 | 1 |
| 38 | 48 | 5 | .193258 | 255 | 2 |
| 39 | 15 | 7 | .004728 | 30 | 2 |
| 40 | 30 | 11 | .00301 | 78 | 1 |
| 41 | 59 | 39 | .006505 | 4 | 2 |
| 42 | 25 | 17 | .001712 | 72 | 1 |
| 43 | 62 | 3 | .282457 | 255 | 2 |
| 44 | 6 | 13 | .005751 | 91 | 2 |
| 45 | 58 | 5 | .001625 | 2 | 2 |
| 46 | 51 | 13 | .002631 | 72 | 1 |
| 47 | 41 | 17 | .002005 | 52 | 1 |
| 48 | 28 | 13 | .011936 | 255 | 2 |
| 49 | 27 | 7 | .005387 | 12 | 2 |
| 50 | 42 | 17 | .003604 | 91 | 1 |
| 51 | 51 | 13 | .004257 | 73 | 1 |

**Table 2.** Validation data

| No. | $x_1$ | $x_2$ | $x_3$ | $x_4$ | $y_1$ |
|-----|-------|-------|--------|-------|-------|
| 1 | 23 | 5 | .01054 | 191 | 2 |
| 2 | 38 | 11 | .004297 | 49 | 1 |
| 3 | 53 | 5 | .023743 | 19 | 2 |
| 4 | 20 | 15 | .005514 | 16 | 2 |
| 5 | 32 | 11 | .003256 | 50 | 1 |
| 6 | 55 | 39 | .004872 | 5 | 2 |
| 7 | 17 | 11 | .005645 | 25 | 2 |
| 8 | 31 | 15 | .002704 | 78 | 1 |
| 9 | 34 | 13 | .00461 | 49 | 1 |
| 10 | 62 | 7 | .014334 | 10 | 2 |
| 11 | 47 | 5 | .124522 | 252 | 2 |
| 12 | 15 | 7 | .008952 | 22 | 2 |
| 13 | 30 | 15 | .002803 | 51 | 1 |
| 14 | 41 | 17 | .002005 | 52 | 1 |
| 15 | 55 | 5 | .005446 | 21 | 2 |
| 16 | 28 | 13 | .011936 | 255 | 2 |
| 17 | 41 | 15 | .002960 | 93 | 1 |
| 18 | 58 | 13 | .007743 | 52 | 2 |
| 19 | 28 | 11 | .008350 | 14 | 2 |
| 20 | 40 | 13 | .002319 | 57 | 1 |
| 21 | 59 | 13 | .008007 | 22 | 2 |
| 22 | 27 | 7 | .005387 | 12 | 2 |
| 23 | 10 | 7 | .016204 | 183 | 2 |
| 24 | 24 | 13 | .003576 | 47 | 1 |
| 25 | 18 | 11 | .003329 | 49 | 1 |
| 26 | 41 | 21 | .007187 | 5 | 2 |
| 27 | 3 | 11 | .005617 | 26 | 2 |
| 28 | 17 | 15 | .002556 | 79 | 1 |
| 29 | 38 | 23 | .008859 | 255 | 2 |
| 30 | 8 | 13 | .004930 | 161 | 2 |
| 31 | 20 | 13 | .004178 | 49 | 1 |
| 32 | 46 | 7 | .014334 | 10 | 2 |
| 33 | 6 | 13 | .006217 | 16 | 2 |

is called successful if, within 500 iterations, the average error attains $\leq 0.05$. The results, as provided in Table 4, indicate that the best feature set is $\{x_1, x_2, x_3, x_4\}$, although $\{x_1, x_4\}$ is comparable. Note that the feature set $\{x_2, x_3, x_4\}$ did not converge within 500 iterations. The feature set $\{x_1, x_4\}$ was chosen because $x_1$ and $x_4$ are two features having the lowest overlapping percentage. The feature set $\{x_2, x_3, x_4\}$ was selected to test its performance when $x_1$ is excluded.

To compare the performance of two different training algorithms (BPM versus FR) and to determine the right number of hidden neurons, the number of iterations and the CPU time taken on an IBM compatible 486/25MHz PC to successfully train a network were recorded for a range of number of hidden neurons. The training is called successful if, within 500 iterations, the average error attains $\leq 0.08$ here. The results shown in Table 5 are the average values out of five trainings using different

**Table 3.** Comparison of different stopping criteria

| No. (correspond to Table 2) | $y_1$ | Value of $\varepsilon$ | | |
|---|---|---|---|---|
| | | 0.1 | 0.08 | 0.05 |
| 1 | 2 | 2.054 | 1.950 | 2.055 |
| 2 | 1 | 1.348 | 1.340 | 1.114 |
| 3 | 2 | 2.055 | 2.056 | 2.009 |
| 4 | 2 | 0.997* | 1.029* | 1.241* |
| 5 | 1 | 1.169 | 1.092 | 0.948 |
| 6 | 2 | 0.986* | 0.967* | 0.944* |
| 7 | 2 | 1.086* | 1.548 | 1.935 |
| 8 | 1 | 0.996 | 0.972 | 0.944 |
| s9 | 1 | 1.022 | 1.002 | 0.945 |
| 10 | 2 | 2.055 | 2.055 | 2.013 |
| 11 | 2 | 2.055 | 2.056 | 1.974 |
| 12 | 2 | 2.039 | 2.055 | 2.055 |
| 13 | 1 | 0.994 | 0.974 | 0.945 |
| 14 | 1 | 0.989 | 0.970 | 0.945 |
| 15 | 2 | 2.055 | 2.056 | 2.006 |
| 16 | 2 | 2.041 | 2.042 | 2.000 |
| 17 | 1 | 0.994 | 0.969 | 0.944 |
| 18 | 2 | 1.398* | 1.747 | 1.986 |
| 19 | 2 | 1.339* | 2.054 | 2.016 |
| 20 | 1 | 1.031 | 0.991 | 0.946 |
| 21 | 2 | 1.732 | 2.055 | 2.000 |
| 22 | 2 | 2.052 | 2.056 | 2.051 |
| Success rate (%) | | 100 | 100 | 100 |
| False alarm rate (%) | | 28.6 | 14.4 | 14.4 |
| Maximum deviation of correct classifications | | 0.348 | 0.452 | 0.114 |

*Values indicate incorrect classification.

random seeds. From Table 5, it is observed that (1) a wide range of hidden neurons can be used for a successful training for either algorithm, (2) the training time oscillates locally but, as a general trend, increases as the number of hidden neurons increases, (3) the FR algorithm generally converges faster than the BPM algorithm, and (4) the $4 \times 7 \times 1$ MLP neural network trained by the FR algorithm has the best performance in terms of convergence speed.

To verify whether the $4 \times 7 \times 1$ MLP neural network also gives the best classification results, the validation data were used to compare three different MLP neural networks: $4 \times 7 \times 1$, $4 \times 9 \times 1$, and $4 \times 13 \times 1$. The results are shown in Table 6. Using the same criteria as used in Table 3, the best architecture is found to be $4 \times 9 \times 1$.

In summary, the optimal MLP architecture for the subject application is $4 \times 9 \times 1$. It is better trained by the FR algorithm using the feature set with all four

Automated Extraction of Welds   243

**Table 4.** Comparison of three different feature sets

| No. | $y_1$ | $\{x_1, x_4\}$ | $\{x_2, x_3, x_4\}$ | $\{x_1, x_2, x_3, x_4\}$ |
|---|---|---|---|---|
| 1 | 2 | 2.056 | 2.056 | 2.055 |
| 2 | 1 | 0.945 | 1.141 | 1.061 |
| 3 | 2 | 2.056 | 2.056 | 2.056 |
| 4 | 2 | 2.044 | 1.22  * | 1.878 |
| 5 | 1 | 0.945 | 1.051 | 0.968 |
| 6 | 2 | 2.056 | 2.035 | 2.015 |
| 7 | 2 | 2.034 | 1.899 | 1.923 |
| 8 | 1 | 0.945 | 0.985 | 0.945 |
| 9 | 1 | 0.945 | 1.096 | 0.951 |
| 10 | 2 | 2.056 | 2.056 | 2.055 |
| 11 | 2 | 2.056 | 2.056 | 2.056 |
| 12 | 2 | 2.049 | 2.056 | 2.052 |
| 13 | 1 | 0.945 | 0.944 | 0.947 |
| 14 | 1 | 0.944 | 0.944 | 0.945 |
| 15 | 2 | 2.056 | 2.056 | 2.055 |
| 16 | 2 | 2.056 | 2.056 | 2.028 |
| 17 | 1 | 0.945 | 1.165 | 0.945 |
| 18 | 2 | 2.056 | 0.944* | 1.918 |
| 19 | 2 | 1.745 | 2.056 | 1.985 |
| 20 | 1 | 0.944 | 0.944 | 0.948 |
| 21 | 2 | 2.056 | 2.056 | 2.054 |
| 22 | 2 | 1.920 | 2.056 | 2.055 |
| 23 | 2 | 2.056 | 2.056 | 2.056 |
| 24 | 1 | 0.953 | 1.069 | 0.968 |
| 25 | 1 | 1.126 | 1.087 | 1.120 |
| 26 | 2 | 0.944* | 1.159* | 1.196* |
| 27 | 2 | 2.054 | 1.676 | 2.053 |
| 28 | 1 | 0.949 | 0.992 | 0.996 |
| 29 | 2 | 2.056 | 2.056 | 1.012* |
| 30 | 2 | 2.056 | 2.056 | 2.056 |
| 31 | 1 | 1.000 | 1.089 | 1.012 |
| 32 | 2 | 1.009* | 2.056 | 2.056 |
| 33 | 2 | 2.055 | 1.664 | 2.053 |
| Success rate (%) | | 100 | 100 | 100 |
| False alarm rate (%) | | 9.5 | 14.3 | 9.5 |
| Maximum deviation of correct classification | | 0.255 | 0.336 | 0.122 |

*Values indicate incorrect classification.

features. The most appropriate criterion to end the learning process is 0.05 allowable mean error. These parameters are used in the actual weld extraction operations.

Note that, in obtaining the above training and testing results, the actual locations of some objects were not directly used. A conversion was made by subtracting $(n - 1)*62$ from the actual location of an object whose actual location was larger than $n*62$ for $n = 1, 2, 3,$ and 4. It was found that directly using the actual locations in training did not yield an acceptable detection rate. The major problem comes from

**Table 5.** Comparison of BPM and FR algorithms

| No. of hidden neurons | Back propagation with momentum | | Fletcher-Reeves method | |
|---|---|---|---|---|
| | No. of iterations | CPU time (s) | No. of iterations | CPU time (s) |
| 5 | 179 | 1296 | 111* | 758 |
| 6 | 162 | 1238 | 131 | 1035 |
| 7 | 230* | 1799 | 63* | 452 |
| 8 | 216 | 1833 | 96 | 835 |
| 9 | 223 | 2063 | 99 | 888 |
| 10 | 187 | 1840 | 111 | 1104 |
| 11 | 177* | 1768 | 116* | 1131 |
| 12 | 240 | 2622 | 116 | 1260 |
| 13 | 221 | 2396 | 112 | 1272 |

*One nonconvergence out of five trainings.

**Table 6.** Comparison of three different MLP architectures

| No. (correspond to Table 2) | $y_1$ | $4 \times 7 \times 1$ | $4 \times 9 \times 1$ | $4 \times 13 \times 1$ |
|---|---|---|---|---|
| 1 | 2 | 2.049 | 2.055 | 2.056 |
| 2 | 1 | 0.988 | 1.061 | 0.980 |
| 3 | 2 | 2.055 | 2.056 | 2.056 |
| 4 | 2 | 2.005 | 1.878 | 1.458* |
| 5 | 1 | 0.978 | 0.968 | 0.960 |
| 6 | 2 | 0.944* | 2.015 | 1.752 |
| 7 | 2 | 2.038 | 1.923 | 1.949 |
| 8 | 1 | 0.958 | 0.945 | 0.945 |
| 9 | 1 | 0.968 | 0.951 | 0.949 |
| 10 | 2 | 2.056 | 2.055 | 2.056 |
| 11 | 2 | 2.010 | 2.056 | 2.056 |
| 12 | 2 | 2.055 | 2.052 | 2.051 |
| 13 | 1 | 0.956 | 0.947 | 0.945 |
| 14 | 1 | 0.955 | 0.945 | 0.947 |
| 15 | 2 | 2.055 | 2.055 | 2.055 |
| 16 | 2 | 2.048 | 2.028 | 2.055 |
| 17 | 1 | 0.969 | 0.945 | 0.945 |
| 18 | 2 | 1.996 | 1.918 | 1.946 |
| 19 | 2 | 1.871 | 1.985 | 2.019 |
| 20 | 1 | 0.973 | 0.948 | 0.948 |
| 21 | 2 | 2.055 | 2.054 | 2.054 |
| 22 | 2 | 2.045 | 2.055 | 2.055 |
| Success rate (%) | | 100 | 100 | 100 |
| False alarm rate (%) | | 7.1 | 0 | 7.1 |
| Maximum deviation of correct classification | | 0.129 | 0.122 | 0.248 |

*Values are incorrect classification.

Automated Extraction of Welds    215



(*a*) Image No. 1                              (*c*) Image No. 3

(*b*) Image No. 2                              (*d*) Image No. 4

**Figure** 7.  Welds extracted from Figure 1 with boundaries marked.

the difficulty for MLP neural networks to learn conflicting patterns. This will not be a major limitation because (1) a similar conversion can be made for a different number of film strips of the same size, and (2) the tolerant capability of neural networks could deal with film strips of mixed sizes (there are only few standard sizes of film in practice). The second point will be verified in a future study once such images are available.

## Comparison with Discriminant Function Analysis

Discriminant function analysis is also applied to the training data (Table 1) to develop classification rules. Quadratic, rather than linear discriminant functions are used because the within-group covariance matrices of two groups (weld and non-weld) were found to be significantly different (Johnson & Wichern, 1982). The computation was done by using the SAS procedure DISCRIM (SAS Institute, 1985). The classification result indicates that there is an 11.5% false alarm rate (3 out of 26 nonwelds classified as welds) and a 100% successful classification rate. The classification rules are then applied to the test data (Table 2). The test result shows that there is a 19.1% false alarm rate and a 100% successful classification rate. Compared with MLP-based classification, quadratic discrimination analysis yields higher false alarm rates.

## Extraction of Welds from Images

Based on the above results, the $4 \times 9 \times 1$ MLP neural network trained by the FR algorithm was used to extract all 100 welds in 25 POD images using the proposed procedure. For representation purposes, the boundaries of welds to be extracted are marked. Figures 7 and 8 show the extracted welds from Figures 1 and 2, respectively. Table 7 gives the successful rate and false alarm rate when applying the proposed procedure to extract the linear welds of images 1 and 4 in Figure 1 and the curved welds of the corresponding images in Figure 2. It is seen that the detection rates are perfect for linear welds and nearly perfect for curved welds. The false alarm rate varies among images from 2 to 12%.

As mentioned above, a postprocessing operation is needed to remove noise and restore the continuity of weld lines. The values of GapThreshold and WeldLengthThreshold are set to be 13 and 210, respectively, throughout this study to successfully extract all welds.

## CONCLUSIONS

A MLP-based procedure developed for the extraction of welds automatically from radiographic images has been described. The procedure was demonstrated using some sample images. It has been verified that the procedure could successfully



(*a*)                                            (*b*)

**Figure 8.**  Welds extracted from Figure 2 with boundaries marked.

extract all 100 images from 25 radiographic images available for this study. The procedure constitutes the first part of an automated weld inspection system under development. The procedure is intended to extract welds before applying flaw detection algorithms. This work eliminates the need for manual extraction of welds by human workers and, in a way, demonstrates the usefulness of computer vision.

Several issues related to the training of MLP neural networks were discussed, including the determination of appropriate stopping criterion and the best feature set. A range of number of hidden neurons was tested to identify the ranges in which neural networks could be successfully trained with the BPM and FR algorithms. To determine the optimal MLP architecture and the performance of two different training algorithms, the number of iterations and the CPU time taken to successfully

**Table 7.**  Sample results of weld extraction

| Image | Success rate (%) | False alarm rate (%) |
|---|---|---|
| Figure 1*a* | 100 | 2.8 |
| Figure 1*d* | 99.6 | 8.2 |
| Figure 2*a* | 100 | 12.2 |
| Figure 2*b* | 99.6 | 1.8 |

train networks were recorded. Trained MLP networks were tested with untrained patterns to determine their capabilities to distinguish welds from nonwelds. It is found that the optimal MLP architecture for the subject application is $4 \times 9 \times 1$ trained by the FR algorithm.

## REFERENCES

Basalt, J. P., and J. Xu. 1991. Automatic detection of flaws in welds. Final Report to Martin Marietta MSS Contract A71445, Center for NBE, Iowa State University, Ames.

Chen, L. J. 1993. Multi-layered perceptron network training algorithms and their applications in manufacturing process modeling and optimization. MS thesis, Louisiana State University, Baton Rouge.

Chiotakis, M. T. 1987. Concepts of real-time radiography. *Materials Evaluation* 45:283–287.

Cloud, E., K. Fraser, and S. Krywick. 1992. Automated examination of X-ray welds. Final Report to Martin Marietta MSS, Martin Marietta Electronics, Information and Missiles Group, Orlando, Fla.

Gayer, A., A. Saya, and A. Shiloh. 1990. Automatic recognition of welding defects in real-time radiography. *NDT International* 23(3):131–136.

Graeme, W. A., Jr., A. C. Eizember, and J. Douglass. 1990. Digital image analysis of nondestructive testing radiographs. *Materials Evaluation* (February):117–120.

Haralick, R. M., and L. G. Shapiro. 1985. Survey: Image segmentation techniques. *Computer Vision, Graphics, and Image Processing* 29:100–132.

Johnson, R. A., and D. W. Wichern. 1982. *Applied multivariate statistical analysis.* Englewood Cliffs, N.J.: Prentice-Hall.

Konstantinides, K., and J. R. Rasure. 1994. The Khoros software development environment for image and signal processing. *IEEE Transactions on Image Processing.* 3(3):243–252.

Liao, T. W., and L. J. Chen. 1994. A neural network approach to grinding process modeling and optimization. *International Journal of Machine Tools Manufacturing* 34(7):919–937.

Lippmann, R. P. 1987. An introduction to computing with neural nets. *IEEE ASSP Magazine* (April):4–22.

Pal, N. R., and S. K. Pal. 1993. A review on image segmentation techniques. *Pattern Recognition* 26(9):1277–1294.

Rumelhart, D. E., G. E. Hinton, and R. J. Williams. 1986. Learning internal representations by error propagation. In *Parallel distributed processing: Explorations in the microstructure of cognition,* vol. 1, *foundations,* eds. D. E. Rumelhart and J. L. McClelland. Cambridge, Mass.: MIT Press.

SAS Institute. 1985. *SAS user's guide: Statistics,* version 5. Gary, N.C.

Yeh, P.-S., J. Le Moigne, and C. B. Fong. 1988. Computer-aided X-ray film interpretation. MML TR 88-76. Martin Marietta Laboratories, Baltimore, Md.

Zenzo, S. D. 1983. Advances in image segmentation. *Image and Vision Computing* 1(4):196–210.