# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNIVERSITY OF SOUTH FLORIDA RESEARCH FOUNDATION, INC., and UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, | ) ) ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) ) | C.A. No. 20-352-CFC |
| v. | ) ) | |
| HOLOGIC, INC., | ) ) ) | |
| Defendant/Counter-Plaintiff | ) ) | |

**PLAINTIFFS/COUNTER-DEFENDANTS' UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC. and UNIVERSITY OF SOUTH FLORIDA BOARD
OF TRUSTEES DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT
CONTENTIONS**

Pursuant to the Scheduling Order in this case (D.I. 13), Plaintiffs/Counter-Defendants University of South Florida Research Foundation, Inc. and University of South Florida Board of Trustees (collectively, "Plaintiffs") hereby provide its initial infringement contentions and claim charts relating each known accused product to the asserted claims each such product allegedly infringes. *See* EXHIBIT A.

Plaintiffs have only just entered discovery in this case, and as such plaintiffs investigation into Defendant Hologic, Inc.'s ("Defendant") infringement is ongoing. These disclosures are therefore based on all publically available information. Moreover, although a claim of the '937 Patent, or a product of Defendant may not be identified in these disclosures, it should not be interpreted as an indication that such claim is non-infringed, or that Defendant's product is non-infringing. Plaintiffs reserve the right to amend these disclosures in view of any claim construction

1

ruling(s) by the Court, or any position(s) taken by Defendant in this action. Further, nothing in these disclosures shall be construed as a waiver to Plaintiffs' right to seek to amend these disclosures as permitted by law.

## I. IDENTIFICATION OF INFRINGED CLAIMS

 Plaintiffs presently contend that Defendant infringes Claims 2, 3, 4, 5, 6, 9, 10, 11, 16, and 17 ("the Asserted Claims") of the '937 Patent. Plaintiffs contend that Defendant's Hologic SecurView DX infringes the Asserted Claims. Specifically, Plaintiffs contend that Defendant infringes under 35 U.S.C. § 271(a) by making, using, offering to sell, and selling within the United States the Hologic SecurView DX. Plaintiffs' contentions are based on its understanding of information currently available to Plaintiffs' regarding Defendant's Hologic SecurView DX.

As Plaintiffs' investigation and discovery is ongoing, Plaintiffs expressly reserve the right to amend or supplement these disclosures, including to add additional infringing products as discovery proceeds.

## II. CHARTS IDENTIFYING CLAIM LIMITATIONS WITHIN THE HOLOGIC SECURVIEW DX

Plaintiffs provide charts herewith, attached as EXHIBIT A to this document, identifying where each limitation of the Asserted Claims is found or embodied in the Hologic SecurView DX. This identification is based on a preliminary understanding of information currently available to Plaintiffs, and Plaintiffs expressly reserve the right to amend or supplement the charts as their investigation and discovery continue.

## III. LITERAL INFRINGEMENT AND INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS

Plaintiffs contend that Defendant's Hologic SecurView DX literally infringes the Asserted Claims. Nevertheless, with respect to any claim element or limitation that may not be literally embodied in the Hologic SecurView DX, Plaintiffs contend that the Hologic SecurView DX

embodies such claim element or limitation under the doctrine of equivalents. Plaintiffs further contend, any element or limitation not literally embodied in the Hologic SecurView DX is equivalently met because, *inter alia*, any difference between the claimed element or limitation and the Hologic SecurView DX is insubstantial. Accordingly, Plaintiffs contend any asserted claim found not to be literally embodied in the Hologic SecurView DX is nevertheless embodied under the doctrine of equivalents by-way-of an operative doctrine of equivalents test, e.g., function-way-results, or insubstantial difference tests.

## IV.    PRIORITY DATE OF THE '937 PATENT AND ASSERTED CLAIMS.

The priority date, as presently advised, is the date of invention which dates back to at least 1991, which is well before the filing date of the provisional application of the '937 Patent, which is February 20, 1998.

## V.    TIMING OF THE POINT OF FIRST INFRINGEMENT, START OF CLAIMED DAMAGES, AND END OF CLAIMED DAMAGES.

As presently advised, and examining all readily available public information, Defendant appears to have introduced the Hologic SecurView DX in November of 2009.  Moreover, on December 21, 2017, Plaintiffs sent to Defendant a cease and desist letter. As such, Plaintiff's claim damages from December 21, 2011 to the expiration of the patent on February 20, 2018.

## VI.    DOCUMENTS PRODUCED ALONG WITH INFRINGEMENT CONTENTIONS.

Pursuant to the Scheduling Order (D.I. 13) entered in this Case, Plaintiffs are concurrently producing Bates Documents USF0000001 – USF012230. Plaintiffs will supplement this disclosure to identify which documents correspond to the specific categories set forth in the Scheduling Order.

Dated: January 15, 2020                    */s/ Geoffrey G. Grivner*

Geoffrey G. Grivner
BUCHANAN INGERSOLL & ROONEY
PC
919 North Market Street
Suite 990
Wilmington, DE 19801
geoffrey.grivner@bipc.com

John S. Artz
DICKINSON WRIGHT PLLC
350 S. Main St, Suite 300
Ann Arbor, MI 48104
jsartz@dickinsonwright.com

Steven A. Caloiaro
DICKINSON WRIGHT PLLC
100 W. Liberty Street, Suite 940
Reno, NV 89501
scaloiaro@dickinsonwright.com

Ariana D. Pellegrino
Yafeez Fatabhoy
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
APellegrino@dickinson-wright.com
yfatabhoy@dickinson-wright.com
*Attorney for Plaintiffs*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on January 15, 2020, I caused the foregoing document to be served via U.S. mail and electronic mail to the following recipients:

Karen L. Pascale
Pilar G. Kraman
Nicholas D. Picollelli, Jr.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
pkraman@ycst.com
npicollelli@ycst.com

Brent P. Ray
KING & SPALDING LLP
353 N. Clark Street, 12th Floor
Chicago, IL 60654
bray@kslaw.com

Dara M. Kurlancheek
KING & SPALDING LLP
1700 Pennsylvania Ave., NW Ste. 200
Washington, D.C. 20006
dkurlancheek@kslaw.com

Lida Ramsey
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
lramsey@kslaw.com

By: */s/ Yafeez S. Fatabhoy*

An employee of Dickinson Wright PLLC

4834-8254-5366 v2 [64202-7]

5

# EXHIBIT A

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | Claims of '937Patent | Accused Instrumentalities |
|---|---|---|
| | **Claim 2** | |
| 2 | A system for interfacing a digitized mammogram to a user comprising: | To the extent the preamble is construed as limiting, Hologic provides a system for interfacing a digitized mammogram. Hologic provides a system that includes the SecurView workstations that have a user interface for interfacing a digitized mammogram. "The Hologic SecurView DX is intended for selection, display, manipulation, filming and media interchange of multi-modality images from a variety of different modality systems. It also interfaces to various image storage and printing devices using DICOM or similar interface standards." *See* 510(k) SecurView at p.2 "SecurView breast imaging workstations are built with the needs of breast radiologists in mind. Advanced, customizable workflows and innovative image manipulation tools, designed to ensure accurate, efficient evaluation of 2D and 3D Mammography™ exams. … Images when you need them All relevant 2D and 3D Mammography™ studies, including priors, are available to review immediately for fast, informed diagnostic decisions. … Accurate, streamlined reporting of results Application Synchronization enables bi-directional communication between SecurView and mammography reporting systems, dictation applications, HIS/RIS and PACS. Single point of sign-in, along with patient open and close, decreases reporting errors and reduces the complexity of the reading environment." |

1

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



https://www.hologic.com/hologic-products/breast-skeletal/securview-workstations

"Attached Devices
User Interface Multi-function Mouse, Back-lit Keyboard
Power UPS"

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview DX Brochure

"

"The SecurView DX workstation provides a user interface to radiologic technologists and radiologists, for reviewing digital mammography and other breast imaging procedures. The SecurView DX workstation includes a graphical user interface (GUI) with a dedicated workflow keypad, pointing device, keyboard, and two, three, or four displays."
*See* Securview DX DICOM Conformance at p.3

3

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| 2a. | a monitor capable of displaying image data in a predetermined format, and in varying grayscale colors, said monitor having a predetermined illumination capability; | Hologic provides a monitor capable of displaying image data in a predetermined format, and in varying grayscale colors, said monitor having a predetermined illumination capability.<br><br>The Court has previously construed "grayscale values" as "digital image luminance values corresponding to shades of grey from black to white." (*See* Markman Order at p.54)<br><br>Hologic's SecurView workstation provides a monitor for displaying a mammography image at a default illumination.  The image is displayed in shades of gray, in a format that is supported for display, such as an image of Digital Imaging and Communications in Medicine (DICOM) format, or JPEG format. When the image is manipulated, the shades of gray can be varied on the monitor. In an example, a user controlling an input device can create images of varying contrast resolution forms.<br><br> |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | https://www.hologic.com/hologic-products/breast-skeletal/securview-workstations  *See* Securview DX Brochure at p.1 |
| --- | --- | --- |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview Movie at 0:04-1:00

"The SecurView DX workstation provides a user interface to radiologic technologists and radiologists, for reviewing digital mammography and other breast imaging procedures. The

6

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

SecurView DX workstation includes a graphical user interface (GUI) with a dedicated workflow keypad, pointing device, keyboard, and two, three, or four displays."
*See* Securview DX DICOM Conformance at p.3

| Table 4.2.1-11 – Basic Film Box SOP Class: Supported Attributes | | | |
|---|---|---|---|
| Attribute Name | Tag | Supported Values | Default Value |
| Image Display Format | (2010,0010) | STANDARD\1,1 | STANDARD\1,1 |

*See* Securview DX DICOM Conformance at Table 4.2.1-11

"The DICOM Export AE and DICOM Import AE provide a means to export and import patient images using DICOM Part 10: Media Storage and File Format for Media Interchange. Patient images can be recorded to or read from removable media. These features are provided as a matter of convenience for users to move images from one system to another via removable media."
*See* Securview DX DICOM Conformance at p.33

"The software accepts multimodality images of US, MR, DR, CR, SC, CT, PET, and other DICOM formats for display and manipulation on the high resolution 5 MP gray scale displays or on a color 2 MP display in 2-D or 3-D view."
*See* 510(k) SecurView at p.1

"3D™ Breast Tomosynthesis Workflow Tools
• User preferences for scrolling mode, cine speed, default slab thickness and default initial slice
• Display initial hanging snapshot for a four-view tomosynthesis study in less than two seconds
• Registration of, and instant toggle between, 2D and 3D™ images
• Automatic scrolling through a limited range of slices
• Annotate or tag reconstructed slices and store to PACS as a GSPS annotation or DICOM Secondary Capture image
• Tag reconstructed slices to save as TIFF images for presentation

7

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

and printing
• Generate tomosynthesis "movies" as AVI files for presentation"
*See* Securview DX Brochure at p.1

| Table 5.2-2 – SOP Classes and Transfer Syntaxes for Media Server | | | |
|---|---|---|---|
| **SOP Class Name** | **SOP Class UID** | **Transfer Syntax** | **Transfer Syntax UID** |
| Media Storage Directory Storage | 1.2.840.10008.1.3.10 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Computed Radiography Image Storage | 1.2.840.10008.5.1.4.1.1.1 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Digital X-Ray Image Storage – For Presentation | 1.2.840.10008.5.1.4.1.1.1.1 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Digital Mammography X-Ray Image Storage – For Presentation | 1.2.840.10008.5.1.4.1.1.1.2 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |

| **SOP Class Name** | **SOP Class UID** | **Transfer Syntax** | **Transfer Syntax UID** |
|---|---|---|---|
| Digital Mammography X-Ray Image Storage – For Processing | 1.2.840.10008.5.1.4.1.1.1.2.1 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Breast Tomosynthesis Image Storage | 1.2.840.10008.5.1.4.1.1.13.1.3 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Breast Projection X-Ray Image Storage – For Presentation | 1.2.840.10008.5.1.4.1.1.13.1.4 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Multi-frame Grayscale Byte Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7.2 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Multi-frame Grayscale Word Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7.3 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Multi-frame True Color Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7.4 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |

*See* Securview DX DICOM Conformance at Table 5.2-2

| Table 4.2.1-11 – Basic Film Box SOP Class: Supported Attributes | | | |
|---|---|---|---|
| **Attribute Name** | **Tag** | **Supported Values** | **Default Value** |

…

8

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| Illumination | (2010,015E) | Sent only if Presentation LUT is sent; configurable per printer for mammography viewer | 5000 (mammography viewer) 2000 (multimodality viewer, not configurable) |
|---|---|---|---|

*See* Securview DX DICOM Conformance at Table 4.2.1-11

**Table 4.2.2-6 – Acceptable Transfer Syntaxes for Image Instances (Except Ultrasound)**

| Transfer Syntax Table | |
|---|---|
| **Name** | **UID** |
| Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Implicit VR Little Endian | 1.2.840.10008.1.2 |
| JPEG Lossless, Non-Hierarchical, First-Order Prediction (Process 14 [Selection Value 1]): Default Transfer Syntax for Lossless JPEG Image Compression | 1.2.840.10008.1.2.4.70 |
| RLE Lossless | 1.2.840.10008.1.2.5 |
| JPEG 2000 Image Compression (Lossless Only) | 1.2.840.10008.1.2.4.90 |

*See* Securview DX DICOM Conformance at Table 4.2.2-6

"4.4.1. AE Title/Presentation Address Mapping
A service user configures the SecurView DX workstation's SCU AE and SCP AE, and remote SCP AEs during site installation, by entering the AE Title, IP Address, and TCP/IP port number for each. When configuring a remote Print AE, a predefined printer specific configuration is also selected. In the multimodality viewer, the SCU AE Title for printing is configured per printer destination. There are no dedicated ports associated with dedicated services.

4.4.2. Configuration Parameters
The following are some of the relevant configurable items for the local and remote AEs:"

9

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| Table 4.4-1 – Configuration Parameters | | |
|---|---|---|
| **Parameter** | **Configurable (Yes/No)** | **Default Value** |
| **Remote Print AE for Mammography Viewer** | | |
| Printer name (manufacturer, model, default film size) | Yes | Per known printer |
| Configuration info | Yes | Per known printer |
| Dmin | Yes | Per known printer |
| Dmax | Yes | Per known printer |
| Portrait matrix (n x m) | Yes | Per known printer |
| Landscape matrix (n x m) | Yes | Per known printer |
| Portrait pixel spacing (n x m) | Yes | Per known printer |
| Landscape pixel spacing (n x m) | Yes | Per known printer |
| Bit depth (12 or 8) | Yes | Per known printer |
| Medium Type (blue film, clear film, mammo blue film, paper) | Yes | Per known printer |
| Medium Size (8inx10in ,10inx10in, 10inx12in, 10inx14in, 11inx14in, 14inx14in, 14inx17in) | Yes | Per known printer |
| Printer LUT | Yes | P_to_LIN_at_5000 |
| Print Mode (Standard, Presentation LUT) | Yes | Standard |
| Luminescence (Presentation LUT mode only) | Yes | 5000 |
| Reflected ambient light (Presentation LUT mode only) | Yes | 10 |
| Presentation LUT Shape (Presentation LUT mode only) | Yes | IDENTITY |
| **Remote Print AE for Multimodality Viewer** | | |
| Printer name (to identify printer on user interface) | Yes | Per known printer |
| SupportsPresentationLUT (true, false) <true means Presentation LUT SOP Class is used> | Yes | Per known printer |
| FilmSizeID (8inx10in ,10inx10in, 10inx12in, 10inx14in, 11inx14in, 14inx14in, 14inx17in, A4) | Yes | Per known printer |
| BlackOnWhite (true, false) <Polarity> | Yes | Per known printer |

10

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| Parameter | Configurable (Yes/No) | Default Value |
|---|---|---|
| MaxPDU (4096…65536) | Yes | Per known printer |
| SupportsTrim (true, false) | Yes | Per known printer |
| MediumType (blue film, clear film, mammo blue film, paper) | Yes | Per known printer |
| ResolutionID (STANDARD, HIGH) | Yes | Per known printer |
| Magnification Type (CUBIC, REPLICATE, BILINEAR, NONE) | Yes | Per known printer |
| Smoothing Type (NONE or omit) | Yes | Per known printer |
| BorderDensity (BLACK, WHITE, 150) | Yes | Per known printer |
| EmptyImageDensity (BLACK, WHITE, 150) | Yes | Per known printer |
| MinDensity | Yes | Per known printer |
| MaxDensity | Yes | Per known printer |
| Film Destination (PROCESSOR, MAGAZINE) | Yes | Per known printer |

*See* Securview DX DICOM Conformance at pp.30-31

"Review workstation 120 implements an interactive UI
using a diagnostic display 122 including first and second
display monitors 122a and 122b, an administrative display
124, and user input or control devices including a keyboard
128, a mouse 132, and an application-specific hardware
auxiliary input device 130, such as a workflow keypad provided
in conjunction with a SECURVIEW medical image review
workstation."
*See* US 9,075,903 at 11:48-55

11

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



FIG. 1

*See* US 9,075,903 at Fig. 1

| 2b. | an electronic storage medium with digitized mammogram image data, said digitized mammogram image data | Hologic provides an electronic storage medium with digitized mammogram image data, said digitized mammogram image data corresponding to a film mammogram image and the digitized mammogram image data having grayscale values corresponding to the optical densities of the film mammogram image. |
|---|---|---|

12

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX

| | corresponding to a film mammogram image and the digitized mammogram image data having grayscale values corresponding to the optical densities of the film mammogram image; | The Court found that the digital image is need not be produced from an actual film image: "The phrase ["the digitized mammogram data having greyscale values corresponding to optical densities of the film mammogram"] requires that the greyscale values of the digital image correspond to the optical densities of the film mammogram image.<br><br>The Court has construed "correspond" as "to be analogous or equivalent in character, form, or function" and added:  "The words of this definition better explain what is meant in the claims by "corresponding" than simply using the word "corresponding." This definition also better conveys that the digital image should appear similar to a film image by explaining that the greyscale values of the digital image are analogous to or equivalent to the optical densities of a film image in character, form, or function." (*See* Markman Order at p.15)<br><br>The Court has further construed "grayscale values" as "digital image luminance values corresponding to shades of grey from black to white." (*See* Markman Order at p.54)<br><br>Hologic's system provides electronic storage of a digitized mammogram image data at a local storage. In another example, Hologic provides the SecurXchange image storage solution.  The image data are associated with digital image luminance values corresponding to shades of grey from black to white.  The digital image appears similar to a film since the grayscale values of the digital image are analogous to or equivalent to the optical densities of a film image in character, form, or function.<br><br>"The SecurView DX reporting workstation consists of a computer where images are cached on the local hard drive, with two 5 MP LCD greyscale monitors and a dedicated mammography workflow keypad. It uses a dedicated Mammography Based Image Review Software." *See* Practical Evaluation at p.41<br><br>"The Hologic SecurView DX is intended for selection, display, manipulation, filming and media interchange of multi-modality images from a variety of different modality systems. It also interfaces to various image storage and printing devices using DICOM or similar interface standards." |

13

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

|  |  | *See* 510(k) SecurView at p.2<br><br>"SecurView Manager Specifications<br>Computer Workstation Class Hardware<br>Windows®-based System<br>CPU Six Core, Xeon® Processor 2.0 GHz Minimum<br>Memory 16GB High Speed RAM Minimum<br>Storage Space 3.3 TB Minimum<br>Network Interface 10/100/1000 Base T Ethernet"<br>…<br>DICOM Services<br>Query/Retrieve, Print, Storage, Media Export/Import<br>*See* Securview DX Brochure at p.2<br><br>"4.2.2.4.1.1. Description and Sequencing of Activities<br>The SCP AE is always running. Store Instances is triggered when a remote Application Entity requests to store instances to the SCP AE. Expected instances include images of several accepted modalities, Mammography CAD SR, and Grayscale Softcopy Presentation State. The SCP AE stores the instances received so that they can be made available to the user. If a received instance is a duplicate of an existing stored instance it is ignored. Instances remain on the SecurView DX workstation until all studies<br>for the associated patient are read, until a configurable maximum storage period is reached, or until they are manually deleted."<br>*See* Securview DX DICOM Conformance at p.26 |
|---|---|---|

14

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| Table 4.2.2-4 – Acceptable Presentation Contexts for Store Instances | | | | | | |
|---|---|---|---|---|---|---|
| Presentation Context Table | | | | | | |
| Abstract Syntax | | | Transfer Syntax | | Role | Extended Negotiation |
| Name | UID | | Name | UID | | |
| Computed Radiography Image Storage | 1.2.840.10008.5.1.4.1.1.1 | | See Table 4.2.2-6 | | SCP | None |
| Digital X-Ray Image Storage – For Presentation | 1.2.840.10008.5.1.4.1.1.1.1 | | See Table 4.2.2-6 | | SCP | None |
| Digital Mammography X-Ray Image Storage – For Presentation | 1.2.840.10008.5.1.4.1.1.1.2 | | See Table 4.2.2-6 | | SCP | None |
| … | | | | | | |
| Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7 | | See Table 4.2.2-6 | | SCP | None |
| Multi-frame Grayscale Byte Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7.2 | | See Table 4.2.2-6 | | SCP | None |
| Multi-frame Grayscale Word Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7.3 | | See Table 4.2.2-6 | | SCP | None |
| … | | | | | | |
| Grayscale Softcopy Presentation State Storage | 1.2.840.10008.5.1.4.1.1.11.1 | | See Table 4.2.2-5 | | SCP | None |

*See* Securview DX DICOM Conformance at Table 4.2.2-4

The SCP AE will behave as described in the table below when generating the C-STORE response.

| Table 4.2.2-8 – Storage C-STORE Response Status | | | |
|---|---|---|---|
| Service Status | Further Meaning | Error Code | Reason |
| Success | Success | 0000 | Image is stored locally and made available to the user. |
| Failure | Refused: Out of Resources | A700 | There is not enough local storage capacity to store the instance. |

*See* Securview DX DICOM Conformance at Table 4.2.2-8

"SecurXchange® Archive provides an efficient approach to handling the unique archiving requirements of digital mammography and mult-modality image data, for practices that do

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

not have access to a PACS or need a local archiving solution. The SecurXchangeArchive will store and retrieve physician annotations, as well as CAD markings. Together with Hologic 3D Mammography™ systems and Clarity HD high resolution 3D™ imaging technology, Hologic provides a total solution for your imaging and archiving needs. SecurXchange Archive is specifically designed to support breast imaging modalities, offering scalable image archiving capabilities that allow you to add storage space as your practice grows."
*See* SecurXchange at p.1

Storage
• Various storage capacities available (from 2.7 TB to 43.7 TB)
*See* SecurXchange at p.2

"System hardware specifications:
• Processor: Intel® Xeon® E5-2620
• Chipset: Intel C610 series
• Memory: Up to 3TB (24 DIMM slots)
• Redundant fan and hot plug power supply
• Near-line SAS hard drives
• Integrated RAID storage"
*See* SecurXchange at p.2

"Image Distribution
• Automatic retrieval of prior studies from PACS upon receipt of new
images (auto-fetching)
• Manually or automatically merge patient cases if patient presents with a different ID and
date of birth combination (does not affect permanent archival on PACS)
• Receive and analyze images from remote sites and mobile units through an existing
PACS or Hologic SecurXchange® products"
*See* Securview DX Brochure

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| Table 5.2-2 – SOP Classes and Transfer Syntaxes for Media Server | | | |
|---|---|---|---|
| **SOP Class Name** | **SOP Class UID** | **Transfer Syntax** | **Transfer Syntax UID** |
| Media Storage Directory Storage | 1.2.840.10008.1.3.10 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Computed Radiography Image Storage | 1.2.840.10008.5.1.4.1.1.1 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Digital X-Ray Image Storage – For Presentation | 1.2.840.10008.5.1.4.1.1.1.1 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Digital Mammography X-Ray Image Storage – For Presentation | 1.2.840.10008.5.1.4.1.1.1.2 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |

| **SOP Class Name** | **SOP Class UID** | **Transfer Syntax** | **Transfer Syntax UID** |
|---|---|---|---|
| Digital Mammography X-Ray Image Storage – For Processing | 1.2.840.10008.5.1.4.1.1.1.2.1 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Breast Tomosynthesis Image Storage | 1.2.840.10008.5.1.4.1.1.13.1.3 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Breast Projection X-Ray Image Storage – For Presentation | 1.2.840.10008.5.1.4.1.1.13.1.4 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Multi-frame Grayscale Byte Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7.2 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Multi-frame Grayscale Word Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7.3 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Multi-frame True Color Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7.4 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |

*See* Securview DX DICOM Conformance at Table 5.2-2

"4.4.1. AE Title/Presentation Address Mapping
A service user configures the SecurView DX workstation's SCU AE and SCP AE, and remote SCP AEs during site installation, by entering the AE Title, IP Address, and TCP/IP port number for each. When configuring a remote Print AE, a predefined printer specific configuration is also selected. In the multimodality viewer, the SCU AE Title for printing is configured per printer destination. There are no dedicated ports associated with dedicated services.

4.4.2. Configuration Parameters

17

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

The following are some of the relevant configurable items for the local and remote AEs:"

| Table 4.4-1 – Configuration Parameters | | |
|---|---|---|
| **Parameter** | **Configurable (Yes/No)** | **Default Value** |
| **Remote Print AE for Mammography Viewer** | | |
| Printer name (manufacturer, model, default film size) | Yes | Per known printer |
| Configuration info | Yes | Per known printer |
| Dmin | Yes | Per known printer |
| Dmax | Yes | Per known printer |
| Portrait matrix (n x m) | Yes | Per known printer |
| Landscape matrix (n x m) | Yes | Per known printer |
| Portrait pixel spacing (n x m) | Yes | Per known printer |
| Landscape pixel spacing (n x m) | Yes | Per known printer |
| Bit depth (12 or 8) | Yes | Per known printer |
| Medium Type (blue film, clear film, mammo blue film, paper) | Yes | Per known printer |
| Medium Size (8inx10in ,10inx10in, 10inx12in, 10inx14in, 11inx14in, 14inx14in, 14inx17in) | Yes | Per known printer |
| Printer LUT | Yes | P_to_LIN_at_5000 |
| Print Mode (Standard, Presentation LUT) | Yes | Standard |
| Luminescence (Presentation LUT mode only) | Yes | 5000 |
| Reflected ambient light (Presentation LUT mode only) | Yes | 10 |
| Presentation LUT Shape (Presentation LUT mode only) | Yes | IDENTITY |
| **Remote Print AE for Multimodality Viewer** | | |
| Printer name (to identify printer on user interface) | Yes | Per known printer |
| SupportsPresentationLUT (true, false) <true means Presentation LUT SOP Class is used> | Yes | Per known printer |
| FilmSizeID (8inx10in ,10inx10in, 10inx12in, 10inx14in, 11inx14in, 14inx14in, 14inx17in, A4) | Yes | Per known printer |
| BlackOnWhite (true, false) <Polarity> | Yes | Per known printer |

18

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| Parameter | Configurable (Yes/No) | Default Value |
|---|---|---|
| MaxPDU (4096…65536) | Yes | Per known printer |
| SupportsTrim (true, false) | Yes | Per known printer |
| MediumType (blue film, clear film, mammo blue film, paper) | Yes | Per known printer |
| ResolutionID (STANDARD, HIGH) | Yes | Per known printer |
| Magnification Type (CUBIC, REPLICATE, BILINEAR, NONE) | Yes | Per known printer |
| Smoothing Type (NONE or omit) | Yes | Per known printer |
| BorderDensity (BLACK, WHITE, 150) | Yes | Per known printer |
| EmptyImageDensity (BLACK, WHITE, 150) | Yes | Per known printer |
| MinDensity | Yes | Per known printer |
| MaxDensity | Yes | Per known printer |
| Film Destination (PROCESSOR, MAGAZINE) | Yes | Per known printer |

*See* Securview DX DICOM Conformance at pp.30-31

"97 DBT images obtained for screening or diagnostic purposes were stored in both a workstation and a PACS and evaluated in combination with digital mammography by three independent radiologists retrospectively.
…
…
All DBT images were stored using DICOM secondary capture object format in a dedicated workstation and DICOM digital breast tomosynthesis object (BTO) format in PACS.

Image preparation and display

The DBT images were evaluated using a PACS viewer (INFINITT PACS; Infinitt Healthcare, Seoul, South Korea) and dedicated workstation (SecurView workstations; Hologic) with two 21-inch black and white monitors (ME 551i2; Totoku, Tokyo, Japan). The monitors had a matrix of $2048 \times 2560$ with an 11-bit depth. The maximum brightness was 750 cd m–2. Monitor luminance was calibrated as recommended by the suppliers. Two identical monitors were located side by side on the same table in a standard reading room without ambient light. Images were displayed using a $1 \times 1$ layout in each monitor and viewed in a stack or cine mode. Reading of DBT using PACS and a dedicated workstation was performed in the same room."
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5858802/

19

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it. |
| 2c. | a processor in circuit communication with said monitor and said electronic storage medium; and | Hologic provides a processor in circuit communication with said monitor and said electronic storage medium.<br><br>Hologic provides a processor which is in communication the monitor and the image storage via hardware circuitry. In examples, the processor is a Xeon processor that is coupled to the SecureView workstation.<br><br>"SecurView Manager Specifications<br>Computer Workstation Class Hardware<br>Windows®-based System<br>CPU Six Core, Xeon® Processor 2.0 GHz Minimum<br>Memory 16GB High Speed RAM Minimum<br>Storage Space 3.3 TB Minimum<br>Network Interface 10/100/1000 Base T Ethernet"<br>*See* Securview DX Brochure at p.2<br><br>"System hardware specifications:<br>• Processor: Intel® Xeon® E5-2620<br>• Chipset: Intel C610 series<br>• Memory: Up to 3TB (24 DIMM slots)<br>• Redundant fan and hot plug power supply<br>• Near-line SAS hard drives<br>• Integrated RAID storage<br>*See* SecurXchange at p.2<br><br><br>"4.4.1. AE Title/Presentation Address Mapping |

20

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | A service user configures the SecurView DX workstation's SCU AE and SCP AE, and remote SCP AEs during site installation, by entering the AE Title, IP Address, and TCP/IP port number for each. When configuring a remote Print AE, a predefined printer specific configuration is also selected. In the multimodality viewer, the SCU AE Title for printing is configured per printer destination. There are no dedicated ports associated with dedicated services." <br> *See* Securview DX DICOM Conformance at pp.30 <br><br> To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it. |
| 2d. | an input device in circuit communication with said processor; | Hologic provides an input device in circuit communication with said processor. <br><br> Hologic's Securview workstation comprises several input devices such as a workflow keypad, a pointing device and a keyboard to receive user input and communicates with the workstation processor and/or the SecurXchange processor. In another example, Hologic provides an auxiliary input device in the form of a specifically modified iPad device, to communicate with the workstation processor and/or the SecurXchange processor. <br><br> "Attached Devices <br> User Interface Multi-function Mouse, Back-lit Keyboard <br> Power UPS" |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview DX Brochure at p.1

"The SecurView DX workstation provides a user interface to radiologic technologists and radiologists, for reviewing digital mammography and other breast imaging procedures. The SecurView DX workstation includes a graphical user interface (GUI) with a dedicated workflow keypad, pointing device, keyboard, and two, three, or four displays."
*See* Securview DX DICOM Conformance at p.5

22

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX

| | | |
|---|---|---|
| | | "Review workstation 120 implements an interactive UI using a diagnostic display 122 including first and second display monitors 122a and 122b, an administrative display 124, and user input or control devices including a keyboard 128, a mouse 132, and an application-specific hardware auxiliary input device 130, such as a workflow keypad provided in conjunction with a SECURVIEW medical image review workstation." *See* US 9,075,903 at 11:48-55  "Generally speaking, at least as a starting point prior to customization, the touchpad controls provided in any particular touchpad control scheme 204A-204D correspond to controls that would be provided by an application specific hardware device, such as the application-specific hardware auxiliary input device 130 shown in FIG. 1, supra. Advantageously, however, a much richer variety of controls, essentially a limitless variety, is made possible. A wide variety of default touch control schemes can be provided in software, hardware, or firmware forms from which the user, or system administrator, can pick and choose at SVTouch setup time. Preferably, the touchpad control schemes can be customized by the user, both (i) in terms of the way any particular control is placed and/or actuated on the IPAD 134 and (ii) in terms of the corresponding function that is achieved in the active output window of the review workstation 120 upon actuation of that control. FIGS. 3A-3B illustrate physical modification of an IPAD to further optimize user experience according to a preferred embodiment, wherein textured material patches 355, which are reasonably transparent to light, are physically placed on the touchscreen at locations corresponding to selected "home" touchpad controls." *See* US 9,075,903 at 14:34-56 |

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX

| | | |
|---|---|---|
| 2e. | said processor being adapted to receive input signals from said input device, and being responsive to a signal from said input device to transfer digitized image data from said electronic storage medium to said monitor in a way that causes the monitor to produce a display having a plurality of windows and to display a mammogram image in a different form in each window with grayscale values that, along with the illumination characteristics of said monitor, appears to a user as a mammogram in each window under a predetermined illumination state, thereby interfacing said mammogram image in each window and in a predetermined illumination state to an | Hologic's processor is adapted to receive input signals from said input device, and being responsive to a signal from said input device to transfer digitized image data from said electronic storage medium to said monitor in a way that causes the monitor to produce a display having a plurality of windows and to display a mammogram image in a different form in each window with grayscale values that, along with the illumination characteristics of said monitor, appears to a user as a mammogram in each window under a predetermined illumination state, thereby interfacing said mammogram image in each window and in a predetermined illumination state to an operator handling said input device.

Hologic provides a processor that receives input from the input devices (e.g. workflow keypad, pointing device, keyboard) and based on that input transfers images from the storage for display on the monitor. The monitor displays images in multiple widows, where the grayscale values of each image appears as a mammogram in a specified illumination state, e.g. a default illumination state.

"The Hologic SecurView DX workstation is used primarily to display and facilitate interpretation of digital mammography and other breast imaging procedures. The SecurView DX workstation implements the necessary DICOM services to receive images and related information from networked devices, query for images and related information from a networked storage device, retrieve images and related information from a networked storage device, store user created markings/annotations and screen capture images to a networked storage device, and print to a networked hardcopy device.

Table 1-1 provides an overview of the network services supported by the SecurView DX workstation. |

24

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX

| | | |
|---|---|---|
| operator handling said input device; | | |

**Table 1-1 – Network Services**

| SOP Classes | User of Service (SCU) | Provider of Service (SCP) |
|---|---|---|
| **Transfer** | | |
| Computed Radiography Image Storage | No | Yes |
| Digital X-Ray Image Storage – For Presentation | No | Yes |
| Digital Mammography X-Ray Image Storage – For Presentation | No | Yes |
| Digital Mammography X-Ray Image Storage – For Processing | No | Yes |
| Breast Tomosynthesis Image Storage | No | Yes |
| Breast Projection X-Ray Image Storage – For Presentation | No | Yes |
| Breast Projection X-Ray Image Storage – For Processing | No | Option |
| Secondary Capture Image Storage | Yes | Yes |
| Multi-frame Grayscale Byte Secondary Capture Image Storage | No | Yes |
| Multi-frame Grayscale Word Secondary Capture Image Storage | Option | Yes |
| Multi-frame True Color Secondary Capture Image Storage | No | Yes |
| Ultrasound Image Storage | No | Yes |
| Ultrasound Multi-frame Image Storage | No | Yes |
| Ultrasound Image Storage (Retired) | No | Yes |
| Ultrasound Multi-frame Image Storage (Retired) | No | Yes |
| MR Image Storage | No | Option |
| Enhanced MR Image Storage | No | Option |
| Positron Emission Tomography Image Storage | No | Option |
| CT Image Storage | No | Option |
| Enhanced CT Image Storage | No | Option |
| Nuclear Medicine Image Storage | No | Option |
| Mammography CAD SR | No | Yes |
| Grayscale Softcopy Presentation State Storage | Yes | Yes |

*See* Securview DX DICOM Conformance at p.1

"Efficient Review
• Personalize ReportFlows for any clinical situation
• Single-click navigation through each programmed step
• Automatic selection of desired ReportFlow based on exam type
• Intelligent roaming through quadrants at full resolution

25

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

|  |  | Ergonomic, Intuitive Keypad (optional on some systems)<br>• Single-touch support for navigation through tomosynthesis images, including scrolling, cine and toggle between 2D and 3D™ views<br>• Single-click access to commonly used functions<br>• Minimal keystrokes for all breast imaging modalities<br><br>Image Distribution<br>• Automatic retrieval of prior studies from PACS upon receipt of new images (auto-fetching)<br>• Manually or automatically merge patient cases if patient presents with a different ID and date of birth combination (does not affect permanent archival on PACS)<br>• Receive and analyze images from remote sites and mobile units through an existing PACS or Hologic SecurXchange® products"<br>*See* Securview DX Brochure at p.1 |
|---|---|---|

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview DX Brochure

"The SecurView DX workstation provides a user interface to radiologic technologists and radiologists, for reviewing digital mammography and other breast imaging procedures. The SecurView DX workstation includes a graphical user interface (GUI) with a dedicated workflow keypad, pointing device, keyboard, and two, three, or four displays."
*See* Securview DX DICOM Conformance at p.3

"Device Description: The Hologic SecurView DX is mainly a software product. It is used for visualization and manipulation of digital radiology images. The SecurView DX is a multi-modality review workstation software focused on mammographic applications. The software can drive at least two high-resolution gray scale displays (FDA cleared for

27

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

Mammography), a PC mouse, a keyboard and an optional dedicated workflow keypad."
*See* 510(k) SecurView at p.1



*See* Securview DX DICOM Conformance 10.1 at p.1

"In normal operation, the Dimensions only pushed the 2-D images to the Sectra PACS, but pushed both the 2-D and tomosynthesis images to the SecurXchange. Whenever a patient examination was carried out, the SecurXchange automatically sent all the "For Presentation" 2-D and tomosynthesis images to the SecurView DX to be available for clinical review by the radiologists."
*See* Practical; Evaluation at p.39

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| Table 5.2-2 – SOP Classes and Transfer Syntaxes for Media Server | | | |
|---|---|---|---|
| **SOP Class Name** | **SOP Class UID** | **Transfer Syntax** | **Transfer Syntax UID** |
| Media Storage Directory Storage | 1.2.840.10008.1.3.10 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Computed Radiography Image Storage | 1.2.840.10008.5.1.4.1.1.1 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Digital X-Ray Image Storage – For Presentation | 1.2.840.10008.5.1.4.1.1.1.1 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Digital Mammography X-Ray Image Storage – For Presentation | 1.2.840.10008.5.1.4.1.1.1.2 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |

| **SOP Class Name** | **SOP Class UID** | **Transfer Syntax** | **Transfer Syntax UID** |
|---|---|---|---|
| Digital Mammography X-Ray Image Storage – For Processing | 1.2.840.10008.5.1.4.1.1.1.2.1 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Breast Tomosynthesis Image Storage | 1.2.840.10008.5.1.4.1.1.13.1.3 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Breast Projection X-Ray Image Storage – For Presentation | 1.2.840.10008.5.1.4.1.1.13.1.4 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Multi-frame Grayscale Byte Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7.2 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Multi-frame Grayscale Word Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7.3 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |
| Multi-frame True Color Secondary Capture Image Storage | 1.2.840.10008.5.1.4.1.1.7.4 | Explicit VR Little Endian | 1.2.840.10008.1.2.1 |

*See* Securview DX DICOM Conformance at Table 5.2-2

| Table 4.2.1-11 – Basic Film Box SOP Class: Supported Attributes | | | |
|---|---|---|---|
| **Attribute Name** | **Tag** | **Supported Values** | **Default Value** |
| ... | | | |
| Illumination | (2010,015E) | Sent only if Presentation LUT is sent; configurable per printer for mammography viewer | 5000 (mammography viewer) 2000 (multimodality viewer, not configurable) |

*See* Securview DX DICOM Conformance at Table 4.2.1-11

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | *See* also evidence for Claim element 2d.<br><br>To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it. |
| 2f. | said processor being adapted to receive further input from said input device related to the mammogram image in a selected window, said further input from said input device including input that selectively controls the grayscale values of the mammogram image in the selected window, thereby enabling an operator handling said input device to selectively control the illumination state with which the mammogram image in the selected window is displayed to the operator. | Hologic's processor is adapted to receive further input from said input device related to the mammogram image in a selected window, said further input from said input device including input that selectively controls the grayscale values of the mammogram image in the selected window, thereby enabling an operator handling said input device to selectively control the illumination state with which the mammogram image in the selected window is displayed to the operator.<br><br>Hologic's processor can receive input from the input device about an image in a selected window wherein the input selectively controls the grayscale values to allow a user to control the illumination state.<br><br>"Device Description: The Hologic SecurView DX is mainly a software product. It is used for visualization and manipulation of digital radiology images. The SecurView DX is a multi-modality review workstation software focused on mammographic applications. The software can drive at least two high-resolution gray scale displays (FDA cleared for Mammography), a PC mouse, a keyboard and an optional dedicated workflow keypad." *See* 510(k) SecurView at p.1 |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview DX DICOM Conformance 10.1 at p.1

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| Table 1-1 – Network Services | | |
|---|---|---|
| **SOP Classes** | **User of Service (SCU)** | **Provider of Service (SCP)** |
| **Transfer** | | |
| Computed Radiography Image Storage | No | Yes |
| Digital X-Ray Image Storage – For Presentation | No | Yes |
| Digital Mammography X-Ray Image Storage – For Presentation | No | Yes |
| Digital Mammography X-Ray Image Storage – For Processing | No | Yes |
| Breast Tomosynthesis Image Storage | No | Yes |
| Breast Projection X-Ray Image Storage – For Presentation | No | Yes |
| Breast Projection X-Ray Image Storage – For Processing | No | Option |
| Secondary Capture Image Storage | Yes | Yes |
| Multi-frame Grayscale Byte Secondary Capture Image Storage | No | Yes |
| Multi-frame Grayscale Word Secondary Capture Image Storage | Option | Yes |
| Multi-frame True Color Secondary Capture Image Storage | No | Yes |
| Ultrasound Image Storage | No | Yes |
| Ultrasound Multi-frame Image Storage | No | Yes |
| Ultrasound Image Storage (Retired) | No | Yes |
| Ultrasound Multi-frame Image Storage (Retired) | No | Yes |
| MR Image Storage | No | Option |
| Enhanced MR Image Storage | No | Option |
| Positron Emission Tomography Image Storage | No | Option |
| CT Image Storage | No | Option |
| Enhanced CT Image Storage | No | Option |
| Nuclear Medicine Image Storage | No | Option |
| Mammography CAD SR | No | Yes |
| Grayscale Softcopy Presentation State Storage | Yes | Yes |

*See* Securview DX DICOM Conformance at p.1

"Efficient Review
• Personalize ReportFlows for any clinical situation
• Single-click navigation through each programmed step
• Automatic selection of desired ReportFlow based on exam type
• Intelligent roaming through quadrants at full resolution

32

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

Ergonomic, Intuitive Keypad (optional on some systems)
• Single-touch support for navigation through tomosynthesis images, including scrolling, cine and toggle between 2D and 3D™ views
• Single-click access to commonly used functions
• Minimal keystrokes for all breast imaging modalities
*See* Securview DX Brochure at p.1



**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | |  |

*See* Securview Movie at 0:04-1:00

To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it. |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | Claim 3 | |
|---|---|---|
| 3 | A system for providing an interface between a medical image and a user comprising: | To the extent the preamble is construed as limiting, Hologic provides a system for providing an interface between a medical image and a user.<br><br>"SecurView breast imaging workstations are built with the needs of breast radiologists in mind. Advanced, customizable workflows and innovative image manipulation tools, designed to ensure accurate, efficient evaluation of 2D and 3D Mammography™ exams.<br>…<br>Images when you need them<br>All relevant 2D and 3D Mammography™ studies, including priors, are available to review immediately for fast, informed diagnostic decisions.<br>…<br>Accurate, streamlined reporting of results<br>Application Synchronization enables bi-directional communication between SecurView and mammography reporting systems, dictation applications, HIS/RIS and PACS. Single point of sign-in, along with patient open and close, decreases reporting errors and reduces the complexity of the reading environment." |

37

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



https://www.hologic.com/hologic-products/breast-skeletal/securview-workstations

"Attached Devices
User Interface Multi-function Mouse, Back-lit Keyboard
Power UPS"

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview DX Brochure

"

"The SecurView DX workstation provides a user interface to radiologic technologists and radiologists, for reviewing digital mammography and other breast imaging procedures. The SecurView DX workstation includes a graphical user interface (GUI) with a dedicated workflow keypad, pointing device, keyboard, and two, three, or four displays."
*See* Securview DX DICOM Conformance at p.3

39

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX

| | | |
|---|---|---|
| | | *See* Securview Movie 0:00-1:22 |
| 3a. | means for establishing electronic communications with a processor for receiving a stored digitized medical image comprising data representative of a plurality of greyscale values | Hologic provides means for establishing electronic communications with a processor for receiving a stored digitized medical image comprising data representative of a plurality of greyscale values.<br><br>The Court has construed "grayscale values" as "digital image luminance values corresponding to shades of grey from black to white." (*See* Markman Order at p.54)<br><br>Hologic provides a processor coupled to the workstation that has circuitry to communicate with a processor for receiving stored digitized medical images.  The images comprise digital image luminance values corresponding to shades of grey from black to white.<br><br>"The DICOM Export AE and DICOM Import AE provide a means to export and import patient images using DICOM Part 10: Media Storage and File Format for Media Interchange. Patient images can be recorded to or read from removable media. These features are provided as a matter of convenience for users to move images from one system to another via removable media."<br>*See* Securview DX DICOM Conformance at p.33<br><br>"4.2.2.4.1.1. Description and Sequencing of Activities<br>The SCP AE is always running. Store Instances is triggered when a remote Application Entity requests to store instances to the SCP AE. Expected instances include images of several accepted modalities, Mammography CAD SR, and Grayscale Softcopy Presentation State. The SCP AE stores the instances received so that they can be made available to the user. If a received instance is a duplicate of an existing stored instance it is ignored. Instances remain on the SecurView DX workstation until all studies<br>for the associated patient are read, until a configurable maximum storage period is reached, or until they are manually deleted."<br>*See* Securview DX DICOM Conformance at p.26<br><br>"The software accepts multimodality images of US, MR, DR, CR, SC, CT, PET, and other |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | DICOM formats for display and manipulation on the high resolution 5 MP gray scale displays or on a color 2 MP display in 2-D or 3-D view." <br> *See* 510(k) SecurView at p.1 <br><br>  |

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX



**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview Movie at 0:04-1:00

"SecurView Manager Specifications
Computer Workstation Class Hardware
Windows®-based System

43

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | CPU Six Core, Xeon® Processor 2.0 GHz Minimum<br>Memory 16GB High Speed RAM Minimum<br>Storage Space 3.3 TB Minimum<br>Network Interface 10/100/1000 Base T Ethernet"<br>…<br>DICOM Services<br>Query/Retrieve, Print, Storage, Media Export/Import<br>*See* Securview DX Brochure at p.2<br><br>"The SecurView DX reporting workstation consists of a computer where images are cached on the local hard drive, with two 5 MP LCD greyscale monitors and a dedicated mammography workflow keypad. It uses a dedicated Mammography Based Image Review Software."<br>*See* Practical Evaluation at p.41<br><br>To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it. |
| 3b. | means for communicating with a display means; and | Hologic provides means for communicating with a display means.<br><br>Hologic's Securview workstation comprises several input devices such as a workflow keypad, a pointing device and a keyboard to electronically communicate with the monitor. |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview DX Brochure

"The SecurView DX workstation provides a user interface to radiologic technologists and radiologists, for reviewing digital mammography and other breast imaging procedures. The SecurView DX workstation includes a graphical user interface (GUI) with a dedicated workflow keypad, pointing device, keyboard, and two, three, or four displays."
*See* Securview DX DICOM Conformance at p.3

"Review workstation 120 implements an interactive UI
using a diagnostic display 122 including first and second
display monitors 122a and 122b, an administrative display

45

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

|  |  |  |
|---|---|---|
|  |  | 124, and user input or control devices including a keyboard 128, a mouse 132, and an application-specific hardware auxiliary input device 130, such as a workflow keypad provided in conjunction with a SECURVIEW medical image review workstation." *See* US 9,075,903 at 11:48-55 |
| 3c. | software means loadable into the processor comprising: | Hologic provides software means loadable into the processor. Hologic provides software that can be installed and run on the workstation processor. The software includes Image Analytics software which includes C-View synthesized 2D software, ImageChecker, and Qantra. The software further includes MultView™ Multimodality and Mammography Prior Enhancement™ (MPE) software. "C-View synthesized 2D software C-View software is Hologic's FDA-approved solution to replace FFDM within a combined tomosynthesis screening exam. C–View software's 2D image is designed to be different. Our advanced algorithm takes high quality tomosynthesis data and instantly generates 2D images designed to enhance details such as bright spots and linear structures, while minimizing tissue overlap. Hologic Low Dose 3D Mammography™ exam powered by C-View software: Clinically proven to increase invasive cancer detection2-6 and decrease recall rates2,4,5,6,7 compared with 2D alone—just like our original 3D™ mammogram. C-View software progresses early breast cancer detection further by generating a 2D image directly from the tomosynthesis data, lowering patient radiation dose and compression time, with the added benefit of greater patient comfort. ImageChecker® CAD software ImageChecker CAD software, which identifies regions of interest on mammography images to help minimize observational oversights by the radiologist, potentially decreases false negative readings. Identifies regions of interest on mammography images in order to assist the radiologist. Analyzes and marks suspicious masses and clusters of calcifications. |

46

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | Displays markings on SecurView® and PACS workstations; also compatible with other diagnostic workstations.<br>Quantra™ breast density assessment software<br>Quantra breast density assessment software provides an objective method of assessing a patient's breast density. This is critical for women with dense breasts, because higher breast density is known to increase a woman's risk for breast cancer.1<br>Quantra breast density assessment software is a machine-learning algorithm that analyzes each patient's pattern and texture to provide an unbiased breast density assessment. This information includes the Quantra Density Category, which is consistent with the four breast composition categories of the ACR BIRADS® Atlas, Fifth Edition.<br>Enables viewing of results on SecurView and other diagnostic workstations; also compatible with some mammography reporting systems.<br>Compatible with images acquired from a Genius™ 3D Mammography™2 exam."<br>https://www.hologic.com/hologic-products/breast-skeletal/image-analytics<br><br>"ImageChecker® CAD display of Malc™ marks, and RightOn™ and PeerView™ presentation formats<br>• Additional CAD-specific data with EmphaSize™ and LesionMetrics™ tools<br>• Quantra™ 2D and 3D™ breast density assessment display"<br>*See* Securview DX Brochure at p.1<br><br>"EmphaSize™ Variable Size CAD Marks<br><br>EmphaSize2 marks are displayed in variable sizes correlating to the prominence of features of a mass or calcification cluster. When the algorithm determines that a region contains more prominent features, the CAD mark appears larger. ImageChecker CAD evaluates each region of interest by examining several key characteristics including signal intensity, number of calcifications in a cluster, and shape of the calcifications. For masses, the algorithm evaluates key characteristics such as degree of spiculation, lesion shape, contrast to surrounding tissue, texture of lesion interior, and edge texture. As the prominence of these features increase, the algorithm enlarges the size of the mark. If a region contains both a mass and calcifications, ImageChecker CAD produces a Malc mark and scales the mark depending upon the prominence of both mass and calcification features. |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

|  |  | PeerView™ Digital CAD Marks

PeerView Digital is an exclusive innovation designed to help the radiologist understand why the ImageChecker CAD algorithm marked a particular region. PeerView Digital outlines the suspicious region to help the radiologist visualize and analyze the specific structures that may warrant closer review. PeerView Digital outlines the central density of a detected mass or distortion so the radiologist can evaluate the margin, shape and interior characteristics. Detected microcalcifications are highlighted so the radiologist can determine the number, shape and distribution.

LesionMetrics™ Detailed Lesion Hightlights

LesionMetrics provides additional information about each region, including the prominence of certain features that are key to the algorithm. For example, it measures the position of the lesion within the breast, and indicates values such as the fraction of lesion margin considered spiculated.

Breast Geometry Anatomic Segmentation

Breast Geometry provides gross assessment of breast outline and nipple position so that advanced workstations can provide sizing logic based on breast tissue in the image, optimizing the display of current and prior mammograms."
*See* http://www.christieinnomed.com/en/imaging/mammography-10/image-analytics/r2-imagechecker-cad

"Advanced Multimodality Solution
Software Module, and 1 or 2 DICOM calibrated color displays
MultView™ Multimodality
Software, and optional color display
Application Synchronization
Software, and optional color display |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | Mammography Prior Enhancement™ (MPE) software<br>Enhances unprocessed GE priors to facilitate comparison with current<br>Hologic 2D images."<br>*See* Securview DX Brochure at p.2<br><br>To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it. |
| 3d. | means for receiving a signal from a user-operable device; | Hologic's software means comprise means for receiving a signal from a user-operable device.<br><br>Hologic's Securview comprises monitors with a Graphics User Interface (GUI) that receives electronic signals via user operable input devices that include a workflow keypad, a pointing device, and a keyboard.<br><br>"Attached Devices<br>User Interface Multi-function Mouse, Back-lit Keyboard<br>Power UPS" |

49

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview DX Brochure

"

"The SecurView DX workstation provides a user interface to radiologic technologists and radiologists, for reviewing digital mammography and other breast imaging procedures. The SecurView DX workstation includes a graphical user interface (GUI) with a dedicated workflow keypad, pointing device, keyboard, and two, three, or four displays."
*See* Securview DX DICOM Conformance at p.3

50

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | "Review workstation 120 implements an interactive UI using a diagnostic display 122 including first and second display monitors 122a and 122b, an administrative display 124, and user input or control devices including a keyboard 128, a mouse 132, and an application-specific hardware auxiliary input device 130, such as a workflow keypad provided in conjunction with a SECURVIEW medical image review workstation." <br> *See* US 9,075,903 at 11:48-55 |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

<table>
<tr>
<td colspan="3"></td>
</tr>
<tr>
<td colspan="3"><em>See</em> US 9,075,903 at Fig. 1</td>
</tr>
<tr>
<td>3f.</td>
<td>means controllable by a signal from the user-operable device for transforming the image into a plurality of varying-</td>
<td>Hologic's software means comprise means controllable by a signal from the user-operable device for transforming the image into a plurality of varying-resolution forms, each form having a different set of greyscale values.</td>
</tr>
</table>

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX

| | resolution forms, each form having a different set of greyscale values; and | The Court has determined that the flowchart in Figure 3 includes "steps for selecting a case to be viewed; loading preview images; displaying the preview images; displaying converted forms of the image, in which the bit rate of the images have been reduced, the resolution of the images has been reduced, and the greyscale levels of the images have been modified. The flowchart also contains further references to windowing the views, providing a measurement tool, providing overlays, and providing reports." (*See* Markman Order at p.34)<br><br>The Court has construed "grayscale values" as "digital image luminance values corresponding to shades of grey from black to white." (*See* Markman Order at p.54)<br><br>Hologic's software allows a user to transform images to different resolutions. For example, a user controlling an input device can transform an image of a first size into an image of a second size, or into a magnified portion of the image.  In another example, a user controlling an input device can create images of varying contrast resolution forms. All these images are associated with their own shades of grey.<br><br> |

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX



**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview Movie at 0:04-1:00

"The C-View algorithm places high value on the importance of contrast resolution, not dissimilar to the design goals of CT versus an x-ray radiograph. The final combined C-View image is then formatted to be saved and displayed as a conventional 2D DICOM

55

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | image, with the one difference that the image has a burned in "C-View" mark so it can be distinguished from a FFDM 2D image." Figure 1: Visibility of calcifications as seen in C-View 2D and FFDM 2D images from the same study. |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | <br>Figure 2: C-View 2D and FFDM 2D images can differ in contrast, resolution, parenchymal density, and skin line appearance.<br><br>*See* C-View White Paper at pp.3-4<br><br>To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it. |
| 3g. | means for displaying the forms on the display means, each form displayed within a different sector of the display means. | Hologic's software means comprise means for displaying the forms on the display means, each form displayed within a different sector of the display means.<br><br>"Claim 3 is directed toward a version of the invention in which different versions of an image are displayed in different windows of the same display."<br>(*See* Markman Order at pp. 47-48)<br><br>Hologic's software provides different resolution forms of an image that are displayed in different windows of the same display. |

JA335

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview Movie at 0:13

*See* Securview Movie at 0:19

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



Figure 2: C-View 2D and FFDM 2D images can differ in contrast, resolution, parenchymal density, and skin line appearance.

*See* C-View White Paper at pp.3-4

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX

| | Claim 4 | |
|---|---|---|
| 4 | The system recited in claim 3, wherein the display means comprises a first and a second display monitor. | Hologic provides a first and second display monitor.<br><br>"Device Description: The Hologic SecurView DX is mainly a software product. It is used for visualization and manipulation of digital radiology images. The SecurView DX is a multi-modality review workstation software focused on mammographic applications. The software can drive at least two high-resolution gray scale displays (FDA cleared for Mammography), a PC mouse, a keyboard and an optional dedicated workflow keypad." *See* 510(k) SecurView at p.1<br><br><br><br>*See* Securview Movie at 0:09 |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview DX Brochure

"The SecurView DX workstation provides a user interface to radiologic technologists and radiologists, for reviewing digital mammography and other breast imaging procedures. The SecurView DX workstation includes a graphical user interface (GUI) with a dedicated workflow keypad, pointing device, keyboard, and two, three, or four displays."
*See* Securview DX DICOM Conformance at p.3

"Review workstation 120 implements an interactive UI
using a diagnostic display 122 including first and second
display monitors 122a and 122b, an administrative display

61

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

|  |  | 124, and user input or control devices including a keyboard 128, a mouse 132, and an application-specific hardware auxiliary input device 130, such as a workflow keypad provided in conjunction with a SECURVIEW medical image review workstation." <br> *See* US 9,075,903 at 11:48-55 |
|---|---|---|

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

|   | Claim 5 |   |
|---|---------|---|
| 5 | The system recited in claim 4, wherein the first and the second display monitors each comprise a high-resolution greyscale monitor. | The first and second display monitors each comprise a high-resolution greyscale monitor.<br><br>Hologic provides two high-resolution gray scale displays.  In one instance, Hologic provides two 5-megapixel monitors with 1024 true shades of gray.<br><br>"Device Description: The Hologic SecurView DX is mainly a software product. It is used for visualization and manipulation of digital radiology images. The SecurView DX is a multi-modality review workstation software focused on mammographic applications. The software can drive at least two high-resolution gray scale displays (FDA cleared for Mammography), a PC mouse, a keyboard and an optional dedicated workflow keypad." *See* 510(k) SecurView at p.1<br><br><br><br>*See* Securview Movie at 0:09<br><br>To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it. |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

|  | Claim 6 |  |
|---|---|---|
| 6 | The system recited in claim 3, wherein the medical image comprises a mammographic image. | The medical image comprises a mammographic image.<br><br>"SecurView breast imaging workstations are built with the needs of breast radiologists in mind. Advanced, customizable workflows and innovative image manipulation tools, designed to ensure accurate, efficient evaluation of 2D and 3D Mammography™ exams.<br>…<br>Images when you need them<br>All relevant 2D and 3D Mammography™ studies, including priors, are available to review immediately for fast, informed diagnostic decisions.<br>…<br>Accurate, streamlined reporting of results<br>Application Synchronization enables bi-directional communication between SecurView and mammography reporting systems, dictation applications, HIS/RIS and PACS. Single point of sign-in, along with patient open and close, decreases reporting errors and reduces the complexity of the reading environment." |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



https://www.hologic.com/hologic-products/breast-skeletal/securview-workstations

*See* also evidence for Claim 2.

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX

| | Claim 9 | |
|---|---|---|
| 9. | The system recited in claim 3, wherein the software means further comprises means for generating a zoom window overlayable on at least one of the displayed forms for identifying a portion of the form desired to be displayed as a magnified view in a different sector. | Hologic's software means further comprises means for generating a zoom window overlayable on at least one of the displayed forms for identifying a portion of the form desired to be displayed as a magnified view in a different sector.<br><br>The Court has determined that the flowchart in Figure 3 includes "steps for selecting a case to be viewed; loading preview images; displaying the preview images; displaying converted forms of the image, in which the bit rate of the images have been reduced, the resolution of the images has been reduced, and the greyscale levels of the images have been modified. The flowchart also contains further references to windowing the views, providing a measurement tool, providing overlays, and providing reports." (*See* Markman Order at p.34)<br><br>Hologic provides software running on a processor for generating a zoom window overlayable on at least one of the displayed forms for identifying a portion of the form desired to be displayed as a magnified view in a different sector.<br><br> |

67

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | *See* Securview Movie at 0:19<br><br>To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it. |
|---|---|---|

JA346

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

|  | **Claim 10** | |
|---|---|---|
| 10 | The system recited in claim 9, wherein the zoom window generating means is under signal control of the user-operable control device. | Hologic's zoom window generating means is under signal control of the user-operable control device.<br><br>A user can select to zoom into, or magnify, a portion of the image.  The zoom window to for is under signal control of user operable control devices, including input devices such as a workflow keypad, a pointing device and a keyboard to receive user input and communicates with the workstation processor. |

Table within the cell:

| Table 4.2.1-11 – Basic Film Box SOP Class: Supported Attributes | | | |
|---|---|---|---|
| **Attribute Name** | **Tag** | **Supported Values** | **Default Value** |
| Image Display Format | (2010,0010) | STANDARD\1,1 | STANDARD\1,1 |
| Film Orientation | (2010,0040) | PORTRAIT<br>LANDSCAPE | |
| Film Size ID | (2010,0050) | 8INX10IN<br>10INX12IN<br>10INX10IN<br>10INX14IN<br>11INX14IN<br>14INX14IN<br>14INX17IN<br>Multimodality viewer also:<br>A4<br>(Configurable per printer) | Configured per each printer's requirements with image matrix size, or set to calculate automatically for true size printing (mammography viewer) |
| Magnification Type | (2010,0060) | CUBIC<br>Multimodality viewer also:<br>REPLICATE<br>BILINEAR<br>NONE | CUBIC (mammography viewer)<br><br>Configurable per printer (multimodality viewer) |

*See* Securview DX DICOM Conformance at Table 4.2.1-11

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| Table 4.2.1-14 – Basic Grayscale Image Box SOP Class: Supported Attributes | | | |
|---|---|---|---|
| **Attribute Name** | **Tag** | **Supported Values** | **Default Value** |
| Image Box Position | (2020,0010) | 1 | 1 |
| Basic Grayscale Image Sequence | (2020,0110) | | |
| > Samples Per Pixel | (0028,0002) | 1 | 1 |
| > Photometric Interpretation | (0028,0004) | MONOCHROME2 | MONOCHROME2 |
| > Rows | (0028,0010) | Per printed image | |
| > Columns | (0028,0011) | Per printed image | |
| > Pixel Aspect Ratio | (0028,0034) | 1\1 | 1\1 |
| > Bits Allocated | (0028,0100) | 8 or 16 (mammography viewer) 8 (multimodality viewer) | |
| > Bits Stored | (0028,0101) | 8 or 12 (mammography viewer) 8 (multimodality viewer) | |
| > High Bit | (0028,0102) | 7 or 11 (mammography viewer) 7 (multimodality viewer) | |
| > Pixel Representation | (0028,0103) | 0 | 0 |
| > Pixel Data | (7FE0,0010) | Per printed image | |
| Polarity | (2020,0020) | NORMAL REVERSE (multimodality viewer only) | Configurable per Printer |
| Configuration Information | (2010,0150) | Configurable per printer (mammography viewer only) | Predefined per Printer |
| Magnification Type | (2010,0060) | CUBIC (mammography viewer only) | CUBIC |

*See* Securview DX DICOM Conformance at Table 4.2.1-14

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview Movie

To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it.

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX

| | Claim 11 | |
|---|---|---|
| 11. | The system recited in claim 3, wherein the software means further comprises means for generating a measuring device overlayable on at least one of the displayed forms for measuring a feature thereof. | The software further comprises means for generating a measuring device overlayable on at least one of the displayed forms for measuring a feature thereof.<br><br>The Court has determined that the flowchart in Figure 3 includes "steps for selecting a case to be viewed; loading preview images; displaying the preview images; displaying converted forms of the image, in which the bit rate of the images have been reduced, the resolution of the images has been reduced, and the greyscale levels of the images have been modified. The flowchart also contains further references to windowing the views, providing a measurement tool, providing overlays, and providing reports." (*See* Markman Order at p.34)<br><br>In an example, the measuring device comprises software to measure dimensions of a computer generated mark displayed on the screen.  The mark is overlayable on a displayed image.  Measuring comprises, for example, measuring the size of a demarcated region associated with a suspected lesion.<br><br> |

72

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview Movie at 0:25-0:36

"EmphaSize™ Variable Size CAD Marks

EmphaSize2 marks are displayed in variable sizes correlating to the prominence of features of a mass or calcification cluster. When the algorithm determines that a region contains more prominent features, the CAD mark appears larger. ImageChecker CAD evaluates each region of interest by examining several key characteristics including signal intensity, number of calcifications in a cluster, and shape of the calcifications. For masses, the algorithm evaluates key characteristics such as degree of spiculation, lesion shape, contrast to surrounding tissue, texture of lesion interior, and edge texture. As the prominence of these features increase, the algorithm enlarges the size of the mark. If a region contains both a mass and calcifications, ImageChecker CAD produces a Malc mark and scales the mark depending upon the prominence of both mass and calcification features.

PeerView™ Digital CAD Marks

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

|  |  | PeerView Digital is an exclusive innovation designed to help the radiologist understand why the ImageChecker CAD algorithm marked a particular region. PeerView Digital outlines the suspicious region to help the radiologist visualize and analyze the specific structures that may warrant closer review. PeerView Digital outlines the central density of a detected mass or distortion so the radiologist can evaluate the margin, shape and interior characteristics. Detected microcalcifications are highlighted so the radiologist can determine the number, shape and distribution.<br><br>LesionMetrics™ Detailed Lesion Hightlights<br><br>LesionMetrics provides additional information about each region, including the prominence of certain features that are keyto the algorithm. For example, it measures the position of the lesion within the breast, and indicates values such as the fraction of lesion margin considered spiculated.<br><br>Breast Geometry Anatomic Segmentation<br><br>Breast Geometry provides gross assessment of breast outline and nipple position so that advanced workstations can provide sizing logic based on breast tissue in the image, optimizing the display of current and prior mammograms."<br>*See* http://www.christieinnomed.com/en/imaging/mammography-10/image-analytics/r2-imagechecker-cad |
|---|---|---|

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | Claim 16 | |
|---|---|---|
| 16. | The system recited in claim 3, wherein the software means further comprising means interactive with the user for generating a report containing diagnosis information. | Hologic's software comprises means interactive with the user for generating a report containing diagnosis information.<br><br>The Court has determined that the flowchart in Figure 3 includes "steps for selecting a case to be viewed; loading preview images; displaying the preview images; displaying converted forms of the image, in which the bit rate of the images have been reduced, the resolution of the images has been reduced, and the greyscale levels of the images have been modified. The flowchart also contains further references to windowing the views, providing a measurement tool, providing overlays, and providing reports." (*See* Markman Order at p.34)<br><br>Hologic provides interactive software for generating a diagnostic report.<br><br>"SecurView breast imaging workstations are built with the needs of breast radiologists in mind. Advanced, customizable workflows and innovative image manipulation tools, designed to ensure accurate, efficient evaluation of 2D and 3D Mammography™ exams.<br>…<br>Images when you need them<br>All relevant 2D and 3D Mammography™ studies, including priors, are available to review immediately for fast, informed diagnostic decisions.<br>…<br>Accurate, streamlined reporting of results<br>Application Synchronization enables bi-directional communication between SecurView and mammography reporting systems, dictation applications, HIS/RIS and PACS. Single point of sign-in, along with patient open and close, decreases reporting errors and reduces the complexity of the reading environment."<br>https://www.hologic.com/hologic-products/breast-skeletal/securview-workstations<br><br>"Efficient Review<br>• Personalize ReportFlows for any clinical situation<br>• Single-click navigation through each programmed step |

76

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

|  |  | • Automatic selection of desired ReportFlow based on exam type<br>• Intelligent roaming through quadrants at full resolution"<br>*See* Securview DX Brochure at p.1<br><br>To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it. |
|---|---|---|

JA355

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | **Claim 17** | |
|---|---|---|
| 17 | A system for analyzing a set of digitized mammography images, the set comprising a plurality of views from a unitary patient, the system comprising: | Hologic provides a system for analyzing a set of digitized mammography images, the set comprising a plurality of views from a unitary patient.<br><br>Hologic provides a system for analyzing a plurality of views of digitized mammography images from one patient. For instance, the views include bilateral craniocaudal (CC) and mediolateral oblique (MLO) views.<br><br>To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it. |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview DX Brochure

"The DICOM Export AE and DICOM Import AE provide a means to export and import patient images using DICOM Part 10: Media Storage and File Format for Media Interchange. Patient images can be recorded to or read from removable media. These features are provided as a matter of convenience for users to move images from one system to another via removable media."
*See* Securview DX DICOM Conformance at p.33

79

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

"4.2.2.4.1.1. Description and Sequencing of Activities
The SCP AE is always running. Store Instances is triggered when a remote Application Entity requests to store instances to the SCP AE. Expected instances include images of several accepted modalities, Mammography CAD SR, and Grayscale Softcopy Presentation State. The SCP AE stores the instances received so that they can be made available to the user. If a received instance is a duplicate of an existing stored instance it is ignored. Instances remain on the SecurView DX workstation until all studies
for the associated patient are read, until a configurable maximum storage period is reached, or until they are manually deleted."
*See* Securview DX DICOM Conformance at p.26

| Table 8.1.1-16 – Patient Module of Created SC Image Instances | | | | |
|---|---|---|---|---|
| **Attribute Name** | **Tag** | **Value** | **Presence of Value** | **Source** |
| Patient's Name | (0010,0010) | Copied from current patient | ALWAYS | AUTO |
| Patient ID | (0010,0020) | Copied from current patient | ALWAYS | AUTO |
| Patient's Birth Date | (0010,0030) | Copied from current patient | VNAP | AUTO |
| Patient's Sex | (0010,0040) | Copied from current patient | VNAP | AUTO |
| All other Patient Attributes | | Copied from current patient | ANAP | AUTO |

*See* Securview DX DICOM Conformance at Table 8.1.1-16

"Image Distribution
• Automatic retrieval of prior studies from PACS upon receipt of new
images (auto-fetching)
• Manually or automatically merge patient cases if patient presents with
a different ID and date of birth combination (does not affect permanent
archival on PACS)
• Receive and analyze images from remote sites and mobile units through
an existing PACS or Hologic SecurXchange® products"
*See* Securview DX Brochure at p.1

"Breast tomosynthesis in screening using the Hologic system has demonstrated superior clinical performance to conventional 2D mammography in a number of metrics, in particular showing improved detection of invasive cancers and reductions in recall rate.[1]

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | The studies that demonstrated the maximal improvements all share one characteristic: they involve the availability of 2-view tomosynthesis (CC and MLO) and 2-view 2D images (CC and MLO). Studies using only one view tomosynthesis (MLO) have either not shown improvement over 2D[2] or have failed to demonstrate both improved cancer detection and simultaneous recall rate reduction.<br><br>Because cancers are often better visualized in one tomosynthesis view or the other— sometimes the CC is superior and sometimes the MLO is superior— taking both tomosynthesis views increases the chances of seeing a lesion.[4] The 2D images in a tomosynthesis study are not rendered superfluous just because the tomosynthesis images are available. 2D images are useful for comparison to 2D priors, for detection of left/right asymmetries, and for the rapid detection of microcalcification clusters.<br><br>The original studies performed using 2-view combo mode imaging (2D and tomosynthesis in both CC and MLO) were performed by acquiring both the FFDM and the tomosynthesis images, and therefore increased the dose, approximately doubling the dose compared to 2D imaging."<br>*See* C-View White Paper at p.1<br><br>"The safety and efficacy of C-View 2D to replace the FFDM 2D image in a tomosynthesis screening exam has been validated through multiple clinical evaluations.11-16 The use of C-View software allows performing a 2-view tomo exam that provides all the views (2D-CC, 2D-MLO, Tomo-CC, Tomo-MLO) shown to increase invasive cancer detection and decrease recall rates, and at the same time lowering dose and patient compression time."<br>*See* C-View White Paper at p.9 |

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX



Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX



**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | *See* Securview Movie at 0:25-0:36 |
| 17a. | a first and a second display monitor; | Hologic provides a first and a second display monitor.<br><br>"Device Description: The Hologic SecurView DX is mainly a software product. It is used for visualization and manipulation of digital radiology images. The SecurView DX is a multi-modality review workstation software focused on mammographic applications. The software can drive at least two high-resolution gray scale displays (FDA cleared for Mammography), a PC mouse, a keyboard and an optional dedicated workflow keypad." *See* 510(k) SecurView at p.1<br><br><br>*See* Securview Movie at 0:09 |

JA362

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview DX Brochure

"The SecurView DX workstation provides a user interface to radiologic technologists and radiologists, for reviewing digital mammography and other breast imaging procedures. The SecurView DX workstation includes a graphical user interface (GUI) with a dedicated workflow keypad, pointing device, keyboard, and two, three, or four displays."
*See* Securview DX DICOM Conformance at p.3


"Review workstation 120 implements an interactive UI
using a diagnostic display 122 including first and second
display monitors 122a and 122b, an administrative display

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | 124, and user input or control devices including a keyboard 128, a mouse 132, and an application-specific hardware auxiliary input device 130, such as a workflow keypad provided in conjunction with a SECURVIEW medical image review workstation." *See* US 9,075,903 at 11:48-55 |
| 17b. | a processor having means for communicating with an image storage device and software means resident thereon, the software means comprising: | Hologic provides a processor having means for communicating with an image storage device and software means resident thereon. Function: "communicating with an image storage device and software thereon". Structure: A workstation processor performing the algorithm of Figure 3, and equivalents. Hologic provides a processor to communicate with an image storage device and associated software.  In an example, the processor is a Xeon processor that is coupled to the SecureView workstation, and the image storage device comprises a local hard drive on the Securview workstation and its associated software. "SecurView Manager Specifications Computer Workstation Class Hardware Windows®-based System CPU Six Core, Xeon® Processor 2.0 GHz Minimum Memory 16GB High Speed RAM Minimum Storage Space 3.3 TB Minimum Network Interface 10/100/1000 Base T Ethernet" … DICOM Services Query/Retrieve, Print, Storage, Media Export/Import *See* Securview DX Brochure at p.2 "Image Distribution • Automatic retrieval of prior studies from PACS upon receipt of new images (auto-fetching) |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

|  |  | • Manually or automatically merge patient cases if patient presents with a different ID and date of birth combination (does not affect permanent archival on PACS)<br>• Receive and analyze images from remote sites and mobile units through an existing PACS or Hologic SecurXchange® products"<br>*See* Securview DX Brochure at p.1<br><br>"The DICOM Export AE and DICOM Import AE provide a means to export and import patient images using DICOM Part 10: Media Storage and File Format for Media Interchange. Patient images can be recorded to or read from removable media. These features are provided as a matter of convenience for users to move images from one system to another via removable media."<br>*See* Securview DX DICOM Conformance at p.33<br><br>"4.2.2.4.1.1. Description and Sequencing of Activities<br>The SCP AE is always running. Store Instances is triggered when a remote Application Entity requests to store instances to the SCP AE. Expected instances include images of several accepted modalities, Mammography CAD SR, and Grayscale Softcopy Presentation State. The SCP AE stores the instances received so that they can be made available to the user. If a received instance is a duplicate of an existing stored instance it is ignored. Instances remain on the SecurView DX workstation until all studies for the associated patient are read, until a configurable maximum storage period is reached, or until they are manually deleted."<br>*See* Securview DX DICOM Conformance at p.26<br><br>"The software accepts multimodality images of US, MR, DR, CR, SC, CT, PET, and other DICOM formats for display and manipulation on the high resolution 5 MP gray scale displays or on a color 2 MP display in 2-D or 3-D view."<br>*See* 510(k) SecurView at p.1<br><br>"The SecurView DX reporting workstation consists of a computer where images are cached on the local hard drive, with two 5 MP LCD greyscale monitors and a dedicated mammography workflow keypad. It uses a dedicated Mammography Based Image Review Software." |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

*See* Practical Evaluation at p.41



**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

<table>
<tr>
<td colspan="2"></td>
<td>


*See* Securview Movie at 0:04-0:19

To the extent that this element is not literally present in the SecurView product, the SecurView product would nevertheless infringe under the doctrine of equivalents, because the SecurView product has structure that is, if not literally the structure recited in the claim, then equivalent to it.
</td>
</tr>
<tr>
<td>17c.</td>
<td>means for receiving a signal from a user-operable device;</td>
<td>Hologic's software means comprise means for receiving a signal from a user-operable device.

Function: "receiving a signal from a user-operable device".
Structure: A workstation processor performing the algorithm of Figure 3, and equivalents.

Hologic's software, when running on a workstation processor, receives user input from input devices such as a workflow keypad, a pointing device, a keyboard, and/or a modified iPad device.

"Attached Devices
</td>
</tr>
</table>

89

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

User Interface Multi-function Mouse, Back-lit Keyboard
Power UPS"



*See* Securview DX Brochure at p.1

"The SecurView DX workstation provides a user interface to radiologic technologists and radiologists, for reviewing digital mammography and other breast imaging procedures. The SecurView DX workstation includes a graphical user interface (GUI) with a dedicated workflow keypad, pointing device, keyboard, and two, three, or four displays."

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

*See* Securview DX DICOM Conformance at p.5

"Review workstation 120 implements an interactive UI
using a diagnostic display 122 including first and second
display monitors 122a and 122b, an administrative display
124, and user input or control devices including a keyboard
128, a mouse 132, and an application-specific hardware
auxiliary input device 130, such as a workflow keypad provided
in conjunction with a SECURVIEW medical image review
workstation."
*See* US 9,075,903 at 11:48-55

"Generally speaking, at least as a starting point prior to
customization, the touchpad controls provided in any particular
touchpad control scheme 204A-204D correspond to controls
that would be provided by an application specific hardware
device, such as the application-specific hardware
auxiliary input device 130 shown in FIG. 1, supra.
Advantageously, however, a much richer variety of controls, essentially
a limitless variety, is made possible. A wide variety of
default touch control schemes can be provided in software,
hardware, or firmware forms from which the user, or system
administrator, can pick and choose at SVTouch setup time.
Preferably, the touchpad control schemes can be customized
by the user, both (i) in terms of the way any particular control
is placed and/or actuated on the IPAD 134 and (ii) in terms of
the corresponding function that is achieved in the active output
window of the review workstation 120 upon actuation of
that control.
FIGS. 3A-3B illustrate physical modification of an IPAD
to further optimize user experience according to a preferred
embodiment, wherein textured material patches 355, which
are reasonably transparent to light, are physically placed on

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | the touchscreen at locations corresponding to selected "home" touchpad controls." *See* US 9,075,903 at 14:34-56 |
| 17d. | means controllable by a signal from the user-operable device for transforming the image into a plurality of varying-resolution forms, each form having a different set of greyscale values; and | Hologic's software means comprise means controllable by a signal from the user-operable device for transforming the image into a plurality of varying-resolution forms, each form having a different set of greyscale values.<br><br>Function: "transforming the image into a plurality of varying-resolution forms" Structure: "A workstation processor performing the algorithm of Figure 3, and equivalents. (*See* Markman Order at p.63)<br><br>Hologic's software, when running on a workstation processor, transforms the image into a plurality of varying-resolution forms, each form with a different shades of gray.<br><br>The Court has construed "grayscale values" as "digital image luminance values corresponding to shades of grey from black to white." (*See* Markman Order at p.54)<br><br>Hologic's software allows a user to transform images to different resolutions. For example, a user controlling an input device can transform an image of a first size into an image of a second size, or into a magnified portion of the image. In another example, a user controlling an input device can create images of varying contrast resolution forms. All these images are associated with their own shades of grey. |

Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX



**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview Movie at 0:04-1:00

"The C-View algorithm places high value on the importance of contrast resolution, not dissimilar to the design goals of CT versus an x-ray radiograph. The final combined C-View image is then formatted to be saved and displayed as a conventional 2D DICOM image, with the one difference that the image has a burned in "C-View" mark so it can be distinguished from a FFDM 2D image."

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | Figure 1: Visibility of calcifications as seen in C-View 2D and FFDM 2D images from the same study.<br>*See* C-View White Paper at pp.3-4 |
| 17e. | means for displaying a first form on the first monitor and a second form on the second monitor. | Hologic's software means comprise means for displaying a first form on the first monitor and a second form on the second monitor.<br><br>"The Court construes these two phrases ["means for displaying the forms on the display means, each form displayed within a different sector of the display means" and "means for displaying a first form on the first monitor and a second form on the second monitor"] collectively because of the similarities between the phrases".  (*See* Markman Order at p. 47)<br><br>"Claim 17 is directed toward a version of the invention in which different versions of an image are displayed on two different screens".<br>(*See* Markman Order at p. 48) |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | Hologic's software provides different versions of an image that are displayed on two different screens. In one example, a first workstation monitor displays a low resolution thumbnail image, and a second workstation monitor displays the corresponding high resolution image. In another example, a screen on a modified iPad device displays a low resolution thumbnail image, and a workstation monitor displays the corresponding high resolution image  |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**



*See* Securview Movie at 0:09-0:13

"Optionally, a non-diagnostic quality miniaturized version
of a medical image with CAD markers located thereon can be
displayed on the IPAD/SVTouch (i.e., an annotation road
map), and the CAD markers can be checked off by touching
them at their locations on the touchscreen. The IPAD/SVTouch
can be used as a UI for clinical studies, the touch screen
for recording finding locations on low-resolution images."
*See* US 9,075,903 at 19:7-14

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | **References:**<br><br>[1] *University of South Florida Research Foundation Inc. v. Brit Systems, Inc.,* 3:18-cv-00250-K, Markman Order, 3/6/2019,<br>("Markman Order")<br><br>[2] "SecurView DX Workstation, Comprehensive Breast Imaging Review", Hologic, 2016, https://www.hologic.com/sites/default/files/2017/Products/ Breast%20%26%20Skeletal%20Health/SecurView%20Workstations/PDF/DS-BI-SVDX_Rev02_11Nov2016.pdf<br>("Securview DX Brochure")<br><br>[3] "SecurView DX Workstation, DICOM Conformance Statement, Software Version 10.3, MAN-05778 Revision 001", Hologic, November 2018, https://www.hologic.com/sites/default/files/2019-07/SecurViewDX%2010.3%20DICOM%20Conf.%20State.%20%28MAN-05778%29%20English%20Rev_001%2011_18.pdf<br>("Securview DX DICOM Conformance")<br><br>[4] "SecurView DX Workstation, DICOM Conformance Statement, Software Version 10.1, MAN-050567 Revision 002", Hologic, 2016-2017, https://www.hologic.com/sites/default/files/2018-06/SecurView%20DX%2010.1%20DICOM%20Conf.%20State.%20%28MAN-05067%29%20English%20Rev_002%2007_17.pdf<br>("Securview DX DICOM Conformance 10.1")<br><br>[5] "SecurXchange® Vendor Neutral Archive, Image Storage Solutions", Hologic, 2018, https://www.hologic.com/sites/default/files/2017/Products/ Breast%20%26%20Skeletal%20Health/SecureXchange/PDF/DS-00149_Rev006_SecurXchangeArchive_FINAL.pdf<br>("SecurXchange")<br><br>[6] "510(k) Summary SecurView DX ", Hologic Inc, 8/18/2006, |

**Chart for U.S. Pat. No. 6,630,937– Hologic's SecurView DX**

| | | |
|---|---|---|
| | | https://www.accessdata.fda.gov/cdrh_docs/pdf6/K062107.pdf ("510(k) SecurView")<br><br>[7] "Practical evaluation of Hologic Selenia Dimensions digital breast tomosynthesis system NHSBSP Equipment Report 1401", https://assets.publishing.service.gov.uk/government/uploads/ system/uploads/attachment_data/file/505796/nhsbsp-equipment-report-1401.pdf_uploaded_070316.pdf ("Practical Evaluation")<br><br>[8] "Hologic Worldwide SecurView A Powerful Workstation", Hologic, 2017, https://www.youtube.com/watch?v=x4xEZDotKqY ("Securview Movie)<br><br>[9] "Synthesized 2D Mammographic Imaging, Theory and Clinical Performance", Andrew Smith, Ph.D., Vice President, Image Research, Hologic, 2016, https://www.hologic.com/sites/default/files/2017/Products/ Image%20Analytics/PDFs/C-View-White-Paper.pdf ("C-View White Paper") |