# Exhibit 2

MEDICAL PHYSICS MONOGRAPH NO. 22

# DIGITAL IMAGING

Edited by

William R. Hendee, Ph.D.
Medical College of Wisconsin
Milwaukee, Wisconsin
and
Jon H. Trueblood, Ph.D.
Medical College of Georgia,
Veterans Administration Medical Center
Augusta, Georgia



BRITISH LIBRARY
DOCUMENT SUPPLY CENTRE
17 MAY 1994
CONFERENCE
INDEXED

Published for the
American Association of Physicists in Medicine
by Medical Physics Publishing Corporation

Copyright 1993 © by the American Association of Physicists in Medicine

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher.

Disclaimer: This publication is based on sources and information believed to be reliable, but the AAPM and the editors disclaim any warranty or liability based on or relating to the contents of this publication. The AAPM does not endorse any products, manufacturers, or suppliers. Nothing in this monograph should be interpreted as implying endorsement.

Accreditation Statement: The University of Virginia School of Medicine designates this continuing medical education activity for 25 hours in Category 1 of the Physician's Recognition Award of the American Medical Association.

The University of Virginia School of Medicine is accredited by the Accreditation Council for Continuing Medical Education to sponsor continuing medical education for physicians.

Published by:

Medical Physics Publishing
732 N. Midvale Boulevard
Madison, WI 53705
(608) 262-4021

Library of Congress Catalog Card Number: 93-079232

ISBN:0-944838-42-1

## CLINICAL USES OF GRAYSCALE WORKSTATIONS

Samuel J. Dwyer III, Ph.D
Department of Radiology
University of Virginia
Charlottesville, Va  22908


Brent K. Stewart, Ph.D
Department of Radiological Sciences
School of Medicine
University of California Los Angeles
Los Angeles, California

1.    INTRODUCTION

2.    GRAYSCALE DISPLAY PARAMETERS
      A.    Luminance
      B.    Dynamic Range
      C.    Noise
      D.    Resolution
      E.    Distortion
      F.    Receiver Operating Characteristic Analysis

3.    THE AMOUNT OF IMAGE DATA TO BE DISPLAYED
      A.    Digital Image Data Volume
      B.    Estimation of the Number of Grayscale Display Stations Required

4.    GRAYSCALE DISPLAY WORKSTATION HARDWARE AND SOFTWARE
      A.    Hardware Architecture
      B.    Software Requirements
            a)    *Window System Concepts (X Windows)*
            b)    *Presentation Functions*
                  1. Case Preparation
                  2. Case Selection
                  3. Case Presentation
            c)    *Case Interpretation*
                  1. Interactive Manipulation Functions
                  2. Image Processing Functions
                  3. Quantification Functions
            d)    *Documentation of Diagnosis*
            e)    *Presentation of Diagnosis*
      C.    Towards intelligent PACS image display stations
            a)    *The Hardware Interface Layer - Driving the System Hardware*
            b)    *The Object-oriented Layer - Organization of Radiological Information*
            c)    *The Knowledge-based Layer - Adding Intelligence to PACS*

# CLINICAL USES OF GRAYSCALE WORKSTATIONS

**Samuel J. Dwyer III, Ph.D**
**Department of Radiology**
**University of Virginia**
**Charlottesville, Va 22908**


**Brent K. Stewart, Ph.D**
**Department of Radiological Sciences**
**School of Medicine**
**University of California Los Angeles**
**Los Angeles, California**

## 1.    INTRODUCTION

Radiographic film that has been the basis of image management for almost one-hundred years is being displaced by digital image management systems. These systems are called Picture Archiving Communication Systems (PACS). Radiology departments now perform 18 to 20 percent of their examinations with digital imaging modalities. These modalities include: (1) Computed Tomography (CT); (2) Magnetic Resonance (MR); (3) Nuclear Medicine (NM); (4) Ultrasound (US); (5) Digital Fluorography (DF); and (6) Computed Radiography (CR) using Storage Phosphor Imaging Plates. Furthermore, these digital imaging modalities are continually being refined and new applications are being developed such as angiography, MR spectroscopy and spiral-scan CT with the patient table transiting a continuously rotating gantry.
New technology is being developed to provide digital chest imaging systems. Approximately 80 percent of patient imaging examinations in a radiology department remain traditional phosphor screen-film radiographic examinations.

Digital imaging modalities generate a digital image array. These digital arrays are acquired, transmitted, archived, displayed and manipulated, and recorded on film. Analog radiographic images may be converted into digital representations using film digitizers. The most crucial component in these radiological digital image management systems is the grayscale display workstation. The ultimate task of the radiologist, whether from the conventional film-based system or from high-resolution grayscale display workstations is to generate a consultative report.

A successful departmental conversion to radiological digital image management systems requires determination of the following: (1) the display characteristics of grayscale image display monitors; (2) the volume of images and number of grayscale display workstations required; and (3) the hardware architecture and software requirements.

## 2.    GRAYSCALE DISPLAY PARAMETERS

Interactive Grayscale workstations enable the display and manipulation of digital image data. These displays differ from that of analog radiographic film viewed on light boxes. The image fidelity of grayscale monitors is described by a variety of parameters determined through both physical and psycho-physical measurements. Among the major parameters are: (1) luminance; (2) dynamic range; (3) noise; (4) resolution; and (5) distortion. Observer responses are measured using Receiver Operating Characteristic (ROC) Analysis.

244

### A.    Luminance

Luminance describes the amount of light emitted by the CRT display surface and is expressed in units of foot-lamberts (ft-L). Luminance affects the human eye's response through two important characteristics, the acuity of the eye and the detection of luminance differences. At light levels of about one ft-L and below, the Rose model holds [1]. Here the resolution $\lambda$ and the background luminance L are related according to $\lambda = \dfrac{K}{(L^{1/2})}$, with K a proportionality constant, provided the object contrast does not change.

The relation between threshold contrast and background luminance is known as Weber-Fechner law [2]. The higher the background luminance, the less sensitive the eye is to detecting absolute luminance differences. There is an absolute luminance level trade-off in the ability of the radiologist to distinguish fine detail and absolute luminance differences on the display screen. The ability to distinguish fine detail is important in displaying such features as interstitial lung disease or non-displaced fractures. The ability to distinguish luminance differences is important in detecting subtle soft tissue differences such as lung nodules and breast lesions.

The current grayscale monitor has a maximum luminance value of 60 ft-L, while most light boxes for films have a maximum luminance level of over 500 ft-L. Furthermore, large area luminance non-uniformities exist for both of these display surfaces. With usage the luminance of the grayscale display decreases, due to the finite lifetime of the oxide coated thermionic cathode and reduction in the luminous efficiency of the phosphor. New grayscale monitors are being evaluated with luminance levels of over 160 ft.L up to 200 ft.L. This new technology is the result of new designs for the cathode ray gun and the electronic yoke of the grayscale monitor.

### B.    Dynamic Range

The dynamic range is the ratio of maximum-to-minimum luminance of the display. An image such as the SMPTE (Society of Motion Picture and Television Engineers) test pattern may be displayed and the luminance measured in the various gray fields of this test pattern [3]. However, the measured display luminance will be different from the idealized test pattern luminance due to veiling glare and scatter. At high luminance levels this difference will be small or negligible. At low luminance levels the difference is significant as light from regions of high luminance scatters along the glass face plate into areas of low luminance. As a result, the observer's perceived dynamic range is significantly decreased by veiling glare and scatter.

### C.    Noise

Display noise is the luminance fluctuation with the electronic input signal held constant. Grayscale display monitors exhibit two types of noise: temporal and spatial. Temporal luminance noise is the fluctuation of the displayed luminance as a function of time. This fluctuation may be due to the CRT electronic circuits, to variations in the electron beam (beam shot noise) and to variations in the beam deflection circuits. Temporal luminance noise may also be due to contouring (improper digital-to-analog conversion). Spatial luminance noise is due to the granularity of the phosphor structure.

### D.    Resolution

The spatial resolution of a grayscale monitor is measured with respect to the size of the pixel matrix [4]. The number of addressable pixels is determined by the display controller and the display buffer. More important however is the number of resolvable pixels. High performance CRTs with an addressable pixel matrix as high as 2048 x 2560 pixels are available. The number of resolved pixels of a raster-scan CRT monitor is limited by the electron beam spot size, the bandwidth of the display signal, and the number of raster lines displayed by the monitor during each refresh cycle.

JA384

A square raster with 2048 raster lines and 2048 pixels per raster line contains a total of 4,194,304 pixels. If each displayed pixel area is considered to be a square, then for a 19 in. monitor with an active raster size of 13.4 inches x 13.4 inches the pixel dimensions would be 0.0065 inches (0.166 millimeters) for each side of the pixel square. The pixel images displayed on the screen, however, are not square but rather are formed by an electron beam with a two-dimensional Gaussian distribution in electron density. Thus the luminance generated by the electron beam in a pixel has an almost Gaussian distribution. Consequently, the display luminance will not be uniform, and the observer (radiologist) may notice scan lines. These lines are usually distracting and the radiologist must move away from the monitor until the scan lines are not visible. This effect can be minimized by permitting a certain amount of overlapping between pixels and lines. However, often an observer will focus the CRT by viewing the sharpness of the scanned lines.

### E. Distortion

Geometric distortion is an aberration that causes the displayed image to be geometrically dissimilar to the original image. Distortion of an image displayed on a grayscale monitor is the amount of geometrical displacement suffered by a pixel compared with its correct location. Distortion is often characterized by a two-dimensional map of the observed distorted grid with respect to a perfect generated grid. Distortion is quantified by the maximum two-dimensional displacement expressed in pixels.

The two major types of distortion are astigmatism and field distortion. Astigmatism is a condition in which axial object lines (i.e., lines passing through the central beam axis of the CRT) have a different focal length than object lines perpendicular to them. Field distortion is a result of the electron beam deflection field, which can produce a pincushion (concave distortion to center of display screen) characteristic and a barrel (convex distortion from the center of the display screen) characteristic. In practice, distortions are not a major source of disturbance, especially with high performance monitors where the distortion is less than 10%.

### F. Receiver Operating Characteristic Analysis

Studies have been completed comparing the radiologist's diagnostic efficacy between grayscale displays and analog film mounted on a light box. Receiver operating characteristic (ROC) analysis is the accepted methodology for comparing imaging modalities and imaging display systems 5-7. The protocol for ROC analysis measures the ability of the observer to identify abnormalities. An ROC plot is a graph of the true positive fraction as a function of the false positive fraction. The ROC curve is obtained through data collected from radiologists who report their findings using graded responses [5]. Ground truth is obtained from independent patient information not related to the images being compared. If two displays are studied, then the one producing the better statistically significant ROC curve (i.e., the with the largest area under the ROC curve - $A_z$) is judged to have produced better results with respect to the diagnostic task at hand.

There have been many radiological ROC studies over the past few years [8-19] to determine what grayscale monitor resolution is adequate. Most of these results have either shown film to be superior, or that no statistically significant difference exists between the two media, not necessarily due to a lack of real and significant differences between the display systems, but due to large differences in inter-reader variance.

It has been shown that primary diagnosis can be conducted using a digital display matrix of 512 x 512 x 12-bits for CT, MR, US and NM. Primary diagnosis can be conducted for digital fluorography (DF) images using a digital display matrix of 1024 (1k) x 1280 x 12-bits. For CR images, a digital display matrix of 2048 (2k) x 2k x 10-bits can provide primary diagnosis. However, for digitized analog radiographs, the use of a 2k x 2k x 12 bit digital matrix depends upon the disease being imaged. For the radiographic examinations used in portables or emergency rooms or pediatrics, published studies suggest that the 2k x 2k x 12-bit digital display array compares favorably to that of the original analog radiographic image. For such examinations requiring viewing of fine detail, such as non-displaced fractures (hair line fractures) or pneumothoraces, or interstitial lung features, then nearly 4096 x 4096 x 12-bits has been proposed. In the use of digital mammography, it is thought that 6144

x 6144 x 16-bits is required to adequately visualize clusters of microcalcifications or tumors with a low object-to-contrast ratio. Grayscale display CRTs are currently limited to about 2,500 lines for CRT progressive display scans at 72 hertz refresh rates (larger than 500 MHz bandwidth).

## 3.    THE AMOUNT OF IMAGE DATA TO BE DISPLAYED

There is a large amount of image data to be displayed per day in a radiology department.   Table 1 lists the average number of radiographic patient examinations conducted per day in a radiology department within a 400 bed hospital.   These procedures consist of outpatients (ambulatory) and inpatients (hospital admission).

Table 1.   Average number of radiographic procedures per day in a 400 bed hospital.

| Examination Modality | Procedures per Day* |
|---|---|
| Computed Tomography (CT) | 15 |
| Magnetic Resonance (MR) | 10 |
| Nuclear Medicine (NM) | 15 |
| Ultrasound (US) | 28 |
| Digital Fluorography (DF) | 10 |
| Computed Radiography (CR) | 12 |
| Diagnostic Radiology | 314 |
| Emergency Room | 144 |
| Portable Radiography | 44 |
| Mammography | 18 |
| Others | 22 |
| Total | 632 |

* 23 working days per month

## A.    Digital Image Data Volume

Digital imaging modalities generate over 6.3 gigabits (Gb) per day (Table 2). The analog radiographic films when digitized would generate between 125 to 305 gigabits per day depending on the digitization resolution chosen determined to adequately represent the analog radiographic film (Table 3). The large amount of digital data listed in Tables 2 and 3 must be viewed by the radiologists in developing a diagnosis and for consultation. This data is essential for the primary diagnosis by radiologists and for viewing by the referring physicians.

Table 2. Average amount of imaging data generated per day for the digital imaging modalities using data presented in Table 1.

| Examination Modality | Patient Exams per Day | Images per Patient Exam | Megabits per Day |
|---|---|---|---|
| CT[a] | 15 | 36 | 1620 |
| MR[b] | 10 | 60 | 450 |
| NM[c] | 15 | 15 | 28 |
| US[d] | 28 | 40 | 1680 |
| DF[e] | 10 | 8 | 640 |
| CR[f] | 12 | 4 | 1920 |
| Total | | | 6338 |

[a] $512 \times 512 \times 12$ bits/image; 3 megabits/CT image
[b] $256 \times 256 \times 12$ bits/image; 0.75 megabits/MR image
[c] $128 \times 128 \times 8$ bits/image; 0.125 megabits/NM image
[d] $512 \times 512 \times 6$ bits/image; 1.5 megabits/US image
[e] $1024 \times 1024 \times 8$ bits/image; 8 megabits/DF image
[f] $2048 \times 2048 \times 10$ bits/image; 40 megabits/CR image

Table 3. Average amount of digital imaging data generated per day for digitizing analog radiographs using data presented in Table 1.

| Examination Type | Patient Exams per Day | Images per Patient Exam | Megabits per Day |
|---|---|---|---|
| Diagnostic Radiology[a1] | 313 | 4 | 60,096 |
| Diagnostic Radiology[a2] | 313 | 4 | 240,384 |
| Emergency Room[c] | 143 | 4 | 27,456 |
| Portables[c] | 44 | 2 | 4,224 |
| Mammography[d] | 17 | 4 | 29,376 |
| Others[e] | 22 | 4 | 4,224 |
| Total[a1] | | | 125,376 |
| Total[a2] | | | 305,644 |

[a1] $2048 \times 2048 \times 12$ bits/image; 48 megabits/image
[a2] $4096 \times 4096 \times 12$ bits/image; 192 megabits/image
[b] $2048 \times 2048 \times 12$ bits/image; 48 megabits/image
[c] $2048 \times 2048 \times 12$ bits/image; 48 megabits/image
[d] $6144 \times 6144 \times 12$ bits/image; 432 megabits/image
[e] $2048 \times 2048 \times 12$ bits/image; 48 megabits/image

Published retrieval demands [20, 21] for a seriously ill patient's film jackets estimate the following retrieval rates: (1) 10 retrievals in the first three days of hospital stay (10/3 requests per day); (2) 4 retrievals for the remaining 6 days of hospital stay or (4/6 requests/day); (3) 3 retrievals for the remainder of first year (3/245 requests per day - 264 working days per year); and (4) 2 retrievals for outpatient examinations (50% of the daily examinations are performed on outpatients). The average hospital stay was found to be 8.5 days. The resultant data retrieval rate, $\Gamma(t)$, is then given by the convolution of the amount of generated data with the retrieval demand. The function specifying the amount of generated data is the set given by:

$$X(t): (..., X(-9), X(-8), X(-7), ..., X(-2), X(-1), X(0)), \tag{1}$$

where $X(0)$ is the number of gigabits generated during the current day, $X(-1)$ is the number of gigabits generated the previous day, etc. The retrieval demand is specified by the set:

$$R(t): \left( \frac{10}{3}, \ \frac{10}{3}, \ \frac{10}{3}, \ \frac{4}{6}, \ \frac{4}{6}, \frac{4}{6}, \ \frac{4}{6}, \ \frac{4}{6}, \ \frac{4}{6}, \ \frac{3}{245}, ... \right) \tag{2}$$

The convolution, yielding the data retrieval rate is specified as:

$$\Gamma(t) \quad = R(t) * X(t), \text{ and for the current day } (t=0): \tag{3}$$

$$\Gamma(0) \quad = \sum_{t=0}^{9} R(t)X(0-t), \text{ thus} \tag{4}$$

$$\Gamma(0) \quad = \frac{10}{3}X(0) + \frac{10}{3}X(-1) + \frac{10}{3}X(-2) + ... + \frac{4}{4}X(-7) + \frac{4}{6}X(-8) + \frac{3}{245}X(-9). \tag{5}$$

If we assume that the amount of digital image data generated each day is nearly equivalent, then $\Gamma(0) = 14.01$ $X(0)$. Hence, if $X(0) = 6.3$ Gb/day (digital imaging modalities only), then the retrieval rate will be 88.3 Gb/day. If $X(0) = 125$ Gb/day (digitized analog radiographic films) then the retrieval rate will be 1,751 Gb/day or almost 2 terabits (Tb) per day! This provides an upper-bound to the amount of image data transmitted and viewed on grayscale displays.

The initial transmission of the image in the PACS from image source to the viewing workstation was not included in Eqn. 5 above as this is not a retrieval from the on-line archive. However, it must be included in estimating the network throughput below, yielding a factor of 15.01. For 12 working hours per day and assuming a uniform retrieval rate, these retrieval rates will require a throughput (T) of:

$$T = \frac{15.01X(0)}{43,200 \text{ sec}} \tag{6}$$

This assumes that each second is equally weighted. However due to bursts of data, this estimate has to be reduced.

For $X(0) = 6.3$ Gb/day, the average throughput rate would be 15 megabits (Mb) per second. As this is the throughput, the necessary signaling speed for image transmission on the network should be five times greater [22].

The solution to the retrieval rate and throughput can be solved more elegantly by relaxing the assumption that the amount of digital image data generated each day is nearly equivalent and using the actual, rather than projected, amount of data generated per day. Whether or not daily or hourly fluctuations in the amount of image data generated is important to the calculated retrieval rate or throughput depends on the level of detail appropriate for the model at hand [23].

B.      Estimation of the Number of Grayscale Display Stations Required

The number of interactive grayscale display stations and their utilization is important in the implementation of any radiological electronic archiving system. An initial estimate of the number of department-wide grayscale display stations is to place one in the reading room of each section in the Radiology department. The sections in a department are divided along anatomical lines, rather than by modality. A minimum of twelve display systems would be necessary (Abdominal, Body/Ultrasound, Breast, Gastrointestinal/Genitourinary, General Reading, Head/Neck, Interventional Radiology, Musculoskeletal, Neuroradiology, Nuclear Medicine, Pediatrics, and Thoracic). In addition, several display workstations are required in areas outside of the Radiology department (intensive care units, emergency rooms, surgery suites, and outpatient clinics). The display characteristics for these workstations vary depending upon the types of images to be displayed. If the images being displayed are only CT, MR, US, NM and DF, then $1024 \times 1024 \times 8$ or 12-bit systems with multiple monitors are adequate. However, if the images to be displayed are CR and digitized conventional screen-film images, then the display systems require at least $2048 \times 2048 \times 12$-bit multiple monitors for primary diagnosis purposes and $1024 \times 1024 \times 8$-bit systems for conference or referral purposes.

The utilization of these grayscale display workstations is extensive. Figure 1 illustrates the principal steps in utilizing a radiological electronic archiving system along with the mean time to accomplish each step in parentheses. The patients are imaged (T1 sec) and the image data acquired by image acquisition nodes (T2 sec). Upon completion of an image examination, the image data is transmitted (T3 sec) to the on-line multiple magnetic disk archiving system (T4 sec) and to a pre-designated grayscale workstation (T5 sec). The radiologist uses the grayscale workstations to generate a consultation report. Information regarding the patient is acquired from the Radiology and Hospital Information Systems (T6 sec). The radiologists will request the previous examination or examinations which reside on either the on-line archive or the long-term (T7 sec) archive which uses optical disk jukeboxes or high density magnetic tapes. The radiologist may wish to generate an annotated hardcopy recording (T8 sec) using laser film printers. A resource allocation table [24] is shown in Table 4.

Table 4.  Resource allocation table for the radiological digital image managment system described in Figure 1

| Step | Imaging Modalities | Image Acquisition | Communication Network | On-line Archiving | Display Workstation | Radiologists | RIS/HIS Systems | Long-term Archiving | Hardcopy Recording | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Patient imaging exam conducted. | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | T1+T2 |
| 2. Imaging exams are transmitted to on-line archiving and display station memory files. | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | T2+T3+T4+T5 |
| 3. RIS/HIS transmits data to display station memory file and to the on-line archive. | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | T3+T4+T5+T6 |
| 4. Radiologists display images and generates consultation. | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | T5 |
| 5. Radiologist retrieves previous examinations. | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | T3+T4+T5 |
| 6. Radiologists generate an annotated hardcopy recording. | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | T3+T4+T5+T8 |
| 7. Images are automatically transferred from on-line archiving to long-term archiving. | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | T3+T4+T7 |

JA390

The principal steps in utilizing a radiological electronic archiving system. The mean times to accomplish each step (T1 through T7) are explained in the associated resource allocation table is given in Table 4.



According to Little's Law [25] and mean evaluation of throughput rates [26], we can encounter the following bottlenecks. If the imaging modalities and the acquisition nodes are completely busy, then the maximum mean throughput rate is $\dfrac{1}{(T1 + T2)}$, where T1 is the patient's

examination time (eg 20 minutes for a CT examination) and T2 is the time to acquire the image data and reformat it (30 seconds). Likewise, if the communication network is completely busy, then the maximum mean throughput rate is:

$$\frac{1}{([T2+T3+T4+T5]+[T3+T4+T5+T6]+[T3+T4+T5]+[T3+T4+T5+T8]+[T3+T4+T7])}$$

Then the minimum value of all nine possible bottlenecks obtained from Table 4 will be the possible throughput. Such a mean value analysis allows one to determine an estimate of the throughput given the times shown in Table 4. These bottleneck throughput values are divided by the number of stations (e.g., 7 display stations) and the number of parallel paths, such as multiple communication links. Estimation of the number of grayscale display stations required is obtained by determining the designed throughput rate and using this rate to determine the number of required display stations.

## 4.    GRAYSCALE DISPLAY WORKSTATION HARDWARE AND SOFTWARE

Interactive display stations are utilized to display and manipulate grayscale images. There are four classes of interactive display stations: (1) those attached to a specific imaging modality such as an independent console; (2) ultra high-resolution workstations (2k x 2k x 12-bit displays, 72 Hz refresh rates) which are utilized in an image management network for department use; (3) high-resolution (1k x 1k x 8 to 12-bit displays) used in clinical areas outside of the department; and (4) analysis workstations designed for the evaluation of specialized imaging modalities that require quantitative evaluation of the images such as image processing functions. The design and performance of these types of workstations are quite different due to their differences in utilization. For example, the ultra high-resolution viewing stations function is to closely emulate the functions of conventional light boxes. These viewing stations must provide resolution and contrast sufficient to match the diagnostic quality of conventional films. The number of interactions and manipulations required from the users are reduced to a minimum to allow for a more efficient utilization in the very busy clinical environment.

Once image data has been generated, the radiologist must be able to extract diagnostic signs from the data. This is the ultimate task of the radiologist working at a workstation. This means providing the necessary information to the radiologist and referring clinicians who need them, organizing and presenting the information so that it may be comprehended easily, providing enhancement and analysis tools to aid the viewer in interpreting the image and auxiliary clinical information, and finally documenting and presenting the final diagnosis to the referring physician.

### A.    Hardware Architecture

Image display systems can be as uncomplicated as a video display board plugged into a microcomputer bus (e.g., Macintosh or PC), or as complex as a graphics mini-supercomputer (e.g., Stardent). The requisite complexity is dependent on the target application. The essential elements of a digital display system (see Figure 2) are a host computer which serves as the system platform or imbedded microprocessor(s) acting as the control units, a video display controller, a frame buffer containing copious amounts of random access memory (RAM), look-up tables (LUTs), graphic overlay generator, a video buffer board consisting of fast video RAM (VRAM), the grayscale/color monitor, some kind of interactive device (mouse, trackball, lightpen, etc.) and perhaps some kind

of image processing hardware which could be as simple as a digital signal processing chip [27] or a complex as a Connection Machine (Thinking Machines, Corp. - Cambridge, MA) [28] . Four digital display station architectures are discussed: (1) single bus display; (2) multiple bus display; (3) multiprocessor system workstation; and (4) a PACS ultra high-resolution display station.

A generic digital grayscale display workstation architecture. The large arrows indicate high-speed interconnections and the small arrows low-speed interconnections.



There are a myriad of advanced and multiprocessor architectures for image display systems. Some examples [29] of these are pipeline vector processors, SIMD (single instruction multiple data) machines, systolic processors, MIMD (multiple instruction multiple data) machines, and MIMD paradigm architectures (dataflow, reduction and wavefront). The interconnection of processors in such systems can be a crossbar switch communication bus [30] like the Cogent XTM (Cogent Research - Beaverton, OR), a hypercube topology [31] like the Connection Machine and a multi-stage switch design [32] as in the Butterfly (Bolt, Beranek and Newman - Cambridge, MA). This is only a small sample of existing multiprocessor architectures [33].

## B.    Software Requirements

In designing user interfaces for display stations, the goal is to create an intuitive tool that rapidly becomes transparent to the user allowing complex task performance with a minimal amount of technical training. Most current interactive computer systems rely on underlying graphical tools used for display, often referred to as Graphical User Interfaces (GUIs) [34].    Although there are some hybrids, GUIs consist of three major components: a windowing system, an imaging model, and an application program interface (API).    Most window-based user interfaces provide a rich environment designed to facilitate display and manipulation of images, text and graphics in windows that may overlap.

### *a)    Window System Concepts (X Windows)*

Windowing systems using GUIs were developed to give users a means of viewing multiple applications simultaneously and for manipulating both the windows and their contents in a user-friendly manner.   Three of the major windowing systems are: (1) the X window system developed by the Massachusetts Institute of Technology and Digital Equipment Corporation (Athena project) which runs on UNIX platforms in various flavors (MOTIF, OpenLook, etc.); (2) Macintosh Multifinder; and (3) Microsoft's Windows for the PC.

The X window system [35] is excellent for network computing environments.   A compute-intensive application can be run on a supercomputer or high-powered workstation and displayed on an inexpensive microcomputer platform.   Alternately, the results obtained from a microcomputer can be displayed on a network display station. The X window system separates the windowing function into two distinct parts.   The user interacts on a display system running the X server which is the program controlling the display. It acts as an intermediary between user programs (client applications) running on remote computer systems on the network.   The client applications or computations communicate across the network with the display server by means of calls to the low-level Xlib [36] library of C programming language subroutines.

Analogous to the Open Systems Interconnection (OSI) seven layer model for network communication, the User Interface (UI) Reference Model [37] splits the windowing task into logically distinct layers.   The X window system was designed as a distributed, network-transparent, device-independent, multitasking windowing and graphics system.   X windows achieves device independence by splitting the job of drawing and maintaining windows into two parts, using the increasingly familiar client-server model.

Because multiple applications can run simultaneously on a server, rules must exist for arbitrating conflicting demands for input. Unlike most windowing systems, X itself defines no arbitration or management rules.  Rather, there is a special client named the window manager that manages the positions and sizes of the main windows of applications on a server's display.

The window manager is in theory simply another client application, but by convention, it is given special responsibility to mediate competing demands for the physical resources of a display, e.g., screen space, color resources and the keyboard. Applications are required to give the window manager certain information (window manager hints) that help the window manager; however, the window manager is not obliged to honor these hints.

There are several window managers available. The generic window manager for the Sun computer is the OpenLook Window Manager (OLWM). Another window manager is the Universal Window Manager (UWM).

*b)*    ***Presentation Functions***

Presentation functions provide for the interactive selection, positioning, and sequencing of image data on the display screen, including: (1) patient selection from the image archive database; (2) selection of presentation on the display monitor; (3) multi-modality and composite image display; and (4) consultation display.

Three major modes of presentation are the stack, tile and cine modes. The tile mode allows presentation of images of an examination side-by-side. The stack mode allows presentation sequentially one at a time with windows overlapping. The cine mode provides dynamic sequential viewing of either spatially or temporally contiguous images.

With the wealth of different imaging modalities generating images and the possibly large number of images for a given patient, it is important to have two additional viewing modes: survey and pictorial index. In the survey mode, images are displayed at lower resolution than acquired   so that more images can be displayed simultaneously. For example, a chest radiologist may wish to see the latest eight plain film radiographic images for a patient on a system with only two monitors. The pictorial index is an index of all available image modality examinations available for a patient case conveyed in the form of minified versions of the actual diagnostic images.

Case Presentation

Display optimization involves formatting both the spatial and gray level data. Spatial optimization is dependent upon the workstation host, storage devices, image processor, and display monitor. It includes standardizing byte/pixel ordering, transferring data onto appropriate storage devices, and resizing the field-of-view via subsampling, interpolation, or cropping. Gray level optimization is especially important for displaying images which have greater than 8 bit density resolution (dynamic range of cathode ray tube displays). For example, a 12-bit (4096 discrete gray levels) CT image typically contains CT numbers in the range 200-1800. Thus a blind 12 to 8 bit conversion will result in a displayed image with sub-optimal contrast. Window and level operations must then be performed manually. Pre-determination of optimal look-up tables (LUTs) is desirable for bone, soft tissue, lung, etc. The LUT should be based on a histogram of the image, the image type (anatomy, modality, etc.), and an estimation of the signal to noise ratio.

Case Selection

Image sets may be selected by one of two means: (1) selection from a listing for the patient - this list may be either a text list or a pictorial index and (2) the user may also perform a library search which initiates a global search of all images available for the selected patient within the PACS network. This operation uses the PACS database which returns table records specifying information describing each PACS image file and its location within the PACS archive - both optical and magnetic. From the results of this library search, the user may select specific studies to retrieve from the network. For each image set, a network message is sent from the workstation display process to a server process executing on the appropriate archive controller. Images residing on magnetic disk cache are sent almost immediately (1.25 megabytes/second), while images residing on optical disk require a much longer time. The time required to transfer an image study from the optical disk archive involves not only the transfer rate once the optical disk is in the disk controller unit (400 kilobytes/second), but also the access latency if the disk is in the jukebox, but not in the controller (8-10 seconds). Images are received by the workstation in the background, so that the radiologist may review another case if there are many images to be transferred or if they reside on the optical archive. Upon receipt by the workstation, the local workstation database is immediately updated and a message window is used to inform the user.

Radiologists tend to view new studies in two phases. In phase one, the initial survey phase, the radiologist simultaneously views all images acquired for the study as well as corresponding comparison images from previous examinations. This phase requires that all images be rapidly viewed. For example, a new MR study may consist of 4 different pulse sequences, with each sequence containing 16 cross-sectional image slices. In the film-based system, the radiologist places films from the new study onto a single alternator panel. The alternator panel immediately below this panel will contain the corresponding comparison images in exactly the same orientation (e.g., sagittal or coronal).

The tile presentation mode maximizes the number of simultaneous images displayed without compromising image quality. This is the default display mode for new cross-sectional exams (e.g., MR and CT studies). The logical monitor frame size is determined by the split screen mode. The split screen option allows an image set to span: (1) two display monitors, (2) one display monitor, (3) one-half display monitor (two image sets per display monitor), or (4) one-quarter display monitor (four image sets per display monitor).

After the initial screening phase, the radiologist concentrates on a few select images which most clearly show the patient pathology. Typically, only a select few images are vital in making a radiological diagnosis. The current film-based practice is to shuffle these films and line them up on the alternator according to the need for comparison. These images may span more than one image set and may include pre- and post-contrast studies, various window and level settings, different pulse sequence and/or modality scans, and historical temporal comparisons. Studies that have been previously diagnosed and annotated are by default presented in the most compact and concise mode. Thus, only the most relevant images for the study are displayed together with any composed graphic overlays (pointers and text).

Case Presentation

Once a patient case has been selected, several important decisions must be made concerning the presentation of patient case information. The information to be presented includes patient demographics, case history, radiology request information, previous radiological reports, listing of available studies, radiographic technique information, image processing and analysis values, user instructions, etc. The important issues include what type of information should be available to the user, where to place this data, how to edit the data, and how much data needs to be simultaneously displayed.

Auxiliary text information (identification of clinical problem, relevant patient history, previous reports, specification of time constraints, and radiology requisition information) should be provided to orient the user of the suspected patient problem. Once a patient case has been selected from the active patient directory, several default operations should proceed. The video monitor is logically split into two halves: the left half for the active patient directory and the right side for displaying relevant patient text information for the currently active patient. This information includes: (1) patient demographics, (2) clinical history of patient, (3) requisition information, and (4) the latest pages of available text reports from previous studies.

The method for editing patient demographics, patient history, and requisition information should be consistent. Selecting the information to be edited can be accomplished by double-clicking the cursor onto the desired editing field. Alternatively, pull down windows may be used to select the text category to edit. Text reports are obtained from transcribed dictaphone reports and/or text entered via the keyboard. These variable length text reports are managed in a global PACS database table. By default, the latest page of text reports available for the selected patient is displayed.

Of primary concern is how to spatially arrange image, overlay, and text information onto the available monitor display area. Critical design issues include: (1) how many monitors are required, how many simultaneous image sets (sequences) need be displayed, and (2) how many comparison images are required to diagnosis the current patient study as two monitors may be insufficient for some cases even with the ability to perform split screen operations. It will be important to consider the operational efficiency of the radiologist as well as the quality of

the presented images.

*c)*    ***Case Interpretation***

Once the case information is initially displayed, the radiologist must interpret the data and extract some knowledge from the data (e.g., this radiographic pattern is consistent with atelectasis, the Swan-Ganz catheter is misplaced, the tumor volume has decreased 25 percent, etc.). The radiologist will want to manipulate the size and position of image windows, perform image enhancement operations, and to make physical measurements on the image data.

Interactive Manipulation Functions

Interactive manipulation operations should enhance the visibility of anatomical and pathological features (lesions, nodules, bone fractures, mediastinum, soft tissue, etc.). The basic tools required include intensity transformation tables (automatic pre-set windows, manual independent window and level control, and image reversal) and image enlargement and translation (zoom and pan). Adjustment of the intensity transformation tables will undoubtedly be the most frequently used image processing operation. In all probability, it will be performed on each displayed image. It therefore must be extremely simple to use. Furthermore, the operations must be performed in real time.

In addition, the ability to add graphic overlays (text annotations and pointers) and to rotate the images is important. Rotation is a necessary function for CR and digitized plain-film images. There are seven possible combinations including: 90 degree rotations, clockwise (CW) and counter-clockwise (CCW) about the z-axis; 180 degree rotations (about the z- and y- axes); and 180 degree rotations about y-axis with 90 degree rotation CW, CCW, and 180 degree rotation about the z-axis. Generation of oblique views and 3D images, although interesting to the researcher, are of minor importance to most radiologists.

Imaging Processing Functions

Although there are a plethora of image processing functions available for use in display stations (e.g., adaptive histogram equalization or unsharpmasking), we have found that radiologists either don't have the patience for them or don't realize their utility. These functions are relegated to the analysis workstations mentioned above and are not found on the three clinical workstations mentioned above. Other image processing functions include: (1) image subtraction, (2) data compression; (3) edge enhancement; (4) volumetric displays; and (5) contour extraction.

Quantification Functions

Image analysis refers to extracting some sort of knowledge (size of tumor, is the tumor shrinking? mass density of a particular bone region, spleen volume, cardiac ejection fraction, is the heart size within normal range? etc.) from presented image data. The basic analysis tools should include calibrated spatial measurements in 1D, 2D, and 3D, calibrated density measurements (e.g. CT numbers), and calibrated temporal (e.g., arterial flow) measurements. These measurements should be compared with similar measurements for normal and abnormal populations as well as with measurements for the same patient taken at specific intervals over the course of clinical treatment. Other typical interactive analysis functions include: (1) length, surface and volume mensuration; (2) histogram analysis; and (3) texture analysis.

*d)    Documentation of Diagnosis*

The radiological process is not complete until the referring physician receives an unambiguous, accurate, concise, and accountable report from the radiology department. In fact, some suggest that any images generated from a study not be released to display stations in the wards or to referring physicians until an expert diagnosis has been prepared. In this case, mechanisms must be incorporated into the workstation database management and administration software that will allow access privileges only to studies which have been properly documented.

Details on how to properly document the results of a radiological study, however, (i.e. so that the report is clear, concise, and useful to the referring physician) have never been formally detailed. Tools which are believed necessary for documentation include graphic pointers for directing the viewer's attention to critical regions of interest, text pop-up windows for summarizing problems/conditions and/or presenting concise impressions, and voice report playback for more elaborate descriptions. The voice dictation mode allows the user to simultaneously dictate and perform normal workstation operations (image processing, screen formatting, image display).

*e)    Presentation of Diagnosis*

Both the radiologist and the referring physician can benefit greatly from a concise structured report of a given patient case. When the radiologist reviews a case performed some time ago, it is advantageous to see the diagnosis of the study as previously made. He/she can then immediately understand the patient's history and clinical problem. Presentation of diagnosis to the referring physician should require as few user operations as possible.

## C.    Towards intelligent PACS image display stations

Ultimately, the radiologist requires an image display system that (1) is adaptive to the user (i.e., user friendly on an individual scale), (2) takes no more time to use than the current film-based process (high throughput), (3) is capable of handling not only simple, but also complex tasks, (4) cooperative in that it volunteers and organizes information, (5) context sensitive (i.e., the images and information presented is context-dependent), and (6) uses object-oriented design and expert-system, rule-based modals for control. The multi-layered workstation software architecture of such an adaptive, intelligent PACS image display system consists of: the hardware interface layer, the object-oriented layer and the knowledge-based layer. As one moves upward through the layers, the more abstract the programming, data representation and results become.

*a)    The Hardware Interface Layer - Driving the System Hardware*

The real-time layer is the image hardware interface. This consists mainly of the X-windows graphical user interface discussed above. It is the responsibility of the X-window software to manage display monitor hardware, coordinate user interaction and to manage associated hardware through interaction with device drivers. This layer should be provided by the manufacturer of the display system as a library of calling routines.

*b)    The Object-oriented Layer - Organization of Radiological Information*

The object layer is an object-oriented [38] model for the organization, structure and hierarchy of radiographic objects which may be images, reports, patient folders (analogous to the patient film-jacket), etc. There is a one-to-one correspondence between real-world entities and objects in the system. This allows direct representation of the items requiring management. Object-oriented systems describe relevant entities as strictly encapsulated units (objects) that communicate through message passing. Objects may be composed of other objects, termed composite objects. Each object has instance attributes and methods. Attribute values represent the state of the object that is accessed or changed through messaging. Each patient examination, for example, can be distinguished by attributes, making it easier to access in simple or complex queries.

Two leading motivations for using object-oriented design are that it supports the natural pathways of human reasoning and classification, and the developed software can have a high rate of re-usability. Object-oriented design is good for data structuring; allows the designer to attach a number of methods to each class or prototype; and the information space in an object-oriented system can easily be partitioned into entities that represent various level of abstraction. Object-oriented design with regard to image display systems is used for user guidance and system operation. An example of user guidance objects are those that support interaction like menu fields and icons. A logical frame buffer tile is an example of an object that supports system operation, but one that is transparent to the end-user.

However, the object-oriented user interface only provides a static interaction platform. To create a dynamic and intelligent workstation user interface requires a higher-level layer atop the object layer.

### c)    The Knowledge-based  Layer - Adding Intelligence to PACS

The new generation of PACS image display systems will require new, intelligent capabilities: multimedia support [39], high-level data object management, rule-based processing, computer assisted diagnosis, etc.    The knowledge-based layer, the domain of expert-systems, and model definition and codification, provide this intelligence.    This is the level at which rules are defined from observed models: rules about radiological procedures (radiology dependent, fairly universal), rules about task specific information requirements (department or medical center dependent); and rules about user specific information requirements (individual user dependence - radiologist, clinician, physicist, technologist, etc.).

The first level where intelligence can be added to PACS is in the presentation of image data. This requires a comprehensive understanding of the radiologist's visual scanning process (perceptual dynamics). This is not an easy task, as, for example, a two monitor 2k display system can only display two 14"x17" digitized films (or 32 CT slices), whereas the film-based light box viewing surface can display eight images of these films (or 96 CT slices). Somehow, the images must be organized with the most relevant brought to the foreground. Relevant images and information on this costly and limited real-estate must be organized for easy comprehension and presented on a contextual basis. One means of achieving this goal is to formulate rules based on explicit context-dependent models of diagnostic requirements [40-42], creating a cooperative user interface that adapts to the varying information needs of various radiological reading procedures, spectrum of workstation users and complexity of patient cases.

The cooperative user interface mentioned above is self-regulating. Higher-level abstraction is required for and self-mediating and self-modifying interfaces. An example of this kind of adaptive user interface is the IMAGE/ICON system developed at Yale [43]. Here a knowledge-based expert system (ICON) critiques proposed diagnostic hypotheses. The choice of alternate hypothesis is a function of the spread of competing diagnoses which are weighted. Radiologists, however, make diagnostic decisions based on pattern recognition and subtle morphologic features. Therefore, in addition to the image displayed for diagnostic purposes, the expert system selects, retrieves and displays reference images (IMAGE) in support of the case being critiqued. The following image sets, based on the diagnostic hypothesis are displayed: (1) proven examples of the suspected diagnosis; (2) differential diagnoses causing the observed finding; (3) spectrum of findings for the suspected disease category; and (4) morphologic variations of the finding can be presented. This is provided to assist in the radiologist's interpretation of the perception of abnormalities, correct classification of the findings and a comprehensive understanding of the significance of the findings.

The highest level of the intelligent user interface is that of computer assisted diagnosis (CAD). CAD refers to a diagnosis made by a radiologist taking into consideration the results of an automated computer analysis of radiographic images. The output of such an interface alerts of the radiologist to potential lesion or abnormality sites or provides measurements of specific areas or patterns in the image. This requires the interface to use image processing at the lowest level, image analysis at the mid-level and image understanding at the highest level. Most

efforts in CAD have been developed at the University of Chicago [44-46]. However, progress has been slow due to the highly ad hoc nature of algorithm development using sets of empirically determined rules and techniques. Also, while the accuracy of CAD programs has improved, the false positive rate remains high, something radiologists may not tolerate. In the future CAD programs could be routinely applied to all image types, but this will most likely require a more structured, yet generalized image analysis/understanding paradigm.

References

1. Rose A. **Vision - Human and Electronic**: New York NY: Plenum Press; 1973.

2. Ji TL, Roehrig H, Blume H, et al.: Physical and psychophysical evaluations of CRT noise performance. **Proc SPIE**, 1991; 1444: 136-150, 1991.

3. Nawfel RD, Chan KH, Wagenaar DJ, Judy PF: Evaluation of video gray-scale display. **Medical Physics**, 1992; 19: 561-567.

4. Roehrig H, Ji TL, Browne M, Dallas WJ: Signal-to-noise ratio and maximum information content of images displayed on a CRT. **Proc SPIE**, 1990; 1232: 115-133.

5. Metz CE: Some practical issues of experimental design and data analysis in radiological ROC studies. **Investigative Radiology**, 1989; 24: 234-245.

6. Chakraborthy DP: Free-response methodology - alternative analysis and a new observer performance experiment. **Medical Physics**, 1990; 174: 873-881.

7. Metz CE. Current problems in ROC analysis. In: Peppler WW, Alter AA, eds., **Proceedings of the 1987 Chest Imaging Conference**. Madison, WI: Medical Physics Publishing; 1988: 315-336.

8. Foley WD, Wilson CR, Keyes CS, et al.: The effect of varying spatial resolution on the detectability of diffuse pulmonary nodules. **Radiology**, 1981; 141: 225-231.

9. Lams PM, Cocklin ML: Spatial resolution requirements for digital chest radiographs: an ROC study of observer performance in selected cases. **Radiology**, 1986; 158: 11-19.

10. Goodman LR, Foley WD, Wilson CR, Rimm AA, Lawson TL: Digital and conventional chest images - observer performance with film digital radiography system. **Radiology**, 1986; 158: 27-33.

11. MacMahon H, Vyborny CJ, Metz CE, et al.: Digital radiography of subtle pulmonary abnormalities: an ROC study of the effect of pixel size on observer performance. **Radiology**, 1986; 158: 21-26.

12. Kundel HL, Mezrich JL, Brickman I, et al.: Digital chest imaging: comparison of two film image digitizers with a classification task. **Radiology**, 1987; 165: 747-752.

13. Seeley GW, Fisher HD, Stempski MO, et al.: Total digital radiology department: spatial resolution requirements. **American Journal of Roentgenology**, 1987; 148: 421-426.

14. MacMahon H, Metz CE, Doi K, Kim T, et al.: Digital chest radiography: effect on diagnostic accuracy of hard copy, conventional video, and reversed gray scale video display formats. **Radiology**, 1988; 168: 669-673.

15. Hayrapetian A, Aberle DR, Huang HK, et al.: Comparison of 2048-line digital display formats and conventional radiographs - an ROC study. **American Journal of Roentgenology**, 1989; 152: 1113-1118.

16.   Sheline ME, Brikman I, Epstein DM, et al.: The diagnosis of pulmonary nodules - comparison between standard and inverse digitized images and conventional chest radiographs. **American Journal of Roentgenology**, 1989; 152: 261-263.

17.   Slasky BS, Gur D, Good WF, et al.: Receiver operating characteristic analysis of chest image interpretation with conventional, laser-printed, and high-resolution workstation images. **Radiology**, 1990; 174: 775-780.

18.   Cox GG, Cook LT, McMillan JH, et al.: Chest radiography: comparison of high-resolution digital displays with conventional and digital film. **Radiology**, 176:771-776, 1990.

19.   Razavi M, Sayre JW, Taira RK, et al.: Receiver-operating-characteristics study of chest radiographs in children - digital hard-copy film vs 2k x 2k soft-copy images. **American Journal of Roentgenology**, 1992; 158: 443-448.

20.   Dwyer SJ, Johnson JA, Cox GG, et al.: A study of archiving requirements for a radiology department. **Proc SPIE**, 1985; 536: 190-193.

21.   Cox GG, Templeton AW, Dwyer SJ: Digital image management: networking, display, and archiving. **Radiology Clinics of North America**, 1986; 24(1): 37-54.

22.   Cox GG, Templeton AW, Anderson WH, et al.: Estimating digital information throughput rates for radiology networks - a model. **Investigative Radiology**, 1986;21: 162-166.

23.   Stewart BK, Dwyer SJ: Discrete event driven block oriented network simulation applied to teleradiology system analysis. **Submitted to Investigative Radiology**, (9 June 1992).

24.   Stuck BW, Arthurs E. **A Computer and Communications Network Performance Analysis Primer**. Prentice-Hall, Englewood Cliffs NJ; 1985.

25.   Tanenbaum AS. **Computer Networks, 2nd Ed**: Prentice-Hall, Englewood Cliffs, NJ; 1989.

26.   Jain R. **The Art of Computer Systems Performance Analysis - Techniques for Experimental Design, Measurement, Simulation and Modeling**. John Wiley & Sons, Inc., New York NY; 1991.

27.   Saffari B: Putting DSPs to Work. **BYTE**, 1989; 14(13): 259-272.

28.   Kahle BA, Hillis WD: The connection machine model cm-1 architecture. **Transactions on Systems Man and Cybernetics**, 1989; 19: 707-713.

29.   Duncan R: A survey of parallel computer architectures. **COMPUTER**, 1990; 23(2): 5-16.

30.   Hayes F: The crossbar connection. **BYTE**, 1988; 13(2): 278-279.

31.   Hillis WD: The connection machine. **Scientific American**, 1987; 256(6): 106-115.

32.   Obermeier KK: Side by side. **BYTE**, 1988; 13(12): 275-283.

33.   Robinson M: Popular and parallel. **BYTE**, 1991; 16(6): 219-228.

34.     Hayes F, Baran N: A guide to GUIs. **BYTE**, 1989; 14(7), 250-257.

35.     Jones O. **Introduction to the X Window System**. Englewood Cliffs N: Prentice-Hall; 1988.

36.     Wood P: Introduction to Xlib programming. **UNIX World**, 1989, 6(11): 121-127.

37.     Lee E: Window of opportunity. **UNIX Review**, 1988, 6(6): 46-61.

38.     Cox BJ. **Object oriented programming, an evolutionary approach**. Reading MA: Addison-Wesley Publishing Company; 1987.

39.     Fox EA: Advances in interactive digital multimedia systems. **Computer**, 1991; 24(10): 9-21.

40.     Wendler TH. Cooperative Human-machine Interfaces for Medical Image Workstations: a Scenario. In: Lemke HU, Rhodes ML, Jaffe CC, Felix R ,eds., **CAR '89 - Computer Assisted Radiology: 775-779.** Berlin: Springer-Verlag; 1989.

41.     Grewer R, Mönnich KJ, Schmidt J, et al. Object-oriented design for medical workstations. In: Lemke HU, Rhodes ML, Jaffe CC, Felix R eds., **CAR '89 - Computer Assisted Radiology: 780-784.** Berlin: Springer-Verlag; 1989.

42.     Wendler TH, Wein B. A rule-based model of diagnostic information requirements for the design of adaptive image workstations. In: Lemke HU, Rhodes ML, Jaffe CC, Felix R eds., **CAR '91 - Computer Assisted Radiology: 629-635.**, Berling: Springer-Verlag; 1991.

43.     Swett HA, Fisher PR, Cohn AI, et al.: Expert system-controlled image display. **Radiology**, 1989; 172: 487-493.

44.     Giger ML, Ahn N, Doi K, MacMahon H.: Computerized detection of pulmonary nodules in digital chest images - use of morphological filters in reducing false-positive detections. **Medical Physics**, 1990; 17: 861-865.

45.     Katsuragawa S, Doi K, Nakamori N, MacMahon H.: Image feature analysis and computer-aided diagnosis in digital radiography: effect of digital parameters on the accuracy of computerized analysis of interstitial disease in digital chest radiographs. **Medical Physics**, 1990; 17: 72-78.

46.     MacMahon H, Doi K, Chan H-P, Giger ML, et al.: Computer-aided diagnosis in chest radiology. **Journal of Thoracic Imaging**, 1990; 5(1): 67-76.