# Exhibit 3

**Editors:   Arthur G. Haus, ROCHESTER,NY**
**Martin J. Yaffe, PhD, TORONTO, ONTARIO, CANADA**

# Syllabus:
# A Categorical
# Course in Physics
## *Technical Aspects*
## *of Breast Imaging*

### *Second Edition • Updated*

Presented at the 79th Scientific Assembly
and Annual Meeting of the Radiological
Society of North America

November 28–December 3, 1993



**RSNA®** | Radiological Society
of North America
Founded in 1915

 Physics program in joint sponsorship with the
American Association of Physicists in Medicine

JA406

**Editors:   Arthur G. Haus,** ROCHESTER, NY
**Martin J. Yaffe, PhD,** TORONTO, ONTARIO, CANADA

# Syllabus:
# A Categorical
# Course in Physics
# *Technical Aspects*
# *of Breast Imaging*

### *Second Edition • Updated*

Presented at the 79th Scientific Assembly
and Annual Meeting of the Radiological
Society of North America

November 28–December 3, 1993

The Board of Directors of the Radiological Society of North America and the
Society's Refresher Course Committee acknowledge with warm appreciation the
scientific contribution of Arthur Haus and Martin J. Yaffe, PhD, in their role as
editors of this syllabus.

Helen C. Redman, MD, *Chairman, Board of Directors*
Donald R. Kirks, MD, *Chairman, Refresher Course Committee*



RSNA®  | Radiological Society
        | of North America
        | Founded in 1915



**Physics program in joint sponsorship with the
American Association of Physicists in Medicine**



LIBRARY OF CONGRESS
JAN 27 1994
COPYRIGHT OFFICE



*The Radiological Society of North America subsidizes the production of categorical and special course syllabi. Financial losses incurred in syllabi production are absorbed by the RSNA. Any net revenues from the sale of syllabi are transferred to the RSNA Research and Education Fund.*

*Produced by RSNA Publications*
*Phyllis B. Hood, 1993 Physics Categorical Course Syllabus Manager*

*© 1993 by the Radiological Society of North America, Inc*
*2021 Spring Road, Suite 600, Oak Brook, IL 60521*

2 ■

# Contents

7   Preface

9   History of the Technical Development of Mammography
Lawrence W. Bassett, MD,
Richard H. Gold, MD, and
Carolyn Kimme-Smith, MD

21   Epidemiology of Breast Cancer
Robert A. Smith, PhD

35   Radiographic Breast Anatomy: Radiologic Signs of Breast Cancer
Ellen Shaw de Paredes, MD

47   Mammography X-ray Source
Emile Gabbay

63   X-Ray Spectral Considerations for Mammography
Martin J. Yaffe, PhD,
Robert Jennings, MS,
Rebecca Fahrig, MS, and
Thomas R. Fewell, MS

73   Mammography Equipment: Compression, Scatter Control, and Automatic Exposure Control
Gary T. Barnes, PhD

83   Screen-Film Image Receptors and Film Processing
Arthur G. Haus

101   Technical Image Quality and the Visibility of Mammographic Detail
Carl J. Vyborny, MD, PhD, and
Robert A. Schmidt, MD, MS

111   Exposures and Doses in Mammography
Lawrence N. Rothenberg, PhD

119   Risk, Benefit, and Controversies in Mammographic Screening
Stephen A. Feig, MD, and
R. Edward Hendrick, PhD

137   ACR Accreditation and Legislative Issues in Mammography
R. Edward Hendrick, PhD,
Robert A. Smith, PhD, and
Pamela A. Wilcox, MBA

151   Mammographic Quality Control for the Technologist and the Medical Physicist as Consultant to the Technologist
Joel E. Gray, PhD

181   Mammographic Quality Control: ACR-recommended Physicist's-level Testing
Maynard High, PhD

213   Specification, Acceptance Testing, and Quality Control of Mammography Imaging Equipment
Keith J. Strauss, MS, DABR, DABMP, and
Raymond P. Rossi, MS, DABR, DABMP

241   Present and Future Role of Ultrasound in Breast Imaging
Valerie P. Jackson, MD

249   Present and Future Role of MR Imaging
Steven E. Harms, MD, and
Duane P. Flamig, PhD

257   Stereotaxic Imaging
R. Edward Hendrick, PhD, and
Steve H. Parker, MD

271   Digital Mammography
Martin J. Yaffe, PhD

283   Computer-aided Diagnosis
Maryellen L. Giger, PhD

299   Priorities for Improved Breast Cancer Imaging
Daniel B. Kopans, MD

■ 3

Computer-aided diagnosis (CAD) can be defined as a diagnosis made by a radiologist who takes into consideration the results of a computerized analysis of radiographic images and uses the analysis as a "second opinion" in detecting lesions and in making diagnostic decisions. The final diagnosis is made by the radiologist. Inasmuch as mammography is becoming a high-volume x-ray procedure routinely interpreted by radiologists, and because radiologists do not detect all cancers that are visible on images in retrospect, it is expected that the efficiency and effectiveness of screening could be increased with CAD.

Although mammography currently is the best method for the detection of breast cancer, 10%–30% of women who

Maryellen L. Giger, PhD

# Computer-aided Diagnosis[1]

indicating locations of suspect abnormalities on mammograms.

If a suspect region is detected by a radiologist, he or she must then visually extract various radiographic characteristics. Using these features the radiologist decides whether the abnormality is likely to be malignant or benign and what course of action should be recommended (eg, return to screening, return for follow-up, or return for biopsy). Many patients are referred for surgical biopsy on the basis of a radiographically detected mass lesion or cluster of microcalcifications. Although general rules exist for the differentiation of benign from malignant breast lesions

have breast cancer and who undergo mammography have negative mammograms (1–5). In approximately two-thirds of these false-negative mammograms the radiologist failed to detect the cancer that was evident retrospectively (4–7). The missed detections may be due to the subtle nature of the radiographic findings (ie, low conspicuity of the lesion), poor image quality, eye fatigue, or oversight by the radiologist. It has been suggested that double reading (by two radiologists) may increase sensitivity (8–10). Thus one aim of CAD is to increase the efficiency and effectiveness of screening procedures by using a computer system as a "second opinion" or "second reading" to aid the radiologist by

RSNA Categorical Course in Physics 1993; 283–298

[1] From the Kurt Rossmann Laboratories for Radiologic Image Research, Department of Radiology, the University of Chicago, Chicago.

(1,11), considerable misclassification of lesions occurs with current radiographic techniques. On average, only 10%–20% of masses in patients referred for surgical breast biopsy are malignant (1,12). Thus another aim of CAD is objectively to extract and analyze the characteristics of benign and malignant lesions to aid the radiologist by reducing the number of false-positive diagnoses of malignancy, thereby decreasing patient morbidity, as well as the number of surgical biopsies performed, and their associated complications.

This chapter reviews various computerized methods for the detection and classification of mammographic lesions. Such computerized methods involve using computer-vision and artificial-intelligence (decision-making) techniques to extract and quantify image features and then to subsequently merge them into a diagnostic decision output regarding the possibility of malignancy. In

JA410

CAD the location of suspect lesions and/or likelihood of malignancy of detected lesions would be determined by a computer and would be presented to the radiologist as an aid to reduce the number of missed lesions and/or the number of benign cases sent for biopsy. The radiologist then would make the final decision regarding diagnosis and case management.

This chapter is divided into two sections, one on the detection of mammographic lesions and the other on classification. The section on detection presents various computerized methods for the detection of microcalcifications, masses, and parenchymal patterns. The classification section examines methods for merging extracted features from the mammogram into a decision regarding the likelihood of malignancy. Such classification methods use either computer-extracted or human-extracted mammographic features. The presentations of the various detection and classification methods vary depending on the details of the specific methods available and on the image data base used to evaluate the computerized approach.

It is important to note that a comparison of the different computerized methods is not possible because of the use of different data bases. That is, it cannot be assumed that a computerized scheme that achieves a high sensitivity with one data base of mammograms will achieve a similar performance level with another data base or with an actual patient population.

## COMPUTER VISION AND ARTIFICIAL INTELLIGENCE

Computer vision involves having a computer extract from a digital image the features that may or may not be otherwise perceived by a human. The development of computer-vision schemes requires a priori information about the medical image (ie, the mammogram) and knowledge of various computer processing techniques and decision-analysis methods. The required a pri-

ori knowledge includes the physical imaging properties of the digital mammographic image acquisition system and the morphologic information concerning the abnormality (eg, mass lesion or cluster of microcalcifications) along with its associated anatomic background. That is, a sufficient data base is needed to cover the entire range of abnormal and normal findings. Computer-vision techniques include, in general, image processing, image segmentation, and feature extraction (13).

Once the mammographic image is in digital format, the data are accessible for computer manipulations. Image-processing techniques can be used to enhance features for ease of extraction later or to deemphasize unwanted features such as background structures. Segmentation involves the separation of the image into regions of similar properties. Feature extraction entails the recognition of specific characteristics of the individual segments.

Artificial-intelligence techniques include such methods as discriminant analysis techniques, rule-based expert systems, and artificial neural networks. Such techniques have been used to merge computer-extracted features and radiologist-extracted features into diagnostic-decision aids.

## COMPUTERIZED DETECTION METHODS

The computerized detection of lesions involves having the computer locate suspect regions, leaving the classification of the lesion totally to the radiologist. It has been reported that between 30% and 50% of breast carcinomas detected mammographically demonstrate clustered microcalcifications (14–16), although about 80% of breast carcinomas reveal microcalcifications on microscopic examination (17–20). In addition, studies indicate that 26% of nonpalpable cancers appear mammographically as a mass, and 18% appear with both a mass and microcalcifications (21). Thus, most computerized

schemes in mammography are being developed for the detection of mass lesions or microcalcifications. Some work also has been done on evaluation of parenchymal patterns.

Although in the past xeroradiography was used as an image-recording system for breast imaging, present investigators have digitized screen-film mammograms almost exclusively. Film digitization can vary in terms of pixel size and number of quantization levels. In general, when developing a detection scheme it is important to consider the size of the lesion of interest when choosing pixel size. For example, the detection of microcalcifications requires a much smaller pixel size (probably around 0.1 mm) than does the task of detecting mass lesions. In addition, the classification of a lesion in question (discussed later) will require higher spatial resolution (finer digitization) than that needed for detection. The current availability of high-speed computers and high-resolution film digitizers has been instrumental in the development of advanced computerized detection schemes.

Currently, the comparison of different computerized schemes is not possible because of the use of different data bases and of different evaluation methods by different investigators. Reported evaluations of various computerized detection schemes have ranged from the demonstration of results in a few selected cases to rigorous statistical analyses involving a large number of clinical cases (ie, a data base).

Possible indices for evaluating the performance of a CAD scheme include the true-positive fraction and the number of false-positive detections per image at a particular operational level of the algorithm. The area under a free-response receiver operating characteristic (FROC) curve, which can be obtained by evaluating the computerized scheme at various operational levels, can also be used. Figure 1 illustrates a FROC curve that relates true-positive fraction (sensitivity) to the number of false-positive detections per



**Figure 1.** FROC curve illustrates the performance of a computerized scheme for the detection of masses. (Illustration courtesy of the University of Chicago, Chicago, Ill.)

image. The curve was fit to performance data of the computerized scheme with use of the method developed by Chakraborty (22). The higher the curve is to the upper left corner of the plot, the better is the performance of the detection scheme. The eventual test of a CAD detection scheme should yield a measure of the performance of radiologists when the computer output is used as an aid as compared with the performance of radiologists alone. Such evaluation, which is similar to how CAD methods would be used in the clinical environment, could employ ROC analysis (23).

The comparison of the performances of different computerized methods is difficult because investigators have used different data bases of mammograms with lesions of subtleties that may range from obvious to extremely subtle. This effect of data base is shown in Figure 2 for mass lesions of different size and contrast. The histograms (Fig 2a, 2c) illustrate the range of sizes and contrasts of the lesions used in producing the FROC curves (Figs 2b, 2d) (24).

## ▮ Detection of Microcalcifications

In 1979 Spiesberger (25) developed a method for the localization of microcalcifications in breast images. Initial regions were found by searching for local maxima in terms of

optical density. Next the difference in optical density, the standard deviation of the boundary pixels, and a compactness measure (which indicated if the region in question was diffuse or compact) were used to eliminate false-positive detections. A second-order polynomial coordinate transformation was used to simulate the deformation of the breast during examination, and the correlation coefficient between the two projections was used to reduce the number of false-positive detections; such detections were expected to be uncorrelated between the craniocaudal and the mediolateral views. Spiesberger demonstrated the feasibility of having a computer detect microcalcifications with the use of a data base of 132 mammographic subregions, each 1.63 $cm^2$ in area.

Presently, various research groups are developing computerized schemes for the detection of microcalcifications in digital mammograms.

Since 1987 a team of investigators at The University of Chicago (26–33) has reported on computerized methods for the detection of microcalcifications in mammograms. The method, reported initially by Chan et al (26), includes a preprocessing step referred to as a difference-image approach. Basically, the original digital mammogram is spatially filtered twice, once to enhance the signal-to-noise ratio of the

microcalcifications and a second time to suppress the ratio. The difference between the two resulting processed images yields an image (a difference image) in which the variations in background density largely are removed.

The spatial filter used in enhancing the microcalcifications is matched to the size and contrast variations of a typical breast microcalcification. Filters that have been used in signal suppression include a median filter, a contrast-reversal filter, and a box-rim filter (27). Figure 3a and 3b demonstrate an original mammogram and its corresponding difference image, respectively. Microcalcifications then are segmented from the difference image by using global gray-level thresholding and local thresholding techniques. With global thresholding a preselected percentage of pixels with values at the high end of the gray-level histogram are retained, and all others are set to a constant value. With local thresholding the mean and standard deviation are determined within a square kernel centered at the pixel of interest to estimate the local background noise fluctuations. If the pixel in question has a value larger than the mean pixel value by a preselected multiple of the standard deviation, then it is retained.

The segmented image is next subjected to feature-extraction techniques to remove signals that likely arise from structures other than microcalcifications. Nishikawa et al (29) developed an area filter for use with this CAD scheme (based on mathematical morphology) that will eliminate small features. Next, each region of interest that contains remaining features is subjected to low-frequency background correction and is characterized by the first moment of its power spectrum, defined as the weighted average of radial spatial frequency over the two-dimensional power spectrum (28). A clustering filter (30) is used next so that only clusters that contain more than a preselected number of signals within a region of preselected

**Computer-aided Diagnosis ▮ 285**



**Figure 2.** (a) Histogram of the effective size of the masses measured from 90 mammograms and (b) the corresponding FROC data when the data base is divided into three groups of approximately equal number based on the effective size of the masses. (c) Histogram of the contrast of the masses and (d) the corresponding FROC data when the data base is divided into three groups of approximately equal number based on the contrast of the masses. (Reprinted with permission from reference 24.)

size are retained by the computer (Fig 3c). The preset values are determined by using a priori knowledge from a data base of abnormal and normal mammographic findings. In addition, with use of extracted information of the size and radiation contrast of the individual microcalcifications, the number of false-positive clusters are reduced by 37% without loss of sensitivity (31).

At this stage the computerized scheme was tested with 78 mammograms (39 with normal and 39 with abnormal findings) in which most clusters were quite subtle. The scheme yielded a sensitivity of 85%, with approximately 2.5 false-positive detections per image (30). The

computer output can be presented to the radiologist with arrows used to indicate suspect regions (Fig 3d). More recently, Wu et al (32) used an artificial neural network (ANN) to extract microcalcification image data from digital mammograms. The ANN, which was supplied with the power spectra of remaining suspected regions (from this CAD scheme) as input, distinguished actual clustered microcalcifications from false-positive regions and was able to eliminate 50% of the false-positive results. Jiang et al (31) are developing an area-contrast test to reduce the numbers of false-positive detections further without loss in sensitivity. Zhang et al (33) employed a

shift-invariant neural network in distinguishing true-positve detections from false-positive detections. Use of this neural network yielded a sensitivity of 85% with 0.6 false-positive clusters per image.

The computerized scheme (28) at The University of Chicago has been tested as an aid to radiologic diagnosis. With use of a data base of 60 clinical mammograms, half of which contained subtle clusters of microcalcifications, a human-observer study was conducted to examine the effect of the computer-vision aid on radiologist performance in a situation that simulated rapid interpretation of screening mammograms. The computer scheme at that time had



**Figure 3.** (A) Original mammogram with a cluster of microcalcifications in the middle of the lateral part of the breast. (B) Corresponding difference image demonstrates suppression of the normal breast background structure. (C) Remaining clusters after application of feature-extraction techniques and clustering filter. (D) Possible method of presenting CAD results to radiologists using an offset arrow to indicate the detected cluster (arrow). (Illustrations courtesy of Robert Nishikawa, PhD, the University of Chicago, Chicago.)

the false-positive fraction. Astley et al (35) recently performed an observer study also showing that detection performance of radiologists was significantly better when the mammographic images were presented with prompts than when the radiologists were not prompted with a computer aid.

Chan et al (36), at the University of Michigan at Ann Arbor, have examined the effect of various system parameters—such as pixel size, quantization, and data compression—on the detection performance of a computerized scheme. They demonstrated the trade-off between detection accuracy and data compression rate or digitization resolution.

In another approach to the computerized detection of microcalcifications, Fam et al (37) use gray-level thresholding to find initially pixels belonging to a possible microcalcification and subsequent region-growing techniques to connect suspected pixels in a digital mammogram. Next a maximum-size test and an edge-gradient test are used to eliminate false-positive detections. A clustering constraint is imposed so that only clusters of three or more calcifications are retained. The investigators tested the computerized scheme in a preliminary study and found that manual adjustments were necessary to compensate for variations in the intensity and contrast of the original mammogram; they concluded that further refinement of the computerized scheme was required.

Davies and Dance (38,39) also are using a deterministic approach for

attained an 87% true-positive detection rate with an average of four false-positive clusters per image. The effect of the number of false-positive detections on radiologist performance also was examined by simulating a computer performance level of 87% sensitivity with one false-positive detection per image. Radiologist detection performance was evaluated by means of receiver operating characteristic (ROC) analysis (23,24). It was found from

the ROC analysis that there was a statistically significant improvement in radiologist accuracy when the radiologist was given the computer-generated diagnostic information (at either false-positive level), as presented in the format demonstrated in Figure 3d. The ROC curves (Fig 4) indicate the performance levels of the radiologists (not of the computer alone) with and without the computer aid. Note that an ROC curve relates the true-positive fraction to

**Computer-aided Diagnosis** ■ **287**

**Figure 4.** ROC curves illustrate the statistically significant improvement in performance of radiologists in detecting clusters of microcalcifications when the computer aid was used. Level 1 corresponds to use of the computer aid that had an 87% true-positive detection rate with an average of four false-positive clusters per image. Level 2 corresponds to use of the simulated computer aid that had the same 87% true-positive detection rate but with an average of only one false-positive cluster per image. (Reprinted, with permission, from reference 28.)



the computerized detection of microcalcifications. Initially the digital mammogram is processed with local-area gray-level thresholding, and a modal filter then is used to produce a uniform background level outside the breast. Features including area, mean gray level, two shape parameters, and a measure of edge strength are then extracted and a minimum distance classifier is used to distinguish calcifications from noncalcification structures. Finally a clustering principle, requiring at least three calcifications in a cluster in which the nearest-neighbor distance between calcifications is less than 5 mm, is imposed to locate groupings of calcifications. The investigators report that their new method detected 11 of 15 clusters with eight false-positive clusters when applied to 10 regions of interest in their test data base.

Astley et al (40) and Grimaud et al (41) have reported independently on their developments in the automated detection of microcalcifications. Astley et al (40) are developing a method based on log-likelihood estimators for the detection of microcalcifications. Using morphologic filters, the computerized scheme detects linear structures, topographic peaks, and sharp edges. Grimaud et al (41) use mathematical morphology tools to detect structures considered microcalcifications on the basis of their size, shape, and density.

Karssemeijer (42,43) describes a stochastic method based on Bayesian decision theory for the automated detection of microcalcifications in digital mammograms. In this method pixel values in the image are rescaled with use of an "iso precision" criterion (38). After this rescal-

ing the absolute error of the pixel values due to film noise and digitization noise will be equal over the entire range of pixel values. Next, the image data are represented by two parameter images corresponding to local contrast and shape. Clustering also is modeled into the iterative method. On a test set of 40 mammographic images, the method yielded a true-positive fraction of 0.90 at approximately 2 to 3 false-positive clusters per image.

Recently, many more investigators have entered the field. Woods et al (44) from the University of South Florida compared six classifiers used to distinguish microcalcifications from nonmicrocalcifications. Initially, segmentation is performed with use of local contrast information. They found that Bayesian classifiers outperformed three types of artificial neural networks. Qian et al (45) plan to use wavelets for preprocessing mammograms prior to feature extraction. Laine et al (46) from the University of Florida, Gainesville, are also investigating the use of wavelets for contrast enhancement of mammograms.

Bankman et al (47) from The Johns Hopkins University use gray-level thresholding in producing con-

tour map representations of digital mammograms in the detection of microcalcifications. A Bayesian classifier is then used to merge five extracted features. On a test set of nine mammograms, the algorithm obtained a sensitivity of 100% with 0.22 false clusters per mammogram.

Mascio et al (48) from Lawrence Livermore National Laboratory have developed a microcalcification-detection method, which uses a variation of the unsharp masking technique termed "round high-emphasis" processing and a texture gist, a morphologic operation. Discriminant analysis is then used on extracted features to classify possible microcalcifications as suspicious, innocuous, or artifact.

Stafford et al (49) are using high-pass spatial filtering and a feed-forward neural network to scan the digital mammogram and to locate possible microcalcifications. Upon thresholding the output values from the neural network, each pixel location can be classified as belonging to a microcalcification or not. The investigators report that when tested on 20 of the 128 mammograms in the test data set, the fraction of true-positive pathologic conditions and microcalcification clusters and the fraction of




**Figure 5.** (*A*) Pair of original craniocaudal mammograms show a cancerous mass in the left breast (shown here on the right). (*B*) Computer-produced run-length images of the pair show enhancement of asymmetries. (*C*) Final computer output for radiologists indicates the mass (arrowhead on right) and two false-positive detections (arrowheads on left). (Illustration courtesy of the University of Chicago, Chicago, Ill.)



false-positive clusters were 100% and 2.4%, respectively.

Shen et al (50) from the University of Calgary, Canada, propose using a multitolerance region-growing method, various shape features, and a neural network. Zhao et at (51) from the University of Michigan, Dearborn, use morphologic size filters in extracting microcalcifications.

## ▌ Detection of Mass Lesions

The computerized detection of mass lesions in digital mammograms is a different task from detection of microcalcifications, because of the similarity of many mass lesions and the surrounding normal parenchymal tissue.

Perhaps one of the earliest investigations into the computerized analysis of mammographic images was reported in 1967 by Winsberg et al (52), who described a computerized method that compared density patterns in various areas within an individual breast and within right and

left breasts. Mammograms for this method were obtained with a bolus immersion technique and were subsequently scanned by an optical scanner. The method was demonstrated in a few selected cases.

In 1975 Kimme et al (53) developed an algorithm with which to localize abnormal breast regions. They calculated seven textural features of breast images and compared corresponding regions of the left and right breasts. With a data base of eight cases (three with cancer), the algorithm detected all three cancerous areas as well as cysts.

In 1979 Hand et al (54) used 14 textural parameters, including one for intensity, eight representing roughness, and five related to directionality, in their method for the detection of suspect areas on xeromammograms. Their results, based on findings in 30 xeromammograms (10 malignant, 10 benign, and 10 normal mammograms), achieved a sensitivity of 87% with approximately 54 false-positive detections per image. It was speculated that most of the false-positive detections could be eliminated with use of the classification program of Ackerman



**Figure 6.** (*A*) Malignant mass. (*B*) Binary representation of the mass after extraction by region growing. (*C*) Tracked margin of mass. (*D*) Smoothed margin of mass. (*E*) Difference demonstrating the fluctuations along the margin of the mass. (Illustrations courtesy of the University of Chicago, Chicago, Ill.)

and Gose (55) (discussed later).

Giger and colleagues at the University of Chicago (56–59) have been developing a computer-vision scheme for the detection of masses on mammograms that is based on deviations from the architectural symmetry of normal right and left breasts, with asymmetries indicating potential masses. The input to the computerized scheme for a given patient are the four conventional mammograms obtained in a routine screening examination: the right and left craniocaudal views and the right and left mediolateral oblique views. Figure 5a illustrates a pair of conventional craniocaudal mammograms of the left and right breasts; note the mass as indicated by an arrow. After automatic registration of corresponding left and right breast images a nonlinear subtraction technique is used in which gray-level thresholding is performed on the individual mammograms prior to subtraction. Ten images thresholded

JA417

**Figure 7.** Spiculated mass display from the MAMMO/ICON system. The large image at the upper left is selected from the image data base because it closely matches the case under consideration. To the right are image axes where images have been retrieved with a variety of rules by using the expert system. (Illustration courtesy of Henry Swett, MD, Yale University, New Haven, Conn.)



with different cutoff gray levels are obtained from the right breast image, and 10 such images are obtained from the left breast image. Next, subtraction of the corresponding right and left breast images is performed to generate 10 bilateral subtraction images. Run-length analysis then is used to link the data in the various subtracted images. This linking process accumulates the information from the set of 10 subtraction images into two images that contain locations of suspected masses for the left and right breasts. Figure 5b demonstrates a pair of run-length images containing suspect locations. Next, feature-extraction techniques, which include morphologic filtering and analysis of size, shape, and distance from border, are used to reduce the number of false-positive detections. After the feature-extraction techniques are used, the results can be presented to a radiologist (Fig 5c) as an aid in making the final diagnosis. Currently, with use of 150 pairs of clinical mammograms, the approach achieves a true-positive rate of approximately 94%, with two false-positive detections per image.

Bischof and colleagues (60,61) describe a method for detecting masses in mammograms. First the digital mammogram is processed with a selective median filter for preserving edges while smoothing noise. Next template matching is performed by using 12 uniform-density and circular templates (with radii ranging from 3 to 14 pixels), and normalized cross-correlation distributions are calculated. A region is considered suspect if it has a correlation greater than a selected threshold value, which corresponds to a certain

percentage of the pixels in the breast image. False-positive detections are reduced by analyzing the cross correlation of neighboring pixels, because actual circumscribed masses would demonstrate high cross correlation in a neighborhood of some finite size, whereas the cross correlation of a false-positive detection could be limited to a single pixel. Recently, the investigators have extended their detection scheme to include both stellate lesions and circumscribed lesions (61). The method employs template matching and uses features of contrast and size to eliminate false-positive detections. Tumor differentiation is performed based on spicularity. They report an 81% sensitivity with 0.2 false-positive findings per image in a data base of 27 mammograms, each containing a mass.

Brzakovic et al (62) are developing a method for the detection of masses that makes use of fuzzy pyramid linking. Initially, gray-level thresholding is performed and pixels with values below threshold are set to background. Next, multiresolution image processing is used for image segmentation in which the local mean and variance at each level are used to identify regions that have statistically homogeneous characteristics. On 25 mammograms this

detection stage achieved a sensitivity for tumor detection of 95%, with some false-positive detections. The possible tumors then were input to a classification stage, to be discussed later.

Kegelmeyer (63) from Sandia National Laboratories is developing a method for the detection of stellate lesions in mammograms, which uses an analysis of the histogram of edge orientations in local windows that are passed across the image, as well as Laws texture energy measures. After conversion of the mammogram to feature vectors, a binary decision tree is used to create a probability image that is subsequently thresholded. Detection results in five test images yielded a sensitivity of 83% with 0.6 false-positive findings per image. Recently (64), the investigator reported that in an observer study, radiologists using the computer aid produced an average increase in sensitivity of 9.7% and an average increase in specificity of 1.5%.

Glatt et al (65) from the University of Texas at San Antonio demonstrated use of a hexagonal filter window and sampling pattern in the detection of tumors in mammograms. Astley et al (35) are developing a detection method that initially segments each breast into regions of like tissue type and performs direct comparison of

**Figure 8.** Comparison between the performance of attending radiologists, radiology residents, and the neural network that used a reduced feature set extracted by an experienced mammographer. $A_z$ corresponds to the area under the ROC curve; the higher the value, the better the performance. (Reprinted with the permission from reference 86.)



similar breast structures. They report an accuracy of 87%.

## ■ Detection of Parenchymal Patterns

Computerized analysis is being performed on the parenchymal pattern in digital mammograms to detect different types of texture patterns to predict the risk of breast cancer in healthy women. Magnin et al (66) used texture analysis of digital mammograms to categorize them into four risk groups. Local texture features, such as entropy, inertia, and local homogeneity, were computed from various co-occurrence matrices. The investigators evaluated the texture analysis scheme on 27 rectangular portions of mammograms that had been classified visually into one of four risk groups, corresponding to the four grades established by Wolfe (67) for developing carcinoma of the breast. They found that the local texture features were not completely satisfactory because they did not enable discrimination between the various mammographic patterns.

Yaffe and colleagues at the University of Toronto (68,69) calculated the "fractal dimension" of digitized mammograms in an attempt to establish an objective index of risk for breast cancer to eliminate the subjectiveness of the Wolfe method of classifying mammograms (67). Fractal dimension has been shown to correlate well with the subjective rankings of image texture by human observers. In the method of Caldwell et al (68) the investigators envision the mammogram as having three-dimensional contours and then proceed to measure the area of the "mountainous" surface (as opposed to the "coastline" in two-dimensional problems). Two parameters were measured (the average fractal dimension and the absolute value of the difference between the average and the fractal dimension of a region near the nipple) which were combined by using Bayesian decision theory. Seventy mammograms, which were rated according to the Wolfe grade by three experienced radiologists, were used to test the fractal-based classifier. Although the three radiologists showed a slightly higher degree of agreement among themselves than did the fractal dimension with each radiologist alone, it appeared that the fractal-based parameter could be used to distinguish between "high-risk" and "low-risk" parenchymal patterns. Recently, Byng et al (69) have investigated quantitative classification of mammographic parenchyma using a third-order moment about the mean of the histogram of pixel values. When calculated on a regional basis, the measure correlated well with a six-category classification of density by radiologists and, thus, may provide an estimate for the risk of developing breast cancer.

Hajnal et al (70) are developing a computer method for looking at parenchyma to sort mammograms automatically into either fatty tissue or dense tissue type, since some believe that dense tissue makes interpretation of mammograms more difficult and, thus, these images should be examined more closely by the radiologist.

## COMPUTERIZED CLASSIFICATION METHODS

Once a lesion is detected a radiologist must make a decision concerning management: should the patient return to screening, be followed up, or be sent for biopsy? This differs from a purely benign versus malignant determination.

Computerized-analysis schemes are being developed to aid in differentiating malignant from benign lesions. Such methods may use features extracted by either a computer or by radiologists. The benefit of computer-extracted features is the objectivity and reproducibility of the measure of the specific feature. However, radiologists use many radiographic image features, which they seem to extract and interpret simultaneously and instantaneously. Thus the development of methods using computer-extracted features requires, in addition to determination of which individual features are clinically significant, computerized means for the extraction of each such feature.

It is important to restate that one of the aims of computerized classification is to reduce the number of



**Figure 9.** Schematic of a possible configuration of an "intelligent" mammographic workstation. *CC* = craniocaudal, *MLO* = mediolateral oblique.

benign cases sent for biopsy. Such reduction will be acceptable clinically only if it does not result in failure to perform biopsy of a malignant lesion; however, because the "cost" of a missed cancer is much greater than the cost of misclassification of a benign lesion. Thus computer classification schemes should be developed to improve specificity but not at the loss of sensitivity.

### ■ Classification Using Computer-extracted Features

In 1972 Ackerman and Gose (55), with use of digitized xeroradiographs, developed four measures of malignancy—calcification, spiculation, roughness, and shape—that were applied to radiologist-identified suspect regions. Calcification was characterized with use of a derivative histogram of the suspect region, spiculation was measured by examining the lines tangent to the edges of lesions, roughness consisted of the sum of the absolute differences between points along a vertical line, and shape was determined with use of a perimeter-to-area ratio. The features then were merged into a decision on malignancy. Their results, expressed in terms of ROC curves, were obtained with use of a data base of 60 images (30 with malignant and 30 with benign lesions) and indicated that the computer performed as well as an expert radiolo-

gist. Although this result was promising, the investigators discontinued that work. In 1973 Ackerman et al (71) used computers to merge features extracted by a human observer by means of 30 radiographic properties input to a computer-decision tree. Their results suggested that such methods could be used to improve the differentiation of malignant from benign breast disease.

Wee et al (72) developed a computer program to evaluate calcifications indicated initially by radiologists. Characteristics extracted by computer from selected regions of a mammogram included (*a*) area; (*b*) average gray level; (*c*) contrast; (*d*) smoothness of interior, horizontal, and vertical lengths; and (*e*) shape of individual calcifications. With use of a data base of 51 calcifications and a piecewise linear discriminant function, their computer method classified all 23 malignant calcifications correctly but incorrectly classified six of the 28 benign calcifications as malignant. Although their results were encouraging, the investigators believed that further testing with a larger data base was required.

In 1980 Semmlow et al (73) combined the techniques of Winsberg et al (52), Hand et al (54), and Ackerman and Gose (55) to form a fully automated system for screening xeromammograms, that is, one that

would localize suspect regions in a breast, extract features related to the abnormality of the region, and combine these features to establish a probability that the region contains malignant, benign, or normal tissue. The performance of their system, based on a testing data base of 100 clinical cases, was not so accurate as that obtained by Ackerman and Gose (55), who had analyzed manually selected regions.

In 1980 Fox et al (74) developed a method to extract features of radiologist-identified clusters of microcalcifications to classify the cluster as either malignant or benign. The algorithm used three types of measures: metric measures that depended on the spatial relationships among the individual microcalcifications in the cluster; statistical measures that were defined over the properties of the individual calcifications in the cluster, and analytical measures that allowed complete reconstruction of the distribution of the microcalcifications in the cluster. The classifier, using a data base of 54 benign and 46 malignant clusters, achieved a maximum sensitivity for classification of approximately 80%, with a specificity of about 50%. It is interesting to note that these investigators found the number of calcifications in a cluster to be the most important feature in classifying the cluster.

In 1989 Magnin et al (75) reported on an automatic locally adaptive, gray-level thresholding technique for extracting identified microcalcifications from the breast background. From the binary representations of each microcalcification, they calculated the perimeter, area, compactness, eccentricity, and other features of the individual microcalcifications. They plan to use the features to distinguish between type I and type II microcalcifications, which are associated with various breast diseases (76).

More recently, Giger et al (56) described the development of a characterization scheme based on the degree of spiculation exhibited by the mass in question, inasmuch as

malignant masses often can be distinguished from benign masses due to their more spiculated appearance on the mammographic image. Figure 6a shows an example of a malignant mass; note the spicules along the margin of the mass. In the computer-vision scheme the mass first is segmented from the anatomic background of the mammogram by using manual region-growing techniques (Fig 6b). After a mass is isolated from the background, its margin information is extracted. This margin is then smoothed to substantially reduce possible spicules. The difference before and after the margin-smoothing operation provides an indicator of the degree of margin spiculation, with a large difference corresponding to a high degree of spiculation and therefore with a greatly increased likelihood of malignancy. After the margin of the mass is tracked (Fig 6c), the (x,y) positions are smoothed by a running mean (averaging) filter, yielding a smooth outline of the mass (Fig 6d). The difference between the corresponding border points (Fig 6e) then is used in determining the standard deviation, which is one measure of spiculation. Another measure of spiculation is the normalized difference in areas of the mass with and without the presence of spicules. The mass, devoid of spicules, is obtained by a morphologic open operation. By means of these two measures of spiculation and cluster analysis, the scheme achieved a true classification rate for malignancy of 97% with a false-positive rate of 79% when tested on a clinical data base of 50 masses (26 malignant, 24 benign), all but one of which had been sent for biopsy.

In 1990 Brzakovic et al (62) reported on measures of size, shape, and intensity change with which to classify detected regions into three categories: nontumor, benign tumor, and malignant tumor. The scheme used both deterministic and Bayesian classifiers. Four measures used in the classification hierarchy are area, shape, edge distance varia-

tion, and edge intensity variation. When tested on 25 mammograms, the computer scheme achieved correct classification in 85%; two malignant tumors and one benign tumor were misclassified.

At a recent national meeting of the RSNA, Jin et al (77) described a preliminary method for extracting features of breast tumor by means of structural line analysis and mathematical morphology.

In 1991 Patrick et al (78) reported on a network of trained expert learning systems (Outcome Advisor)—one for features of each microcalcification, one for features of the clusters, and one for clinical presentations—that classifies clusters of calcifications as benign or malignant. Calculated geometric parameters include center of gravity, length, breadth, orientation, area, perimeter, moments, and convex perimeter. Features then are constructed from these measurements. With 25 clusters of calcifications in patients who had been referred for biopsy, the system had a classification sensitivity of 90% (nine of the 10 cancers were correctly recognized) and a specificity of 60% (nine of the 15 benign cases were correctly recognized), for an overall classification accuracy of 72%.

Dhawan et al (79) from the University of Cincinnati is developing a neural network–based classifier for microcalcifications using second-order gray-level histogram analysis. The analysis is performed over regions of multiple microcalcifications. With use of different sets of 10 training cases and 85 testing cases, the investigators obtained correct classification rates varying from 66%–74%.

## ■ Computer Classification Using Human-extracted Features

By using human-extracted features, various investigators have used computers to aid in the decision-making process regarding probability of malignancy and development of case management. It should be noted that such methods depend

on the subjective identification and interpretation of the mammographic data by human observers.

Gale et al (80) used discriminant-function analysis to study the relative importance of mammographic signs with a data base of 500 patients. The 39 radiologic features examined included those related to lesion patterns, calcification patterns, and reaction patterns (eg, prominence of duct shadows). After discriminant analysis the number of features used was reduced to 12. The algorithm was able to increase specificity (88%) compared with that of the unaided radiologist (67%); however, sensitivity was reduced from 87% to 79% with the computer classifier.

Getty et al (81) and Swets et al (82) developed an expert system to aid in differentiating benign from malignant patterns in mammography. Their enhanced reading procedure is based on discriminant analysis of image-feature ratings extracted by radiologists. The aid consists of a checklist that solicits from the radiologist important features of an image and a method that merges the assessment of the features by using optimal weights. The computer output includes the likelihood that specified conditions are present (eg, that a localized abnormality is malignant). Production of the checklist included interviews with five specialists who generated several dozen features, scaling analysis of a perceptual similarity study and discriminant analysis, which resulted in development of a final checklist of 13 features. The enhanced reading procedure was tested as an aid with a new set of 118 cases (58 malignant, 60 benign). General radiologists examined the test images and rated the features, which then were merged by the computer. By using the computer classifier estimate of the probability of malignancy, the human observers (ie, the general radiologists) gave a five-category confidence-rating response, which subsequently was used in ROC analysis. The results showed that the performance of the general radiologists improved when the aid

was used and that the improved performance was comparable to that of unaided expert mammographers.

Cook and Fox (83) have developed a rule-based expert system for the differentiation of 16 types of circumscribed breast abnormalities based on human-identified findings. The investigators state that the advantage of an expert system compared with a checklist entry system is that the expert system can follow a line of reasoning and can request only necessary information. By using 10 test cases that contained eight of the 16 types of circumscribed abnormalities, three practicing radiologists and three radiology residents gave diagnoses before and after use of the rule-based expert system. The radiology residents increased their accuracy level from 40% to 73%, and the radiologists increased their level from 70% to 73%.

Swett et al (84,85) are developing an expert system, called MAMMO/ICON, to provide visual and cognitive feedback to the radiologist so that he or she can operate at a higher level of expertise than otherwise might be possible. The system uses a critiquing approach combined with an expert system to control the image display. Basically, the radiologist inputs both clinical and radiographic information concerning the mammographic case, as well as a proposed working diagnosis corresponding to the findings. The computer then reports possible implications by assessing a priori risk factors, checking whether the input data support the proposed working diagnosis, and giving advice on whether biopsy is indicated. In addition, the computer will display images to help in the classification process. For example, if calcifications are observed by the radiologist the expert system will retrieve examples of similar calcifications from an image data base and will display the images grouped in benign and malignant categories (Fig 7).

Wu et al (86) are applying artificial neural networks (ANN) to the decision-making task in mammogra-phy. An artificial neural network provides a nonalgorithmic approach to information processing (87). It simulates the way in which the human brain solves problems, not by use of a given algorithm but by learning from examples presented repeatedly. Three-layer, feed-forward neural networks with a backpropagation algorithm were trained for the interpretation of mammograms based on features extracted from mammograms by experienced radiologists. The backpropagation algorithm uses sets of training input data and desired output data to determine the internal parameters of the neural network. The data base for input to the ANN consisted of features extracted by an expert radiologist from 133 textbook cases and 60 clinical cases. Performance of the ANN was evaluated by ROC analysis. In tests that used 43 initial image features (related to masses, microcalcifications, and secondary abnormalities) that later were reduced to 14 features, the performance of the neural network was found to be higher than the average performance of attending and resident radiologists in classifying benign and malignant lesions (Fig 8). At an optimal threshold for the ANN output value, the ANN achieved a classification sensitivity of 100% for malignant cases, with a false-positive rate of only 41%, whereas the average radiologist yielded a sensitivity of only 89%, with a false-positive rate for classification of 60%.

## "INTELLIGENT" MAMMO-GRAPHIC WORKSTATION

Researchers at The University of Chicago are in the process of developing an "intelligent" workstation for use as a "second opinion" (88–90). It should be noted that the use of CAD does not require a "digital" radiology department. Most likely, primary diagnosis still will be made from original mammographic films for many years.

The design of a dedicated CAD workstation would incorporate detection schemes for both clustered microcalcifications and masses, as well as more secondary signs such as skin thickening (91). Appropriate man-machine interfaces must be developed for the effective and efficient implementation of these CAD schemes. The basic hardware of the workstation includes a laser film digitizer, a high-speed computer, a mechanism for CAD implementation, and an optional link to picture and archival communications systems (PACS). Possible mechanisms for CAD reporting include (a) low-resolution image paper printer or monitor with pri-mary diagnosis from original films, (b) high-resolution film printer with primary diagnosis from original films (or possibly the printed film), or (c) multiple high-resolution monitors with primary diagnosis from the CRT screen (Fig 9). The computer output may be presented to the radiologists either by symbols (eg, arrows, circles) that may be toggled on and off or by simple text indicating the location of possible lesions in the mammogram. Radiologists would use the computer-reported results as an aid in making the final diagnosis.

In the clinical setting, CAD methods might be used as a test invoked by the radiologist when viewing a particular mammographic case or as a routine screening procedure performed on all examinations. The workstation could be configured to allow the radiologist to control the sensitivity and specificity of the computer output. A choice of fewer false-positive lesions would be achieved at the cost of a lower number of true-positive lesions, and vice versa. This trade-off could be ad-justed by the radiologist, depending on the nature of the case material and on personal preference. For example, a radiologist might choose an output with high sensitivity for screening patients at high risk for cancer, whereas a lower sensitivity and correspondingly lower false-positive rate might be desired for patients at low risk for cancer.

**Computer-aided Diagnosis** ■ **295**

## DISCUSSION AND SUMMARY

This chapter presents the general concepts of CAD and a review of various computerized methods for the detection and classification of mammographic lesions. I believe that the future of breast imaging will include CAD.

Although the results obtained by various researchers are promising, CAD in mammography is still in an early stage of development and clinical refinement. Further increase in sensitivity; additional reduction of computer-reported false-positive detections; and extensive testing with large, comprehensive data bases of clinical mammograms are necessary. In addition, to evaluate reliably the performance of various CAD schemes the different methods could be compared by using similar data bases. However, until common data bases are available, investigators should be very specific when reporting performance levels giving the physical characteristics (size, contrast, subtlety of the lesions) of the data base along with common definitions of detection terminology (such as true-positive fraction and false-positive findings per image, avoiding use of ambiguous terms such as "accuracy" and/or "correct classification").

The ultimate test of any computerized analysis scheme will be its ability to improve radiologist accuracy when used as an aid. Inasmuch as in CAD the computer is used as a second opinion and not alone, it may not need to be perfect. It should be noted that a CAD scheme will be useful even at less than perfect sensitivity, especially if the mammographic lesions detected by the computer do not overlap completely with those detected by a radiologist. However, high sensitivity, at the likely cost of some acceptable number of false-positive detections, is necessary because false-negative diagnoses in the screening for breast cancer are significantly worse in terms of clinical outcome than are false-positive diagnoses.

Further, systematic and gradual introduction of CAD into radiology departments is necessary so that minimum disruptions occur in current reading habits, thereby increasing the acceptability of CAD and optimal diagnostic performance by the radiologist.

**Acknowledgments:** Supported in part by an American Cancer Society Faculty Research Award (FRA-390), USPHS grant CA48985, and U.S. Army Medical Research and Development Command grant 92153010. I thank Kunio Doi, PhD, Charles E. Metz, PhD, Heber MacMahon, MD, Carl J. Vyborny, MD, PhD, Robert A. Schmidt, MD, and Robert M. Nishikawa, PhD, for their useful discussions over the years.

## References

1. Bassett LW, Gold RH. Breast cancer detection: mammography and other methods in breast imaging. New York: Grune & Stratton, 1987.
2. Baines CJ, Miller AB, Wall C, et al. Sensitivity and specificity of first screen mammography in the Canadian National Breast Screening Study: a preliminary report from five centers. Radiology 1986; 160:295–298.
3. Pollei SR, Mettler FA, Bartow SA, Moradian G, Moskowitz M. Occult breast cancer: prevalence and radiographic detectability. Radiology 1987; 163:459–462.
4. Andersson I. What can we learn from interval carcinomas? Recent Results Cancer Res 1984; 90:161–163.
5. Martin JE, Moskowitz M, Milbrath JR. Breast cancers missed by mammography. AJR 1979; 132:737–739.
6. Buchanann JR, Spratt JS, Heuser LS. Tumor growth, doubling times, and the inability of the radiologist to diagnose certain cancers. Radiol Clin North Am 1983; 21:115–126.
7. Holland T, Mrvunac M, Hendriks JHCL, et al. So-called interval cancers of the breast: pathologic and radiographic analysis. Cancer 1982; 49:2527–2533.
8. Metz CE, Shen JH. Gains in accuracy from replicated readings of diagnostic images: prediction and assessment in terms of ROC analysis. Med Decis Making 1992; 12:60–75
9. Bird RE. Professional quality assurance for mammography screening programs. Radiology 1990; 177:587.
10. Brenner RJ. Medicolegal aspects of breast imaging: variable standards of care relating to different types of practice. AJR 1991; 156:719–723.
11. Tabar L, Dean PB. Teaching atlas of mammography. New York: Thieme Verlag, 1983.
12. Moskowitz M. Screening for breast cancer: how effective are our tests? A critical review. Ca 1983; 33:26–39.
13. Ballard DH, Brown CM. Computer vision. New York: Prentice-Hall, 1982.
14. Black JW, Young B. A radiological and pathological study of the incidence of calcifications in diseases of the breast and neoplasms of other tissues. Br J Radiol 1965; 38:596–598.
15. Wolfe JN. Analysis of 462 breast carcinomas. AJR 1974; 121:846–853.
16. Sickles EA. Mammographic detectability of breast microcalcifications. AJR 1982; 139:913–918.
17. Fisher ER, Gregorio RM, Fisher B, et al. The pathology of invasive breast cancer. Cancer 1975; 36:1–84.
18. Millis RR, Davis R, Stacey AJ. The detection and significance of calcifications in the breast: a radiological and pathological study. Br J Radiol 1976; 49:12–26.
19. Murphy WA, DeSchryver-Kecskemeti K. Isolated clustered microcalcifications in the breast: radiologic-pathologic correlation. Radiology 1978; 127:335–341.
20. Muir BB, Lamb J, Anderson TJ. Microcalcification and its relationship to cancer of the breast: experience in a screening clinic. Clin Radiol 1983; 149:193–200.
21. Sickles EA. Mammographic features of 300 consecutive nonpalpable breast cancers. AJR 1986; 146:662–663.
22. Chakraborty D. Maximum likelihood analysis of free-response receiver operating characteristic (FROC) data. Med Phys 1989; 16:561–568.
23. Metz CE. ROC methodology in radiologic imaging. Invest Radiol 1986; 21:720–733.
24. Nishikawa RM, Giger ML, Doi K, Vyborny CJ, Schmidt RA, Yin FF. Effect of case selection on the performance of computer-aided detection schemes (abstr). Med Phys 1992; 19(P):803.
25. Spiesberger W. Mammogram inspection by computer. IEEE Trans Biomed Eng 1979; 26:213–219.
26. Chan HP, Doi K, Galhotra S, Vyborny CJ, MacMahon H, Jokich PM. Image feature analysis and computer-aided diagnosis in digital radiography. I. Automated detection of microcalcifications in mammography. Med Phys 1987; 14:538–548.
27. Chan HP, Doi K, Vyborny CJ, Lam KL, Schmidt RA. Computer-aided detection of microcalcifications in mammograms: methodology and

preliminary clinical study. Invest Radiol 1988; 23:664–671.

28. Chan HP, Doi K, Vyborny CJ, et al. Improvement in radiologists' detection of clustered microcalcifications on mammograms: the potential of computer-aided diagnosis. Invest Radiol 1990; 25:1102–1110.

29. Nishikawa RM, Doi K, Giger ML, et al. Use of morphological filters in the computerized detection of microcalcifications in digital mammograms (abstr). Med Phys 1990; 17:524.

30. Nishikawa RM, Giger ML, Doi K, et al. Computer-aided detection and diagnosis of masses and clustered microcalcifications from digital mammograms. Proc SPIE 1993; 1905:422–432.

31. Jiang Y, Nishikawa RM, Giger ML, Doi K, Schmidt RA, Vyborny CJ. Method of extracting signal area and signal thickness of microcalcifications from digital mammograms. Proc SPIE 1992; 1778:28–36.

32. Wu Y, Doi K, Giger ML, Nishikawa RM. Computerized detection of clustered microcalcifications in digital mammograms: applications of artificial neural networks. Med Phys 1992; 19:555–560.

33. Zhang W, Doi K, Giger ML, et al. Computerized detection of clustered microcalcifications in digital mammograms using a shift-invariant artificial neural network (abstr). Med Phys 1993; 20:881.

34. Metz CE. Some practical issues of experimental design and data analysis in radiological ROC studies. Invest Radiol 1989; 24:234–245.

35. Astley S, Hutt I, Adamson S, et al. Automation in mammography; computer vision and human perception. Proc SPIE 1993; 1905:716–730.

36. Chan HP, Cheng SN, Ikeda DM, Niklason L, Adler D. Computerized detection of microcalcifications on mammograms: effects of data compression (abstr). Radiology 1991; 177(P): 311.

37. Fam BW, Olson SL, Winter PF, Scholz FJ. Algorithm for the detection of fine clustered calcifications on film mammograms. Radiology 1988; 169:333–337.

38. Davies DH, Dance DR. Automatic computer detection of clustered calcifications in digital mammograms. Phys Med Biol 1990; 35:111–118.

39. Davies DH, Dance DR. The automatic computer detection of subtle calcifications in radiographically dense breasts. Phys Med Biol 1992; 37:1385–1390.

40. Astley S, Taylor C, Boggis C, Wilson M, Ellison T. Automated detection of abnormalities on screening mammograms (abstr). Radiology 1990; 177(P):288.

41. Grimaud M, Muller S, Meyer F. Automated detection of microcalcifications in mammograms (abstr). Radiology 1990; 177(P):288.

42. Karssemeijer N. A stochastic method for automated detection of microcalcifications in digital mammograms. In: Colchester ACF, Hawkes DJ. Information processing in medical imaging. New York: Springer-Verlag 1991; 227–238.

43. Karssemeijer N. Recognition of clustered microcalcifications using a random field model. Proc SPIE 1993; 1905:776–786.

44. Woods KS, Solka JL, Priebe CE, Doss CC, Bowyer KW, Clarke LP. Comparative evaluation of pattern recognition techniques for detection of microcalcifications. Proc SPIE 1993; 1905:841–852.

45. Qian W, Clarke LP, Kallergi M, et al. Tree-structured nonlinear filter and wavelet transform for microcalcification segmentation in mammography. Proc SPIE 1993; 1905:509–520.

46. Laine A, Song S, Fan J. Adaptive multiscale processing for contrast enhancement. Proc SPIE 1993; 1905:521–532.

47. Bankman IN, Christens-Barry WA, Kim DW, Weinberg IN, Gat (inOB, Brody WR. Automated recognition of microcalcification clusters in mammograms. Proc SPIE 1993; 1905:731–738.

48. Mascio LN, Hernandez JM, CM. Automated analysis for microcalcifications in high-resolution digital mammograms. Proc SPIE 1993; 1898.

49. Stafford RG, Beutel J, Mickewich DJ. Application of neural networks to computer-aided pathology detection in mammography. Proc SPIE 1993; 1898.

50. Shen L, Rangayyan RM, Desautels JEL. An automatic detection and classification system for calcifications in mammograms. Proc SPIE 1993; 1905:799–805.

51. Zhao D, Rule-based morphological feature extraction of microcalcifications in mammograms. Proc SPIE 1993; 1905:702–715.

52. Winsberg F, Elkin M, Macy J, Bordaz V, Weymouth W. Detection of radiographic abnormalities in mammograms by means of optical scanning and computer analysis. Radiology 1967; 89:211–215.

53. Kimme C, O'Loughlin BJ, Sklansky J. Automatic detection of suspicious abnormalities in breast radiographs. In: Klinger A, Fu KS, Kunii TL, eds. Data structures, computer graphics,

and pattern recognition. New York: Academic Press, 1975; 427–447.

54. Hand W, Semmlow JL, Ackerman LV, Alcorn FS. Computer screening of xeromammograms: a technique for defining suspicious areas of the breast. Comput Biomed Res 1979; 12:445–460.

55. Ackerman LV, Gose EE. Breast lesion classification by computer and xeroradiography. Cancer 1972; 30:1025–1035.

56. Giger ML, Yin FF, Doi K, Metz CE, Schmidt RA, Vyborny CJ. Investigation of methods for the computerized detection and analysis of mammographic masses. Proc SPIE 1990; 1233:183–184.

57. Yin FF, Giger ML, Doi K, Metz CE, Vyborny CJ, Schmidt RA. Computerized detection of masses in digital mammograms: analysis of bilateral-subtraction images. Med Phys 1991; 18:955–963.

58. Yin FF, Giger ML, Vyborny CJ, Doi K, Schmidt RA. Comparison of bilateral-subtraction and single-image processing techniques in the computerized detection of mammographic masses. Invest Radiol 1993; 28:473–481.

59. Yin FF, Giger ML, Doi K, et al. Computerized detection of masses in digital mammograms: investigation of feature-analysis techniques. J Digital Imaging 1993 (in press).

60. Lai SM, Li X, Bischof WF. On techniques for detecting circumscribed masses in mammograms. IEEE Trans Med Imaging 1989; 8:377–386.

61. Ng SL, Bischof WF. Automated detection and classification of breast tumors. Comp Biomed Res 1992; 25:218–237.

62. Brzakovic D, Luo XM, Brzakovic P. An approach to automated detection of tumors in mammograms. IEEE Trans Med Imaging 1990; 9:233–241.

63. Kegelmeyer WP. Computer detection of stellate lesions in mammograms. SPIE 1992; 1960: 446–454.

64. Kegelmeyer WP. Evaluation of stellate lesion detection in a standard mammogram data set. Presented at the SPIE Conference on Biomedical Image Processing and Biomedical Visualization, San Jose, Calif, 1993.

65. Glatt A, Longbotham H, Arnow T, Shelton D, Ravdin P. An application of weighted majority minimum range filters in the detection and sizing of tumors in mammograms. Proc SPIE Medical Imaging 1992.

66. Magnin IE, Cluzeau F, Odet CL, Bremond A. Mammographic texture analysis: an evaluation of risk for developing breast cancer. Opt Eng

1986; 25:780–784.

67. Wolfe JN. Breast patterns as an index of risk for developing breast cancer. AJR 1976; 126:1130–1139.

68. Caldwell CB, Stapleton SJ, Holdsworth DW, et al. Characterization of mammographic parenchymal pattern by fractal dimensions. Phys Med Biol 1990; 35:235–247.

69. Byng JW, Boyd NF, Jong RA, Fishell E, Yaffe MJ. Quantitation analysis of risk from digitized mammmography (abstr). Radiology 1992; 185(P):251.

70. Hajnal S, Taylor P, Dihuydy MH, Barreau B, Fox J. Classifying mammograms by density: rationale and preliminary results. Proc SPIE 1993; 1905:478–489.

71. Ackerman LV, Mucciardi AN, Gose EE, Alcorn FS. Classification of benign and malignant breast tumors on the basis of 36 radiographic properties. Cancer 1973; 31:342–352.

72. Wee WG, Moskowitz M, Chang NC, Ting YC, Pemmeraju S. Evaluation of mammographic calcifications using a computer program. Radiology 1975;116:717–720.

73. Semmlow JL, Shadagoppan A, Ackerman LV, Hand W, Alcorn FS. A fully automated system for screening xeromammograms. Comput Biomed Res 1980; 13:350–362.

74. Fox SH, Pujare UM, Wee WG, Moskowitz M, Hutter RVP. A computer analysis of mammographic microcalcifications: global approach. Proc IEEE 1980; 624–631.

75. Magnin IE, El Alaoui M, Bremond A. Automatic microcalcifications pattern recognition from x-ray mammographies. Proc SPIE 1989; 1137:170–175.

76. Frappart L, Boudeville M, Boumendil J, et al. Structure and composition of microcalcifications observed in benign and malignant lesions of the breast. Hum Pathol 1984; 15:880–889.

77. Jin HR, Matsumoto K, Kobatake H. Automatic diagnosis of breast cancer with structural line analysis and mathematical morphology (abstr). Radiology 1990; 177(P): 319.

78. Patrick EA, Moskowitz M, Mansukhani VT, Gruenstein EI. Expert learning system network for diagnosis of breast calcifications. Invest Radiol 1991; 16:534–539.

79. Dhawan AP, Chitre Y, Moskowitz M. Artificial neural network–based classification of mammographic microcalcifications using image structure features. Proc SPIE 1993; 1905:820–831.

80. Gale AG, Roebuck EJ, Riley P, et al. Computer aids to mammographic diagnosis. Br J Radiol 1987; 60:887–891.

81. Getty DJ, Pickett RM, D'Orsi CJ, Swets JA. Enhanced interpretation of diagnostic images. Invest Radiol 1988; 23:240–252.

82. Swets JA, Getty DJ, Pickett RM, D'Orsi CJ, Seltzer SE, McNeil BJ. Enhancing and evaluating diagnostic accuracy. Med Decis Making 1991; 11:9–18.

83. Cook HM, Fox MD. Application of expert systems to mammographic image analysis. Am J Physiol Imaging 1989; 4:16–22.

84. Swett HA, Miller PA. ICON: a computer-based approach to differential diagnosis in radiology. Radiology 1987; 163:555–558.

85. Swett HA, Fisher PR, Cohn AI, Miller PI, Mutalik PG. Expert system controlled image display. Radiology 1989; 172:487–493.

86. Wu Y, Giger ML, Dio K, Vyborny CJ, Schmidt RA, Metz CE. Artificial neural networks in mammography: application to decision making in the diagnosis of breast cancer. Radiology 1993; 187: 81–87.

87. Rumelhart DE, Hinton GE, Williams RJ. Learning internal representations by error propagation. In: Rumelhart DE, McClelland JL, PDP Research Group, eds. Parallel distributed processing: explorations in the microstructure of cognition. Cambridge, Mass: MIT Press, 1986; 1:318–362.

88. Giger ML, Nishikawa RM, Doi K, et al. Development of a "smart" workstation for use in mammography. Proc SPIE 1991; 1445:101–103.

89. Doi K, Giger ML, MacMahon H, Hoffmann KR, et al. Computer-aided diagnosis: development of automated schemes for quantitative analysis of radiographic images. Semin Ultrasound CT MR 1992; 13:140–152.

90. Giger ML, Doi K, MacMohan H, et al. An "intelligent" workstation for computer-aided diagnosis. RadioGraphics 1993; 13:647–656.

91. Bick U, Giger ML, Huo Z, et al. Automatic detection of skin thickening in mammograms. Proc CAR '93. New York, NY: Springer-Verlag, 1993; 461–465.

JA425