# Exhibit 4

# THE RADIOLOGIC CLINICS OF NORTH AMERICA

VOLUME 24 / NUMBER 1
MARCH 1986

USE OF COMPUTERS IN RADIOLOGY

Ronald L. Arenson, M.D., *Guest Editor*

W. B. SAUNDERS COMPANY
Philadelphia   London   Toronto   Mexico City
Rio de Janeiro   Sydney   Tokyo   Hong Kong

20-cv-00352-JLH   Document 69-10   Filed 06/15/23   Page 3 of 20 PageID

# Digital Image Management: Networking, Display, and Archiving

Glendon G. Cox, M.D.,* Arch W. Templeton, M.D.,†
and Samuel J. Dwyer, III, Ph.D.‡

Digital image displays, networking techniques, and archiving systems are now being investigated and evaluated in clinical settings.[9,10] These systems acquire and format, transmit, display and manipulate, and archive digitally formatted data. Imaging modalities that generate digital data include computed tomography (CT), nuclear medicine, ultrasound, digital radiography, digital subtraction angiography (DSA), and magnetic resonance imaging (MRI). The amount of digital data generated by these imaging systems is increasing both in terms of overall volume and in proportion to the number of conventional film examinations. New imaging technologies are going to rely on digital technology.

In the present image management systems, a patient's digital image data are displayed on the video monitor of an interactive diagnosis display station (IDDS).[11] Appropriate window and level values are selected interactively to demonstrate best the regions of interest. The digital image is then converted to an analog film image by a multiformat camera interfaced to the IDDS's video monitor. The analog images are viewed on a standard light box, and a written consultation report is generated. The film images and consultation report are archived in the patient's film jacket. The digital data from which the analog images were produced are ultimately discarded as the magnetic tapes or disks are recycled to reduce archiving costs.

The film jacket provides physicians with access to both conventional and digitally formatted examinations. View boxes are widely available and are inexpensive means of viewing all films. However, as the number of digitally formatted examinations increases, a more efficient means of managing and viewing digital image data will be required. Digital systems have the potential to solve a number of the problems encountered in today's management of digital radiographic data. Film jackets cannot be used by multiple users simultaneously. Access to a patient's film jacket is limited to a single user or single display site. Transfer of the film jacket from user to user takes significant time. Owing to increased pressure from various regulatory agencies to limit the number and cost of radiographic examinations, competition for the available image information continues to intensify. Because of the diversity of modern imaging techniques and the geographic separation of imaging areas, offices, and consultation rooms, the most recent examinations and/or consultation reports may not have been incorporated into the patient's film jacket when they are most needed by radiologists or referring physicians. Digital networks[4,7] have the potential for rapid access, transmission, and simultaneous multisite display. By taking advantage of this potential, many of the aforementioned problems can be eliminated.

The digital system described in this article is

---

*Assistant Professor, Department of Diagnostic Radiology, The University of Kansas College of Health Sciences and Hospital, Kansas City, Kansas
†Professor and Chairman, Department of Diagnostic Radiology, The University of Kansas College of Health Sciences and Hospital, Kansas City, Kansas
‡Professor, Department of Diagnostic Radiology, The University of Kansas College of Health Sciences and Hospital, Kansas City, Kansas

dedicated to the management of digitally formatted images and alphanumeric text. The functions performed by the network can be partially individualized by the radiologists and their supporting personnel. Design considerations must include the overall system architecture, the volume and rate of data transmission, node functions, and short- and long-term archiving requirements. The capacity for production of hard copy must also be provided.

## OPERATION OF A RADIOLOGY NETWORK

One possible configuration for a digital imaging network is illustrated in Figure 1. Points of entry or exit from the network are called nodes. Each imaging device is connected to the network through an acquisition and formatting node. In addition to acquisition and formatting, a node may perform one or more of the following functions: (1) interactive diagnostic display; (2) on-line archiving; (3) long-term archiving; (4) hard-copy generation; or (5) bridging into other networks, such as the hospital computer network.

The acquisition and formatting node acquires raw digital information from the display files of each piece of imaging equipment. This node immediately establishes the network communication protocol and database organization. The digital data are encoded into packets of information along with appropriate address coding. The latter governs the destination of each data packet. Digital information is now available for distribution on the network to all active nodes. The patient's raw, digitally formatted images can be transmitted to any requesting IDDS. A consultation is developed at an IDDS and merged into the requesting IDDS. A consultation is developed at an IDDS and merged into the patient's image file. The process is repeated for other examinations that are ordered subsequently; the patient's image data file is updated continuously. Hard-copy analog recordings of the images and consultation reports are generated and placed in the patient's film jacket. The patient's image file is maintained on the network in on-line archiving nodes for an average of 10 days. If there is no activity in the 10-day period, the complete patient image file is transferred to the long-term archiving node. Any activity of a patient's image file will again place the file in the 10-day short-term archive node.

There are a number of possible variations in



Figure 1. A digital imaging network for the acquisition and formatting, transmission, display and manipulation, and archiving of digitally formatted data.

the operation of a radiology network. The radiology department could be equipped with a high-capacity channel. A medium-capacity channel could be interfaced into the radiology network and serve such areas as the emergency room, wards, outpatient clinics, and other areas of high patient turnover. A smaller-capacity channel might be connected to selected physician offices and the patient database of the hospital information management system. Alternatively, subarea networks for specific imaging modalities may be implemented initially and subsequently bridged together. For example, a subarea network for ultrasound or CT may be installed initially. The radiologists and technologists responsible for ultrasound or CT must ensure that analog hard-copy images are archived into the patient's film jacket. Image data would remain on line on the subarea network until the patient is discharged from the hospital or until a period of 10 days has elapsed since the last examination.

## ACQUISITION AND TRANSMISSION PARAMETERS

### Information Density of Digitally Formatted Images

The information density of digital images from each piece of equipment varies significantly. Figure 2 illustrates a high-resolution digital image array of 1280 × 1024 × 12 bits. Nuclear medicine images are by far the least demanding with regard to memory size required for storage and rate of transfer on the network. Each pixel in a static nuclear medicine image has a contrast value range of 8 bits ($2^8$ = 256 values). The digital array size (spatial resolution) for static images is 128 × 128 pixels (16,384 pixels). For dynamic acquired images, the digital array size is 64 × 64 pixels (4096 pixels). The contrast value in each of these pixels can be stored in 1 byte of computer memory (8 bits per pixel). In addition to the memory occupied by the image data, 1024 bytes of memory are required for the label and header information for each image. Thus, each nuclear medicine image occupies either 17,408 or 5120 bytes of memory, depending on whether the image is from a static or dynamic study.

The digital data density of an ultrasound display varies depending on the design of a particular unit's digital scan converter. For the most part, each pixel of an ultrasound display array has a contrast value range of 6 bits ($2^6$ = 64 values). After postprocessing, the digital display array is 512 × 512 pixels (262,144 pixels). Each display pixel occupies 1 byte (8 bits) of computer memory. Again, 1024 bytes are allocated for header and label information. Thus, each ultrasound display image contains 263,168 bytes of data.

The information density of CT images has increased significantly since the initial introduction of CT scanners. Each pixel of a CT display image has a contrast value range of either 10 bits ($2^{10}$ = 1024 possible values) or 12 bits ($2^{12}$ = 4096 possible values). Computer hardware and software systems used in CT scanners require 2 bytes of memory (16 bits) per pixel. CT images are displayed in a circular format representing the circle of reconstruction. The diameter of the circle of reconstruction is either 320 pixels (80,425 pixels per CT scan; 160,845 bytes) or 512 pixels (205,887 pixels per CT scan; 411,775 bytes). An additional 1024 bytes are added to each CT scan to provide header information. Thus, each CT image generates a total of 161,869 bytes per 320-pixel diameter scan or 412,799 bytes per 512-pixel diameter scan.

The information density for digital subtraction angiography images is also increasing. At present, each pixel has a contrast value range of 10 bits ($2^{10}$ = 1024 possible values). The digital array (spatial resolution) is either 512 × 512 pixels (262,144 10-bit pixels per image) or 1024 × 1024 pixels (1,048,576 10-bit pixels per image). Each pixel occupies 2 bytes of memory. Allowing 1024 bytes for header block information, there are 525,312 bytes per 512- × 512-

## Digital Image Representation



Figure 2. Digital image representation of a 1280- × 1024- × 12-bit digital image array.

× 16-bit image or 2,098,176 bytes per 1024- × 1024- × 16-bit image.

The display format for magnetic resonance images is not yet standardized. Because of the high contrast of this technique, each pixel typically has a value range of 10 bits ($2^{10}$ = 1024 possible values). The display matrix is 512 × 512 pixels. In this format, each image contains 262,144 10-bit pixels, requiring 526,336 bytes of computer memory (assuming that each pixel is encoded into 2 bytes).

The most demanding technology in terms of data storage and transmission rate requirements appears to be high-resolution digital radiography. The clinical evaluation of such a system based on a 57-cm large–field of view image intensifier is under way in our department (Fig. 3). In its present configuration, each pixel has a contrast range of 8 bits as digitized from a 1023-line television camera offering a signal-to-noise ratio of 1000:1. However, the video chain is being converted to a high-resolution progressive scanning system. The signal-to-noise ratio will approximate 3000:1, and each pixel will ultimately be digitized to 10 bits. The display matrix is 1024 × 1024 (1,048,576 8- or 10-bit pixels). With the 1024 bytes of image header information, the total memory occupied by each image is 1,049,600 bytes for 8-bit pixels (Fig. 4).

A patient's film jacket is stored in the department's centralized film library. Access to the film jacket is obtained via the patient's identification number and the patient's name. The film jacket contains radiographic films, multiformat video film recordings of digital data, and copies of written consultations. A film jacket easily stores 35 radiographic films. To convert each sheet of radiographic film to a digital image may require a digitizing array of approximately 2048 × 2048 × 14 bits. Thus, each film jacket containing 35 radiographic films contains the equivalent of 2.055 gigabits ($2.055 \times 10^9$ bits) of digitized data.

## The Amount of Digitally Formatted Data Generated

Accurate estimates of the amount of digitally formatted data generated are absolutely essential to the design of any imaging network. These estimates may be obtained by determining the average number of examinations performed each day and the average number of images per examination.[1] By multiplying these figures by the number of bytes per image, the average number of bytes generated each day is obtained.

Our department operates two CT scanners, six nuclear medicine gamma cameras, six ultrasound units, two digital subtraction angiography systems, one digital radiography system (57-cm image intensifier), and a magnetic resonance imaging unit. Table 1 shows that approximately 926.5 megabytes of data are generated each working day (253 working days per year). An average of 136 digitally formatted examinations are performed in our department per day. This amounts to an average of 2844 digital images of



Figure 3. A radiographic room for a 57-cm large–field of view x-ray image intensifier system.



**Figure 4.** Radiographic image from the 57-cm x-ray image intensifier system.

varying spatial and contrast resolution per day. Each patient undergoing digitally formatted examinations acquires a digital data file averaging 6.8 megabytes per examination (926.5 megabytes per day divided by 136 examinations per day).

When evaluating the potential impact of digital imaging networks, it is important to consider the increasing proportion of examinations that is digitally formatted. From 1977 to 1983, the percentage of digitally formatted examinations increased from 15.8 per cent to 22.3 per cent (Table 2). More recent data from fiscal year 1985 indicate that the current figure exceeds 25 per cent. Table 3 lists the number and types of examinations conducted in our department from 1977 to 1983. More than one third of our conventional radiographic examinations are of the chest. If the high-resolution stereo digital radiography system proves to be clinically acceptable for chest radiography, the percentage of digitally formatted examinations will increase to 50 per cent or more of total imaging procedures.

### Required Data Transmission Rates

Two different data transfer rates are of interest when designing a digital radiology network. First, the data *throughput* rate is the rate at which digital data are transferred from the image storage buffer of node A, onto the network, and subsequently stored on the image storage buffer at node B. It is the rate at which the image files are capable of moving between nodes. The other data transfer rate of interest is the *signaling* rate. This identifies the electrical speed for transferring encoded signals between points on the network. The throughput rate on a network might be 200,000 bits per second, whereas the signaling rate might be 10 megabits per second. The difference between these two rates is due to the size of the data packets, the size of the buffer devices, the chosen communication protocol, and the number of active nodes on the network. This difference represents an "overhead" that must be paid in order to transfer data on the network.[5,8]

Two methods have been used to estimate the required transmission rates. The first relies on determination of the average retrieval rate of film jackets from the film library and represents the upper bound of the retrieval rate. The second is based on the proposed network operational protocol and establishes a lower bound estimate.

**Method I—Upper Bound.** We have studied the average retrieval rate of film jackets from our patient film library. For the inpatient population, the group of patients showing the greatest activity, the average demand for the film jacket is 10 requests over the course of the first 3 days of a patient's hospital stay (10/3 requests per day). During the remainder of an average patient's hospital stay (6 days), there is a retrieval

Table 1. *Estimate of Digital Data to be Archived from an Academic Radiology Department Serving a 540-Bed Hospital Population*

| EXAMINATION | AVERAGE NUMBER OF PATIENTS PER DAY | NUMBER OF DISPLAY IMAGES PER PATIENT | NUMBER OF IMAGE BYTES PER DAY | NUMBER OF NONIMAGING BYTES GENERATED PER DAY FOR DATABASE MANAGEMENT | TOTAL NUMBER OF BYTES GENERATED PER DAY* |
|---|---|---|---|---|---|
| CT | | 20–40 | | | |
| Body | 16 | (Avg = 26) | 67.3 megabytes | 80.7 kilobytes | 68.14 megabytes |
| Head | 18 | 16–20 (Avg = 18) | 133.74 megabytes | 90.85 kilobytes | 133.83 megabytes |
| Nuclear medicine | | | | | |
| Static | 24 | 4–8 | 3.34 megabytes | 121.13 kilobytes | 3.46 megabytes |
| Dynamic | 8 | 15 | 0.614 megabytes | 40.38 kilobytes | 0.654 megabytes |
| Ultrasound | 22 | 30–42 | 243.16 megabytes | 111.03 kilobytes | 243.27 megabytes |
| DSA | 8 | 12–16 | 67.2 megabytes | 40.38 kilobytes | 67.28 megabytes |
| Digital radiography (estimated) | 20 | 2 | 41.98 megabytes | 100.94 kilobytes | 42.08 megabytes |
| MR | | | | | |
| Head (estimated) | 10 | 20 | 105.1 megabytes | 50.47 kilobytes | 105.11 megabytes |
| Body (estimated) | 10 | 50 | 262.66 megabytes | 50.47 kilobytes | 262.7 megabytes |

*Total number of bytes generated per day = 926.524 megabytes

Glendon G. Cox, Arch W. Templeton, and Samuel J. Dwyer

Table 2. *Number of Patients, Imaging Examinations, and Digitally Formatted Examinations at the University of Kansas College of Health Sciences and Hospital*

| FISCAL YEAR | NUMBER OF IMAGING PATIENTS | NUMBER OF TOTAL IMAGING PROCEDURES | NUMBER OF DIGITALLY FORMATTED EXAMINATIONS | PERCENTAGE OF EXAMINATIONS THAT ARE DIGITALLY FORMATTED |
|---|---|---|---|---|
| 1983 | 85,950 | 104,274 | 23,335 | 22.3 |
| 1982 | 89,280 | 108,648 | 21,954 | 20.2 |
| 1981 | 86,843 | 106,643 | 19,674 | 18.4 |
| 1980 | 80,597 | 102,271 | 18,901 | 19.2 |
| 1979 | 80,249 | 97,291  | 18,278 | 18.5 |
| 1978 | 80,701 | 97,828  | 17,498 | 17.9 |
| 1977 | 81,271 | 101,198 | 15,960 | 15.8 |

demand of four requests (4/6 requests per day). There follows an average demand of three requests during the remainder of the first year following the patient's hospitalization (3/245 requests per day).

Assuming a uniform retrieval rate, the amount of digitally formatted image data to be displayed and retrieved each working day is given by the convolution of the amount of generated data with the retrieval demand. The resultant data retrieval rate per day (R) is given by the following equation:

$$R = X + \frac{10}{3}X + \frac{10}{3}X_{-1} + \frac{10}{3}X_{-2} + \frac{4}{6}X_{-3} + \ldots + \frac{4}{6}X_{-8} + \frac{3}{245}X_{-9}$$

where X is the number of bytes generated on a particular working day, $X_{-1}$ is the number of bytes on the previous day, and so on. If the number of bytes generated each working day is assumed to be nearly constant ($X = X_{-1} = \ldots X_{-8} = X_{-9}$), the retrieval rate per day (R) would be 15.01 times X. According to this estimate, our department's digital network system would be required to retrieve 15.01 times 926.5 megabytes or 13.9 gigabytes ($1.39 \times 10^{10}$ bytes) of digitally formatted data each day.

Assuming a uniform retrieval demand during the day, the average data *throughput* rate during a 12-hour working day is:

$$\frac{13.9 \text{ gigabytes} \times 8 \text{ bits/byte}}{12 \text{ hours} \times 3600 \text{ sec/hr}} = 2.57 \text{ megabits/sec}$$

Because of network overhead, small image buffer sizes, system software, and communication protocols, the actual *signaling* rate is 10 to 12 times this number. Thus, the signaling rate by this method of estimation would exceed 25.7 megabits per second.

For several reasons, this method of estimating radiology network throughput and signaling rates offers an upper bound of the *average* transmission requirements. The film jacket retrieval demand of 14 requests during an average hospital stay of 9 days is for inpatients. Approximately 50 per cent of our patient population are outpatients, and the retrieval rate is significantly lower for outpatients. In addition, a significant portion of this retrieval activity is due to acquisition and review of nondigital conventional radiographic studies.

**Method II—Lower Bound.** A lower bound of the estimated throughput and signaling data rates for a radiology network can be obtained by designing a network protocol based on the minimum number of transmissions required per examination. The following protocol with seven transmissions per examination will illustrate this estimation method. The protocol consists of the following steps: (1) each digitally formatted examination (an average of 6.8 megabytes) is acquired and transmitted to a radiologist at an IDDS; (2) the on-line archiving node searches its database and transmits any previous examination (also approximately 6.8 megabytes) to the IDDS where the current examination is maintained; (3) the long-term archiving node searches its database and transmits any other previous examinations to the reviewing IDDS; (4) when the radiologist's review is completed and the consultation developed on the IDDS, the data file containing both the image and the consultation information is transmitted to the on-line archiving node, where the file is merged with previous data; (5) the IDDS also transmits the file to the long-term archiving node, the hardcopy generation node, and any requesting remote terminal. The total number of network transmissions in this protocol is seven.

44

Glendon G. Cox, Arch W. Templeton, and Samuel J. Dwyer

Table 3. *Number and Type of Imaging Examinations at the University of Kansas College of Health Sciences and Hospital*

| FISCAL YEAR | CONVENTIONAL RADIOGRAPHIC EXAMINATIONS | CT | | MAMMOGRAPHY EXAMINATIONS | SONOGRAPHY | SPECIAL PROCEDURES | PORTABLE/ SURGERY | NUCLEAR MEDICINE IMAGING |
|---|---|---|---|---|---|---|---|---|
| | | Body | Head | | | | | |
| 1983 | 61,235 | 4582 | 3154 | 3196 | 5297 | 1988 | 16,508 | 8314 |
| 1982 | 66,826 | 4400 | 3216 | 2882 | 5019 | 1973 | 16,986 | 7346 |
| 1981 | 67,856 | 3216 | 3498 | 2581 | 4161 | 2281 | 16,532 | 6518 |
| 1980 | 70,032 | 2333 | 1380 | 1781 | 4087 | 1972 | 11,557 | 9129 |
| 1979 | 65,442 | 2183 | 5119 | 1382 | 3606 | 1906 | 12,189 | 5464 |
| 1978 | 68,873 | 1630 | 4103 | 700 | 3768 | 2022 | 10,757 | 5975 |
| 1977 | 72,096 | 938 | 4467 | 1514 | 3412 | 2143 | 11,628 | 5000 |

Assuming a uniform generation of patient data each day, the average data throughput rate during a 12-hour period for a network using this protocol is as follows:

$$\frac{136 \text{ exams/day} \times 6.8 \text{ megabytes/exam} \times 8 \text{ bits/byte} \times 7 \text{ transmissions/exam}}{12 \text{ hours} \times 3600 \text{ sec/hr}}$$
$$= 1.19 \text{ megabits/sec.}$$

The signaling data rate would be approximately 11.9 megabits per second.

Both the upper and lower bound estimates just derived represent average transmission rates. These estimates do not identify peak load activities or periods of high demand. Nor do these methods take into account the increased utilization of digital examinations or development of new, digitally formatted imaging technologies. Conservative estimates suggest that both signaling and transmission rates must increase by a factor of three to accommodate these new demands.

## Communication Media

Although digital image networks offer the potential for long-distance transmission of image data, the central, high-volume, high-speed network is concerned with only local transmission of data. Local radiology department networks have three distinctive features: (1) the end-to-end length of the network is at most a few kilometers; (2) network signaling rates must be above 20 to 40 megabits per second; and (3) these networks will be owned, operated, and maintained by the hospital and radiology department. Selection of appropriate communication media must therefore be based on the rate of signal loss, the maximum signaling rates, and the cost of the media and their installation and maintenance.

The common communication media for transmitting digital data between network nodes are twisted wire pairs, coaxial cable, and fiberoptic cable (Fig. 5). Twisted-pair wire is formed using two wires insulated from each other. Twisting the pair reduces electrical coupling of external signals. The maximum signaling rate for twisted wire is 1 to 2 megabits per second. This rate is inadequate when compared with the estimated mean signaling rate requirement of at least 12 megabits per second. Because they lack sufficient shielding and have low signaling rates, twisted-wire pairs have little application in the central radiology network. They may, however, be used in medium- and low-capacity networks that interconnect outlying departments, clinics, and offices.

Coaxial cable is an electrical communication medium consisting of an inner conductor surrounded by an outer conductor, separated by an insulating material. Coaxial cables are the most commonly used communication media for local networks. They offer signaling rates ranging from 1 megabit to more than 60 megabits per second. Because the two electrical conductors are shielded, coaxial cables are less subject to noise from external electrical sources. Hospitals are accustomed to using coaxial cables for such applications as cable television networks (broadband networks) and the interconnection of various computer terminals. Coaxial cables provide a simple method for connecting or removing electrical equipment and provide adequate signaling rates for image network applications.

Fiberoptic cables are thin, glass fibers encased in a protective sheath. These cables transmit pulses of light. They are lightweight, easily installed, and inexpensive. They have a high bandwidth, with signaling rates ranging from 20 to 256 megabits per second. Fiberoptic links are not affected by external electrical fields and therefore have relatively less noise than wire or coaxial cable. These features make them the ideal choice for local network applications. However, this technology is still developing. There are difficulties linking fiberoptic cable to the network nodes without some signal loss. The high rate of signal transmission makes it difficult to design nodes capable of accepting the high data rates.

## Communication Protocols

The success of any network is determined by the degree to which it facilitates communication between interconnected nodes. Generally, a number of nodes must transmit information over a single channel. If two or more nodes attempt transmission simultaneously, the messages interfere or collide, and information is lost. Thus, a central problem in network design is to control the competition between nodes effectively for use of one or more multiple-access channels. This control resides in an algorithm referred to as a channel-access protocol.[3] Channel-access

46    Glendon G. Cox, Arch W. Templeton, and Samuel J. Dwyer



**Figure 5.** Communication media used for transmitting digital data are wire pairs (*left*), coaxial cable (*middle*), and fiberoptic cable (*right*).

protocols may generally be classified as either polling (noncontention) or contention protocols.

Polling protocols are specifically designed to avoid collisions on the common channel. These protocols determine the order in which nodes may use the network. In the simplest form of polling, centralized polling, a master or control node interrogates each node in turn. More complex polling protocols[2,6,12,13] such as token passing and slotted rings are being adapted for image networks. Token passing employs a special bit pattern, the "token," which circulates from node to node in a predetermined order. Only the node that possesses the token has access to the channel. Once the node holding the token completes its transmission, or if it has no message to transmit, the token is passed to the next node in sequence. Slotted rings are actually a variation of token passing in which a number of slots of fixed size circulate from node to node. Each slot contains a list specifying source and destination addresses. If a node chooses to transmit, it waits for an unfilled slot, inserts its data, and indicates the source and destination address. The receiving nodes on the network check to see if a slot has been addressed to them. If so, the receiving node copies the data and then sets a bit to indicate that the slot is empty and can be used by other nodes.

Unlike polling techniques, which rely on systematic interrogation of all nodes on the network, contention protocols are designed to allow essentially random access of individual nodes to the common channel. The most widely used contention protocols are carrier-sense, multiple-access (CSMA) protocols. Implementation of these protocols requires that each node monitor the traffic on the channel. When a node has data to transmit, it first "listens" to the channel to be sure there is no traffic. If the channel is busy, the node waits until the channel is free before attempting transmission. In addition to listening before transmission, the node also listens during its transmission to detect signal changes indicating that a collision has occurred. If a collision occurs, the sending node waits a random time interval before retransmitting its data. Many variations of the CSMA protocol have been developed, because such protocols allow quicker access and greater channel utilization than polling protocols do.

## NETWORK NODES

There are three general functions to be performed by the network nodes: (1) image acquisition and formatting; (2) display; and (3) on-line archiving (Fig. 6). All other functions, for example, hard-copy generation or long-term archiving, are typically routed through one of these three nodes rather than directly from the network.

### Image Acquisition and Formatting Nodes

Each digitally formatted imaging device is interfaced to the radiology network via an acquisition and formatting node. After an examination



**Figure 6.** A universal node using Ethernet communication protocol. The computer system consists of the host CPU, system disk, shared system memory, the message processor, I/O module, and the Ethernet Protocol Module. The on-line archiving function is accomplished by the module for interfacing to the specific imaging modality. The display function is accomplished by the graphics processor module. The on-line archiving is accomplished by the database processor module.

has been acquired by the imaging device, the acquisition and formatting node takes the raw digital data from the device's display file and reformats it from a modality-specific format to a standard network format. Once acquired and reformatted, the examination is stored in the local examination database. From the local database, examinations are available for access by other nodes. Because the local database is allocated only limited disk storage space, examinations are forwarded to the on-line archiving node, and the local database memory is reclaimed for the next examination.

Each acquisition and formatting node consists of a computer system and interface hardware, together with an acquisition interface driver, acquisition node supervisor software, formatting software, and communication and database software. The interface drive is responsible for controlling the acquisition and local storage of a patient's examination. The formatting software converts the acquired data to a standard network format. Examination header data and image data must be managed during acquisition and formatting. Header data consist of patient name, identification number, examination type, date and time of the examination, and number of images in the examination. Header data along with the image data are mapped into a common rectangular format block that defines the size of the array in pixels and the number of bits of contrast resolution for each pixel.

As newly acquired examinations are entered into the local database, the acquisition interface driver informs the acquisition supervisor that another examination has been acquired. It is the responsibility of the acquisition supervisor to ensure the transfer of the examination to an on-line archiving node for storage. The acquisition supervisor maintains three lists of examinations: (1) newly acquired examinations; (2) examinations transferred to on-line archiving; and (3) examinations successfully archived.

### Interactive Diagnosis Display Nodes

Display nodes for image networks are designed to allow the radiologist to display and manipulate interactively the digitally formatted images. Gray-scale raster displays are the only widely available devices that permit rapid display of digital radiographic images. However, the light output of a raster television monitor is limited in dynamic range and is capable of displaying only about 20 distinct shades of gray. Thus, interactively chosen parameters are required to display the 10 to 12 bits of contrast range in most digital images.

An interactive gray-scale raster graphics display system is a combination of computer hardware and software that implements a set of display protocols detailing how the user and the image display system interact. A display protocol consists of three elements: (1) the syntax (the structure of the image display commands and responses); (2) the semantics (the messages to be issued, the actions to be performed, or the

responses to be generated); and (3) the timing (the ordering of events, such as a sequence of desired CT images, or displaying selected regions of interest). The ordering of events is accomplished using an interactive device (that is, a trackball). The interactive device generates an interrupt signal to the display computer that the radiologist wishes to communicate with the IDDS. The display computer system services the interrupt signal by generating a series of display commands that accomplish the desired modification of the displayed image. The image display architecture defines a set of protocols that the display system and its components must perform.

Two schemes are offered to the user for selecting the desired interactive display commands. The first consists of displaying a menu of available functions on the lower portion of the display screen. The radiologist uses the interactive device to move a cursor to the desired function. Submenus are possible. The advantage of this scheme is that the user continually focuses on the display screen. The disadvantage is that it takes time to select the proper menu and to position the cursor. The second scheme employs a keyboard, with predesignated keys used to select various options. Depressing the desired key selects the interactive display command. The advantage of using function keys is that the response time is rapid. The disadvantages are that (1) the user must continually move his or her eyes from the display screen to the keyboard and (2) only a limited number of keys is available for assignment unless multiple functions are assigned to each key. In both schemes, we have found it necessary to overlay assistance and prompting instructions on the display screen.

Four types of interactive display commands have been developed. The first includes image formatting display commands. The second type contains image quantification commands. The third provides for modifying image display parameters, and the fourth gives image processing commands. Image formatting commands provide radiologists with an easily utilized, flexible, and rapidly implemented set of interactive functions for the selection, formatting, and display of patient digital data (Fig. 7). Two overlapping tasks are performed. The first task identifies the patient's digital data. The second task selects the number of images per screen, the kinds of examinations to be displayed, and the display sequence. The display node menu includes the following common options: one image per screen; four images per screen, each approximately one half of the original image; or nine images per screen, each approximately one third of the original image. Selection of the portion of the digital image to be displayed is accomplished by interactively positioning a rectangular cursor over the region of interest.

Image quantification commands give the radiologist an interactive means of determining the digital values contained in a region of interest. A cursor is moved about the displayed image. The pixel values at the location of the cursor are displayed on the screen. A rectangular cursor may also be moved about the display screen and the average, minimum, and peak pixel values within this region of interest displayed. A histogram can be obtained for any selected region of interest. For each displayed histogram, the standard deviation, the maximum and minimum value, the mean value, and the second-order statistics of the pixel values within the region of interest may be displayed.

Image display parameter commands provide an interactive means of modifying the displayed images rapidly and easily. Standard window and level functions enable the radiologist to perceive the contrast data contained in the digital image. When viewing multimodality images on one display screen, the different pixel value ranges require that each image be provided with an individual gray-scale step wedge and separate window and level function adjustments. This may be accomplished with software by interactively adjusting the window and level function of each displayed image and then scaling the pixel contrast range. A better method is to provide multiple video look-up tables for portions of the display screen.

Pixel replication, a second type of display parameter command, permits zooming and panning. The zoom function enlarges the displayed image, and the pan function, with the aid of the interactive device, permits the viewing of portions of images. The zooming and panning features are useful for examining smaller regions of interest.

Three-dimensional displays of multiple serial sections can also be generated and visualized. Using the interactive device, the surface contours of objects to be displayed are outlined. A surface is tiled between each set of contours using a triangular tiling algorithm. The triangular tiles are smoothed and displayed according to a model of assumed reflected light from the solid surface. One or more surfaces can be visualized as being transparent, permitting the viewer to see through a surface. These three-dimensional display algorithms enable the merging of multimodality diagnostic information into



Figure 7. Display of multimodality images of a patient's examinations using a four-on-one screen format.

a single display. They also offer a means for condensing and managing the data of a large number of serial sections.

The fourth group of interactive display commands provides a means for image processing. Simple processing algorithms include gradient algorithms for edge enhancement, thresholding algorithms to identify surface contours, smoothing algorithms to reduce the effect of noise, subtraction, and gray-scale redistribution algorithms. More complex processing algorithms include Fourier analysis and texture analysis. The time required for menu selection, processing, and redisplaying of the image has proved to be very demanding for the radiologist. Interactive image processing protocols remain to be established as useful clinical tools.

## On-Line Archiving Nodes

The on-line archiving nodes maintain examinations on the network during the period of high retrieval demand. A 10-day period from the patient's last examination was selected for on-line archiving. This period correlates with the average hospital stay for inpatients at our institution. After this period, the patient's data are transferred from the on-line archiving nodes to the long-term archiving facility. Although both the acquisition and formatting nodes and the IDDS nodes maintain examinations on line and function as a part of the on-line distributed database, their role in database management is to serve as local memory while examinations move into and out of the on-line archiving nodes.

As examinations are acquired, the included acquisition and formatting node broadcasts a request to all on-line archival node supervisors to determine which nodes are currently available to receive the newly acquired examination. The on-line archival supervisor returns a list of examinations that have already been archived and the amount of on-line storage available for the new examinations. The acquisition and formatting node selects the most appropriate on-line archiving node from the group of responders and informs that node that there is an examination to be archived. The archival supervisor queues up a request to the local archival transfer program to have the examination brought from the acquisition and formatting node. The archival supervisor also informs the originating acquisition and formatting node that the examination has been archived.

When a patient's examinations are needed at an IDDS node, a request for the patient's examination list is broadcast to all nodes involved in database management. When an archival node replies to this request, a flag is returned

with each examination found, indicating whether the examination is currently on line or off line. If an off-line examination is needed, a request is made to the archival supervisor to reload the examination. As soon as the archival program indicates the examination is back on line, the archival supervisor sends a message to the IDDS node indicating the examination is now available.

With new examinations arriving from acquisition nodes and old examinations being loaded from long-term storage, the on-line archiving node's database is apt to fill rapidly. The archival supervisor controls the allocation of examinations in the local database. If it is more than 80 per cent full, the supervisor uses the "data last accessed" for each examination to determine which examinations must be removed. Once the supervisor decides an examination is to be deleted, the request is passed on to the local database manager. The database manager removes the examination data but leaves the index to the examination. As long as a patient has examinations in off-line storage, the patient header and index to those examinations will remain in the local database. The archival task program is responsible for transferring examinations between the local on-line database and the off-line storage facility.

## ANALOG HARD-COPY GENERATION

In most radiology departments, digitally formatted radiographic information is recorded, reviewed, and stored as analog images on film. These analog images are produced using multiformat video cameras. Multiformat film recorders are interfaced easily to any image display through a video connector. However, multiformat video camera systems suffer from several disadvantages. Film for multiformat cameras is expensive to purchase, process, and archive. Adding to this cost is the large number of cameras required to service an average department. The dynamic range of any video display system is severely limited. An analog image photographed from a video monitor can display about 20 shades of gray. Thus, there is severe compression of the digital data when they are recorded by a multiformat camera.

There are digital laser technology printing devices that can overcome many of the disadvantages of analog multiformat video cameras. These printers can use film, transparency, or paper media. By using a laser printer at a centralized hard-copy generation node, the need to maintain a camera for each imaging device is eliminated. If an alternative medium such as paper proves to be clinically acceptable, the cost of producing hard-copy images is reduced further (Fig. 8). The gray scale of laser-printed images is generated by using a selected number of fixed-dot matrices (Fig. 9). Thus, the digital data encoded in these matrices are preserved and can be recalled using an appropriately designed laser reader. Future efforts in the application of the laser printer to diagnostic imaging will center on improving image quality. New dot-array patterns for generating each gray level are being tested. Using a laser system with 600 dots per inch, the quality of printed images may surpass that of conventional multiformat video camera images (Fig. 10).

## LONG-TERM ARCHIVING

Our studies have shown that the retrieval demands of digitally formatted data in long-term storage are low. Less than 2 per cent per year of those images stored for the last 5 to 7 years are requested. Up to now, the cost of multiformat analog long-term archiving of digitally formatted data has been justified by the need for hard-copy images (Table 4). The additional expenditure of funds required for the magnetic tape archiving of all digitally formatted data has not proved practical.

Strategies for long-term archiving will require the management of a mixture of analog film images, digitally formatted data, and consultation reports. Chosen analog film images may be digitized and placed on the network. At present, the most suitable and cost-effective technology for the long-term archiving of digitally formatted examination data appears to be laser-sensitive x-ray film. The laser writes and/or reads digital data onto or from the film. Each cut film or reel film can be used. Our department has developed and is evaluating a 20-micron spot laser beam film writer-reader system using laser-sensitive film now provided by several industrial firms. The film is developed in conventional automatic processors. Using film, we estimate a cost of $2.70 per digitally formatted examination for a 5-year archiving period (see Table 4). Ninety thousand digital examinations would require 32 reels of film. A 2400-foot reel of laser-sensitive film costs about $2000 (including film processing). There would be a $120,000 one-time hardware cost for two laser film writer/readers (see Table 4, footnote 7). Maintenance costs are 10



**Figure 8.** Essential components of the laser paper printer.

per cent per year. This cost could be further reduced using a five-to-one data compression scheme. The disadvantage of photographically processing the film after laser exposure appears to be outweighed by the lower cost of archiving patient examinations for periods exceeding 5 years.

We are also using a laser system to investigate the use of optical tape for long-term storage. The cost of archiving digitally formatted examinations on optical tape is approximately $3.89 per examination for 5 years. Ninety thousand digital examinations would require 11 reels of optical tape, with each reel being 2400 feet long and costing $5000. A one-time hardware cost of $200,000 for two laser writer/readers and maintenance costs of 10 per cent per year contribute to the total costs (see Table 4, footnote 7).

## SUMMARY

The requirements for implementing a radiology imaging network are similar to those for local area networks now being designed for other purposes to manage large data films. A radiology department serving a 500-bed hospital generates about 927 megabytes of digitally formatted data per working day. These data are expected to be on line for the patient's hospitalization period. The retrieval rate of these data among the interactive diagnosis display stations requires data throughput rates of between 2 and 5 megabits per second. This throughput rate requires signaling rates of between 20 and 50 megabits per second. Analog hard-copy generation of the images on the network is required by the referring physician for selected images that support the consultation report. Digital laser recorders using



Figure 9.  Generation of gray-scale images using a laser paper printer.

THE PAPER LASER PRINTER





Figure 10.  The digital data path using a laser paper printer compared with a multiformat video film recorder.

Table 4. *Size of Imaging Long-Term Archiving File and Costs of Archiving at the University of Kansas College of Health Sciences and Hospital*

|  | FY 1983 | FY 1982 | FY 1981 | FY 1980 | FY 1979 | FY 1978 | FY 1977 |
|---|---|---|---|---|---|---|---|
| Total Number of Imaging Procedures | 104,274 | 108,648 | 106,643 | 102,271 | 97,291 | 97,828 | 101,198 |
| Total Number of Patients | 85,950 | 89,280 | 86,843 | 80,597 | 80,249 | 80,701 | 81,271 |
| Total Number of Digitally Formatted Examinations | 23,335 (22.3%) | 21,954 (20.2%) | 19,674 (18.4%) | 18,901 (19.2%) | 18,278 (18.48%) | 17,498 (17.9%) | 15,960 (15.8%) |
| Estimated Cost per Year for Multiformat Video Film Generation for all Digitally Formatted Data (no labor cost included)[1-6] | $168,253 | $164,136 | $149,252 | $130,031 | $144,130 | $134,573 | $129,387 |
| Estimated Cost per Year for Archiving all Digitally Formatted Data onto Linear Optical Tape (no labor cost included)[7] | $75,557 | $74,966 | $72,538 | $70,445 | $70,549 | $69,663 | $68,253 |
| Estimated Cost per Year for Archiving all Digitally Formatted Data onto Linear Films (no labor cost included)[8] | $55,450 | $54,712 | $51,675 | $49,050 | $49,187 | $48,112 | $46,312 |

FY = fiscal year

[1]The cost per patient for CT of the head is calculated as follows: [($30,000 cost of multiformat video film recorder + $9945 cost of film processor) ÷ (5 years) + (10% maintenance cost per year based on the cost of multiformat video film and film processor)] ÷ [250 working days per year] ÷ [number of patients per day] + (2 sheets of 14-inch × 17-inch film) × ($2.81 cost per sheet of 14-inch × 17-inch film + $0.15 chemical cost per sheet processing) = cost per patient. Number of head CT procedures per fiscal year (FY) are as follows: 4467 in FY 1977; 4103 in FY 1978; 5119 in FT 1979; 1380 FY in 1980; 3468 in FY 1981; 3216 in FY 1982; and 3154 in FY 1983.

[2]The cost per patient for CT/T is calculated as follows: [($30,000 cost of multiformat video film recorder + $9945 cost of film processor) ÷ (5 years) + (10% maintenance cost per year based on the cost of multiformat video film and film processor)] ÷ [250 working days per year] ÷ [number of patients per day] + (3 sheets of 14-inch × 17-inch film) × ($2.81 cost per sheet of 14-inch × 17-inch film + $0.15 chemical cost per sheet processing) = cost per patient. Number of CT/T procedures per fiscal year (FY) are as follows: 938 in FY 1977; 1630 in FY 1978; 2183 in FY 1979; 2333 in FY 1980; 3216 in FY 1981; 4400 in FY 1982; and 4582 in FY 1983.

[3]The cost per patient for nuclear medicine is calculated as follows: [(5 multiformat video cameras (MVC) × $8000 per MVC + $9945 cost of film processor) ÷ (5 years) + (10% maintenance cost per year based upon cost of multiformat video film and film processing)] ÷ [250 working days per year] ÷ [number of patients per day] + (1 sheet of 8-inch × 10-inch film per patient) × ($0.99 cost per sheet of 8-inch × 10-inch film + $0.08 chemical cost per sheet for processing) = cost per patient. Number of nuclear medicine imaging procedures per fiscal year (FY) are as follows: 5000 in FY 1977; 5975 in FY 1978; 5464 in FY 1979; 9129 in FY 1980; 6518 in FY 1981; 7346 in FY 1982; and 8314 in FY 1983.

[4]The cost per patient for ultrasound is calculated the same as in footnote 3, except using 6 sheets of 8-inch × 10-inch film per patient. Number of ultrasound procedures per fiscal year (FY) are as follows: 3412 in FY 1977; 3768 in FY 1978; 3606 in FY 1979; 4087 in FY 1980; 4161 in FY 1981; 5019 in FY 1982; and 5297 in FY 1983.

[5]The cost per patient for DSA is calculated the same as in footnote 3, except using 2 sheets of 8-inch × 10-inch film per patient. Number of DSA/special procedures per fiscal year (FY) are as follows: 2143 in FY 1977; 2022 in FY 1978; 1906 in FY 1979; 1972 in FY 1980; 2281 in FY 1981; 1973 in FY 1982; and 1988 in FY 1983.

[6]Total cost of generating multiformat video film recordings per fiscal year is obtained by adding costs per year of head CT, CT/T, nuclear medicine, ultrasound, and DSA/special procedures.

[7]Assume that two linear optical tape drive write/read units (estimated to cost $100,000 each) are connected to the display files of all digitally formatted imaging modalities. Each reel of optical tape is 2400 feet in length, 70 mm wide, writes/reads each bit using a laser that generates 5 micron holes, and archives 50 gigabytes at an estimated cost of $5000 per reel. The cost per year is calculated as follows: [(2 × $100,000 per linear optical tape drive) ÷ (5 years) + (10% maintenance cost per year based on costs of optical tape drive)] + [(total number of bytes generated per year) × ($5000 cost per reel of 50 gigabytes)] = cost per year. The total number of bytes per fiscal year (FY) are as follows (see reference 9): 82.5 gigabytes in FY 1977; 96.6 gigabytes in FY 1978; 105.5 gigabytes in FY 1979; 104.4 gigabytes in FY 1980; 125.4 gigabytes in FY 1981; 149.7 gigabytes in FY 1982; and 155.6 gigabytes in FY 1983.

[8]Assume that two linear film tape drive write/read units (estimated to cost $60,000 each) are connected to the display films of all digitally formatted imaging modalities. Each reel of laser-sensitive film is 2400 feet in length, 70 mm wide, writes/reads each bit using a laser that exposes 10 micron holes and archives 16 gigabytes at an estimated cost of $2000 per reel (includes film processing costs). The cost per year is calculated as follows: [(2 × $60,000 per linear film tape drive) ÷ (5 years) + (10% maintenance cost per year based on costs of linear film tape drive)] + [(total number of bytes generated per year) × ($2000 cost per reel of 16 gigabytes)] = cost per year.

paper may be quite satisfactory. Long-term archiving must be low in cost and requires a database scheme capable of managing more than a terabyte of image data. Radiology networks must be required to bridge with other hospital information systems.

# REFERENCES

1. Dwyer, S.J., III, Templeton, A.W., Martin, N.L., et al.: The cost of managing digital diagnostic images. Radiology, 144:313–318, 1982.
2. Folts, H.C., and desJardins, R. (eds.): Special issue on open systems interconnection (OSI)—standard architecture and protocols. Proceedings of the IEEE, 17:1, 1983.
3. Kurose, J.F., Schwartz, M., and Yemini, Y.: Multiple-access protocols and time-constrained communication. ACM Computing Surveys, 16:43–70, 1984.
4. Lathi, B.P.: Modern Digital and Analog Communication Systems. New York, Holt, Rinehart and Winston, 1983.
5. Stallings, W.: Local Networks. An Introduction. New York, Macmillan Publishing Co., 1984.
6. Stallings, W.: Local networks. ACM Computing Surveys, 16:3–41, 1984.
7. Stuck, B.W., and Arthurs, E.: A Computer and Communications Network Performance Analysis Primer. Englewood Cliffs, New Jersey, Prentice-Hall, Inc., 1985.
8. Tanenbaum, A.S.: Computer Networks. Englewood Cliffs, New Jersey, Prentice-Hall, Inc., 1981.
9. Templeton, A.W., Dwyer, S.J., III, Johnson, J.A., et al.: Implementation of an on-line and long-term digital management system. RadioGraphics, 5:121–137, 1985.
10. Templeton, A.W., Dwyer, S.J., III, Johnson, J.A., et al.: An on-line digital image management system. Radiology, 152:321–325, 1984.
11. Templeton, A.W., Johnson, J.A., Anderson, W.H., et al.: Computer graphics for digitally formatted images. Radiology, 151:527–528, 1984.
12. Tropper, C.: Local Computer Network Technologies. New York, Academic Press, 1981.
13. Wolf, J.J., III.: A Distributed Double-Loop Computer Network (DDLCN). Ann Arbor, Michigan, UMI Research Press, 1981.

Department of Diagnostic Radiology
The University of Kansas College of Health Sciences and Hospital
39th and Rainbow Boulevard
Kansas City, Kansas 66103