# Exhibit 10

REDACTED IN ITS ENTIRETY
(JA570-JA620)