# Exhibit 12

REDACTED IN ITS ENTIRETY
(JA635-JA655)