# EXHIBIT G

← digital ✕ 🔍

Dictionary | Thesaurus

## digital  1 of 2  adjective

dig·i·tal  ˈdi-jə-tᵊl 🔊

**1** : of, relating to, or utilizing devices constructed or working by the methods or principles of electronics : ELECTRONIC

*digital* devices/technology

*also* : characterized by electronic and especially computerized technology

the *digital* age

In an electronically driven work-place, managers pinpoint information overload as the inescapable downside to … life in the *digital* world.
— David Bottoms

**2** : composed of data in the form of especially binary digits (see DIGIT sense 1b)

*digital* images/photos

a *digital* readout

a *digital* broadcast [=a broadcast employing digital communications signals]

→ compare ANALOG sense 1

**3** : providing a readout in numerical digits

a *digital* voltmeter

a *digital* watch/clock

**4** : relating to an audio recording method in which sound waves are represented digitally (as on magnetic tape) so that in the recording wow and flutter are eliminated and background noise is reduced

**5** : of, relating to, or using calculation by numerical methods or by discrete units

JA657



a *digital* rectal examination

ˈdi-jə-tᵊl-ē 🔊   adverb

# digital  2 of 2   noun

**plural** **digitals**

**1  a** : media (such as a photograph) in a [digital](#) format

> This writer spent a frightfully snowy day stumbling around a snow-covered lawn among the downpour of snowflake clusters. Something black and cold became an impromptu netting device to capture *digitals* of individual snowflakes.
> — Alan Daugherty

**b** : digital media as an industry or sector of an industry

> … radio advertising was up 6.8%, TV advertising was up 9.4%, and *digital* was up 16.8%.
> — News Bites US Markets

**2**  : something (such as a device) characterized or operated by digital technology

> Unlike [analog](#) quartz watches, which had a conventional dial and hands, *digitals* were totally electronic, with no moving parts at all.
> — Joe Thompson

> The analog thermometers usually register from 0°F to 220°F and cost about $12; the *digitals* register from -58°F to 302°F and go for around $15.
> — Dorie Greenspan

**3**  : a finger or toe

> … critical ischemia of the *digitals* of upper and lower limbs …
> — Nadjib Schahab et al.

*also* : an artery or nerve that supplies the fingers or toes

JA658

| Dictionary | Thesaurus |
|---|---|

## Adjective

You can transfer *digital* images from your camera to your computer.

a *digital* recording of a sound

In this new *digital* age, computers and the Internet are part of our everyday lives.

## Recent Examples on the Web

### Adjective

Emily Shiffer Emily Shiffer is a former *digital* web producer for Men's Health and Prevention, and is currently a freelancer writer specializing in health, weight loss, and fitness.
— Emily Shiffer, *Women's Health*, 11 May 2023

The song has been highly ranked for years, even back when downloads were the main method of *digital* distribution, Vieira said.
— Mike Snider, *USA TODAY*, 10 May 2023

See More

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'digital.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.

JA659

Dictionary　　　　　　　　　　　　Thesaurus

### Adjective

Middle English *digitalle* "(of a whole number) less than ten," borrowed from Latin *digitālis* "measuring a finger's breadth," from *digitus* "finger, toe, finger's breadth as a measure" + *-ālis* -AL entry 1 — more at DIGIT

### Noun

derivative of DIGITAL entry 1

## First Known Use

### Adjective

15th century, in the meaning defined at sense 5

### Noun

1822, in the meaning defined at sense 3

## Time Traveler

**The first known use of *digital* was in the 15th century**

See more words from the same century

asymmetrical digital subscriber line　　　digital blackface

asymmetric digital subscriber line　　　　digital computer

digital nomad　　　　　　　　　　　　　digital versatile disc

| Dictionary | Thesaurus |
|---|---|

### 'Whole Milk', 'British English', and 16...

### How 'Punk Rock' Got Its Name

digit
**digital**
digital blackface

See More Nearby Entries ›

**Style** MLA

"Digital." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/digital. Accessed 17 May. 2023.

⧉ Copy Citation

| Dictionary | Thesaurus |

# digital adjective

dig·i·tal  ˈdij-ət-əl 🔊

1  : of, relating to, or done with a finger or toe

2  : of, relating to, or using calculation directly with digits rather than through measurable physical quantities

3  : of or relating to data in the form of numerical digits
   *digital* images
   *digital* broadcasting

4  : providing displayed or recorded information in numerical digits
   a *digital* watch

5  : characterized by electronic and computerized technology
   living in a *digital* world

-əl-ē 🔊  **adverb**

# digital  1 of 2  adjective



dig·i·tal  ˈdij-ət-əl 🔊

JA662

<

Dictionary | Thesaurus

a *digital* rectal examination

 adverb

## digital  2 of 2  noun

**:** a finger or toe

> … critical ischemia of the *digitals* of upper and lower limbs …
> — Nadjib Schahab et al., *Journal of Vascular Medicine and Surgery*

*also* **:** an artery or nerve that supplies the fingers or toes

> … the doctor reported that ulnar palmar and radial palmar *digitals'* decreased sensation had a maximum upper extremity impairment of 9 percent …
> — US Fed News

Nglish: *Translation of digital for Spanish Speakers*
Britannica English: *Translation of digital for Arabic Speakers*

Last Updated: 12 May 2023 - Updated example sentences

### Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

JA663

Dictionary | Thesaurus



**Can you solve 4 words at once?**

Play



**WORD OF THE DAY**

**rarefied**

See Definitions and Examples »

Get Word of the Day daily email!

Your email address | SUBSCRIBE

JA664

Dictionary | Thesaurus

## Palter, Dissemble, and Other Words for Lying

Trust us

## Skunk, Bayou, and Other Words with Native American Origins

You've used more than you might think

JA665

Dictionary | Thesaurus

## Words For Things You Didn't Know Have Names, Vol. 2

When 'thingamajig' and 'thingamabob' just won't do

## When Were Words First Used?

Look up any year to find out

**ASK THE EDITORS**

JA666

Dictionary | Thesaurus

## Weird Plurals

One goose, two geese. One moose, two... moose. Wh...

## Irregardless

It is in fact a real word (but that doesn't mean ...

## Bring vs. Take

Both words imply motion, but the difference may b...

JA667

| Dictionary | Thesaurus |
|---|---|

## Defenestration

The fascinating story behind
many people's favori...

**WORD GAMES**

## Name That Thing MegaQuiz: Vol. 5

Test your visual vocabulary!

**TAKE THE QUIZ**

JA668

| Dictionary | Thesaurus |
|---|---|

### Match the Baby Animal to Its Mama

Prove you're the best of the nest.

**TAKE THE QUIZ**

### How Strong Is Your Vocabulary?

Test your vocabulary with our 10-question quiz!

**TAKE THE QUIZ**

JA669

| Dictionary | Thesaurus |
|---|---|

## Spelling Bee Quiz

Can you outdo past winners of the National Spelli...

**TAKE THE QUIZ**

Learn a new word every day. Delivered to your inbox!

Your email address

**OTHER MERRIAM-WEBSTER DICTIONARIES**

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY

SCRABBLE® WORD FINDER

MERRIAM-WEBSTER DICTIONARY API

NGLISH - SPANISH-ENGLISH TRANSLATION

BRITANNICA ENGLISH - ARABIC TRANSLATION

Browse the Dictionary:  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9  BIO  GEO

JA670

Dictionary							Thesaurus

© 2023 Merriam-Webster, Incorporated

JA671